UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

UNITED STATES,
    Plaintiff,

CASE NO.: 15-14034-CR-DMM

v.

SAIFUL HOSSAIN,
    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, undersigned counsel and files this motion to withdraw. In support, counsel states as follows:

1. On May 25, 2015, the undersigned entered her notice of appearance as counsel of record through trial only.

2. On June 22, 2015, David Joffey, Esq., filed a notice of substitution of counsel and notice of appearance.

3. The Defendant does not object to the undersigned's withdrawal in this matter.

4. The undersigned will forward any and all discovery discs to counsel of record.

WHEREFORE the undersigned respectfully requests for this Honorable Court to permit the undersigned to withdraw from representation regarding this case.

DATED this 24th of June, 2015.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24th, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record in this case via CM/ECF notice.

*/s/ Lydia Pittaway*
Lydia Pittaway
Fla. Bar. No. 44790
Pittaway Law, P.L.L.C.
133 S. Second Street, Suite 106
Fort Pierce, Florida 34950
Mailing Address:
P.O. Box 162691
Altamonte Springs, Florida 32716
Ph: (772) 494-1821, (407) 982-5948
Fax: (407) 674-2524
lydia@PittawayLaw.us