# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**
    Plaintiff,

**NOTICE**

V.

Case No: **15-14034-CR-MIDDLEBROOKS/LYNCH(s)**

**SAIFUL HOSSAIN (J)**
**Reg No: 07886-104,**
    Defendant,

TYPE OF CASE:
    ( ) **CIVIL**    (XX) **CRIMINAL**

(XX) TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: **Courtroom #4074** |
|---|---|
| **HONORABLE FRANK J. LYNCH, JR.**<br>**UNITED STATES DISTRICT COURT**<br>**ALTO LEE ADAMS, SR. U.S. COURTHOUSE**<br>**101 South U.S. Highway One**<br>**FORT PIERCE, FL 34950** | DATE AND TIME:<br>**Wed., August 19, 2015**<br>**@9:30 a.m.** |

TYPE OF PROCEEDING(S):

**Change of Plea**
**(Copy of proposed plea agreement and written factual proffer were provided)**

( ) TAKE NOTICE that the proceeding in this case has been rescheduled as indicated below:

| PLACE: | DATE/TIME PREVIOUSLY SCHEDULED: | RESCHEDULED TO, DATE AND TIME: |
|---|---|---|
| | | |

**FRANK J. LYNCH, JR.**
**UNITED STATES CHIEF MAGISTRATE JUDGE**

August 14, 2015    *Colette Griffin-Arnold*
DATE    (BY) DEPUTY CLERK    772/467-2308

TO:  Honorable Donald M. Middlebrooks
    David Joffe, Esquire
    AUSA Carmen Lineberger
    U.S. Pretrial Services/Probation SD/FL
    U.S. Marshal Service