```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                 CASE NO. 15-14034-CR-MIDDLEBROOKS



UNITED STATES OF AMERICA,

            Plaintiff,                  DECEMBER 11, 2015
        vs.

SAIFUL HOSSAIN, AHMED YEHIA KHALIFA,
AHMED MAHER ELHELW,

            Defendants.
_____/    PAGES 1 - 245


                 TRANSCRIPT OF SENTENCING HEARING
              BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:      CARMEN LINEBERGER, AUSA
                         Office of U.S. Attorney
                         101 South U.S. Highway 1
                         Suite 3100
                         Fort Pierce, Florida  34950


FOR DEFT. HOSSAIN:       RICHARD LUBIN, ESQ.
                         1217 S. Flagler Drive
                         2nd Floor
                         West Palm Beach, Florida  33401

                         FRITZ SCHELLER, ESQ.
                         1211 Orange Avenue
                         Suite 103
                         Winter Park, Florida  32789

APPEARANCES(cont'd.)

FOR DEFT. KHALIFA:        MARK JON O'BRIEN, ESQ.
                         511 West Bay Street
                         Suite 330
                         Tampa, Florida  33606



FOR DEFT. ELHELW:         MARC SHINER, ESQ.
                         Perlet & Shiner
                         515 North Flagler Drive
                         Suite 701
                         West Palm Beach, Florida  33401




REPORTED BY:              DIANE MILLER, RMR, CRR
                         Official Court Reporter
                         701 Clematis Street
                         West Palm Beach, Florida  33401
                         561-514-3728
                         diane_miller@flsd.uscourts.gov

I-N-D-E-X

WITNESSES                                                    PAGE


DR. JORDAN TRECKI, PH.D.

    Direct Examination by Ms. Lineberger              17

    Cross-Examination by Mr. Lubin                   147

    Cross-Examination by Mr. O'Brien                 165

    Redirect Examination by Ms. Lineberger           174


DR. NICHOLAS COZZI, PH.D.

    Direct Examination by Mr. Scheller                90

    Cross-Examination by Ms. Lineberger              125

    Redirect Examination by Mr. Scheller             144


DR. GREGORY DUDLEY

    Direct Examination by Mr. Lubin                  179

    Cross-Examination by Ms. Lineberger              195

    Redirect Examination by Mr. Lubin                209

INDEX OF EXHIBITS

|  | ID'D | ADMT'D |
|---|---|---|
| Government Exhibit Number 4 | 19 | 19 |
| Government Exhibit Number 5 | 20 | 19 |
| Government Exhibit Number 6 | 24 | 19 |
| Government Exhibit Number 7 | 24 | 19 |
| Government Exhibit Number 8 | 24 | 19 |
| Government Exhibit Number 9 | 24 | 19 |
| Government Exhibit Number 10 | 24 | 19 |
| Government Exhibit Number 11 | 24 | 19 |
| Government Exhibit Number 12 | 24 | 19 |
| Government Exhibit Number 13 | 24 | 19 |
| Government Exhibit Number 14 | 33 | 19 |
| Government Exhibit Number 15 | 81 | 19 |
| Government Exhibit Number 16 | 81 | 19 |
| Government Exhibit Number 17 | 81 | 19 |
| Government Exhibit Number 18 | 81 | 19 |
| Government Exhibit Number 19 | 81 | 19 |
| Government Exhibit Number 20 | 81 | 19 |
| Government Exhibit Number 21 | 81 | 19 |
| Government Exhibit Number 22 | 81 | 19 |

Friday, December 11, 2015

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2            THE COURT:  Okay.  Is everybody settled?
 3       This is sentencing in the case of Ahmed Khalifa,
 4  Saiful Hossain, and Ahmed Elhelw.  I'm sure I massacred those
 5  pronunciations, I apologize.
 6            Could we please have appearances.
 7            MS. LINEBERGER:  Good afternoon, Your Honor.  Carmen
 8  Lineberger on behalf of the United States.
 9            THE COURT:  Good morning.
10            MS. LINEBERGER:  Good morning, sir.
11            MR. SCHELLER:  Good morning, Your Honor.  Fritz
12  Scheller, I'm here on behalf of Saiful Hossain.
13            THE COURT:  Good morning.
14            MR. LUBIN:  Good morning, Your Honor.  Richard Lubin,
15  also on behalf of Mr. Hossain, along with Fritz Scheller.
16            THE COURT:  Good afternoon.
17            MR. SHINER:  Good morning, Your Honor.  Marc Shiner
18  on behalf of Ahmed Elhelw.
19            THE COURT:  Good morning.
20            MR. O'BRIEN:  May it please the Court, my name is
21  Mark O'Brien and seated to my right -- or my left is Ahmed
22  Khalifa.
23            THE COURT:  Okay.  First, there is the report and
24  recommendation from the magistrates as to the change of plea
25  for each of the Defendants.  Is there any issue as to that?
```

Friday, December 11, 2015

```
1              MR. LUBIN:  None, Your Honor, as to Mr. Hossain.

2              MR. SHINER:  None on behalf of Mr. Elhelw.

3              MR. O'BRIEN:  None as to Mr. Khalifa.

4              THE COURT:  I will adopt the report and

5    recommendations and adjudge the Defendants guilty of the crime

6    charged.

7              I have read all of the written materials that you all

8    have provided to me.  It is pretty lengthy, and I have actually

9    started looking at other things as well, trying to understand

10   this.

11             It looks to me like this presents some fairly novel

12   issues in sentencing:  A different drug, the science seems to

13   be in its infancy; the guideline issues, there is not a clear

14   guideline, we will need to figure out the guideline which is

15   applicable.

16             There seems to be some issues as to drug amount.  I

17   know there may be some role issues, so the guideline issues are

18   of some significance and depending on how the guidelines come

19   out, particularly the issue of how I deal with the ratio of

20   drugs.

21             It doesn't seem like marijuana necessarily fits, but

22   I'm not convinced that the ratio is appropriate, this 1 to 167.

23   Depending on how we come out on guideline issues, the variance

24   issues come into play.

25             I don't think a 324 month sentence is reasonable from
```

Friday, December 11, 2015

```
 1   what I have seen, so I think those issues will have to be dealt
 2   with.
 3           It seems to me this drug is different than marijuana
 4   and may be more dangerous.  There are some deterrence issues
 5   that need to be involved, but also it seems like, in some
 6   respects, this drug may be closer to marijuana than cocaine or
 7   heroin in terms of the accompaniment -- or often accompaniment
 8   of violence and the health issues, while significant, may be
 9   different.
10           So I -- and I see that there has been some -- I read
11   the transcript of Judge Moore's hearing.  Ms. Lineberger sent
12   me an order from a judge in New York, but it is pretty brief,
13   as to some of these issues.  She cites some other cases around
14   the country.
15           So anyway, I guess this is a long way of saying what
16   I would like to do is hear -- I think you all have some
17   witnesses, understand the science better on my end, I want to
18   understand the drug calculations in terms of amounts.
19           If we can get -- I want to deal with the guideline
20   issues initially, and that may take the day.  I don't think I
21   can proceed all the way to sentencing today.
22           So what I want to do is hear as much of that evidence
23   that you all want to present, and then I want to make -- I'm
24   going to write a sentencing memorandum as part of this, so I
25   think we need -- and then I would ask the lawyers to talk among
```

Friday, December 11, 2015

```
1   themselves.  I could do this next Thursday or Friday, too.  We
2   have today and see if either Thursday or Friday work for you
3   all.  I could do it Wednesday, but I'm more limited to time to
4   come back and try to finish and might invite you all to provide
5   some additional materials on some of the issues I mentioned
6   that might come up today, rather than try to rush to sentencing
7   today.  So those are my thoughts.
8           Ms. Lineberger, I see you standing up.
9           MS. LINEBERGER:  Yes, but I don't want to interrupt
10  the Court.
11          THE COURT:  Go ahead.
12          MS. LINEBERGER:  Your Honor, I have spoken with
13  Counsel for Mr. Elhelw; I have spoken with Counsel for
14  Mr. Khalifa, and they don't have -- and I don't want to speak
15  for them, but it appears that they don't have any objections to
16  the presentence report.  But their sentences would depend on
17  the amount of drugs involved because Hossain is contesting it,
18  at least Mr. Khalifa's would.  But Mr. Elhelw's ultimate
19  sentence would depend on his 3553 factors, as well as the
20  Court's ultimate decision on the ratio.
21          With regard to Mr. Hossain, he is contesting things
22  in the presentence report, and that contest would be the amount
23  of drugs involved, his role as a leader, which would require me
24  to call a law enforcement officer to testify, and then he is
25  contesting the ratio.
```

Friday, December 11, 2015

```
1              Now, I believe we have all flew in people to Florida,
2    to a warmer climate, for the testimony with regard to the
3    ratio.  If I may consult with Counsel, as the Court has
4    suggested, and my witnesses, perhaps we may be able to, because
5    my law enforcement officer is in the State of Florida, about an
6    hour away, perhaps that would be the portion Your Honor might
7    want to postpone.
8              THE COURT:  I would like to get any witness that is
9    here today, particularly on this science and drug amount.
10             The role, if you could get to it today, that would be
11   great; if you can't, we will do that next time.  But I'm more
12   interested in trying to understand the drugs, drug ratios, and
13   any health studies that you might want to put on.  To the
14   degree you have witnesses to deal with that, I would like to
15   hear that today.
16             You can organize your presentation however you want;
17   but I would think that the ratio and drug amounts -- I don't
18   understand how you are calculating drug amounts, whether you
19   are counting the herbs as well as the chemical, or just the
20   chemical.  I can't tell from the PSI quite how you are
21   calculating that.
22             You also are doing it based on some e-mails or
23   something, as I understand it.
24             MS. LINEBERGER:  Your Honor, not to interrupt the
25   Court, but to answer that issue, Your Honor, it's the
```

Friday, December 11, 2015

1   Government's position that the Court could reasonably

2   calculate, from the evidence and based on e-mails, which would

3   be pure powder product as it came from China; or the Court

4   could calculate it based on the total amount seized by law

5   enforcement in this case, which would include pure product, as

6   it came in boxes from China intercepted, plus product seized in

7   the search warrant.

8          And it is the Government's position that they come to

9   the same range as far as Mr. Khalifa and Mr. Hossain are

10  concerned.  The Government believes and it is not contested by

11  Mr. Elhelw.

12         Mr. Elhelw -- and correct me if I'm wrong,

13  Counselor -- is satisfied with the Government's calculation as

14  to him, and that would be pure product and the amount set

15  forth.

16         THE COURT:  So by pure product, you mean before it is

17  put on any kind of herbs?  Isn't it sprayed on some sort of

18  herbs or grass material before being sold?

19         MS. LINEBERGER:  Yes.  Vegetable matter, yes, is

20  laced with the product, and my expert is prepared to discuss

21  that.

22         If the Court pleases, with regard to the law

23  enforcement officer's testimony as to actual amount, may we see

24  you at sidebar?

25         THE COURT:  No.  I don't want to do it, I don't think

1  it is necessary to do something at sidebar.  If you all can

2  reach an agreement, that's fine, but sentencings are public.

3         MS. LINEBERGER:  Yes, Your Honor.

4         THE COURT:  I don't see a need for a sidebar.

5         MS. LINEBERGER:  May I talk with the witnesses and

6  then Counsel about how we will split this?

7         THE COURT:  Sure.

8         MS. LINEBERGER:  Thanks.

9      (Break in the proceedings.)

10         MR. LUBIN:  May I address the Court?

11         THE COURT:  Sure.

12         MR. LUBIN:  Your Honor, for today, on the ratio

13  issue, there are three experts, and possibly a fourth.  One of

14  ours has to be at the airport at 4:00, one of our experts.  The

15  other one, it's not an issue.

16         What I think we would suggest is that since the

17  burden is on the Government, that maybe they would put their

18  expert on; an hour on direct, a little bit on cross, and then

19  we could put on our next expert, who has to be at the airport

20  at 4:00, and then see where we are.

21         We have another one here, if we can get him done

22  today, which I think we probably can, and then maybe we can

23  knock off that whole side of things.  Now, the Government may

24  decide they need someone else later on, but we will worry about

25  that.

Friday, December 11, 2015

1           In terms of the continuation of the hearing, we have

2   got -- I think we have insurmountable problems for next week.

3   Both Mr. Scheller and I are out of town on a case -- two cases,

4   one for me and one that we are on together, and another one

5   that you have next week.  And then I was going to take a week

6   off, head out a town for the week between Christmas and

7   New Year's, and so I believe that we would have to request that

8   you would put phase two in January.

9           THE COURT:  I don't really want to do that.  I mean,

10  if I have to -- Monday and Wednesday are unavailable to you

11  also, but Thursday and Friday work the best in terms of time

12  for us.  I have to be in Miami all day Tuesday.

13          I could do it Monday, although I would rather have a

14  chance to digest whatever you all give us today.

15          MR. LUBIN:  So would we.

16          THE COURT:  But Monday is a possibility for us.

17  Wednesday, I could do it, but only until 3:00 o'clock.  And

18  Thursday and Friday, I'm pretty -- I would have thought we

19  could get pretty far today.

20          I don't understand why -- you have three experts in

21  your papers, I have read their materials.  I don't understand

22  why it takes a day -- more than a day to get rid of all of

23  the -- not get rid of, but to hear from these scientists.

24          MR. LUBIN:  Well, I just do want to say, the impact

25  of this is enormous, and so we want to make sure that we can

Friday, December 11, 2015

```
 1   fully present what we want to present, not only enormous for
 2   the Defendants here, but I think --
 3            THE COURT:  Well, going into it, you thought you were
 4   going to do it all today, didn't you?
 5            MR. LUBIN:  No.  We respectfully said we didn't think
 6   we could do it all in a day, and that was one of the reasons we
 7   asked for a continuance for today.  We had said we thought it
 8   would make more than a day.
 9            But I think we can get these experts done today, I
10   do, especially if we get going on them and then worry about the
11   next day at some other point.  But I don't believe there is any
12   way we can get this done next week with our schedules, and I
13   don't even know about the schedules for the other gentlemen at
14   the table.  But in terms of Mr. Hossain and his lawyers, it is
15   just impossible really, I think, to do it next week.
16            MR. SCHELLER:  If I may, Fritz Scheller on behalf of
17   Mr. Hossain.
18            Your Honor, there is also, I think, a continuance in
19   this case, and I know the Court is reluctant, but maybe doing
20   the second phase in January may be ideal because I think there
21   might be some supplemental authority or briefings that may be
22   required.  This Court may require additional information to
23   decide this 1 to 167 ratio issue.
24            In addition, I did have a conversation with the
25   Government, and I think we may be able to resolve some of the
```

Friday, December 11, 2015

14

1  issues as to role and weight, so we may not need to have a

2  lengthy hearing on that.  I think we do want to have an

3  opportunity to meet and discuss that.

4         Again, I think this Court pointed out, this is an

5  important issue.  The science is very limited on it, and the

6  effect for my client is 20 years in the guidelines.  The

7  difference, if it is treated as THC and marijuana, it comes out

8  to a 20 year difference in his sentence.

9         THE COURT:  I think he probably ends up somewhere

10  in-between, is my guess.

11         MR. SCHELLER:  I'm sorry?

12         THE COURT:  I think he ends up somewhere in-between.

13  It is hard for me to see how this should be viewed similarly or

14  the same as marijuana.

15         I'm not convinced that the Government's ratios and

16  all of that is correct, but I don't -- it seems to me that it

17  appears that problems associated with this drug are more than

18  marijuana, from what I read of what you all have given me in

19  terms of --

20         MR. SCHELLER:  That's going to be an issue that's

21  developed.  We received the materials yesterday from the

22  Government that they filed, and that's something we are going

23  to address, too.

24         There are certain limitations to those studies

25  regarding the effects of XLR-11, so I think that is actually

Friday, December 11, 2015

```
 1   going to actually prolong the presentation today.
 2          And respectfully -- and I respect the Court's time --
 3   I just think realistically, doing the experts today will take
 4   the whole day, but I would ask that we have the hearing
 5   sometime in January.
 6          THE COURT:  Let's see if we can get started.  I mean,
 7   I think I have probably given you more time than any of these
 8   other cases have had, and so --
 9          MR. SCHELLER:  I appreciate it, Your Honor.  I am
10   actually taking up your time, so I'll sit down.
11          THE COURT:  Thanks.  Let's start hearing witnesses.
12          Ms. Lineberger, I believe your guy testified around
13   the country several times, so he must have his preparation down
14   pretty well.
15          MS. LINEBERGER:  The question is, do I have it down.
16          THE COURT:  That might be a question.
17          MS. LINEBERGER:  Yes, Your Honor.
18          Your Honor, the Government would call Jordan Trecki,
19   Ph.D. to the stand.
20           JORDAN TRECKI, GOVERNMENT WITNESS, SWORN
21          THE COURTROOM DEPUTY:  Please state your full name
22   for the record and spell your name, for the record.
23          THE WITNESS:  Dr. Jordan Trecki, J-O-R-D-A-N,
24   T-R-E-C-K-I.
25          MS. LINEBERGER:  May I have a moment, Your Honor?
```

Friday, December 11, 2015

```
 1              THE COURT:  Yes.
 2         (Pause in proceedings.)
 3              MS. LINEBERGER:  Your Honor, just for the record, I
 4    would ask that my case agent be allowed to remain in the
 5    room, as well as my other potential expert witness, Terrence
 6    Boos.
 7              THE COURT:  Do you all have any problem with that?
 8    No one has invoked the rule.  It sounds like most of this is
 9    not all that specific as to any facts of the case that we would
10    need the rule for.
11              MR. LUBIN:  No objection.
12              THE COURT:  Can we agree that witnesses can stay
13    during the sentencing?
14              MR. SCHELLER:  Yes, sir.
15              MR. LUBIN:  Yes.
16              THE COURT:  Okay.  And it looks to me like these, at
17    least the three I saw that you filed materials for, all seem
18    pretty, you know, knowledgeable experts.  I have got their
19    vitaes.
20              Can we dispense with some of the normal qualifying as
21    experts and agree that each of these gentlemen can testify or
22    do you want to take them on?
23              MR. LUBIN:  We agree they can testify.  I think it is
24    important to hear some of the background of some of the
25    witnesses, just for you, but we agree --
```

Friday, December 11, 2015

1          THE COURT:  Okay.  Try to shortcut it because I can

2    read these curriculum vitaes, and they all seem to be

3    distinguished scientists, knowledgeable.  Why don't you all

4    focus on the points in that area that you think are

5    significant, rather than go through a lot of qualifications.

6          Okay.  Let's go.

7          MS. LINEBERGER:  Yes, Your Honor.

8          Your Honor, just for the record, I have provided

9    Mr. Lubin with a set of the exhibits, as well as the Court.

10         I would just note, for the record, that Exhibits 1, 2

11   and 3 regard the law enforcement witness, who I am not calling

12   at this time.  So Mr. Trecki's exhibits begin at Government's

13   Exhibit 4.

14         THE COURT:  Do you happen to have another set?  If

15   you don't, that's fine, but if you do --

16         MS. LINEBERGER:  May I have a moment, Your Honor?

17         THE COURT:  Maybe Katy Clifford.

18         Thank you.

19                        DIRECT EXAMINATION

20   BY MS. LINEBERGER:

21   Q.  Would you please state your name for the record.

22   A.  Dr. Jordan Trecki.

23   Q.  And where do you work?

24   A.  With the Drug Enforcement Administration.

25   Q.  And what is your position there?

Friday, December 11, 2015

1    A.  I'm a pharmacologist.

2    Q.  And as a pharmacologist, do you have any specialized

3    training to be -- have you had specialized training to become

4    a pharmacologist?

5    A.  My Ph.D. in pharmacology involved a variety of coursework;

6    molecular pharmacology, neuropharmacology, a variety of various

7    lab rotations, thesis research involving pharmacology

8    specifically, behavioral pharmacology.

9            My post doctorate fellowship was in traumatic brain

10   injury and Parkinson's disease, looking at pharmacological

11   models of those diseases.  The Ph.D. thesis requires various

12   steps; courses, exams, dissertations, in order to achieve a

13   degree in pharmacology.

14           MS. LINEBERGER:  May I approach, Your Honor?

15           THE COURT:  Yes.

16   BY MS. LINEBERGER:

17   Q.  Mr. Trecki, I'm going to hand you what's been premarked as

18   Government's Exhibits 4 thru 22.  I'm going to be referring to

19   them as I go through your testimony here today.

20           Would you just leaf through those and tell me if you

21   recognize them.

22   A.  I do.

23   Q.  And are those documents that you provided to me previously?

24   A.  Yes.

25           MS. LINEBERGER:  Your Honor, I would ask that they be

1  moved into evidence, and then I'll have him identify them as we

2  go through, with the Court's permission.

3        THE COURT:  Any objection to any of these?

4        MR. LUBIN:  I don't know because we were handed them

5  this morning, and so I thought I would have a chance to look at

6  them as they were discussed, but I have no objection certainly

7  to the CV, that being on top.

8        THE COURT:  I'll provisionally admit them and if you

9  all have a particular problem with any of them -- most of these

10 are articles and other data, so tell me if you want to object

11 at the end, but right now, we will go ahead and consider them.

12       MR. LUBIN:  Okay.

13       MS. LINEBERGER:  Thank you, Your Honor.

14    (Evidence admitted as Government Exhibits 4 through 22.)

15 BY MS. LINEBERGER:

16 Q.  Dr. Trecki, is Government's Exhibit 4 a full copy of your

17 resume?

18 A.  Yes.

19    (Evidence identified as Government Exhibit No. 4.)

20 BY MS. LINEBERGER:

21 Q.  Now, is a chemist a pharmacologist?

22 A.  No.

23 Q.  What is the difference?

24 A.  A chemist has entirely different training coming up,

25 specifically for a Ph.D., different coursework, different

Friday, December 11, 2015

1  aspects of looking at molecules, building different chemicals,

2  synthesizing molecules.

3         A pharmacologist can either look at the molecular

4  techniques; binding assays; functional assays that I'll explain

5  as we go through the presentation; behavioral work, looking at

6  the way the drugs actually interact in a varied system, whether

7  mammalian or insect or some sort of living organism.

8         A chemist, as I said, different training to achieve a

9  degree, different routes to get there.  A pharmacologist takes

10  drugs synthesized by a chemist and does entirely different

11  tests with a drug than a chemist could do.

12  Q.  Do your responsibilities include testimony?

13  A.  Yes.

14  Q.  And what is a Government's Exhibit 5?

15  A.  This was a list I provided to you just as a list of my

16  prior testimony, as well as upcoming testimony, that I have

17  done for the DEA in regards to various synthetic drug cases.

18     (Evidence identified as Government Exhibit No. 5.)

19  BY MS. LINEBERGER:

20  Q.  In these cases that you have listed in Government's

21  Exhibit 5, did those cases include testimony with regard to

22  synthetic cannabinoids?

23  A.  Yes.

24  Q.  Have you testified in Federal court before?

25  A.  I have actually only testified in Federal court.

Friday, December 11, 2015

1   Q.   Okay.   And did that also include the Southern District of

2   Florida?

3   A.   Yes.

4   Q.   As of recently?

5   A.   Yes.

6   Q.   And you recently testified in the case of Jonathan Osborne;

7   is that correct?

8   A.   Yes, AUSA Osborne.   That was in Miami, that was an ethylene

9   sentencing case.

10  Q.   That's right, Osborne is not a defendant, he is a --

11  A.   AUSA.

12  Q.   -- prosecutor, correct?

13  A.   Yes.

14  Q.   And you have several other hearings scheduled in the

15  future; is that right?

16  A.   That is correct.

17  Q.   Now, the Court has your CV, which is Government's Exhibit

18  Number 4.   Would you briefly give the Court a summary of your

19  educational training and your professional experience that has

20  led you to your present position.

21          Summarize it for the Court.   He does have a copy of

22  your CV in front of him.

23  A.   My Ph.D. in pharmacology is from Temple University School

24  of Medicine.   My primary focus was evaluating cocaine on the

25  rat brain involved with the limbic system as it compares to

Friday, December 11, 2015

1   humans.

2           I then did a post doctorate fellowship at Georgetown

3   University School of Medicine in the Department of

4   Neuroscience, as I mentioned before at Parkinson's disease and

5   traumatic brain injury before I accepted a position with the

6   EPA as A neurotoxicologist, evaluating the effects of chemicals

7   on humans, before finally accepting my current position in

8   August of 2012 with the DEA.

9   Q.   In your current position with the DEA, have you become

10  familiar with the substances involved in this case, which are

11  XLR-11, AB-FUBINACA, AB-CHIMINACA, 5F-ADBICA, 5F-AB-PINACA,

12  PB-22, FUB-PB-22 and AB-PINACA?

13  A.   Yes.

14  Q.   What are they?

15  A.   Those eight substances are characterized as synthetic

16  cannabinoids.

17  Q.   All of them?

18  A.   Yes.

19  Q.   And are those the pharmacological names?

20  A.   That is a street name, a new moniker.  Some of those names

21  were developed on the street as a name for the drug; some names

22  were developed by researchers that first identified the drugs

23  in illicit samples.

24           There is a researcher out of Japan who gives the name

25  to the chemical.  For example, the AB-FUBINACA, she uses

Friday, December 11, 2015

1  letters throughout the very long chemical name to come up with

2  the AB F-U-B-I-N-A-C-A name for AB-FUBINACA.  So they are not

3  the official chemical name, it is more a name that is little

4  easier to distinguish between the long chemical name.

5  Q.  So it is almost like they are abbreviations, somewhat.

6  A.  Somewhat, yes.

7  Q.  Now, the Court has your list of prior court testimony.  To

8  summarize that list, have you testified at trials, *Daubert*

9  hearings, and sentencings with regard to synthetic

10 cannabinoids?

11 A.  Yes.

12 Q.  Approximately how many times, at this point?

13 A.  I believe 20 to 25 times thus far.

14 Q.  Now, are you familiar with the United States sentencing

15 guidelines regarding unlisted substances, such as those I just

16 read into the record?

17 A.  Yes.

18 Q.  Are you familiar with the 22D1.1 application and note six

19 dealing with the chemistry, pharmacology, and potency of what

20 are unlisted substances, those that are not listed in the

21 sentencing guidelines?

22 A.  Yes, I am.

23 Q.  Have I asked you to -- for your expert opinion concerning

24 the chemicals that we had just listed and whether -- or which

25 is the most closely related guideline listed substance to the

Friday, December 11, 2015

1  substances in this case?

2  A.  Yes.

3  Q.  And have you rendered those opinions?

4  A.  Yes.

5  Q.  And do you hold those opinions within a reasonable degree

6  of scientific certainty?

7  A.  Yes.

8  Q.  Now, I would ask you to refer to Exhibits 6 through 13.

9  Are those summaries of your expert opinion for the substances?

10 A.  Yes.

11     (Evidence identified as Government Exhibits 6 through 13.)

12 BY MS. LINEBERGER:

13 Q.  Now, the Court has them and they have also been filed of

14 record previously today.  With regard to the substances listed

15 in these documents, these opinions, do you have an opinion --

16 or what is your opinion with regard to the most closely related

17 guideline listed substance to XLR-11, which is referred to in

18 Government Exhibit 6, specifically and the other synthetic

19 cannabinoids?

20 A.  All eight substances --

21     MR. LUBIN:  Objection, Your Honor.  The question was

22 does he have an opinion, because I'm going to object to the

23 opinion on anything other than XLR-11.  He was not what the

24 opinion was.

25     THE COURT:  Take it in steps so he can make his

Friday, December 11, 2015

1  objection.

2          Apparently, he has an opinion.  Do you want to ask

3  him what his opinion is to them individually or together?

4          MS. LINEBERGER:  Well, Your Honor, I was going to try

5  to do it together, since they are similar, but I can do it

6  separately.

7          THE COURT:  Well, his opinion is the same, it sounds

8  like.  He thinks it is THC, as I understand his opinion.

9          Let's hear your objection.

10          MR. LUBIN:  Thank you, Your Honor.

11          They are all different and the testimony would be all

12  different, we would be here for five weeks.  The only thing

13  that matters is XLR-11 for purposes of this hearing, though.

14          For purposes of you deciding what the ratio is, we

15  are talking about XLR-11 and --

16          THE COURT:  Why is that?  Were all of these ordered

17  in part of the case, in relevant conduct, or why do you think

18  it is only XLR-11?

19          MR. LUBIN:  XLR-11 is the only substance in this case

20  that is a schedule one drug, the others are not.  XLR-11 is

21  what is setting and/or driving the guidelines in this case.

22  The others have nothing to do with it.

23          THE COURT:  I thought the DEA had added -- had more

24  of them than XLR-11.  In 2013, there was some sort of order --

25  administrative order, and that's been followed up with rule

Friday, December 11, 2015

1    making that is not quite finished; is that right?

2              MS. LINEBERGER:  Yes, Your Honor.

3              THE COURT:  Are these all schedule one substances

4    under the DEA orders?

5              MS. LINEBERGER:  Your Honor, I would, of course,

6    refer to my expert; but the majority of them have been

7    scheduled and are for purposes of this case.

8              THE COURT:  Let's make sure he identifies the ones

9    that are scheduled and the ones that aren't as we go through

10   this.

11             MS. LINEBERGER:  Yes, he will, Your Honor.

12             THE COURT:  All right.

13             MS. LINEBERGER:  May I proceed?

14             THE COURT:  Sure.

15   BY MS. LINEBERGER:

16   Q.  Okay.  Referring you to Government Exhibit 6, is that your

17   expert opinion with regard to XLR-11?

18   A.  Yes.

19             THE COURT:  Are these all called Spice, or are there

20   different colloquial names for these various ones?  As you go

21   through, explain that a little bit, if you don't mind.

22             THE WITNESS:  Would you like me to answer now or wait

23   for --

24             MS. LINEBERGER:  Answer the Judge, first.

25             THE WITNESS:  Briefly, I'll explain.  I would object

Friday, December 11, 2015

1   to the use of the word Spice, it is a street term.   It is an

2   incorrect term, same thing as synthetic marijuana.   There is no

3   such thing as synthetic marijuana.

4          These are manmade chemicals.   They are called

5   synthetic cannabinoids.   Of course, we see in the news even

6   sometimes the DEA referred to them as Spice, but these are

7   purely manmade synthetic chemicals applied to plant material.

8          As you mentioned before, out of the eight substances

9   in this case, five of them are currently temporally controlled

10  schedule one substances.   The other three are not currently

11  listed as schedule one substances.

12         I have a slide presentation that will actually list

13  the dates of each one, the notice of intent and the final rule

14  is actually written.

15         Does that answer your question?

16         THE COURT:   Yeah, in part, although some of the -- I

17  guess, when you read about them, a lot of times they use the

18  colloquial street names.

19         I thought even in the DEA rule making they talk about

20  K2, and there is Spice, and there is confusion to me in terms

21  of what is what.   However, you can clarify -- I understand you

22  don't like is the street names and they may be misleading, but

23  to the degree you are able to associate one with the other, it

24  would be helpful to me in understanding the literature.

25         THE WITNESS:   Yes, Your Honor.

1          In the proceedings from the DEA, I actually took part

2     in many of them and assisted with our section in writing some

3     of them.  The terms K2 or Spice is listed in there because

4     that's the term that people understand the way it is used.

5          Just for clarification, from a scientific point of

6     view, Spice is just a general term, you know, used commonly in

7     the news.  That's the term people may associate with on the

8     street, but these are essentially manmade chemicals.  But I

9     understand your point that K2, Spice, that is what we are

10    talking about.

11         THE COURT:  Okay.  Is K2 different than Spice, or is

12    that just a street name for all of these things?

13         THE WITNESS:  K2 was the package label, the same way

14    I believe in this case, there were Scooby Snacks, various

15    labels; AK47, WTF.  There's thousands of packages from

16    different vendors that sell this drug.

17         K2 was the actual label on one of the first packages

18    of Spice encountered in the United States in 2009.  And so

19    since then, since the first packages were called Spice and K2,

20    just like Scooby Snacks or WTF, et cetera, those names stuck

21    since they were the first ones.

22         The DEA, in terms of evidence that I have seen that

23    has come through DEA or other local law enforcement, I have not

24    seen a package labeled K2 or Spice in over four years that have

25    come in.  I have only been with the DEA three and a half, but

Friday, December 11, 2015

1  going back with evidence, that's where the names K2 and Spice

2  originated from.

3        THE COURT:  Okay.

4  BY MS. LINEBERGER:

5  Q.  Have you -- with regard to XLR-11 in your Government

6  exhibits, which is the most closely related guideline listed

7  substance?

8  A.  XLR-11, which is currently a temporally schedule one

9  substance, the most closely related substance listed in the

10  guidelines is THC.

11  Q.  With regard to Government Exhibit 7 --

12        THE COURT:  Let me -- is it still the case -- at

13  least in some of your DEA materials, you said that there were

14  no human studies.  Is that still the case or are they only

15  studies with animals on all of these items or --

16        THE WITNESS:  I'll go into great depth about that.  I

17  guess it is the definition of a human study.

18        Is there a defined clinical trial with any of these

19  substances, my answer would be no, not that I'm aware of.

20        However, I would present to the Court, which I would

21  do so in the presentation, the now countless numbers of deaths

22  and overdoses in the published reports on deaths and overdoses

23  from these substances serve as both the effects in humans and a

24  strong rationale on why you cannot conduct a clinical trial,

25  specifically when the FDA has said there is no medical use for

Friday, December 11, 2015

1   these substances.

2          MR. LUBIN:  Your Honor, I just want to have a

3   standing objection.  That is a blatant misstatement of the

4   current science.

5          Now, I can wait until cross-examination, but --

6          THE COURT:  You ought to probably wait, and you are

7   going to have your person, I assume, tell me why this is wrong.

8          MR. LUBIN:  That last statement, that there is any

9   scientific evidence of deaths or other side effects related to

10  XLR-11 is a blatant misstatement.

11         MS. LINEBERGER:  Your Honor, I would object to the

12  speaking objection.  Counsel is not the witness.

13         THE COURT:  You all are both probably wasting my

14  time a little bit.

15         MS. LINEBERGER:  I apologize.

16         THE COURT:  I probably got him -- let's go through

17  these presentations and hear them, and cross-examination is the

18  best place to deal with these, I agree.

19         I understand you don't accept his testimony, but I'm

20  probably going to hear it.

21         MR. LUBIN:  Okay.

22         THE COURT:  Go ahead.

23         MS. LINEBERGER:  Thank you, Your Honor.

24  BY MS. LINEBERGER:

25  Q.  Government Exhibit 7, is that your opinion with regard to

Friday, December 11, 2015

1  the substance AB-FUBINACA?

2  A.  Yes.  AB-FUBINACA, a currently schedule one substance, and

3  the most closely related substance in the guidelines is THC.

4  Q.  Government Exhibit 8, AB-CHIMINACA.

5  A.  AB-CHIMINACA is currently a schedule one substance, and the

6  most closely related substance listed in the guidelines is THC.

7  Q.  5F-ADBICA.

8  A.  In regards to 5F-ADBICA, which is not currently listed as

9  a schedule one substance, the most closely related substance

10  listed in the guidelines is THC.

11  Q.  Well, if it is not currently listed as a schedule one

12  substance, what does the DEA consider it to be?

13  A.  In regards to 5F-ADBICA, this substance could be considered

14  a controlled substance analogue, if intended for human

15  consumption.

16  Q.  Well, in your experience with the substances in this case,

17  what else are they used for; fertilizer?

18          What are people using them for?

19  A.  I can't speak specifically to this case, I don't know the

20  intricacies of this case, but the substances -- all of the

21  eight substances listed in this case, in my experience, these

22  substances are applied to either a vegetable material or

23  dissolved in liquid and intended to be ingested for their

24  psychoactive properties.

25  Q.  Government Exhibit 10, 5F-AB-PINACA.

Friday, December 11, 2015

1  A.  For 5F-AB-PINACA, this substance is not currently listed as

2  a schedule one substance.  The most closely related substance

3  listed in the guidelines to this substance is THC.

4  Q.  Would you consider also a schedule one controlled substance

5  analogue?

6  A.  The DEA considers that could be a considered a controlled

7  substance analogue, if intended for human consumption.

8  Q.  Government's 11, PB-22.

9  A.  PB-22, which is currently a schedule one substance, the

10  most closely related substance listed in the guidelines is THC.

11  Q.  Government's Exhibit 12.

12  A.  FUB-PB-22, which is currently not listed as a schedule one

13  substance, the most closely related substance listed in the

14  guidelines is THC.  The DEA considers that this substance could

15  be considered a controlled substance analogue, if intended for

16  human consumption.

17  Q.  AB-PINACA, Government's Exhibit 13 for the record.

18  A.  AB-PINACA, which is a currently schedule one substance, the

19  most closely related substance listed in the guidelines is THC.

20  Q.  Now, does that complete the opinion documents you have

21  provided in this case?

22  A.  Yes.

23  Q.  And are all of the substances we just went through one by

24  one, Government's Exhibit 6 through Government's Exhibit 13,

25  are they all considered to be synthetic cannabinoids?

1   A.   Yes.

2   Q.   Whether they are currently scheduled or not?

3   A.   Yes.

4   Q.   Whether they are schedule one or analogue of a schedule one

5   substance?

6   A.   Yes.

7   Q.   Have you prepared a series of Power Point slides to assist

8   you in explaining your opinion and the pharmacology of the

9   synthetic cannabinoid?

10  A.   Yes.

11  Q.   And are those slides found in Government's Exhibit 14, for

12  the record?

13  A.   Yes.

14       (Evidence identified as Government Exhibit No. 14.)

15            MS. LINEBERGER:  Your Honor, may I have a moment to

16  load this?

17            THE COURT:  Yes.

18  BY MS. LINEBERGER:

19  Q.   Can you see the monitor?

20  A.   Yes.

21  Q.   And is that the beginning of your slide show?

22  A.   Yes.

23  Q.   Now, this pharmacology slide, which, for the record, is the

24  first slide of the slide show, lists points of efficacy and

25  potency.

Friday, December 11, 2015

1    A.  Yes.

2    Q.  Do they --

3          THE COURT:  You know, I don't mind him largely using

4    a narrative on this, same with their people, and you can --

5          MS. LINEBERGER:  Interject.

6          THE COURT:  -- interject as you see fit.

7          MS. LINEBERGER:  I'm about to --

8          THE COURT:  I guess I'm not interested in a lot of

9    objections, unless you just feel compelled to rise to your

10   feet.  I would rather you deal with it on cross-examination.

11         MS. LINEBERGER:  Your Honor, I just want to set him

12   up with this question, and then I'm going to let him go with

13   the Court's permission.

14         THE COURT:  Go ahead.

15         MS. LINEBERGER:  All right.

16   BY MS. LINEBERGER:

17   Q.  Now, do these relate to prongs two and three of application

18   note six?

19   A.  Yes.

20   Q.  Before I go any further into these prongs and let you go

21   for the Court, what can you tell the Court regarding the first

22   prong of the tests listed in application note six, chemistry?

23   A.  In regards to the three prongs, Your Honor, there is

24   nothing substantially similar to any of the substances in this

25   case chemically or structurally similar to the substances in

1  this case; so therefore, there is nothing to discuss for prong

2  one, the chemistry prong.

3  Q.  Now, before you -- the Court takes you up on your word and

4  says, you know, there is nothing to discuss, have you had a

5  chance to review the affidavits provided by the Defense?

6  A.  Yes.

7  Q.  Do they conflict with your opinion regarding prong one,

8  chemistry?

9  A.  No.  Both Dr. Dudley and Dr. Cozzi are in concurrence, as

10  described in their expert reports, that there is nothing

11  structurally similar to any of the substances in this case

12  listed in the guidelines.

13  Q.  So for the purposes of why you experts are here, the Court

14  is to look at prongs two and three, the pharmacology?

15  A.  The pharmacology, the effect of the drug for prong two, and

16  then what is essentially the potency, the amount of drug needed

17  to compare the various drugs for prong three.

18  Q.  The Court raised a very interesting issue at the beginning

19  of this, so before we begin to go into the prongs and I let you

20  go, are the effects of these substances known as synthetic

21  cannabinoids, are the effects of these substances the same as

22  the effect of marijuana?

23  A.  Absolutely not.

24  Q.  If it is sprayed or laced on to vegetable matter, does that

25  make the effects like marijuana?

1   A.   No.

2   Q.   Tell the Court why not.

3   A.   For the same purpose, if we applied heroin or

4   methamphetamine to green plant material, we would not consider

5   those applications of a single chemical substance to vegetable

6   material to be treated like marijuana simply because you take

7   a green plant material, role it to a joint and smoke it.   These

8   are single manmade chemicals.

9          The marijuana plant, as noted in many published peer

10  review publications, has between 80 and 100 separate

11  cannabinoids in the plant.   It has between 500 and 800

12  different chemicals that make up a living organism in the plant

13  called marijuana.

14         When you look at drugs like XLR-11 or AB-FUBINACA, or

15  any of the substances is in this case, these are single manmade

16  chemicals applied to an inert, non-psychoactive vegetable

17  material.

18         When we look at marijuana, when we talk about the

19  potency of marijuana, we are referring to the THC content.

20  However, those other cannabinoids, one specific example is

21  called cannabinol that has been shown repeatedly, even in a

22  clinical trial, to affect the psychoactivity and the mental

23  health of patients as compared to getting THC alone.

24         The other chemicals that make up the marijuana plant

25  can greatly affect the adverse effects of THC.   It is not

Friday, December 11, 2015

1  appropriate to compare a single drug like XLR-11 to a mixture

2  of 800 chemicals.

3          It is appropriate to compare XLR-11, a single

4  chemical, to another single chemical, another synthetic

5  cannabinoid, THC, which is listed in the guidelines.

6          THE COURT:  Do these other things ameliorate the

7  impact of the THC?

8          THE WITNESS:  Yes, sir.

9          THE COURT:  So you think marijuana is safer than

10  XLR-11 on inert material, is that your conclusion?

11          THE WITNESS:  Your Honor, it is very -- the toughest

12  part of my job today is to compare two drugs without making

13  marijuana appear safe.  I do not agree that it is a safe drug.

14          The drugs like XLR-11 are substantially worse than

15  marijuana in terms of the adverse effects and the toxicology,

16  the toxic effects of the drugs.

17          THE COURT:  Is there more THC than there would be in

18  typical marijuana, or is that a comparison you can make?

19          THE WITNESS:  THC in what, Your Honor?

20          THE COURT:  This inert -- the XLR-11, is it not THC

21  then?  It is something different than THC, too, you are just

22  saying it is like it?

23          THE WITNESS:  The closest related substance that's

24  listed in the guidelines, the best substance that I can choose

25  that is available in the guideline tables is THC.

Friday, December 11, 2015

```
1              It is not chemically related.  The structure is
2    entirely different, but in terms of the adverse effects, I'm
3    going to demonstrate, using a clinical trial, the FDA insert
4    for synthetic THC, which is a schedule three drug.  I'm going
5    to explain that and show you how the side effect profile with
6    the pure THC, that is at least more closely related to XLR-11,
7    but XLR-11 is still more toxic, has more adverse effects, and
8    there have been reported deaths using XLR-11 and the other
9    substances in this case that demonstrate there is no possible
10   way to compare this to marijuana, in my opinion.
11              THE COURT:  So is the THC really very relevant to
12   comparison?
13              I mean, if you are really looking at it, I recognize
14   the guidelines say you are supposed to pick the closest thing,
15   but it sounds like that would maybe point towards the
16   guidelines just not being that helpful, if THC isn't very
17   similar.
18              THE WITNESS:  Well, I would argue it is similar.
19   They are both cannabinoids, they both act on the same receptor.
20   I'll explain that further.
21              The adverse effects from a pure form of THC are
22   closer to the side effects that we see with XLR-11, definitely
23   not close to what you normally exhibit after ingesting
24   marijuana.  So I would say that the table was helpful, but
25   substances like XLR-11 and AB-CHIMINACA do deserve their own
```

Friday, December 11, 2015

```
1   category in the sentencing guidelines, since the world is
2   definitely moving in an unfavorable direction towards synthetic
3   drugs.
4              THE COURT:  Okay, go ahead.  Thank you.
5   BY MS. LINEBERGER:
6   Q.  From what the Court asked you and your response, is there
7   anything, any other listed substance in the guidelines, that
8   comes close to being like XLR-11 and these other synthetic
9   cannabinoids than THC?
10  A.  No.
11  Q.  Not methamphetamine?
12  A.  No.
13  Q.  Not LSD?
14  A.  No.
15  Q.  Not methylone?
16  A.  No.
17  Q.  Cocaine?
18  A.  Some of the drugs that you have mentioned, some of these
19  side effects -- for example, methamphetamine, cocaine,
20  methylone, these are stimulants, Your Honor.
21             The synthetic drugs in this case, XLR-11, have shown
22  stimulant-like properties; agitation, excited delirium.  You
23  could say that they are both stimulants, but I think the most
24  appropriate substance in the guidelines would still be THC.
25  Q.  Now, cocaine is a schedule two; isn't that right?
```

Friday, December 11, 2015

1  A.  Yes.

2  Q.  Just briefly -- and I know we got a little off track, but

3  briefly, what is difference between schedule one and schedule

4  two?

5  A.  A schedule one substance has no approved or recognized

6  medical use.

7  Q.  None, no approved?

8  A.  Correct, none.

9  Q.  And cocaine did have something, at one point, to get it on

10  schedule two?

11  A.  Cocaine was originally used as an anesthetic many years ago

12  and the current rational for keeping it schedule two, it can

13  still be used, although I'm not sure on how often, in ocular

14  surgery.

15  Q.  The eyes?

16  A.  Yes.

17  Q.  Okay.  Referring you to the current slide that the Court is

18  and we all are viewing, what can you tell the Court about this

19  slide.

20  A.  This was just a slide to demonstrate the second and third

21  prong in the presentation and what I'm here to testify about;

22  the effects of the drug and the potency of the drugs.

23  Q.  Changing to slide two, the second slide, how -- what is

24  cannabidiol and how is it relevant to your opinion?

25  A.  Your Honor, I just mentioned to you about CBD.  This is one

1     of the drugs and marijuana that can affect -- mediate the

2     effects of THC.  I'm not going to read this entire slide for

3     you.

4             The clinical trial I demonstrated or discussed

5     previously is the last bullet.  It reads there that a recent

6     clinical trial demonstrated the patients were given either THC

7     alone or THC with cannabidiol, and the results demonstrated

8     that there was increased risk to mental health in patients

9     given just the THC.

10            It has been repeated in multiple studies, and

11    multiple researchers have demonstrated that there is no

12    psychoactive effects of CBD, but it can mediate the effects of

13    THC.  I use this one prime example of why you cannot compare a

14    single chemical like XLR-11 or any substance in this case to a

15    plant with possibly 800 different chemicals.

16    Q.  And marijuana is a naturally occurring substance in the

17    world; is that correct?

18    A.  Yes.

19    Q.  It grows practically anywhere?

20    A.  Yes.

21    Q.  Does THC or any of these synthetic cannabinoids grow

22    anywhere?

23    A.  The synthetic cannabinoids in this case, they are not found

24    in nature.  Every one has to be produced synthetically in a

25    laboratory.

1            Now, synthetic THC can also be made.  You can either
2    find it in the marijuana plant or you can synthesize that in a
3    laboratory.  One such example is a drug called Marinol.  This
4    is a very specific formulation.  It is not just THC off the
5    shelf, but it is the only approved FDA version of THC.
6            If we can go to the next slide, please.
7    Q.  Now, have researchers published articles regarding the
8    substances in this case that the effects are unlike marijuana,
9    are there published articles on this?
10   A.  There are published articles that speak in generality to
11   synthetic cannabinoids.  Specifically, even as far back as
12   2009, researchers in Germany, where the synthetic cannabinoids
13   were first abused as early as 2004, demonstrated that these
14   were likely psychoactive properties and that they purposely
15   risked the health of consumers.
16           In a paper in 2014, Dr. Makowiecka demonstrated that
17   the symptoms were not typical of marijuana; that the substances
18   had long halflives and had active metabolites; and that the
19   unlike-marijuana symptoms, including loss of consciousness,
20   acute psychomotor agitation, hallucinations, and seizures,
21   these were not the symptoms exhibited following ingestion of
22   marijuana.
23   Q.  Moving from slide three to slide four, what can you tell
24   the Court regarding the columns in this slide.
25   A.  Your Honor, these adverse effects that I have listed are

1    pulled directly from published case reports involving a variety

2    of synthetic cannabinoids.  Many on here are specifically

3    involving XLR-11.

4            And there is a subsequent slide, I believe second to

5    the last in the presentation, that will list the specific

6    adverse effects on here that had been referred to just XLR-11.

7    Some of them included anxiety; the hallucinations; the

8    hypertension; the organ failure, specifically kidney failure in

9    patients after ingesting XLR-11; the rhabdomyolysis.

10           This is where your muscles begin to breakdown after

11   ingestion of a substance like XLR-11 and then clog the kidney

12   and then cause kidney failure and then, of course, death after

13   ingestion of XLR-11.

14           THE COURT:  I thought your DEA materials in June,

15   your rule making, said there had been one death attributed to

16   XLR-11.  Are there more since then, or is that inaccurate?

17           THE WITNESS:  May I ask what you are referring to,

18   that DEA thing in June?

19           THE COURT:  There was a rule making notice that DEA

20   put out in June of 2015, where it talks about the need for this

21   rule and what they were doing, and there is a description, as I

22   recall, of, you know, why they were doing it.

23           It was in that same one that said there were no

24   studies, but I thought it said that there had been one death

25   attributed to XLR-11.  It could be my memory is failing me, but

Friday, December 11, 2015

1    I thought it said that.

2              THE WITNESS:  Your Honor, I believe you are correct

3    that it was the final rule making proceedings.  XLR-11 was

4    temporary controlled on May 16th, 2013.  That rule procedure

5    lasted two years, with a possible extension for one year given

6    to us by Congress.

7              I believe you are referring to the proceedings to

8    extend that temporary scheduling order by one year.  I think

9    that's what you are referring to.

10             THE COURT:  I thought it was to make it permanent.

11             THE WITNESS:  It was to make it permanent.  It is the

12   proceedings to make it permanent, it just has not finalized

13   yet.

14             THE COURT:  Anyway, it seemed to say that, and I

15   think there was a mention of kidney failures.  But I was just

16   trying to, again, get some sense of how dangerous this -- I

17   mean, if you look at these adverse effects you have on the

18   chart, it sounds pretty bad.

19             I'm trying to, in my mind, compare it, for example,

20   to cocaine, where there are lots of deaths -- I mean, maybe it

21   is hard to make that comparison -- or heroin or marijuana, I

22   guess, or none that I have at least known of, but --

23             THE WITNESS:  I'm going to get to that further in

24   the slides, but I want to answer your question.

25             There are many deaths, and a paper showing more

1  deaths just came out in the past few months, so there have been
2  more deaths with XLR-11.
3        XLR-11 was an earlier chemical, one of the first that
4  we encountered back in 2011-2012; hence, the proceedings
5  that -- when it was temporary controlled May 15th, 2013.
6        The deaths have increased around the country, the
7  overdose clusters, which I'm going to demonstrate here.  Unlike
8  cocaine -- cocaine has been around possibly a thousand years.
9  I mean, Siegmund Freud wrote about it in the 1800s.  These
10  cannabinoids, even the earliest research was done, and these
11  were found in the 1980s.
12        The epidemic that is currently plaguing the country
13  with synthetic drugs, specifically synthetic cannabinoids, the
14  first encounter by Customs and Border Protection was only in
15  November 2009, so this is an earlier phenomenon that has only
16  been around for a few years, yet it is already making major
17  headlines with severe toxicity, the adverse effects that you
18  are seeing on this slide.  The deaths have been mounting.
19        The XLR-11, since it was scheduled, has tapered off
20  and many new ones.  There are between 16 to 100 that we
21  currently track on the illicit market.
22        When you think of cocaine, there is one cocaine.
23  When you think of methamphetamine, there is one
24  methamphetamine.  With heroin, you might have some Fentanyl
25  analogues, but there is one heroin.

1           When you look at synthetic cannabinoids, we have a

2   few hundred that are currently floating on the illicit market,

3   each one distinctly different, yet substantially similar to

4   each other.  The manufacturers tweak the chemical structure

5   just ever so slightly in an attempt to skirt the law, yet they

6   need to retain the pharmacological effect because the users

7   still want to get high.

8           They only tweak it ever so slightly, but there are,

9   in the paper I'm going to demonstrate -- I published a paper in

10  July of this year in the New England Journal of Medicine.  In

11  that paper I demonstrate a large variety of drugs responsible

12  for overdoses, and I list 20 separate deaths, some involving

13  XLR-11, some involving AB-CHIMINACA in this case, the

14  AB-FUBINACA, the AB-PINACA.

15          So in terms of just XLR-11 deaths, only so many have

16  been reported; yet when you take all of these synthetic

17  cannabinoids, the deaths have been mounting.  And also I'm only

18  aware of the deaths that either get given or shared with DEA

19  or that I can track down.

20          Many medical examiners and coroners list a cause of

21  death, but don't necessarily share the data with DEA, so I

22  have to actually go out and find them and demonstrate the

23  effects of some of these drugs.

24          THE COURT:  Okay.

25

1    BY MS. LINEBERGER:

2    Q.  So it is conceivable that somebody presents themselves at

3    the emergency room or dies in their house, and they diagnose it

4    as kidney failure.  If they don't do a toxicology -- run a

5    toxicology screen, they may miss the fact that the person was

6    smoking synthetic cannabinoid, correct?

7    A.  That happens quite often.

8             There are no readily available clinical tests.  When

9    you go to a hospital, they can test you for meth, heroin,

10   cocaine, marijuana, the basic clinical chem panel whenever they

11   check your blood.  But each of these synthetic cannabinoids,

12   each one of them requires their own specific test and so

13   clinical laboratories and hospitals do not have the technology

14   to test for these.  So many times, the diagnosis is missed and

15   they can only treat the symptoms, as we can see in many of the

16   published case reports.

17   Q.  This slide concerns Marinol.  Now, you did mention Marinol

18   to the Court, and a type of synthetic THC.  What -- evidently,

19   since it is a drug, has it been approved by the FDA?

20   A.  Marinol, as I discussed before, is the only approved FDA

21   formulation of THC.  The C3 at the top right there designates a

22   schedule three substance.  This is synthetic THC.  It is a very

23   specific formulation to deter abuse where the THC is dissolved

24   in sesame oil and then encapsulated in a gel capsule meant for

25   oral injection only.

Friday, December 11, 2015

1            It is indicated for two types of patients, either

2    AIDS patients with anorexia and weight loss or chemotherapy

3    patients who did not respond to additional therapies.  That's

4    what it is indicated for.

5            The importance of this, this was a clinical trial

6    done by the FDA or through the FDA, approved.  And I listed on

7    the very bottom -- and this is directly copied from the

8    insert -- the adverse reactions from this drug.

9            When you look at the cardiovascular effects; the

10   tachycardia, the nausea and vomiting, which definitely are

11   opposite of marijuana.  The nervous system effects; the

12   confusion, the anxiety, the hallucinations, paranoid reactions.

13           I present this to the Court to demonstrate that these

14   symptoms are more in line with the symptoms from the synthetic

15   cannabinoids, the Spice drugs that we see on the illicit

16   market; the XLR-11, the AB-CHIMINACA, although those drugs are

17   much more severe, much more toxic.

18           But as demonstrated in a clinical trial, even these

19   side effects are not indicative of what you would expect

20   following ingestion of marijuana.

21   Q.  So basically, it's approved to help people that are, for

22   lack of a better word, suffering from terminal illnesses

23   already.

24   A.  Correct.

25   Q.  So in order to make their lives more tolerable, what they

1    have left of it, they are given this drug, despite the adverse

2    reactions.

3    A.   Despite the adverse reactions that could occur following

4    ingestion of Marinol via oral ingestion, drugs that work often

5    have side effects.

6              The efficacy, the effect of the drugs, the good

7    outweighs the bad in these specific formulation in these

8    indicated patients.

9    Q.   Now, have you prepared a slide with regard to the control

10   actions regarding synthetic cannabinoids, as you and the Court

11   had discussed previously, the scheduling of the various

12   substances?

13   A.   Yes.

14   Q.   And is that found in the sixth slide of this presentation?

15   A.   Yes.

16             Your Honor, as I mentioned before, this is just a

17   list of control actions.  This includes DEA temporary

18   scheduling authority, as well as congressional authority.

19             If you look at the publication list on the right,

20   FDASIA, also know as the SDAPA, signed by Congress and the

21   President, the Synthetic Drug Abuse Prevention Act occurred in

22   July 2012.  These are just some examples of the scheduling

23   authority.

24             Out of the eight substances in this case, five of

25   them, the XLR-11, the PB-22, AB-FUBINACA, AB-CHIMINACA, and

50

1  AB-PINACA, as I mentioned before, are all currently temporary

2  controlled under schedule one of the CSA.

3  Q.  And as you testified earlier, the rest are analogues of the

4  controlled substances; is that correct?

5  A.  The other three substances, DEA refers to a court and a

6  jury to determine if a substance is actually an analogue;

7  however, the three substances in this case, DEA would support

8  a case, in our opinion, that those substances could be

9  considered controlled substance analogues, if intended for

10  human consumption.

11  Q.  Because they, too, are synthetic cannabinoids?

12  A.  Yes.

13  Q.  Now, have you prepared slides regarding some of the

14  substances in this case, listing a portion of the seizures in

15  the United States?

16  A.  Yes.

17  Q.  Well, are you aware -- how many documented ports of entry

18  are there in the United States?

19  A.  There are currently 328 ports of entry that are controlled

20  by Customs and Border Protection.

21  Q.  So if somebody crosses the border somewhere else, outside

22  of that, that's not in that figure; is that correct?

23  A.  That's not in the 328, correct.

24  Q.  And with regard to the portions of seizures found in slide

25  seven, what are the largest states for those seizures at those

Friday, December 11, 2015

1    ports?

2    A.  Well, just as a preface, on the next four slides, Your

3    Honor, I prepared this.  This is data given to DEA, and it has

4    been published in our supplemental material, whenever we

5    temporary control a drug, so this is available to all.  I

6    simply put the data onto a map and used circle diagrams.

7            This is an example.  This is just from one port of

8    entry, from San Francisco, one site, demonstrating the seizures

9    of UR-144 and XLR-11 that came through that single port in the

10   time period listed at the top of the slide.

11           The purpose of this is to demonstrate the widespread

12   shipping of these chemicals throughout the country.

13   Specifically, the largest states are California and Texas, with

14   other states like New Mexico, Utah, Washington and Florida

15   following behind.

16           As XLR-11 was temporary controlled in May 2013, the

17   seizures of XLR-11 tapered off as new chemicals, like

18   AB-CHIMINACA, AB-FUBINACA, AB-PINACA took their place.

19           If you go to the next slide --

20           THE COURT:  Does most of it come from China?

21           THE WITNESS:  It all comes from China, Your Honor.  I

22   have yet to see a seizure or a chemical that has not originated

23   in China.

24           I have seen a few -- you can count on one hand

25   examples -- where a package was shipped to either Europe or

1   somewhere in Australia, repackaged and then shipped, but the

2   original -- or the origin of the chemical was China.

3           This slide looks at three chemicals; two of them that

4   are this case, 5F-PB-22 and AB-FUBINACA.  Once again, largest

5   states simply from -- and these are just selected seizures.

6   There are many other chemicals that come through, these are

7   just one example from San Francisco.

8           Once again, Texas and Florida lead the way with these

9   chemicals; however, you can see dots throughout the country,

10  and it's a widespread shipping of the various chemicals in kilo

11  form.

12          On the third slide, these are newer chemicals, the

13  AB-CHIMINACA, AB-PINACA and THJ2201.  These were currently

14  controlled in January of 2013, these are some of our newest

15  control actions.  Once again, lower amounts because these are

16  newer drugs, but once again, shipped across the country.

17          And the last slide here for the states, I simply

18  pooled the data.  This is an example of the seven chemicals I

19  just told you about, just the seven.  There are over 100

20  chemicals that are currently on the illicit market that were

21  either controlled, that have tapered off, or are currently

22  increasing in terms of their numbers.

23          You can see here the larger states; Texas,

24  California, Nevada, New Mexico, Florida, this is where they

25  have intercepted and CBP seized the drug.  This does not show

1  you how much got through, we will never know that.

2           As I also mentioned, there's 328 ports of entry; this

3  is data from just one.  I am aware that the drugs in this case

4  did not come through San Francisco, they came through New York.

5  BY MS. LINEBERGER:

6  Q.  So these slides are your West Coat port of entry.

7  A.  One of them.

8  Q.  Okay.  So is it fair to say that if you add the East Coast

9  port of entry, it might be even bigger circles?

10  A.  Well, I can tell you simply from the data we received from

11  Customs and Boarder Protection, there are 20 or 30 other

12  chemicals on there that I could have given you slides on

13  FUB-PB22, on ADBICA, on 5F-AB-PINACA, on AM2201, on countless

14  other chemicals that would make the whole slide become red.

15           These slides, I only prepared them because this data

16  has been published with our federal registered notices whenever

17  we temporary control a drug, just to demonstrate a small

18  example of the amount of drugs coming into the country that you

19  just don't always see on the front page of your local news.

20  Q.  So this is just in a -- just shy of a three-year period --

21  A.  Approximately.

22  Q.  -- is that correct?

23  A.  Yes.

24  Q.  And you testified to the Court earlier, cocaine has been

25  around for hundreds of years.  This is the new thing?

Friday, December 11, 2015

1   A.   The world is moving more towards these synthetic drugs; the

2   bath salts or cathinones, the synthetic cannabinoids, the

3   tryptamines, the fenethyllines, the hallucinogens, the bath

4   salts, the NBOMEs, N-B-O-M-E, which are newer forms that are

5   closer to LSD in terms of their psychoactive effects.

6           Yes, in my opinion, this is where the world is

7   changing to.

8   Q.   Now, you brought out the topic of bath salts.  Now, okay,

9   you didn't like the word Spice, you like the word bath salts?

10  A.   Unfortunately, bath salts -- you can by bath salts at Bed

11  Bath and Beyond.  They don't cost nearly what you buy, you

12  know, behind the counter, the alpha PBP, one of the more

13  popular names is flakka, but these are street names.  Bath

14  salts, flakka, they are street names that you can use for these

15  various drugs; yet just like flakka, when you use flakka, you

16  don't really know what is in flakka.  It has to be tested by a

17  laboratory to determine is it alpha PBP, is it methylone, like

18  synthetic --

19          MR. LUBIN:  Objection, relevancy.  This is so far

20  afield to anything in our case.

21          THE COURT:  Well, overruled.

22          Let's kind of move past bath salts, unless it has

23  something particularly to do with this.

24  BY MS. LINEBERGER:

25  Q.   Well, the Bed Bath and Beyond bath salts are going in the

Friday, December 11, 2015

1  bath to make somebody's skin smell better and be softer,

2  right?

3  A.  Presumably.

4  Q.  That's not what you are talking about here, though.

5  A.  Correct.

6  Q.  That's sold on the street?

7  A.  Yes.

8  Q.  Just making sure.

9          THE COURT:  Hadn't this been sold in 7/Elevens, and

10  is it an incense?

11  BY MS. LINEBERGER:

12  Q.  Can you talk about that quickly.

13          THE WITNESS:  Please repeat, Your Honor.

14          THE COURT:  Let's just kind of -- let's move through

15  the charts.

16          MS. LINEBERGER:  Yes.

17  BY MS. LINEBERGER:

18  Q.  Have you ever tried to burn synthetic cannabinoids as an

19  incense, does it make it smell like perfume in the room?

20  A.  I have not.  Case reports from field agents that I have

21  read at DEA and also user testimony that I have been present

22  for said when you burn these chemicals, it smells absolutely

23  horrendous, but that's simply -- that's hearsay.

24  Q.  So it is not tootie fruity, cherry, or --

25  A.  They are labeled as that.  The manufacturers can put

Friday, December 11, 2015

1   flavors in them, but I don't under -- I don't have any

2   knowledge to -- how it actually smells or the effect on the

3   taste of the actual substance.

4   Q.  Okay.  Moving to the next group of slides --

5   A.  I'm sorry, before you proceed --

6   Q.  Please.

7            THE WITNESS:  Your Honor, the next slide is actually

8   the movie.  I just wanted to preface it before it plays so you

9   know what you are looking at.

10           THE COURT:  Okay.

11           THE WITNESS:  Along with a colleague of mine at DEA

12  headquarters, we put the slide together.  The largest outbreak

13  in terms of synthetic cannabinoids ever to occur in the United

14  States occurred in April of May of this year.

15           The next slide you are going to see a bubble chart

16  similar to this one, it is going to demonstrate -- the dates

17  are going to be at the top as the dates proceeded from the end

18  of March until about the end of May.

19           You are going to see various bubbles appear on the

20  chart which will demonstrate how the magnitude of various

21  outbreaks increased, and then on the bottom, you are going to

22  see the deaths that were attributed to this specific outbreak.

23  Of these 34 deaths attributed, we have confirmed 15 of the

24  deaths via autopsy and toxicology results.

25           THE COURT:  And what was the material?

Friday, December 11, 2015

```
 1              THE WITNESS:  The predominant material was a new

 2    synthetic cannabinoid called MAB-CHIMINACA; however, there were

 3    also 12 other substances, including XLR-11, PB-22 and

 4    AB-FUBINACA also found.

 5              This outbreak covered at least 12 states, and there

 6    were at least 2,500 emergency room admissions from the outbreak

 7    specifically.

 8              THE COURT:  And that -- but that material is not one

 9    of the ones in this case?

10              THE WITNESS:  The predominant material was not; but

11    as I said, there were some smaller overdoses in that outbreak

12    that did include some of the substances in this case.  But the

13    predominant one was a brand new one called MAB-CHIMINACA.

14              THE COURT:  Okay.

15              MS. LINEBERGER:  Are you ready?

16              For the record, the slide does appear to be moving.

17              THE WITNESS:  So just to recap, Your Honor, the

18    overdoses began in both Austin and Corpus Christi, Texas.

19              They then moved -- the largest amount of overdoses

20    was in the State of Mississippi, centered in Jackson, but

21    throughout the entire state.

22              The overdoses proceeded then through Alabama;

23    Norfolk, Virginia; Hampton, Virginia; Hangerstown, Maryland;

24    New York City; Syracuse, New York; Hartford, Connecticut; the

25    State of New Jersey; Allentown, Pennsylvania; Harrisburg,
```

Friday, December 11, 2015

1    Pennsylvania, Nebraska, and Iowa.

2              As I said, this overdose in -- between April and May

3    2015 resulted in over 2,500 overdoses as determined by public

4    health departments in Mississippi and Alabama.  At least 34

5    deaths were attributed to the overdoses, and that was

6    information given by the public health departments in those

7    states.

8              Both states declared states of emergency and

9    requested CDC assistance.  And of the 34 deaths, I have

10   received information on at least 15 of them confirming the

11   death was attributed or caused by solely a synthetic

12   cannabinoid.

13             Most of the cases were either AB-CHIMINACA, which

14   was in this case.  The first two cases in Corpus Christi, Texas

15   were AB-CHIMINACA, and predominantly were either MAB-CHIMINACA

16   or XLR-11.

17             THE COURT:  There was a sentencing in Texas with some

18   of these synthetic products.  Does that relate to this chart

19   or not?

20             THE WITNESS:  No, Your Honor.

21             As you may be more aware than I am, these sentencings

22   and hearings and trials sometimes take a few years before they

23   proceed from indictment to sentencing.

24             I believe -- are you talking what I just testified in

25   or something else that you are aware of?

59

```
 1            THE COURT:  I'm just aware there was a sentencing in
 2   the last -- it seems like in the last year in Austin, I
 3   think --
 4            THE WITNESS:  That was -- I was part of that, Your
 5   Honor.
 6            THE COURT:  -- involving synthetic marijuana or
 7   cannabinoids, and I read about that sentencing.  I was curious
 8   if it related to this epidemic here that you are talking about
 9   or something else.  It sounds like something else.
10            THE WITNESS:  That was a previous epidemic or
11   cluster.  I did testify in that with AUSA Mark Marshall and
12   AUSA Sheri Pearce (phonetic) of Austin, I believe that was
13   October.  It's probably on my sheets, one of the exhibits for
14   my testimony; but that was not related to this specific
15   overdose or outbreak.
16            THE COURT:  Okay.  Thank you.
17   BY MS. LINEBERGER:
18   Q.  Well, you talk about outbreaks, are there -- is it like
19   there are clusters of these; they pop up and the whole town
20   gets sick basically around a certain time of year?  What do
21   you mean clusters?
22   A.  I give my own definition for clusters.  I worked with
23   colleagues at the CDC and University of California at
24   San Francisco specifically on the paper I'm about to talk about
25   with you.
```

Friday, December 11, 2015

1          A cluster for us was just defined as more than two
2  people.  If there was a single overdose or two people, we
3  didn't define that as a cluster.  Three or more is what we
4  used to define a cluster, but I'm not sure if there's a
5  standard definition for what a cluster is.
6          However, most of the clusters involved, many times,
7  more than ten patients, sometimes up to 100, 200 patients.
8          The cluster of illness, as demonstrated on the next
9  few slides, have both increased in the severity, as well as the
10  incidents across the country.
11          Can we go to the next slide, please.
12  Q.  Yes.  Referring to slide 13?
13  A.  Yes.
14          Your Honor, this was the CDC report from the
15  Mississippi state when they requested assistance.  This is
16  synthetic cannabinoid related emergency room admissions.  You
17  can see in 2015 -- the numbers below, the 01, 02, 03, 04, 05,
18  those refers to the weeks in the calendar year.  Weeks 12 and
19  13 refer to the end of March.
20          This was similar to the slide, the movie that you
21  just saw previously.  You can see how the numbers, the
22  incidences greatly increased over that six- or seven-week
23  period.  In the State of Mississippi alone, they had 1,218
24  overdoses, in that six- to seven-week period.
25          On the next slide --

1  Q.  Slide 14?

2          THE COURT:  Do you know what that material was?

3          THE WITNESS:  What I mentioned before; predominantly

4  the MAB-CHIMINACA, although there are some -- a few cases of

5  other individual cannabinoids, including XLR-11 or PB-22; but

6  the predominant one was not in this case, the MAB-CHIMINACA.

7  It's the newer one on the market currently.

8          This is that same grouping, broken down by age

9  groups.  This demonstrates that your age group abusing this

10  drug, your main category is 18 to 24 year olds; however, your

11  13 to 39 year olds is your larger cluster.

12          If you look at the 13 to 39 year old category, that

13  represents just over 80 percent of overdoses that occurred in

14  Mississippi in that six- to seven-week period.

15          Why this is important, the paper that we just

16  published, colleagues of mine and I, in July of this year, we

17  describe 20 deaths.  This is by no means all of the deaths that

18  have occurred, this is just what was presented or shared with

19  DEA.

20          Just like in this slide here, 75 percent of the

21  deaths that we collected fall in the same category, between 13

22  and 39 years old.  In fact, seven of the deaths were under 19

23  years old.

24          Can we go to the next slide please.

25          This is the paper I was just discussing, we published

62

1  this in the New England Journal of Medicine back in July of
2  this year.  Once again, I have to reiterate that this is not
3  all of the clusters, nor all of the deaths that have occurred
4  from these drugs.  These are simply the ones that my colleagues
5  and I were aware of or were shared with either the CDC and DEA
6  and that we were able to get definitive testing on to
7  demonstrate the drug involved.
8          If you look at the top, you see two cases or clusters
9  occurred in 2012.  Two also occurred in 2013.  By 2014, you had
10  nine examples of clusters and you can see, on the right-hand
11  side, the various substances.  Some involved in this case, the
12  XLR-11, the AB-FUBINACA, the AB-CHIMINACA, AB-PINACA is on the
13  table.
14          If you go to the next slide please, the data for this
15  paper we stopped collecting in April of 2015.  This was at the
16  beginning of the very large outbreak I just discussed.  You can
17  see the drug identified on the bottom right-hand corner was the
18  MAB-CHIMINACA.  However, in just the first few months of 2015;
19  once again, we had nine clusters of overdoses.
20          Your Honor, since April, there has been more than 30
21  additional clusters of overdoses.  In the last three weeks
22  alone, I have tracked three overdose clusters in San Diego,
23  California, each with over ten people, between ten and 15.
24          In Anchorage, Alaska, since August of this year, they
25  have had 80 overdoses and up to 14 deaths attributed to

Friday, December 11, 2015

1   synthetic cannabinoids.

2          In Tulsa, Oklahoma, the week of October 20th, they

3   had 25 overdoses.  Two weeks ago in Hopkinsville, Kentucky,

4   they had 13 people present to emergency rooms after overdosing

5   from synthetic cannabinoids.  On Monday of this week, they

6   called me and said they had another outbreak.

7          In Mississippi, there were ten overdoses three weeks

8   ago due to synthetic cannabinoids.  And just last week in

9   Orlando, Florida, there were 25 an overdoses attributed to

10  synthetic cannabinoids.  This is just in the last three weeks.

11         The incidents, the severity has just increased

12  incrementally over the past few years.

13  BY MS. LINEBERGER:

14  Q.  Are the hospitals becoming -- and coroners' offices now

15  becoming more sophisticated to look for the substances now, as

16  opposed to back when they first came on the market?

17  A.  The hospitals, from talking with physicians in published

18  reports, there are no anecdotes to these drugs.  There is no

19  Narcan, like you have for the opioids.  For these drugs, they

20  can only treat symptomology.

21         However, the substance is usually only identified if

22  my colleagues and I attempt to intervene and collect samples in

23  order to attempt to identify the substance or, unfortunately,

24  in post mortem samples, once someone dies only does a coroner

25  or medical examiner go the extra step in an attempt to identify

1    substances in the toxicology.

2    Q.   And is it fair to say, as the time progressed from 2012

3    through and into the end of 2015, that you see the substances

4    changing from month to month or cluster to cluster, all of them

5    being synthetic cannabinoids?

6    A.   All of the substances here are synthetic cannabinoids.  The

7    substances do change in an effort to either skirt the law;

8    however, we do see cases where substances that have not been

9    around for a while or were already scheduled and are schedule

10   one substances still appear.

11        If you go to the next slide, this is a second part of

12   the chart in our paper that described many of the single cases

13   and many of them resulted in death.

14        You can see how the drugs continue to change, if you

15   go just to the next slide.

16        One example, the very last -- the last death that we

17   collected for this paper, in Killeen, Texas, January 2015,

18   AB-CHIMINACA, one of the drugs in this case, that's one of the

19   newer drugs.  AKB48 and XLR-11, these drugs were temporary

20   controlled, May 16th, 2013; however, they are still showing up

21   in samples, in products, and still causing illness; and in this

22   case, this death was attributed to just those chemicals.  There

23   was nothing else found on his person or toxicology and the

24   death was ruled an overdose due to synthetic cannabinoid

25   intoxication.

1    Q.  Well, if they don't die, is it your opinion that the

2    illnesses are very serious from these drugs.

3    A.  Based upon published research reports, case reports and the

4    literature, the adverse effects from these drugs that do not

5    result in death are still extremely serious; seizures, possible

6    coma, organ failure, extremely serious side effects.

7    Q.  And these are adverse effects after the synthetic

8    cannabinoids, like XLR-11 and like the other ones in this case,

9    it is after they have been consumed on some sort of vegetable

10   matter; is that correct?

11   A.  In most cases, they are consuming it via vegetable matter;

12   however, in recent months, there has been a small shift where

13   the synthetic drugs are now put into liquid for use in either

14   e-cigarettes, the vapor pens.  You see the more popular being

15   sold in malls, but there is a slight shift towards vapor

16   products in liquids, a more discreet method of smoking than

17   applying them to vegetable material.

18   Q.  Is it still dangerous if it is put in an e-cigarette or

19   vapor pen?

20   A.  Yes.

21   Q.  What about if it were just sprayed on to construction

22   paper?

23   A.  The drug doesn't change, it is still the same drug.  And

24   the amount you ingest, you know, correlates to the adverse

25   reactions in some cases; however, even the smallest amounts

Friday, December 11, 2015

1   have been shown to have very serious side effects or cause

2   death.

3   Q.   Moving along to the 19th slide, for the record, would you

4   please explain the various methods that are used to evaluate

5   the pharmacological effects of a drug and are these tests

6   widely accepted in the scientific community as reliable studies

7   and methodologies?

8   A.   The studies I'm about to explain have all been published,

9   widely accepted, used for decades, and are reliable methods to

10  evaluate the pharmacological effects of these drugs.

11  Q.   Have these tests been peer reviewed?

12  A.   Yes.

13  Q.   Written about?

14  A.   Yes.

15  Q.   Published?

16  A.   Yes.

17  Q.   Let's talk about the first one.

18  A.   Structure activity relationship, this is the most basic way

19  you can look at two substances and predict the effects.  This

20  is where you know a lot of information about substance A, but

21  you have no information about substance B.  You can look at the

22  core structure and predict if the substance is going to have a

23  similar pharmacological effect.  The limitation is that it is

24  only predicative.

25            The next example, in vitro studies.  In vitro is

1   Latin for in glass.  These are your test tube, molecular

2   studies.  The binding assay, this a way you can look at the

3   affinity, how much of an attraction is there going to be

4   between the substance and the receptor.

5          The substances in this case bind to the CB1 receptor.

6   Cannabinoids have two receptors, either CW1 or CB2

7   predominately.  The CB1 receptor is the receptor responsible

8   for the psychoactive properties of cannabinoids.  CB2 is for

9   the antinausea, anti-pain suppressant effects of cannabinoids.

10         Once again, the in vitro binding assay only tells you

11   how tightly a drug will bind to the receptor.  It tells you

12   nothing more than just the affinity.

13         The next category of in vitro test is called

14   functional assay, also molecular study.  This goes one step

15   further and will determine, on a molecular level, will this

16   substance cause the agonist or the expected effect.

17         The agonist effect for these drugs would be psycho

18   activity, for example, or an antagonist effect; is it going to

19   block, for example, the psycho activity.

20         For in vitro tests, you can look at potency and

21   studies discuss the word potency, but this potency does not

22   necessarily translate to the effects in humans.

23         So it is very important, you need the drug

24   discrimination data in order to evaluate the effects in humans

25   in terms of potency.  You cannot extrapolate potency results

1   for in vitro studies.

2           The next category are the animal studies,

3   specifically the drug discrimination.  This is a study where

4   you evaluate animals, where you give them the specific -- the

5   test drug, for example THC, and they learn a specific behavior.

6           You then switch out the THC and you observe the

7   behavior -- I can go into this in more depth, if necessary, but

8   the results demonstrate if that's -- the substance will

9   substitute for THC.  So, for example, in this case, the XLR-11,

10  the animals could not differentiate between the XLR-11 and the

11  THC.

12          The last category we look at are tox reports,

13  hospital admissions, law enforcement data.  The largest amount,

14  the increasing amount of adverse effect data, the deaths, the

15  severe reactions to these drugs, specifically XLR-11, is the

16  prime reason why you cannot administer these drugs in a

17  clinical trial.

18          Number one, these drugs have been deemed by the FDA

19  to have no medical use; hence, they are placed at the schedule

20  one.

21          In my opinion, when a drug causes serious adverse

22  reactions, including kidney failure, seizures, and/or death, it

23  is unacceptable to attempt to test this drug in the clinical

24  trial when the FDA has said there is no medical benefit.

25          On the next slide, I go through these tests

1    specifically as it relates to XLR-11.

2              As I mentioned before, my opinion as the -- is that

3    the hallucinogenic effects of XLR-11 on the central nervous

4    system are substantially similar to THC and XLR-11 is at least

5    as potent as THC.

6              In our molecular studies, both XLR-11 and THC bound

7    to the same receptor with very high affinity.  In the

8    functional assay, the THC was a partial agonist.  The

9    difference betweens these is that a partial agonist has a

10   sealing effect.  It could never achieve the potential as a

11   full agonist.  This demonstrates that XLR-11 acts in an

12   increased manner than the THC does.

13             In the drug discrimination, as I mentioned before,

14   after the animals were trained on THC and then substituted with

15   the XLR-11, the animals could not differentiate between the two

16   drugs, they responded the same.

17             Lastly, looking at the effects on humans, for THC,

18   the adverse effects listed here are from that clinical trial

19   with the Marinol that I described before.  They include the

20   anxiety, the confusion, hallucinations, tachycardia.

21             When you look at the effects of XLR-11, as published

22   in case reports, they include nausea, vomiting, organ failure,

23   seizures, tachycardia, they required intubation, and death.

24   Q.  So XLR-11 has organ failure, intubation, and death.  Isn't

25   that worse than what THC has caused in those studies?

Friday, December 11, 2015

1   A.  Yes.  As I mentioned before, the side effects, the adverse

2   effects from XLR-11, while I would compare the most closely

3   related substance in the guidelines to THC, the effects of

4   XLR-11, in my opinion, are much worse.

5   Q.  Worse than THC?

6   A.  In terms of adverse effects, correct.

7              THE COURT:  But you are using the Marisol (sic) for

8   this THC?

9              THE WITNESS:  The Marinol, Your Honor.

10              THE COURT:  Marinol, that's the controlled dosage

11   though, and I think the incidents on your chart was 3 to 10

12   percent --

13              THE WITNESS:  Yes, Your Honor.

14              THE COURT:  -- of any of the more serious side

15   effects.  The others were, I guess, the anxiety and nervousness

16   and isn't that --

17              THE WITNESS:  Yes, yes.

18              THE COURT:  So it is a bit of comparing apples to

19   oranges, isn't it?

20              THE WITNESS:  I don't understand your comparison.

21              THE COURT:  Well, if you are using this data from

22   your -- is it Marisol (sic) again?

23              THE WITNESS:  Marinol.

24              THE COURT:  Marinol, where it is a controlled dosage,

25   and as I say, it is only 3 to 10 percent incidents of adverse

Friday, December 11, 2015

1    effects according to that chart you showed me.

2            THE WITNESS:  Correct.

3            THE COURT:  It would seem like it is hard to compare

4    the two.

5            THE WITNESS:  What I'm comparing are the reported

6    adverse effects.

7            True, the clinical trial mentioned the incidents

8    rates of the adverse effects, but that's what was reported in

9    the clinical trial.  If you are going to go have  an adverse

10   effect from THC, given oral dosages of it, these are the side

11   effects that you would --

12           THE COURT:  But we don't really have any data in

13   terms of incidents because there has never been any testing.

14           THE WITNESS:  Yes, Your Honor, I would agree with

15   that.

16           THE COURT:  You just kind of have --

17           THE WITNESS:  The testing, the human studies, there

18   is no clinical trial with XLR-11, it is simply the reported

19   adverse effects from ingesting the drug.

20           THE COURT:  Okay.

21   BY MS. LINEBERGER:

22   Q.  So Marinol is the safest form of THC you could administer

23   to a person; is that correct?

24   A.  Under medical supervision, THC, the only form that you

25   could -- a physician could prescribe to a patient is Marinol

1    in various dosages.  I believe the lowest dosage is three

2    milligrams or two-and-a-half milligrams, I believe, is the

3    lowest dose of Marinol.

4            I think, Your Honor, it would also be important to

5    note, in that clinical trial, a portion that I did not put on

6    the slide here, the metabolism of synthetic cannabinoids,

7    similar to the metabolism of opioids, have what is called a

8    very high first-pass metabolism.

9            This means that when you ingest the drug orally, a

10   large percentage of the drug is degraded and is not available

11   to work inside your body.

12           In the clinical trial, the FDA notes that 80 to 90

13   percent of the Marinol undergoes first-pass metabolism.  So

14   even with the smallest dose, a very, very tiny amount of that

15   Marinol is actually available to elicit its effects on the

16   body, yet you still saw 3 to 10 percent of those patients

17   exhibit adverse effects.

18           The XLR-11 is predominantly ingested via inhalation.

19   So the route of ministration, if THC were to be ingested or

20   applied to plant material in the same manner as XLR-11 was

21   applied to plant material, the adverse effects would be even

22   more closely related to XLR-11; yet XLR-11, if you look in that

23   second line where it shows it was a full agonist, the XLR-11

24   would still be worse than the THC itself.

25

1  Q.  Because THC is still partial, whereas XLR-11 is a full

2  agonist, correct?

3  A.  Correct.

4  Q.  Are you ready for me to go to the next slide?

5  A.  Please.

6  Q.  You discussed a lot of the pharmacological effects related

7  to prong B of the test.  Can you now go into the potency

8  discussion, which we are now viewing slide 21 for the record?

9  A.  Briefly, Your Honor, these are the published data from the

10  drug discrimination study.  ED50, if you are not aware, stands

11  for effective dose of 50 percent.  This is a benchmark that

12  scientists use to compare various drugs within a study.  It

13  actually refers to the dose required for 50 percent of the

14  animals to respond.

15        It is not important to note that only 50 are

16  responding.  As I said, it is just a benchmark to compare

17  various drugs.

18        If you look at the chart from their table, THC had a

19  drug discrimination value of .85 milligrams per kilogram.  The

20  lower the number, the more potent the drug.  It means that less

21  drug is required to get 50 percent of the animals to respond.

22        Of the drugs in this case, XLR-11, PB-22 and

23  AB-FUBINACA are all listed in this chart.  XLR-11, the ED50

24  value is .18.  PB-22, the value is .20, and AB-FUBINACA has an

25  ED50 value of also .18 milligrams per kilogram.  This

Friday, December 11, 2015

1  demonstrates that these drugs specifically are approximately

2  four times as potent as THC in this assay.

3          This was done in animals; however, this was a study

4  contracted via DEA through NIDA.  NIDA stands for National

5  Institute on Drugs of Abuse, widely considered the gold

6  standard on drugs of abuse research.  They also supply a large

7  percentage of funding to researchers around the country to

8  study various drugs and abuse.

9          NIDA reviewed the study, DE reviewed the study.  It

10  was then published in a peer review journal.  These researchers

11  have done this type of data before, they've published multiple

12  previous papers.

13          This demonstrates that the results here are not only

14  factual and true, the false positives do not exist.  The

15  information here is accepted by the scientific community.  The

16  study has been conducted for over 30 years, drug discrimination

17  comparing the effects of these drugs, and directly can

18  correlate to the effects of these drugs in humans.

19          THE COURT:  So that means that 50 percent of them

20  show some signs of the drug, is that what it is?

21          THE WITNESS:  Once again, we -- I ask that you don't

22  get hung up on the 50 percent number, it is just a benchmark.

23  All of animals responded.  You can have an ED90 value, ED80.

24          THE COURT:  In terms of response, it is just some

25  response.  This doesn't measure how, I guess, the -- how

1   harmful the response is, it is just whether or not they

2   respond?

3           THE WITNESS:  The animals -- the actual test involves

4   two levels in a box.  It is a simple method, but a method that

5   has been validated and used by scientists for quite some time.

6           The animal is trained to either press a saline

7   controlled lever or a THC lever based upon what they are

8   feeling after injection.  The animal is trained over 60 times

9   until they learn the behavior, so they press the correct lever.

10  Once they press the correct lever, they get a food pellet as a

11  reward.

12          When the animal has successfully pressed the correct

13  lever over 80 percent of the time, the animal is then switched

14  with the experimental drug; for example, XLR-11, PB-22.  The

15  animal is then observed to see if they can differentiate

16  between the THC and XLR-11.  The animals are completely -- the

17  word is that they substituted -- XLR-11 was substituted for

18  THC.  The animals could not differentiate between the XLR-11

19  and THC.

20          This test does not look at the adverse effects.  In

21  effect, the researchers do not want to give a dose so high that

22  it is going to kill the animals.  It is a dose appropriate to

23  get them to respond without harming the animals, effectively.

24  BY MS. LINEBERGER:

25  Q.  So in the drug discrimination assays, it actually took less

Friday, December 11, 2015

1   of the XLR-11, PB-22 and AB-FUBINACA to get them to react than

2   the THC did?

3   A.   Yes.

4   Q.   So does that mean they were more potent than the THC?

5   A.   Yes.

6   Q.   Well, I guess since THC is the closest thing in the

7   guidelines, then 167 is a gift.

8           MR. LUBIN:   Objection to the form of the question.

9   BY MS. LINEBERGER:

10  Q.   Isn't it?

11          THE COURT:   Sustained.

12  BY MS. LINEBERGER:

13  Q.   Well, what do you think?  In your opinion, do you agree --

14  as the guidelines stand now -- they are what they are -- do you

15  agree that it's as low as 1 to 167?

16          MR. LUBIN:   Objection to the form, leading.

17          THE COURT:   Overruled.

18  BY MS. LINEBERGER:

19  Q.   What is your opinion on that?

20  A.   My opinion is that, number one, the closest related

21  substance in the guidelines is THC; that these substances, as

22  demonstrated by this study, are more potent than THC,

23  approximately four times as potent as THC.

24          The Sentencing Commission goes through a very

25  exhaustive process, as defined in their -- their current

Friday, December 11, 2015

```
 1   volume.  On page 11, paragraph five -- or section five, they
 2   state that they have gone over 40,000 convictions and up to
 3   10,000 presentence reports to give a very conservative value.
 4            I don't know if you would just simply take 167 times
 5   four to demonstrate the value for this, but it would seem to --
 6   it would be sensible that the drugs in this case would get a
 7   much higher value from the sentencing commission than 167 --
 8            MR. LUBIN:  Object to that answer again and ask that
 9   it be stricken as incompetent for this witness to discuss.
10            THE COURT:  Overruled.
11   BY MS. LINEBERGER:
12   Q.  Well, there are substances out there that have actually
13   received a higher ratio than 167, correct, synthetic
14   substances?
15            MR. LUBIN:  Objection, irrelevant.
16            THE COURT:  Overruled.
17            THE WITNESS:  Methcathinone is 1 to 380.
18   BY MS. LINEBERGER:
19   Q.  One to 380?
20   A.  Yes.
21   Q.  For a cathinone?
22   A.  Yes.
23            THE COURT:  I don't understand this ratio thing.  Do
24   you want to take a shot at trying to explain to me why -- how
25   the 1 to 167 is arrived at?
```

Friday, December 11, 2015

 1          THE WITNESS:  I don't have an answer for you, Your

 2   Honor.  As I said, I looked for it and what I came up with is

 3   what, on page 11, the Sentencing Commission pretty much gave as

 4   their answer.

 5          They discussed how they don't give out their data.

 6   They list most of it as proprietary, and they listed -- it is a

 7   few sentences on page 11.  They said they look through many,

 8   many cases; they come up with a conservative value that many

 9   people may or may not agree with, and that's how they come up

10   with their numbers.  I don't have a definitive answer for you.

11          I know in some other instances, for example MDMA,

12   there was a 2001 report to Congress.  Congress -- I don't know

13   what the word is -- asked the commission to give them a report

14   on MDMA.

15          They took various factors into account; marketing

16   towards youth, increased use around the country, neurotoxicity,

17   various factors that went into finding their 500 to one ratio

18   for MDMA.

19          Based upon that, you can't extrapolate that to

20   synthetic cannabinoids, but I can only infer they didn't just

21   look at a single number, that they looked into many factors in

22   order to come up with what they thought was a reasonable and,

23   according to them, conservative number for THC.  Unfortunately,

24   that's the best answer I can give you.

25          THE COURT:  Okay, thanks.

Friday, December 11, 2015

```
 1  BY MS. LINEBERGER:
 2  Q.  And they have -- the commission has said that THC should be
 3  at the 1 to 167 ratio.
 4  A.  That's what is listed in the sentencing guideline table.
 5  Q.  Moving on to the report, you have indicated that you have
 6  reviewed the Defense witness declarations, correct?
 7  A.  Yes.
 8  Q.  In your opinion, why isn't it acceptable to conduct
 9  clinical studies with any of the drugs listed in this case,
10  especially XLR-11?
11  A.  I have mentioned before, Your Honor, five of the eight
12  substances in this case are currently schedule one substances.
13  These are substances that the FDA has deemed have no medical
14  use.
15          The substances in this case, many of them have
16  published case reports demonstrating the serious adverse
17  effects and/or deaths of the substances.
18          In my opinion, when a drug has no medical benefit,
19  has serious adverse effects -- seizures, coma, and death -- it
20  is inappropriate to -- for the purpose of court proceedings, to
21  initiate a clinical trial just to see what is going to happen
22  and put people at risk.
23          These drugs are toxins; they are abused for the
24  psychoactive properties only.  There is no medical benefit, and
25  they cause serious reactions.  It is unacceptable to do a
```

Friday, December 11, 2015

1  clinical trial with these drugs.

2  Q.  So no human clinical studies, but there are the toxicology

3  reports and the medical studies, correct?

4  A.  Yes.

5  Q.  And in the studies, were they able to exclude virtually

6  every other cause of this illness or death -- of the illnesses

7  or deaths?

8  A.  No, not in all of the cases.

9          In some of the cases, there were instances of

10 poly-drug use.  Sometimes morbidity or obesity came into play.

11         In a large number of the cases, the synthetic

12 cannabinoid was the sole cause of death.  The cause of death

13 will be listed as synthetic cannabinoid intoxication and,

14 parentheses, due to XLR-11 or AB-CHIMINACA, for example, or

15 PB-22, 5F-PB-22.  There are not always clean cases with these

16 drugs.

17 Q.  Have you seen cases where the manufacturer, not China but

18 the United States person that has obtained it from China and

19 laced on vegetable matter, have you seen cases where they have

20 actually combined multiple synthetic cannabinoids in their

21 product?

22 A.  That is quite common.

23         MR. LUBIN:  Objection, irrelevant.

24         THE COURT:  Overruled.

25         THE WITNESS:  It is quite common to determine

1  multiple synthetic cannabinoids in the same package.  There

2  seems to be no rhyme or reason to what mixtures appear or why

3  manufacturers.

4          That's something that I think only the manufacturer

5  would know in terms of why one drug would be combined with

6  various other ones or if the -- if it was leftover from the

7  last batch, et cetera.  I don't know, but in many cases, more

8  than one substance is found in the package.

9  Q.  Or they just don't care, right?

10  A.  I don't have -- I don't know.

11  Q.  Now, I'm going to direct your attention to Exhibits 15

12  to 22.  Are these some of the published articles regarding

13  synthetic cannabinoids and their adverse effects?

14  A.  Yes.

15  Q.  Have you reviewed them all?

16  A.  Yes.

17     (Evidence identified as Government Exhibits 15 through 22.)

18  BY MS. LINEBERGER:

19  Q.  Have prominent researchers also reviewed this data?

20  A.  The data has been peer reviewed before being published,

21  researchers have.  I don't know if I can say they are all

22  prominent.

23  Q.  Are some of the writers prominent researchers?

24  A.  Yes, some of them are very distinguished in their field.

25  Q.  Well, let's go through them.  Exhibit 15, would you tell

Friday, December 11, 2015

1   His Honor what the MM --

2          THE COURT:  I can read them.  If he wants to point to

3   particular things in these articles, let's hear it, but let's

4   not just go through them.

5          THE WITNESS:  I can do them all in a minute.

6          THE COURT:  Okay, please do.

7          THE WITNESS:  Exhibit 15, the CDC puts out a MMWR

8   weekly.  This was the acute kidney injury, multiple patients

9   exhibit kidney failure following ingestion of XLR-11.

10          In Exhibit 16, once again, this was an example of

11   acute kidney failure following ingestion of XLR-11.

12          Exhibit 17 describes four postmortem cases wherein

13   three out of the four cases, the cause of death was attributed

14   to 5F-PB-22.

15          And in Exhibit 18, this study by Gurney, et al., this

16   is more of a metanalysis, a collection of research over the

17   past few years, exhibits the symptoms and adverse effects from

18   a variety of drugs.  Included in here, a lot of the JWH

19   compounds, UR-144 and XLR-11.

20          In Exhibit 19, this was a more recent paper.  You

21   asked me before if more deaths had been reported on XLR-11,

22   this one is recently published.  This is a case report on two

23   XLR-11 associated fatalities.  The cause of death in both was

24   XLR-11 or synthetic cannabinoid intoxication.

25          Exhibit 20, another kidney failure following the use

Friday, December 11, 2015

1    of XLR-11 and/or UR-144.

2            Exhibit 21, this is paper I first authored, the one I

3    discussed in the Power Point from July of this year, describing

4    various clusters of illness and synthetic cannabinoid related

5    deaths.  Twenty deaths were discussed briefly in that paper.

6            Lastly, Exhibit 22, this is a paper that just

7    published in November.  I was also part of this.

8            In Gainesville, Florida, in June of 2014, there was a

9    cluster of overdoses in the Gainesville area due to

10   AB-CHIMINACA.  I assisted in determining the actual substance

11   involved in the outbreak.  Some of the clinical manifestations

12   are also listed in the paper, and the drug was AB-CHIMINACA,

13   one of the drugs in this case.

14   BY MS. LINEBERGER:

15   Q.  And the period of time involved in this study listed in

16   Government's Exhibit 22 was what period of time again?

17   A.  That was -- it was Memorial Day weekend, so like May 29th

18   to June 3rd, 2014.

19   Q.  So these are recent articles, fairly recent, in the last

20   year or so.

21   A.  I think the oldest one might be from 2013.  The Gurney

22   paper is probably the oldest one; two or three years, max.

23   Q.  So there is more data available now than there used to be

24   about these particular substances, correct?

25   A.  Yes.

1  Q.  So just to recap, are the effects of marijuana anything

2  like XLR-11 or the other synthetic cannabinoids in this case?

3  A.  No.

4  Q.  And based on studies, is XLR-11 at least as, if not more,

5  potent than THC?

6  A.  Yes.

7  Q.  And is THC, as we stand here today, the most closely

8  related substance in the U.S. Sentencing Guidelines list?

9  A.  Yes.

10 Q.  Did you find anything in the Defense declarations to

11 suggest that there was even a basis to compare the XLR-11 and

12 the other synthetic cannabinoids to marijuana?

13 A.  No.

14 Q.  Is there anything else that you would like to add on this

15 subject, Doctor, at this time?

16 A.  No.

17           MS. LINEBERGER:  Thank you, Your Honor.

18           THE COURT:  Okay.  Why don't we stop for lunch.

19 Forty-five minutes work for everybody?

20           MR. LUBIN:  Whatever you say, Your Honor.

21           THE COURT:  Well, I mean, can you eat in 45 minutes?

22 I want to make sure everybody has time, but I also want to get

23 to your witnesses.

24           MR. LUBIN:  I appreciate that.  Could we have an hour

25 because I want to review the 22 exhibits, too, over lunch?

Friday, December 11, 2015

```
 1                THE COURT:  All right, an hour; 1:30.
 2                MR. SCHELLER:  Your Honor --
 3                THE COURT:  Yes.
 4                MR. SCHELLER:  It is a matter of someone in the
 5      galley.  Can we just approach sidebar?
 6                THE COURT:  I don't want to do sidebar.  What is the
 7      problem?
 8                MR. SCHELLER:  Your Honor, it is -- I just would
 9      prefer if we could just approach very briefly.
10                THE COURT:  I'm not --
11                MR. SCHELLER:  Well, okay.
12                THE COURT:  If you can figure out how to tell me the
13      problem, but I don't do sidebars in sentencings.
14                MR. SCHELLER:  All right.  Well, I have -- I have --
15      I don't want to embarrass her, but I have a person in support
16      of my client who wears a hijab, and she was told downstairs
17      that she had to take it off in the courtroom.  She is a Muslim.
18                THE COURT:  I will ask them to honor her religious
19      position.
20                MR. SCHELLER:  That's all.
21                THE COURT:  The CSOs downstairs, is that where it is?
22                MR. SCHELLER:  Your courtroom deputy.
23                THE COURT:  Will you guys communicate, somebody ought
24      to be able to wear their religious garb.
25                MS. LINEBERGER:  If I can correct the record,
```

Friday, December 11, 2015

1    Mr. Lubin said he needed to review the 22 exhibits, a number of

2    these exhibits, he has already had.

3            THE COURT:  The only point was how long we are taking

4    for lunch.  We are taking an hour, 1:30.

5            MS. LINEBERGER:  Thank you, Your Honor.

6        (Recess was had at 12:32 p.m.; and the proceedings

7        resumed at 1:26 p.m.)

8            THE COURT:  Okay, please have a seat.

9            Is everybody here?

10           MS. LINEBERGER:  Yes, Your Honor.

11           THE COURT:  Okay.

12           MR. SCHELLER:  Judge, we worked out that situation,

13   it was a third party.

14           THE COURT:  I hear it wasn't a CSO.

15           MR. SCHELLER:  We addressed it and appreciate the

16   Court's input, I just wanted to let you know.

17           THE COURT:  All right.

18           And you are going to cross-examine, rather than put

19   on your expert, is that where we are now?

20           MR. LUBIN:  What I would like to do, if the Court

21   would accommodate, is I would like to put our expert on and do

22   my cross later, just so I can get him to the airport.

23           THE COURT:  No, that's all right.  Make sure you

24   leave time for her to cross, too, of your expert.

25           I don't have a problem with that, if you want to do

Friday, December 11, 2015

1  your cross later.

2           Do you have any problem?

3           MS. LINEBERGER:  Actually, I believe they found a

4  later flight for the witness, according to Mr. Scheller, so I

5  would prefer the continuity of the way it normally goes as

6  opposed to upsetting the normal course of affairs.

7           THE COURT:  I really don't care, as long as you --

8  if you are worried about your fellow getting out of town and

9  this one --

10          You may have a flight, too.

11          DR. TRECKI:  I do, Your Honor.

12          THE COURT:  When is yours?

13          DR. TRECKI:  Late, I accounted for --

14          MR. LUBIN:  When is your flight?

15          DR. TRECKI:  8:00 p.m.

16          THE COURT:  Your guy has a later flight?

17          MR. LUBIN:  We don't know if there are seats.  Right

18  now, he has a flight that leaves at 4:55.

19          THE COURT:  But he doesn't know if he has a seat on a

20  second one?

21          MR. LUBIN:  There is a later flight at 7:00.

22          THE COURT:  Do you have seats on it or not, you don't

23  know?

24          Put him on, so we make sure people get their

25  flights.

Friday, December 11, 2015

```
 1              MR. SCHELLER:  I'm sorry, we didn't have seats then.
 2              MR. LUBIN:  So you will put him on.
 3              MR. SCHELLER:  Yeah, we were trying to put him on a
 4   later flight.
 5              THE COURT:  I don't have a problem with the
 6   continuity issue.  We don't have a jury.  As long as both sides
 7   get their chance to cross-examine, I can figure out who is on
 8   which side.
 9              DR. TRECKI:  Your Honor, may I ask a question?
10              THE COURT:  Yes.
11              DR. TRECKI:  Because I'm still on the stand here, am
12   I allowed to confer with --
13              THE COURT:  You all don't have a problem with that,
14   do you?  I mean, we are -- the rule doesn't have a lot -- make
15   a lot of sense with experts.  Do you have a problem with him
16   being able to confer?
17              MR. LUBIN:  I don't mind if he confers with her about
18   his testimony, that's all.  If he wants to talk about what he
19   is observing --
20              THE COURT:  You probably want to talk about the other
21   expert, is that what you want to talk about?
22              DR. TRECKI:  Yes, sir.
23              Step down?
24              THE COURT:  Vice versa, too.  I mean, both you all,
25   we are interested in your expertise and your opinions, not
```

1   necessarily the facts.

2           MR. SCHELLER:  I am just going to use the Elmo for

3   this person, Your Honor.

4           MS. LINEBERGER:  Can we have a moment to switch

5   electronics, Your Honor.

6           THE COURT:  It doesn't take long, she just pushes a

7   button usually.

8           MS. LINEBERGER:  They need my computer off of it and

9   theirs on it.

10          MR. LUBIN:  While they are playing around, I know

11  there was some discussion about --

12          THE COURT:  Yeah, I'm not really happy about January.

13  You guys don't have any time either next week or the following

14  week?

15          MR. LUBIN:  Two of us are on vacation one of those

16  weeks, and two of us are on vacation the other of those weeks.

17          THE COURT:  All right.  I'm not going to mess with

18  your vacations.  So next -- the week after this coming one, the

19  week beginning the 21st, somebody is on vacation?

20          MR. LUBIN:  The week beginning the 21st --

21          MR. SCHELLER:  Two.

22          MR. SHINER:  Two of us.

23          MR. LUBIN:  -- two of them are on vacation.

24          They are all in custody.

25          THE COURT:  I recognize that, but there is an

Friday, December 11, 2015

1   advantage to getting things finished, especially when things

2   are fresh in your mind and you are dealing with it, because

3   once you move on to another thing, you move on to another

4   thing, in my experience.  You have a better memory than I do.

5           MR. LUBIN:  I don't know about that.  I'm not sure

6   about that at all.

7           THE COURT:  Are you ready?

8           MS. LINEBERGER:  Oh.

9           THE COURT:  Did you move whatever you had to move?

10          MS. LINEBERGER:  I moved it, yes, Judge.

11          THE COURT:  Good, let's start.

12          MR. SCHELLER:  Thank you very much.

13          Your Honor, Mr. Hossain would call Dr. Nicholas

14   Cozzi to the stand.

15        DR. NICHOLAS COZZI, PH.D., DEFENSE WITNESS, SWORN

16          THE COURTROOM DEPUTY:  Please state your full name

17   and spell your name for the record.

18          THE WITNESS:  My name is Nicholas Cozzi, C-O-Z-Z-I.

19                       DIRECT EXAMINATION

20   BY MR. SCHELLER:

21   Q.  Good afternoon, Doctor.

22   A.  Good afternoon.

23   Q.  Doctor, I just want to go quickly through your background.

24   A.  I'm a professor at the University of Wisconsin School of

25   Medicine and Public Health.

Friday, December 11, 2015

1  Q.  And did you prepare a declaration in this case?

2  A.  I did.

3  Q.  Okay.  And to the best of your knowledge, are the

4  statements in that declaration true and accurate?

5  A.  Yes, they are.

6  Q.  Did you also provide a CV in this case, a curriculum vitae?

7  A.  I did.

8  Q.  Are the statements in that CV, curriculum vitae, true and

9  accurate to the best of your knowledge?

10  A.  Yes, they are.

11  Q.  Okay.  Would you discuss just briefly your education and

12  background in pharmacology.

13  A.  Yes.  I have a bachelor of science degree in pharmacology

14  and toxicology from the University of Wisconsin at Madison, and

15  I have a Ph.D. degree in pharmacology, also from the University

16  of Wisconsin in Madison.

17  Q.  And do you -- as part of your experience in pharmacology do

18  you conduct research?

19  A.  I do.

20  Q.  Can you describe your research, what does that research

21  involve?

22  A.  Well, my research involves both the chemical synthesis and

23  pharmacological examination of drugs, mostly drugs with

24  psychoactive properties.

25          All of my research has been focused on drugs that are

Friday, December 11, 2015

1  called hallucinogens, drugs that are stimulants, and drugs that

2  are antidepressants.  I synthesize these drugs in my

3  laboratory; sometimes these are new compounds; sometimes they

4  are existing compounds, and then we test them in vitro and in

5  vivo.

6  Q.  Let me ask you --

7         I think there is something -- I'm getting a little

8  bit of static.  Do you mind adjusting --

9  A.  How is that?

10  Q.  All right, thank you.

11         You said you synthesize compounds in your laboratory.

12  For what agencies do you synthesize these compounds for?

13  A.  I have supplied some materials to the National Institute on

14  Drug Abuse, in particular, a series of cathinone compounds,

15  methylone, MDPV.  I work closely with some colleagues at NIDA,

16  National Institute on Drug Abuse.

17         I also synthesize compounds for clinical trials

18  around the United States.  In particular, we have been working

19  with psilocybin, which is a schedule one substance, but it is

20  currently being tested in human beings at various academic

21  institutions around the United States, including New York

22  University, Johns Hopkins University School of Medicine,

23  University of Alabama, UCLA, University of Wisconsin,

24  University of New Mexico, so I'm involved in numerous clinical

25  trials as well.

1  Q.   Let me -- I'm confused, then, because you just said you are

2  synthesizing a schedule one substance for use in these

3  different testing.

4          I thought that Dr. Trecki had testified that you

5  couldn't do medical -- you couldn't do testing with schedule

6  one substances because of the dangers associated with them.  Is

7  that correct?

8          MS. LINEBERGER:  Objection, mischaracterization of

9  Dr. Trecki's testimony, Your Honor.

10         THE COURT:  Overruled.

11 A.  Well, so as Dr. Trecki mentioned, schedule one substances

12 are deemed to have no medical use; however, that does not

13 preclude their investigation in research.

14         In fact, as I mentioned, I'm personally involved in

15 some of this research, and there are at least 14 ongoing or

16 completed clinical trials involving the substance psilocybin

17 right now in the United States.

18         MS. LINEBERGER:  Objection, irrelevant, Your Honor,

19 that's not one of the substances used in this case.

20         THE COURT:  Overruled.

21         MS. LINEBERGER:  And it has nothing to do with THC,

22 Your Honor.

23         THE COURT:  The objection is overruled.

24 BY MR. SCHELLER:

25 Q.  During the testimony, the -- I also wanted to clarify

Friday, December 11, 2015

94

```
1   something about related chemicals and so on.  You said you had

2   worked with cathinones and methylones and so on?

3   A.  Right.

4   Q.  Is the XLR-11 in this case a cathinone?

5   A.  No, it is not.

6   Q.  So it is not a bath salt, right?

7   A.  Well, bath salts is kind of a colloquial term applied to

8   these cathinones; and no, XLR-11 is not considered a bath salt.

9   Q.  Okay.  All right, I just wanted to clarify that.  Thank

10  you.

11          Have you testified as an expert before?

12  A.  Yes, I have.  I have testified both at the county level,

13  the state level, and the Federal level in various cases

14  before.

15  Q.  Okay.  And what type of subjects did you testify about in

16  Federal court, just generally?

17  A.  Well, I have testified about hallucinogens; I've testified

18  about stimulants, bath salts; I have testified about synthetic

19  cannabinoids.

20          I have also testified in simply medical malpractice

21  cases involving drugs that are not controlled substances, that

22  are not necessarily psychoactive, but yet fall under my purview

23  as a pharmacologist.

24  Q.  What were you asked to do in this case?

25  A.  I was asked to evaluate the chemical and pharmacological
```

Friday, December 11, 2015

1  literature on a series of synthetic compounds.

2  Q.  Did one of those compounds include XLR-11?

3  A.  Yes, it did.

4  Q.  Okay.  As the -- did you review the presentence report in

5  this case?

6  A.  I did.

7  Q.  Do you agree with the assertion that XLR-11 is a synthetic

8  THC?

9  A.  No, I don't.

10 Q.  Generally, what were your conclusions in this case?

11 A.  Well, my conclusions, after reviewing the literature with

12 these compounds, is that there have been some studies performed

13 with these compounds, mostly in vitro studies, some in vivo

14 studies using rats or mice; however, I couldn't find any human

15 studies involving XLR-11.

16 Q.  Well, let's go through that, then.

17         THE COURT:  You said the PSR suggests that it is a

18 synthetic THC.

19         MR. SCHELLER:  I believe so.

20         THE COURT:  I guess I didn't read it that way.  I

21 thought our task was to figure out which of the guidelines

22 drugs XLR-11 most closely approximate.

23         I'm also then interested in whether that guideline is

24 relevant or makes sense to this case, but then -- and then,

25 third, also the dangers of XLR-11 with respect to the need for

Friday, December 11, 2015

1  deterrence.  Those are the three areas.

2          I didn't understand that there was some argument that

3  this is the same -- that this is a synthetic version of that

4  drug.

5          MR. SCHELLER:  In any event, we are going to address

6  each one of those areas, Your Honor, today.

7          THE COURT:  Okay, great.

8  BY MR. SCHELLER:

9  Q.  So there hasn't been any studies of XLR-11 in human beings.

10 A.  No controlled studies, no.

11 Q.  And as you mentioned, there have been studies with the

12 XLR-11 with animals or in --

13 A.  Yes.

14 Q.  Okay.  And can you describe for the Court your experience

15 with animal studies?

16 A.  Well, I personally have conducted drug discrimination

17 assays as part of my Ph.D. work, and I published paper in this

18 area, so I'm well familiar with the methodology and also its

19 limitations.

20 Q.  You have actually then done -- when you say you have done

21 discrimination studies, can you explain to the Court what

22 exactly those studies entailed.

23 A.  Yeah.  So as I think Dr. Trecki outlined earlier, a drug

24 discrimination study essentially asks an animal, is this --

25 does this new drug resemble a drug that you have seen before,

Friday, December 11, 2015

1   really that's the bottom line.  And so animals are trained to

2   discriminate or distinguish a drug from saline, an inert

3   vehicle; and once an animal has learned to make that

4   distinction, you can then administer an unknown drug and see

5   if the animal responds as if this were the training drug or

6   not, and that's the basic approach in drug discrimination

7   assays.

8   Q.  Can you explain mechanically how it actually works with the

9   discrimination study?  Are there levers that are used?

10  A.  Yeah.  So the animal is presented with two levers on which

11  to make a choice and one trains the animal to press one lever,

12  let's say, the left lever, if one has injected saline, and then

13  trains the animal to press the right lever if one has

14  administered the training drug, for example THC.

15          And initially, you reward the animal if they press

16  the lever even once.  But generally, this training takes a

17  period of time; and generally, what one does is increases the

18  number of lever presses required for a positive response.

19          So in our work, we established what is called a fixed

20  ratio of 50, FR50.  So the animal had to press the lever 50

21  times to give confidence that what it was responding to was

22  either the saline or the training drug.  Initially, you start

23  much lower, but you keep raising the bar.

24          So if an animal -- suppose an animal is trained and

25  one administers drug X, and the animal presses the saline lever

1   50 times, you are pretty confident that it is interpreting this

2   drug as if it were saline.  On the other hand, if it presses

3   the other lever 50 times, then you are pretty confident that

4   the animal is interpreting the effect as if it were, say, THC.

5          So we use a FR50.  It is a much more rigorous and

6   robust approach than some of the studies I saw which only use

7   an FR10, so these animals only had to press the lever ten

8   times.  This lowers the bar and increases the likelihood that

9   one will get a positive response.

10          Furthermore, our threshold for correct responses was

11  an 85 percent threshold.  The animal had to recognize either

12  the saline or the training drug 85 percent of the time, which

13  is a pretty high threshold.  In the studies I reviewed, the

14  threshold was only 80 percent.  That also increases the

15  likelihood of getting a positive response.

16          Thirdly, in our studies, we use 10 to 15 animals to

17  give us a robust and confidence in the results.  In the studies

18  I reviewed, the animals -- used only six animals.  So again, it

19  is a little bit -- it is not quite as robust, not to say that

20  those results may not be true.  It's just that in my

21  experience, we used -- we kind of set a higher threshold for

22  reaching a conclusion.

23  Q.  You keep on referring to the studies that you looked at.

24  You are referring to the studies with XLR-11 in this case?

25  A.  Yes.  I'm referring to the studies in particular by Gatch

1  and Forster, 2014 and 2015, which looked at both THC and a

2  number of synthetic cannabinoids, including XLR-11.

3  Q.  When you were referring to the studies you did, can you

4  just explain briefly for the Court what substances you were

5  doing the animal discrimination test?

6  A.  Yes.  We trained our animals on LSD, amphetamine, MDMA,

7  MDMA like compounds, and a variety of compounds.  We had

8  approximately 30 different sets of animals that could

9  discriminate 30 different drugs.

10        MS. LINEBERGER:  Objection, none of those drugs are

11  in this case, Your Honor, nor are they synthetic cannabinoids.

12        THE COURT:  Overruled.  And as I mentioned to

13  Mr. Lubin, cross-examination may be the best place for this

14  rather than continued interruption with objections.

15        MS. LINEBERGER:  Yes, Your Honor.

16  BY MR. SCHELLER:

17  Q.  You were referring -- I put it in front of you -- this is

18  from the Government's Power Point.  You were referring to the

19  studies.  Is this Gatch and Forster?

20  A.  Yes.  This is Gatch and Forster, 2015 study comparing the

21  effects of THC with a series of synthetic compounds, including

22  XLR-11.

23  Q.  Now, can you explain -- I was a little bit confused.  Can

24  you explain to the Court, actually for me, what the ED50 value

25  means?

Friday, December 11, 2015

1  A.  ED50 value is the dose required to get 50 percent of the

2  animals to respond, so it's a commonly used benchmark in

3  pharmacology.

4       It's -- in this case here, it is milligrams per

5  kilogram.  So if you look at THC, for example, if you

6  administer 0.85 milligrams per kilogram of THC in this study,

7  50 percent of the rats; i.e., three out of the six, would

8  respond on the THC lever, and three of them would not respond.

9  Q.  So you have -- so this study and this correlation between

10  XLR-11 and THC is based on the fact that three rats may have

11  shown a positive?

12  A.  Well, it's more than three, but the ED50 is chosen as a

13  convenient landmark, if you like, or benchmark so that we can

14  compare drugs across different studies, for example.

15       So in other words, you want to -- if a drug has an

16  ED50 in one study, then you can look at another study and look

17  at what the ED50 is there and see whether they are comparable.

18  Q.  Now this study from Gatch and Foster (sic), if you look at

19  the bottom, it was done in August of 2015.

20  A.  That's when it was published, yes.

21  Q.  Okay.  And you heard the testimony about how these are

22  reliable testers and stuff, so on.  Are you familiar with Gatch

23  and Foster (sic)?

24  A.  Yes, I am.

25  Q.  How so?

1   A.   I have read their work, I have used their work.  I have

2   cited their work in my own work.

3   Q.   And have you looked at any other studies done by them with

4   THC and XLR-11?

5   A.   Well, this is the only study I'm aware of that includes

6   XLR-11.  However, I have looked at other studies they have

7   done involving THC.

8   Q.   Okay.  Now --

9            THE COURT:  It is suggested that this also shows

10  that -- and I may have it wrong, but the potency of XLR-11 is

11  greater than THC, according to this.  Is that the case?

12           THE WITNESS:  Yes, I would agree with that.

13           In this study, in this publication, the potency of

14  XLR-11 is more potent than THC because that number is lower,

15  that .18, or whatever it was, is lower than .85.

16           THE COURT:  But was your problem then with the study

17  that you thought some of the parameters they had weren't as

18  rigorous as the ones you used, is that what I understood?

19           THE WITNESS:  That's one issue I have, but I looked

20  at an earlier study they did.

21           If you can zoom in on this paper here.

22  BY MR. SCHELLER:

23  Q.   This is 2014 study from Behavioral Pharmacology.

24  A.   Yes.  It is a little bit out of focus.

25           So this is a study by the same --

1          MS. LINEBERGER:  I'm sorry, Your Honor.  I don't know

2   where Counsel got that document from, and perhaps it should be

3   made an exhibit or something, so the record is clear.

4          MR. SCHELLER:  I'm sorry.  This is from article from

5   Behavioral Pharmacology, the same publication that you took

6   your Power Point from.  It's 2014, and it is by Foster (sic).

7          THE WITNESS:  It is Gatch and Forster.

8          MR. SCHELLER:  And I believe --

9          MS. LINEBERGER:  May I see it, please?

10         MR. SCHELLER:  Yes.  And I believe your own expert

11  has referred to it in some of his prior declarations.

12         MS. LINEBERGER:  I'm sorry, Your Honor, but I didn't

13  have a copy, I have to review it with -- may I have a moment,

14  Your Honor?

15         I'm sorry, Counselor, it is not the same.  This is

16  Behavior Pharmacology 2014, Volume 25, Number 8, and the slide

17  comes from Behavioral Pharmacology 25, August, 265:460-8.

18         I would like the record to reflect they are not the

19  same, Your Honor, and I do not have a copy of this exhibit.

20         There you are, sir.

21         MR. SCHELLER:  Do you have an extra?

22     (Pause in proceedings.)

23  BY MR. SCHELLER:

24  Q.  Is this the study you were referring to?

25  A.  Yes.

Friday, December 11, 2015

1 Q.   And this is one of the other studies you reviewed?

2 A.   Yes.

3 Q.   Okay.  And where did you review this study -- I mean, when

4 did you review this study?

5 A.   I reviewed the study in preparation for my testimony.

6 Q.   Okay.  And was this study, was this conducted by the same

7 two individuals, Gatch and Foster (sic)?

8 A.   Yes, it was.

9 Q.   And what is the drug discrimination value for THC?

10 A.   Here, it is 0.56.

11 Q.   Okay.  Let me go back to the Government's Power Point.

12        What is the drug discrimination value for THC in this

13 study?

14 A.   Here, it is 0.85.  It is roughly 152 percent greater than

15 the previous study.

16 Q.   And this significant difference, how does that affect your

17 analysis of these studies?

18 A.   Well, it diminishes my confidence in their approach because

19 it is the same two people using the same kind of animals in

20 the same assay, in the same laboratory, testing THC and coming

21 up with two completely different values for the ED50.

22        And so this made me question how one could

23 extrapolate potency of THC or any other drug, for that matter,

24 from this laboratory into a human effect.  Their results are

25 not reproducible.

Friday, December 11, 2015

1        THE COURT:  Can you put your other one back up a

2   minute.  It also had an XLR-11.  I was trying to figure out --

3        MR. SCHELLER:  It has the some other cannabinoids,

4   Your Honor.  It has the THC --

5        THE COURT:  Oh, it doesn't have the --

6        MR. SCHELLER:  No, but this was done in 2014.  It is

7   the same table, same researchers, and the THC value is .56.

8   BY MR. SCHELLER:

9   Q.  So can you make -- do you agree with Dr. Trecki's

10  conclusion that you can make conclusions about XLR-11 potency

11  in human beings based on these studies with rats?

12  A.  No.

13  Q.  Why not?

14  A.  Well, we just saw that the data is highly variable.  And

15  because it is not even reproducible by the same group, I don't

16  have confidence in extrapolating that data even to another

17  species, let alone a human being.

18        If I may, I also reviewed some studies in mice using

19  THC in a drug discrimination paradigm, and some of these mice

20  studies were referred to earlier.  And here, we have an ED50,

21  this is studies by Wiley in 2013 and 2015 where, in mice, the

22  ED50 was 1.4 and 1.5 milligrams per kilo, again very different

23  from the ED achieved in rats; and therefore, it calls into

24  question whether this data can be extrapolated into what the

25  drug will -- what kind of dose, what kind of potency, what kind

1  of effect the drug will have in a human being.

2          The drugs don't even produce a same effect at the

3  same dose between rats and mice, let alone humans -- well, for

4  humans, we don't even know.

5  BY MR. SCHELLER:

6  Q.  Can you talk about, in your experience, whether -- how well

7  studies in animals translates to studies in humans with

8  chemical substances or medications or whatnot.

9  A.  Well, animal studies are commonly done in the drug

10  discovery process.  In fact, I understand that they are

11  required by the Food and Drug Administration, as are human

12  studies, before a drug is approved.

13          But the experience of the drug industry is both that

14  the in vitro studies and the vivo animal studies are not

15  reliable predictors of what a drug will produce in a human

16  being.  In fact, there are data that over 90 percent of drugs

17  which enter the research pipeline fail when they reach the

18  human being.

19          Now, sometimes they fail in the in vitro phase,

20  sometimes they fail in the animal phase; but these are the

21  numbers.  These are well established, well accepted numbers

22  that more than 90 percent of chemical entities that are seen

23  to be promising in vitro, promising in vivo nevertheless fail

24  to be approved.

25          THE COURT:  Let me ask you.  What would -- why would

Friday, December 11, 2015

1    you -- it seemed to make sense that if it has no medical value,

2    you wouldn't test it on humans.  Why is that not a -- I guess

3    why wouldn't I accept that?

4                THE WITNESS:  Well, Your Honor, we don't know --

5                THE COURT:  What would be the point of testing

6    something with no medical value on humans?

7                THE WITNESS:  We don't know if it has medical value

8    until it has been tested in humans.  In other words, it is a

9    circular argument to say it has no medical value; therefore, it

10   has no medical value.

11               THE COURT:  So you are saying that the fact that it

12   has been approved by the FDA is not a reason why you would

13   not -- that you would -- the fact that it has not been approved

14   by the FDA for medical purposes is not a reason to have human

15   testing.

16               THE WITNESS:  Yes, exactly.

17               THE COURT:  All right.

18   BY MR. SCHELLER:

19   Q.  Well, you heard about the -- you heard about the drug

20   Marinol, right?

21   A.  Yes.

22   Q.  And that is a compound that has THC?

23   A.  Yes.

24   Q.  Okay.  And that was actually tested on humans?

25   A.  Yes, it was.

Friday, December 11, 2015

1        And if I may, there are synthetic cannabinoids that

2  have been tested in humans.  So the drug nabilone, which is

3  actually a prescription drug, is a synthetic cannabinoid and

4  it's been tested in humans, and the brand name is Cesamet, and

5  it is approved by the FDA to treat nausea and vomiting and

6  approved to treat pain.

7        So there is precedent for the testing of synthetic

8  cannabinoids in human beings for a hope for medical benefit.

9  Q.  Thank you.

10        MR. SCHELLER:  Did that answer your question?

11        THE COURT:  Yes.

12        MR. SCHELLER:  Okay, thank you.

13  BY MR. SCHELLER:

14  Q.  And just to sum up and move to the next area, what was the

15  limitation of using a -- of relying on a two-tier

16  discrimination study in this case to conclude that XLR-11 has

17  the same effects and potency as THC?

18  A.  Well, the limitations are it hasn't been tested in humans,

19  so we don't know how XLR-11 compares to THC in human beings.

20  We don't know what dose of XLR-11 would mimic THC in a human

21  being, if that is its intended purpose.

22        The other limitation I think I already outlined is

23  that these animal studies do not reliably predict the response

24  in human beings.

25  Q.  Now, going -- I want to talk about the effects.  You heard

Friday, December 11, 2015

1   Dr. Trecki say that XLR-11 had the same effects as THC.

2           What is the limitation in Dr. Trecki's conclusion

3   that XLR-11 has the same hallucinogenic effects as THC?

4   A.  Well, THC is not classified as a hallucinogen by any drug

5   categorization that I'm aware of.  Hallucinogens are substances

6   such as LSD, mescaline, peyote, psilocybin, also called

7   psychedelic agents, which I have done some work with.  So it is

8   a well-defined category.  So that's one limitation.

9           Now, that's not to say -- and I gave some examples in

10  my declaration that some drugs, under some conditions, can

11  cause hallucinations, absolutely true.  Certain prescription

12  drugs are well-known to produce hallucinations in some people,

13  but they are not correctly classified as a hallucinogen.  And

14  so, if we are looking at a side effect, that's not really the

15  indication for which the drug is used.

16          If you look at the indications for Marinol, for

17  example, it is indicated to treat the -- as an appetite

18  stimulate and it is used as an antinausea drug.  It is not

19  prescribed as a hallucinogen; nevertheless, it may produce

20  hallucinations, and so that's, I think, the distinction that we

21  are making here.

22          We don't know what XLR-11 -- whether it might have

23  any medical benefits, whether it might have analgesic affects,

24  antinausea effects, other effects associated with THC.  All we

25  know is from some anecdotal reports that people took an unknown

Friday, December 11, 2015

1  amount of this substance and had adverse reactions.

2  Q.  Let me just concentrate on that.  You said all we know is

3  some individuals, you know, may have had adverse reaction with

4  XLR-11.  Did you see any studies showing the total number of

5  users of XLR-11 in the United States?

6  A.  No.  I don't know how many.

7  Q.  Did you see any of that -- those figures in Dr. Trecki's

8  work, giving the total number of XLR-11 users in the United

9  States?

10 A.  No, I did not.

11 Q.  Okay.  So we have no idea -- as far as you know, there is

12 no studies establishing the percentage of XLR-11 users who have

13 had adverse effects.

14 A.  No.  I don't know how you could quantify that number

15 because I can find no data on the actual number of XLR-11

16 users.

17 Q.  These anecdotal studies, did you review some of those

18 articles and materials?

19 A.  I did.

20 Q.  And did you see limitations in the use of those -- trying

21 to use those articles?

22 A.  Well, yes, I did.  I mean, these are case reports,

23 coroners' reports, sometimes a drug is detected after a traffic

24 accident or other circumstantial things occurred and the drugs

25 were detected, XLR-11 and some of the other substances I heard

Friday, December 11, 2015

1  about.

2          But some of the limitations are, especially with

3  respect to the adverse effects, that we don't really know the

4  physical health of the persons who had the adverse effects.  So

5  it is known, if you have a preexisting condition, you may

6  respond -- you may have a much greater than intended effect in

7  taking a drug, not just XLR-11, THC, really any prescription

8  drug.  So that wasn't controlled for.

9          These are post hoc analyses, postmortem, or following

10  some other incident, and so we don't know what other drugs

11  these people were on.

12          I do know, in one of the studies, I noted that they

13  detected diphenhydramine, which is Benadryl, in one of the

14  people's blood, and so we don't know if there is drug-drug

15  interactions that may cause an adverse effect.

16          I mean, I'm not, you know, trying to say that there

17  may not be adverse effects associated with these drugs, there

18  likely are.  Everything produces an adverse effect at some

19  dose.

20  Q.  Okay.  Let me concentrate on that.  You said everything

21  produces an adverse effect in some dose.  Can you expand, give

22  me specific examples?

23  A.  Well, you know, Tylenol, I mean, you know, a commonly taken

24  dose is usually well tolerated in people, but if you take too

25  much, it can cause liver toxicity.

Friday, December 11, 2015

1          Lipitor is a drug that's in the whole class of

2     so-called statins.  These are drugs used to treat cholesterol,

3     produced rhabdomyolysis, one of the conditions Dr. Trecki

4     testified to earlier.  This is a wasting of the muscles and

5     kidney failure in some people, and the drug has to be

6     discontinued.

7          So there are many examples of drugs in the

8     literature, and I couldn't go through them all, listing adverse

9     reactions.  But if I might, 500 years ago, Paracelsus stated,

10    "The dose makes the poison," and that's as true today as it was

11    500 years ago, so it is always dose related.

12         And with respect to some of these case studies, we

13    don't know how much these people took.  And so, I mean, that's

14    one of the concerns I have with kind of painting with a broad

15    brush, with over-interpreting the data and saying that these

16    drugs, without fail, are going to cause these adverse

17    reactions.  We don't know that because we don't know what --

18    the doses that they took.

19    Q.  Also, besides doses, you also don't know if they were taken

20    in conflict or subverse effects with other medications, like

21    Benadryl.

22    A.  Right.  There could be drug interactions, there could be

23    physiological reasons.  There are several reasons why some

24    people might respond.  It may be a small fraction, but they

25    will, nevertheless, gain attention if they are admitted to an

Friday, December 11, 2015

1   emergency room or die.

2   Q.  Well, when we talked about studies -- when Dr. Trecki

3   talked about these studies using these anecdotes and these

4   reports and these autopsies and so on to show adverse effects

5   in human beings, is that an appropriate -- can you make such a

6   conclusion based on that information that he refers to?

7   A.  I'm not sure what you are asking.

8   Q.  Can you say -- make conclusions about XLR-11 is going to

9   have this effect in human beings based on the information that

10  D. Trecki referred to; the autopsies, the stories, the

11  anecdotes, and so on?

12  A.  You can't generalize, no.  The answer is no because that

13  requires a generalization.

14        All we know is that these particular data, these

15  particular cases showed an adverse effect, but we don't know

16  how much drug they took, we don't know what other drugs they

17  were taking, we don't know their physiological state, so it is

18  inappropriate to reach a conclusion about the specific

19  compound.

20        Again, I'm not saying that the drug may not have

21  adverse effects at some dose, as all drugs do, but there might

22  be a dose where it has beneficial effects.

23  Q.  Did -- can you use the two-tiered prong discrimination

24  study that was used in this case with the rats to make a

25  conclusion that XLR-11 would have the same hallucinogenic

1  effects as THC?

2  A.  No.

3  Q.  Use just an animal study?

4  A.  No.

5  Q.  I want to switch.

6       And so just to sum up -- just to sum up, we do not

7  know what percentage of people who use XLR-11 have adverse

8  effects.

9  A.  No, we don't.  It is impossible to know what fraction of

10 people would consume XLR-11 and actually have an adverse

11 effect.

12 Q.  I want to turn to -- we heard --

13      THE COURT:  Why is that any different?  Do we know

14 that for cocaine, or heroin or oxycodone?

15      THE WITNESS:  We do for some of those.  For example,

16 oxycodone is a prescription drug and we know how many people

17 are prescribed that drug and how many take that drug and that

18 pharmaceutical companies monitor adverse effects.  So it is

19 possible to get a number and say, Well, 3 percent report nausea

20 and vomiting or 5 percent report dizziness, because we know how

21 many the -- how big the population is.

22      With these substances that we have been discussing,

23 we don't know how many people are taking those.  It could be

24 tens of thousands, it could be millions, I don't know.  And so,

25 it's not possible to get the percentage exhibiting an adverse

1  effect without knowing that number.  It is mathematically

2  impossible to do.

3         THE COURT:  So then what -- how do you approach the

4  problem?

5         THE WITNESS:  Well --

6         THE COURT:  I mean --

7         THE WITNESS:  Controlled --

8         THE COURT:  Two things we need to do here are, one,

9  figure out which of these drugs in the drug equivalency table

10  is closest to XLR-11, whether it is THC or marijuana or cocaine

11  or whatever, and once you figure out which one is the closest,

12  I guess you would examine how relevant it is to a sentence.

13         They say that one gram of synthetic THC is the

14  equivalent of 160 grams of marijuana.  How do you arrive at

15  what is an equivalence?

16         And then I guess, finally, if there are people dying

17  or getting -- or having serious injuries as a result of this

18  and you want to have a deterrent to it, what level of

19  deterrence do you impose?

20         Those are the -- I'm not going to solve -- I can't

21  solve this scientific issue that you raise, and you point to

22  some problems with their analysis, but I wonder what the

23  solution is.

24         THE WITNESS:  Well, you know, I think it's important

25  to -- for any drug to establish some sort of safety profile,

Friday, December 11, 2015

1  but that's always going to be dependent on the dose; and so

2  absent a controlled study, I don't know how to answer that.

3         I mean, there needs to be, you know, a pharmaceutical

4  company that is interested in developing one of these agents as

5  a pharmaceutical.  It costs millions of dollars to do these

6  kinds of studies I'm talking about, but I think to the point of

7  this is that we are just interested in getting at the science

8  and the truth.

9         I'm not putting that into my equation, the cost of

10  it.  I'm just kind of speaking from a purely pharmacological

11  point of view, scientific point of view, this is what has to

12  occur.  Without that, it is kind of guessing, basically.

13  BY MR. SCHELLER:

14  Q.  We do have a study with six rats, though, we can rely on

15  that.

16         I guess --

17         THE COURT:  You and Ms. Lineberger must have learned

18  questions in the same law school.  Kind of like --

19         MR. SCHELLER:  I was going to ask --

20         THE COURT:  -- the anything question and the rat

21  question kind of resemble each other.

22         MR. SCHELLER:  You know, I was going to ask to strike

23  what I just said, Your Honor.  You beat me to it.

24  BY MR. SCHELLER:

25  Q.  So you heard the Judge had -- the Court -- Honorable Court

Friday, December 11, 2015

1    had an interesting question there at the end.  I want to talk

2    about that ratio, and then we are going to circle back to a

3    couple of things.  That's in the Judge's mind and now it is in

4    mine.

5            Let's talk about this 1 to 167 ratio.  Under the

6    guidelines, are you aware that THC -- one gram of THC under the

7    guidelines equates to 167 grams of marijuana?

8    A.  I am.

9    Q.  Okay.  And let's deconstruct that.  Do you think that is a

10   reliable or scientifically based ratio?

11   A.  I don't think it's based on science.  I don't know where

12   that number came from.  Believe me, I have searched high and

13   low, and I don't know where that number came from.

14   Q.  Okay.  But is there any other reason why you don't?  Do you

15   think it is a fair ratio, do you think it is a reliable ratio?

16   A.  No, I don't, and I would like to explain why.

17           Saying that one gram of THC is equal to 167 grams of

18   marijuana is like saying 167 grams of marijuana contains a gram

19   of THC; that's what that equivalence means.

20           But if you calculate what percentage of THC that is

21   on the weight, you take the one you divide it by 167, you get

22   0.6, so 0.6 percent of the total weight is THC.  That's

23   completely unrealistic in terms of psychoactive marijuana.

24           We know from Government studies that the average THC

25   content in marijuana today is over 14 percent, so the ratio

1  should be 1 to 7, not 1 to 167.

2          Cannabis or marijuana that has a THC content of 0.6

3  percent is also known as industrial hemp.  It is used to make

4  hemp cloth, hemp fiber, hempseed oil.  It is industrial hemp,

5  it is not psychoactive marijuana.

6          You know, it is also called ditch weed.  It is

7  something that people don't commonly, to my knowledge and from

8  reading the literature, use for its psychoactive purposes.

9          So this 1 to 167 is far off the actual THC content of

10  marijuana, and that's why -- you know, so I looked to see where

11  did this number come from, and I can't find it to figure out

12  why, and I made some statements to that effect in my

13  declaration.

14          I went through the math and I used the research

15  provided by the U.S. Government's marijuana farm at the

16  University of Mississippi, and they publish THC content of

17  seized cannabis going back to 1993, and the latest data I had

18  were from 2008, but there is a continual escalation in -- and I

19  understand that in Colorado, which is a medical marijuana

20  state, and actually any kind of marijuana -- 20 percent is

21  considered medical, so that would be 1 to 5, it would be a 1 to

22  5 ratio.

23          I hope I'm making myself clear.

24          THE COURT:  You are saying that if -- XLR-11, if you

25  treated it as pure THC, then it would be 1 to 7 --

Friday, December 11, 2015

1          THE WITNESS:  Yes.

2          THE COURT:  -- would be the appropriate relationship?

3          THE WITNESS:  Yes, exactly.

4          THE COURT:  And if it was medical --

5          THE WITNESS:  1 to 5.

6          THE COURT:  So you don't know any scientific reason

7   for it to be so much higher?

8          THE WITNESS:  It is wildly inaccurate.

9   BY MR. SCHELLER:

10  Q.  You said you can find it in hemp and in industrial hemp

11  products.  Those are actually products you can buy legally,

12  correct?

13  A.  Yes.

14  Q.  And those would have a -- again, those would have the same

15  THC or more THC than the 1 to 167; is that right?

16  A.  Anything under 1 percent is classified as industrial hemp.

17  Q.  Okay.

18  A.  And so this is like -- you know, hemp oil, I mean, you can

19  buy this in health food stores.

20          If I may --

21  Q.  Yes, sir, please.

22  A.  So if I could use an analogy, it is like if you look at the

23  morphine content in opium poppy seeds, to be sure there is

24  opium in a poppy seed, but poppy seeds are not considered

25  psychoactive.  I mean, they are used as a condiment, they are

Friday, December 11, 2015

```
 1  used in baking and so on, and it is exactly the same analogy
 2  here.  The poppy seed is industrial hemp essentially.
 3  Q.  Thank you.
 4          To your knowledge, were there any studies of six rats
 5  and poppies seeds?
 6  A.  No.
 7  Q.  All right.  So you heard the assertion that the adverse
 8  side effects of XLR-11 are worse than THC.  Do you agree with
 9  that conclusion?
10  A.  Well, it depends -- it is dose dependent, so I can't really
11  go anywhere with that.  It depends on the dose.
12          There will be some dose of XLR-11 that is completely
13  inert, and there will be some dose that produces maybe one of
14  the effects, and then another dose that might produce two or
15  three or four of the effects.  Adverse effects are always dose
16  dependent.
17  Q.  Let me rephrase it, it was poorly phrased.
18          Is there enough studies or literature to support the
19  assertion or the claim that the side effects of XLR-11 are more
20  adverse or worse than THC?
21  A.  No.
22  Q.  Let's go back and then I want to finish up with a couple of
23  things.
24          THE COURT:  Let me ask you, before you get to that.
25          Do you agree with the assertion that some of the
```

Friday, December 11, 2015

1   ingredients in marijuana are salutary or ameliorative to the

2   THC, if it is within the drug?

3          THE WITNESS:  Yes.  I agree that some of the other

4   substances in marijuana may modify the effects of the THC.

5          In fact, this is known in the industry as entourage.

6   It is an entourage effect.  So many people using medical

7   marijuana actually seek different strains because they have

8   different profiles, different ratios of these other

9   cannabinoids, and so one strain may be a better antinausea

10  strain; another may be more as a sleep inducer or antispasm.

11  And so it is known that these other cannabinoids of which there

12  are 60, 70, 80, may well interact and modulate the effects of

13  THC by itself.  I completely agree with that.

14  BY MR. SCHELLER:

15  Q.  But there has been no such testing on XLR-11 to determine

16  if it has such effects; is that accurate?

17  A.  Not to my knowledge.

18  Q.  Let's go back to the drug discrimination, because you had

19  talked about your own experience with the discrimination test.

20          Can rodents or mice or rats, can they be tested to

21  discriminate between three things?

22  A.  Yes, they can.

23  Q.  So could they have used a test, for instance, with XLR-11

24  that would have had the rats discriminate between THC, XLR-11

25  and the saline solution?

Friday, December 11, 2015

1   A.   Possibly, yes.

2   Q.   Okay.  And is the three -- the discrimination using the

3   three -- I guess three levers?

4   A.   Three levers, yes.

5   Q.   Is that more effective or more reliable?

6   A.   Yes, it is, if one is able to tease out nuances or

7   differences in the discriminative queue, whatever the animals

8   are responding to.

9            So if you only have two choices, it is only a yes or

10   no; but with three choices, now you can get at -- you can tease

11   out sometimes other effects.  It has been used with several

12   drugs.

13   Q.   So when you use the two-lever test with the rats or the

14   mice with XLR-11, the fact that they may -- they may be hitting

15   the lever for THC for other reasons, other than hallucinogenic

16   effect, right?

17   A.   Right.  So I would point out that the training doses used

18   in these animals are on the order of 3 milligrams per kilogram,

19   a significant dose.

20            If the ED50 is less than a milligram per kilo, .85,

21   .86, whatever day of the week it is, but they are training them

22   at a dose that's fourfold higher than that, it is unclear

23   really what they're responding to.

24            Are they responding to the same feelings that a human

25   being would feel; don't know.  All we know is that they

Friday, December 11, 2015

1    respond.  They are responding to something.  It is making them

2    feel something, but we don't know what that is.

3    Q.  Right.  And the saline, when injected, they really feel

4    nothing with the saline?

5    A.  Yeah, right.

6    Q.  In going through, the Court had asked, trying to figure out

7    which substance listed on the -- under the drug guideline would

8    be the most similar to XLR-11.  What would your conclusion be?

9    A.  You know, I don't want to be faced with that task because I

10   don't know what it is most similar to.

11          I mean, I looked at the sentencing guidelines.  It

12   includes many different drugs; amphetamine, cocaine, et cetera,

13   et cetera, and I -- you know, it is kind of we are tasked here

14   with a square hole and it's like our peg is maybe, you know, an

15   octagon, and it is like, Well, does it fit this hole; not

16   really, but it fits this one a little more closely.  So I don't

17   really know what I would assign it to.

18          I do know it certainly binds the cannabinoid

19   receptors.  It does some in vitro things like other

20   cannabinoids do, so that kind of suggests like a hypothesis I

21   could test.  And it may well be the closest, I'm not saying --

22   I can't rule that out, but I also can't rule it in.

23   Q.  Okay.

24          MR. SCHELLER:  One moment, Your Honor.

25

Friday, December 11, 2015

1  BY MR. SCHELLER:

2  Q.  Is there anything else that you wanted to add before I step

3  down?

4  A.  No.

5          MR. SCHELLER:  All right.

6          Thank you, Your Honor.

7          THE COURT:  Let me ask you a question.  It may be so

8  broad, it defies an answer.  I'm trying to find out how to

9  compare some of these drugs.

10          I understand what you are saying by trying to pick

11  an equivalency, a drug that is equivalent in the tables.  But

12  in terms of trying to look at overall harm to society -- and I

13  don't want to get too far into this debate.

14          I mean, there are people that argue marijuana is

15  helpful, it has benefits, at least it's natural.  This drug

16  apparently is not natural, it can easily be adulterated, there

17  is no quality control to it.  It doesn't seem to do anything

18  good for society.  It has been ruled that it is illegal, it is

19  a controlled substance by DE.

20          So if you are trying to figure out where it is on the

21  scale of drugs in terms of harmfulness to society, how would

22  you approach that?

23          THE WITNESS:  I don't know that I can answer that.  I

24  mean, I would start -- I would look at some of the data that we

25  have seen today.  I think it's important to understand that

Friday, December 11, 2015

```
 1   it's always a question of relative risk because there is no
 2   drugs that are absolutely safe.  And so if we -- if we had an
 3   idea of how many people actually used XLR-11 and we could
 4   compare that to the number that has shown an adverse effect,
 5   that would give us a better handle on the risk.
 6             I mean, if it is .001 percent, I would argue that
 7   that's -- there is a greater risk of being injured in a car
 8   accident than there is from that.  On the other hand, if it is
 9   common, if these effects occur frequently, then that would
10   shade my decision a little bit, too.
11             So I mean, clearly, there has been some cases, and I
12   don't disagree that this drug has been found in people who have
13   died, and certainly I don't advocate, you know, harm to anyone,
14   but I think we have just got to -- you know, it's a complicated
15   question.
16             I'm here to kind of answer the science.  I'm not a
17   good policy person, and I would leave that to others to
18   determine policy, but hopefully based on good science.
19             I mean, as a scientist, I'm trying to promote that
20   there are ways to do this that are fair, that are -- get out
21   the truth a little bit.  I'm more in favor of that than kind of
22   speculation, which I often see.
23             THE COURT:  Okay.  Thank you.
24             Go ahead, Ms. Lineberger.
25
```

1                         CROSS-EXAMINATION

2   BY MS. LINEBERGER:

3   Q.  Good afternoon, Dr. Cozzi.

4   A.  Good afternoon.

5   Q.  Dr. Cozzi, you are a professor at the University of

6   Wisconsin; is that correct?

7   A.  Yes.

8   Q.  And you have some particular areas of focus in your

9   research and your teaching at the University of Wisconsin,

10  correct?

11  A.  Well, my research is more focused in teaching.  I teach

12  medical pharmacology to second year medical students, so I

13  teach broad areas of pharmacology, including everything from

14  anti-inflammatory drugs, drugs for hypertension, you know,

15  antibacterial drugs, and so on.  So my teaching role is broader

16  than my research role.

17  Q.  And one of the focuses of your teaching and your research

18  is the study of psychedelic drugs; is that right?

19  A.  Yes, or hallucinogens, right.

20  Q.  Do you still teach that course, the undergraduate course,

21  in psychedelic drugs?

22  A.  I believe you are talking about the course at Northern

23  Illinois University; is that correct?

24          I don't teach a course in hallucinogens at UW.  I do

25  give one lecture, as part of a 48-lecture series, when I teach

Friday, December 11, 2015

1  about drugs that affect the central nervous system, I do talk

2  about hallucinogens.

3  Q.  And is that the course at Northern Illinois University?

4  A.  This is at University of Wisconsin in Madison.

5  Q.  Okay.  So one of the longest running courses that you have

6  taught -- you have taught is an undergraduate course in

7  psychedelic drug research, correct?

8  A.  Okay, if I may clarify that.  I'm a guest lecturer by a

9  course that is taught by Professor Tom Roberts at NIU, and so

10  he has called me in once a year to give a talk on hallucinogens

11  at NIU.

12        It is not what we would -- it is not my course,

13  per se.  I think you phrased it as being my course.  It is

14  Dr. Robert's course.

15  Q.  So you are a -- you have been invited to give lectures down

16  at the Northern Illinois University since -- once a year since

17  about 1986; is that right?

18  A.  That's correct, yes.

19  Q.  Now, how many times have you testified on the issue of

20  comparing XLR-11 and other synthetic cannabinoids to THC as of

21  today?

22  A.  Several, under five.

23  Q.  Under five?

24  A.  Three to five times, four times perhaps.

25  Q.  And was one of those the Last Place On Earth Case with --

Friday, December 11, 2015

1    A.   I'm not sure.

2    Q.   -- a defendant by the name of Carlson?

3    A.   Oh, yes.  It was a Minnesota case.  I testified on

4    synthetic cannabinoids, yes.

5    Q.   Now, can you tell us, in all, how much you have gotten paid

6    for your opinions on the subject specifically of synthetic

7    cannabinoids and comparing them to THC since you started --

8    A.   Right.

9    Q.   -- testifying on that particular subject.

10   A.   Well, I have a flat retainer fee of $2,000, and then I

11   have hourly fees that vary based on what I'm asked to do.

12           So I have an hourly fee for report writing, $300 an

13   hour; I have an hourly fee for testimony, for travel, and so

14   on.  So the fee varies, and it's basically on a case-by-case

15   basis.

16   Q.   Just talking about the synthetic cannabinoid cases,

17   comparing them to THC, you start with a $2,000 retainer?

18   A.   Yes.

19   Q.   Do you ever give any of that back?

20   A.   Do I get any of that back?

21   Q.   Do you ever give any back?

22   A.   No.  It is a nonrefundable engagement fee.

23   Q.   So it is fair to say, for every case, you get at least

24   $2,000; is that right?

25   A.   Correct, yes.

1  Q.  And then on top of that $2,000, then you start charging for

2  reviewing the documents, correct?

3  A.  Well, the $2,000 essentially buys whatever the math works

4  out to -- six, seven hours of consultation time, which is

5  deducted from that retainer fee.  If we exceed that, then

6  there's charges in addition to that.

7  Q.  Okay.  And then that's when the $300 an hour kicks in?

8  A.  No.  The $300 an hour is deducted from the 2,000 until that

9  is exhausted.

10  Q.  Have you exhausted it in this case?

11  A.  Yes, I have.

12  Q.  How much have you gone over the $2,000 in this case?

13  A.  So far, I have received $5,000.

14  Q.  Not as a retainer, though.

15  A.  Well, part of it was a retainer, yes.

16  Q.  So you have gotten 5,000 in this case.

17  A.  Yes.

18  Q.  Have you gone over that yet?

19  A.  I don't know yet.  Not so far I haven't, no.

20  Q.  Out of that 5,000, are you going to deduct your travel

21  costs or does that come on top of the 5,000?

22  A.  Well, the travel costs, it depends on whether I have to

23  purchase my own tickets or whether the client purchased them

24  in advance.  In this case, my client purchased my travel

25  tickets in advance, so it wasn't deducted.

1  Q.  And you said that, you know, it depends on the case, how

2  much you charge per hour --

3  A.  No, I didn't say that.  I didn't say -- I have a set fee

4  per hour, that's invariable.

5  Q.  And that's $300.

6  A.  Yes.

7  Q.  Regardless?

8  A.  Well, I mean, there is 150 if I have to do, you know,

9  travel, for example, or it's -- it depends on what task I'm

10 assigned to do.

11       I'm happy to provide my fee schedule for you.

12 Q.  Do you have one?

13 A.  I don't have it with me, but I would be happy to provide it

14 to the Court, if you would like it.

15 Q.  Yes, please.

16       Now, have you done any studies personally regarding

17 XLR-11 or any of the other substances in this case?

18 A.  Do you mean laboratory studies or --

19 Q.  Yes.

20 A.  No, I haven't.

21 Q.  Do you have any personal data on these compounds to date?

22 A.  I don't have personal data that I have acquired.

23 Q.  You have no paper published on these specific issues,

24 correct?

25 A.  Correct.

Friday, December 11, 2015

1  Q.  You have not been peer reviewed on any papers that you have

2  written on these specific issues, correct?

3  A.  Correct.

4  Q.  So you haven't written anything in a paper to contradict

5  the studies that have been supplied by the Government in this

6  case, correct?

7  A.  I haven't written anything in a paper about these

8  substances, other than my declaration.

9  Q.  You have written similar declarations in the past, haven't

10 you, with regard to synthetic cannabinoids and their comparison

11 to THC, have you not?

12 A.  I have.

13 Q.  Do you charge for the same declaration over and over and

14 over, or do you give them a discount because you have already

15 written the declarations before?

16 A.  The declarations are different.

17 Q.  Now, Dr. Cozzi, besides teaching at the various

18 universities where you are a lecturer, either on staff or

19 visiting as an adjunct, you are self-employed, correct, aside

20 from those teaching jobs?

21 A.  Well, I do consulting work, if that's what you are

22 referring to, which is kind of self-employment.

23 Q.  And is that consulting work the appearing in criminal

24 courtrooms consulting work, or a different kind of consulting

25 work?

1   A.   Sometimes it is, it is legal work; sometimes it is

2   consulting for pharmaceutical firms; sometimes it's report

3   writing on new compounds for private clients; it varies.  I try

4   to use my knowledge and experience where it might work best.

5   Q.   Sometimes, attorneys will just hire you to run something by

6   you on a case, as opposed to having you travel and write a

7   report and appear on the stand; is that correct?

8   A.   That's correct, yes.

9   Q.   When you -- you will agree that when you testify in a

10  criminal case, you make the most money of those legal

11  consultations, correct?

12  A.   The most money for the most hassle.

13  Q.   I take that as yes.

14  A.   Yes.

15           THE COURT:  Or compliment, however you want to look

16  at it.

17  BY MS. LINEBERGER:

18  Q.   It is fair to say that you are making money testifying

19  repeatedly on the same types of cases, these synthetic

20  cannabinoid cases, correct?

21  A.   Well, I don't how to answer.  I mean, yes; but I would

22  remind you that I have also testified in cathinones, cocaine,

23  psilocybin mushrooms, opium, antiseizure drugs, anticancer

24  drugs, numerous drugs, including synthetic cannabinoids.

25  Q.   How many times have you testified for the Government?

1  A.  For the Government?

2  Q.  For the prosecution.

3  A.  Let me think.  I think it was maybe zero.

4  Q.  None?

5  A.  None.

6  Q.  And you have testified against other pharmacologists like

7  Dr. Trecki, correct?

8  A.  I have.

9  Q.  You have met him before.

10  A.  We have met before.

11  Q.  Do you ever share a ride when you are going to these

12  cases?

13  A.  We haven't shared a ride, but we maybe have exchanged

14  pleasantries in the hallway.

15  Q.  How many years would you say -- just only on synthetic

16  cannabinoids because I know you have a specialty in the

17  psychedelics, but just on synthetic cannabinoids, how many

18  years would you say that you have been testifying in criminal

19  cases on the issue of synthetic cannabinoids compared to THC?

20  A.  Two, three years.

21  Q.  Yet you have never done a study on the issue?

22  A.  Well, I have done literature studies.

23  Q.  You read what other people write and studies that other

24  people do, but why haven't you done one?

25  A.  So many drugs, so little time.  I study other compounds.

Friday, December 11, 2015

1              As I mentioned earlier, I'm deeply involved in

2    cathinone research.  I supply materials to NIDA as well as

3    other institutions, and it just, you know, would that I could.

4    It is just something that I haven't devoted my time to.  I

5    don't really have a good reason for it, it's just, you know,

6    time constraints, I guess.

7    Q.  But you know this is an important issue, don't you?

8    A.  Well, I wouldn't disagree with that.

9    Q.  Will you agree with it?

10   A.  Yeah, I would agree that synthetic cannabinoids are an

11   important issue.

12   Q.  And you have a lab.

13   A.  I do.

14   Q.  But you haven't done a study to prove, once and for all,

15   that doctors like Trecki and Gatch and Shanks and Wiley and

16   Buffie, you haven't done your own study that they are wrong,

17   have you?

18   A.  I'm not aware that Dr. Trecki has actually done any of

19   these studies either.

20   Q.  All right, leave him out of it.  What about Gatch and

21   Shanks?

22   A.  I know Gatch and Forster do these studies, they focus on

23   cannabinoids.  I think they have done a study on tryptamines

24   and also on cathinones.

25   Q.  But my question is, why haven't you done one?

Friday, December 11, 2015

1  A.  I mean, I don't --

2        MR. SCHELLER:  Your Honor, asked and answered.

3        THE COURT:  Sustained.

4  BY MS. LINEBERGER:

5  Q.  Is it because you make more money sitting on the stand

6  testifying about the same thing over and over and over?

7        MR. SCHELLER:  Your Honor, I think that she has gone

8  over this area.

9        MS. LINEBERGER:  I'll move on, Your Honor.

10  BY MS. LINEBERGER:

11  Q.  You agree that it's important for a study to be published

12  and peer vetted, correct?

13  A.  Yes, I do.

14  Q.  And you are aware that the studies of Gatch, Shanks, and

15  the 2013 studies of Wiley have been published, correct?

16  A.  I am aware, yes.

17  Q.  So how do you keep your same opinion and you have never

18  done a study yourself?

19  A.  Well, to my knowledge, no human studies have been done

20  since I started testifying, so the situation remains unchanged.

21        There are still no human studies, and the evidence I

22  have read and heard about relies on unreliable animal studies

23  extrapolated to the human being, and as I think I have tried to

24  explain, these studies are unreliable and not reproducible.

25  Q.  But you haven't tested it on a human being yourself, have

Friday, December 11, 2015

1    you?

2    A.   No, I haven't.

3    Q.   Okay.  You would like to see a clinical trial before you

4    make your own decision; is that right?

5         Is that fair to say?

6    A.   Well, to make a decision regarding human effects, yes.

7    It -- in fact, it is -- by law, new drugs must be tested in

8    humans according to acts of Congress and the FDA, so I'm

9    totally on board with that.

10   Q.   Would you require somebody to do a clinical test or the FDA

11   to do a clinical test on something that has been decided to be

12   a schedule one and have no purpose --

13   A.   Yes.

14   Q.   -- for human consumption?

15        You would still want it done?

16   A.   If there is a -- I mean, our knowledge of pharmacology

17   changes over time, and what was once thought to have no medical

18   use may be supposed to have a medical use as a new condition

19   arises or somebody gets another idea, so these need to be

20   revisited.  Indeed, it still may turn out that there is no

21   medical use.

22        But just a case in point, Marinol, it is schedule

23   three substance, as we heard today.  So before it was made

24   schedule three, it was a schedule one substance; but somebody

25   did the research, and somebody decided that it did have benefit

1  to people, and so it was rescheduled as a schedule three, and

2  that was only possible because human studies were done.

3  Q.  How many people died in those human studies?

4  A.  I don't know.

5  Q.  You don't know that any died, do you?

6  A.  I don't know that any died.

7  Q.  You never researched that?  You do -- strike that.  I

8  withdraw that question.

9        You do agree with Marinol, the benefits of Marinol

10 have been deemed by the FDA because of the special type of THC

11 it is, because it has been fused or infused into sesame oil,

12 and then locked inside of a capsule so somebody can't go to the

13 corner and snort it, you will agree that Marinol, the benefits

14 outweigh the adverse effects, don't you?

15 A.  Well, I take issue with some of your statements.  Just

16 because it is in sesame seed oil doesn't mean it can't be

17 abused.  One can certainly take it orally.  One can extract the

18 sesame oil and put it in one of these e-cigarettes that

19 Dr. Trecki mentioned so it could be vaporized.

20        So the fact that it is in a sesame seed oil capsule

21 does not preclude abuse.  That's why it is still a schedule

22 three, it still has a highly probability of abuse.  A schedule

23 three is more restrictive than a schedule four or five.

24        So with -- you know, there are drugs in schedule two,

25 these have accepted medical uses, the benefits are there, there

1  is no substitute, et cetera.  So I'm just trying to explain to

2  you that I can't, you know, conclude that Marinol can't be

3  abused and that it's only used as a last resort.

4  Q.  How long does it take to get a clinical trial approved?

5  A.  It takes about eight months going -- and there are

6  several -- several phases to it.  If you would like me to go

7  into it, I would be happy to.

8  Q.  Just hold that thought.

9  A.  At least eight months, let me amend that.

10  Q.  At least eight months?

11  A.  Yeah.

12  Q.  Okay.  And how many designer drugs are there, including

13  synthetic cannabinoids, bath salts, cathinones, as we

14  discussed?

15       Approximately how many are you aware of as of this

16  date, because we know how the molecules get tweaked every few

17  months?

18  A.  Yes.  Well, to my -- the last time I checked, there were

19  approximately 80 cathinones and, you know, probably a similar

20  number of synthetic cannabinoids.

21       And not to mention, there are other classes of drugs,

22  tryptamines; Dr. Trecki mentioned the NBOMEs.  These are

23  recent -- or a more recent addition to the psychoactive drugs

24  available.  Many, let's say hundreds.

25  Q.  Hundreds?

Friday, December 11, 2015

1    A.   Sure.

2    Q.   How much does a clinical trial cost?

3    A.   Millions of dollars; probably 5 to 10 million.  I'm just

4    guessing, but many millions of dollars.

5    Q.   But you present no contradictory studies that you have

6    done, correct?

7    A.   Contradictory studies --

8    Q.   That you have personally done on these synthetic

9    cannabinoids, correct?

10   A.   I'm not -- what do you mean by -- I'm not sure what

11   contradictory study refers to.

12   Q.   Well, you don't present any contradictory information

13   about -- against the Government here.

14   A.   Well, what I'm saying is that the studies that have been

15   relied upon to draw conclusions about XLR-11 are not

16   reproducible and they are not reliable.

17   Q.   Where is your paper on that, though?

18   A.   I have used papers by Gatch and Forster to show that the

19   methodology that is being relied upon is not reliable.

20   Q.   The old version of their paper, the one from 20 --

21   A.   2014.

22   Q.   -- 2014, instead of the current 2015 data?

23   A.   Right.  But if something is reproducible, 12 months

24   shouldn't make a difference.  In other words, the ED50 for

25   Tylenol is the same today as it was 30 years ago.

1   Q.   And Tylenol is an FDA approved drug?

2   A.   It is.

3   Q.   And we are talking about drugs that have no medical purpose

4   whatsoever, correct?

5   A.   Well, that we know of, have no medical purpose that we are

6   aware of.

7   Q.   But you still want to say more is needed, and you don't

8   trust the results, is that what you are saying?

9   A.   No.  What I'm saying is that the results can form the basis

10  of a hypothesis that must be tested in human beings before one

11  can reach a conclusion regarding the effects of these drugs in

12  users or in people.

13          We can certainly say what they do to rats.  We can

14  say what they do to mice, but we don't really know what they

15  will do to humans, at least in a controlled fashion with

16  controlled dosages and controlled conditions.

17  Q.   We have discussed that you haven't done these studies

18  yourself.  Have you even tried to contract out for someone else

19  to do the study, have you done that?

20  A.   No, I haven't.

21          THE COURT:  We are pretty much covering the same

22  territory.  Let's finish up, if you can, or move on to another

23  area.

24          MS. LINEBERGER:  Yes.

25

Friday, December 11, 2015

1   BY MS. LINEBERGER:

2   Q.  So you want the DEA and the Government to wait eight months

3   for a clinical trial and spend millions of dollars?

4   A.  Well, the DEA and the Government would probably not be the

5   bodies that would conduct these studies.  These would be --

6   Q.  They would be the ones paying for it, wouldn't they?

7   A.  No.  It would be either a pharmaceutical company or a

8   private institution that would pay for the human trials.

9   Q.  Isn't it impossible to know how many people abuse a drug

10  like oxy?

11  A.  I don't know that it's impossible.

12  Q.  Do you have a figure?

13  A.  No, I don't.

14  Q.  Do you have a figure on how many people abuse Benadryl?

15  A.  No, I don't.

16  Q.  How about people that abuse Xanax?

17          MR. SCHELLER:  Your Honor, objection to relevance of

18  this question.

19          THE COURT:  Sustained.

20          We still have cross of Dr. Trecki and one more

21  witness, too, so let's try to finish up.

22  BY MS. LINEBERGER:

23  Q.  Counsel asked you about Dr. Trecki's study using rats that

24  was specifically with regard to their ability to discriminate

25  between THC and XLR-11, isn't that correct, that's what the

Friday, December 11, 2015

1  purpose of that test is?

2  A.  I'm unaware of any studies performed by Dr. Trecki.

3  Q.  I'm sorry.  Those referenced by Dr. Trecki use rats to

4  discriminate -- to see if they could discriminate between THC

5  XLR11; is that correct?

6  A.  Yes.

7  Q.  And those rats could not discriminate between them, is that

8  correct, you agree with the findings?

9  A.  Yes.

10  Q.  That's totally different than a potency argument; isn't

11  that correct?

12  A.  Well, let me clarify that because the ED50 for THC itself,

13  which is the training drug against which XLR-11 is being

14  compared, those numbers themselves are not reproducible or

15  reliable.  I have significant doubts about the reliability of

16  the numbers for XLR-11.

17  Q.  But in all of -- I'm sorry, go ahead.

18  A.  So in other words, if the standard, if the yardstick

19  against which we are measuring XLR-11 changes from study to

20  study, then we can't say anything about XLR-11.

21  Q.  Isn't it true that in all of those studies, however, the

22  THC -- it took more THC than it did those synthetic

23  cannabinoids to cause the --

24  A.  I don't recall the actual numbers.  And again, I'm not --

25  I'm not as enthusiastic about the protocol.  I pointed out some

Friday, December 11, 2015

1   of the limitations; small number of rats used, small number of

2   this fixed ratio responses.  And so, as I mentioned, these

3   factors increased the likelihood of finding a response.  So I'm

4   not sure that the response they found is even, itself,

5   reliable.

6           I mean, I know these were peer reviewed and I respect

7   that very much; however, as I pointed out, the numbers for THC

8   itself changed.  And so as a reviewer, as a peer reviewer

9   myself, I would ask those authors why are those numbers

10  different before I would allow this to be published.

11  Q.  You will agree, in both of the articles, it took more THC

12  than it did XLR-11, PB-22, and AB-FUBINACA to cause the

13  reaction, correct?

14          That was consistent between the two studies; isn't

15  that correct?

16  A.  No, it's not correct.

17          THE COURT:  You really need to finish, if we are

18  going to finish today with these scientists or experts.

19          MS. LINEBERGER:  May I approach the witness?

20          THE COURT:  Certainly.

21  BY MS. LINEBERGER:

22  Q.  Is that the table you were referring to?

23  A.  That's one of the tables.

24          So this is THC.  It has got XLR, et cetera,

25  et cetera.  And there is another table and another Gatch and

Friday, December 11, 2015

1  Forster that compared the JWH compounds.

2  Q.  You will agree, no matter which table you look at, XLR-11

3  is right below the THC, you will agree to that.

4  A.  I do not agree.  In fact, XLR-11 is not on the other table.

5  It is on this table, but it is not on the other table.

6          MS. LINEBERGER:  May I have the report that you

7  showed, the 2014.

8  BY MS. LINEBERGER:

9  Q.  So XLR-11 is not on there.  Why is that table relevant?

10  A.  Because it has the ED50 for THC listed at 0.56, plus or

11  minus 0.07 milligrams per kilo.  And a second study by the same

12  researchers, the ED50 is listed at 0.85 milligrams per kilo,

13  plus or minus .12; 152 percent difference.

14  Q.  You know there is a difference between a mouse and rat,

15  right?

16  A.  These are both rats.  They are Sprague Dawley rats acquired

17  from Harlan Laboratories in Indianapolis.

18  Q.  Really?

19  A.  Really.  It is under methods, animals.

20  Q.  The 2015 also includes the locomotor depressant effects in

21  mice, don't they?

22  A.  Yes, they do.

23  Q.  Do you still advocate the psychedelic research and

24  experimentation with psychedelic drugs exposed in the Entheogen

25  Review journal?

Friday, December 11, 2015

1  A.  Again, this is a policy issue.  I wrote an article that

2  provided guidance for graduate students and medical students

3  who sought to enter this field.

4           I think you are referring to that article and

5  basically, the message was, Stay in school, study medicine,

6  study neuroscience, study psychiatry.

7  Q.  And infiltrate the profession so that the minds of people

8  could be changed as to the use of psychedelic drugs.  You were

9  a contributor in that article; is that right?

10  A.  I think there were probably 20 authors in that article, I

11  don't recall the specific words.  We didn't -- all of us

12  contributed and I don't remember that specific package or what

13  you are referring to.

14           As I said earlier --

15  Q.  I'm sorry, there is no question.

16           MS. LINEBERGER:  Thank you, Your Honor.

17           THE COURT:  Redirect?

18           MR. SCHELLER:  Yes, just very briefly, Your Honor.

19  I'll make it brief, Your Honor.

20                    REDIRECT EXAMINATION

21  BY MR. SCHELLER:

22  Q.  We heard about -- we heard some testimony about your

23  affidavits and similarities.  Just to clarify, when you do an

24  affidavit or a declaration in a case, you create it separately

25  or independently for that particular case, right?

Friday, December 11, 2015

1    A.   Yes.   For example -- do you want me --

2    Q.   Yes.

3    A.   Well, in this case, there are a number of compounds I never

4    encountered before, the AB-FUBINACA, et cetera, these compounds

5    I have never encountered before, so I had to do research -- new

6    research on it and come to my conclusions.

7    Q.   When you were --

8             I'm going to approach the witness, Your Honor, and

9    just give you Government Exhibits 6 through 13.

10            Do you have those in front of you?

11   A.   Yes.

12   Q.   Have you seen those -- those are affidavits created by

13   Dr. Trecki; is that correct?

14   A.   Yes.

15   Q.   And have you reviewed those affidavits --

16   A.   I have.

17   Q.   -- prior to testifying today?

18            And did you notice anything about those seven

19   affidavits?

20   A.   Well, they are practically carbon copies of each other.

21   Q.   Thank you.

22            Now, is there any way to know -- based on a rodent

23   study, is there any way to know how XLR-11 will effect a human

24   being?

25   A.   No.

Friday, December 11, 2015

1  Q.  Is there any way to know, when rodents were given XLR-11,

2  they were feeling the same effects as when they were given

3  THC?

4  A.  No.

5  Q.  Doesn't marijuana have acceptable medical uses, even though

6  it is classified as a schedule one drug today?

7            MS. LINEBERGER:  Objection, I ask that he not lead

8  his own witness.

9            MR. SCHELLER:  I'll rephrase it.

10 BY MR. SCHELLER:

11 Q.  Does marijuana have acceptable medical uses, despite the

12 fact it is schedule one substance?

13 A.  It does on a state-by-state basis.

14            MR. SCHELLER:  Your Honor, one moment.

15            Your Honor, Thank you.

16            May the witness be excused?

17            THE COURT:  Yes.  Thank you, Dr. Cozzi.  Hope you

18 make your plane.

19            THE WITNESS:  Thank you.

20      (Witness excused.)

21            THE COURT:  Why don't we take ten minutes and return

22 for your cross.

23      (Recess was had at 3:05 p.m.; and the proceedings

24      resumed at 3:15 p.m.)

25            THE COURT:  Okay, please be seated.

Friday, December 11, 2015

1           Please continue.

2           MR. LUBIN:  Thank you, Judge.  So this is for cross,

3    now, Dr. Trecki.

4      DR. JORDAN TRECKI, GOVERNMENT WITNESS, PREVIOUSLY SWORN

5                      CROSS-EXAMINATION

6    BY MR. LUBIN:

7    Q.  Doctor, good afternoon.

8           First, let me ask you, so you are not in private

9    practice, right?

10   A.  That's correct.

11   Q.  You have an employer, right?

12   A.  Yes.

13   Q.  And your employer is the DEA, right?

14   A.  Yes.

15   Q.  The Drug Enforcement Administration.

16   A.  Yes.

17   Q.  Which is the Federal drug law enforcement agency, correct?

18   A.  Yes.

19   Q.  And your job is to go around the country testifying for the

20   DEA and to explain to courts, judges, juries, whatever the case

21   may be, what position the DEA is taking on certain issues.

22   A.  Absolutely not.

23   Q.  Oh, so your testimony here is not to tell the Judge what

24   position the DE has taken on XLR-11 and what drug it is most

25   similar to?

1   A.  This is a small portion of my job, but not my main role

2   and responsibility.

3   Q.  Oh, one of your roles, then.  I guess I misstated it.

4   A.  A minor role, yes.

5   Q.  Now, I think you said you have testified on this -- on

6   synthetic cannabinoids, what did you say, 20 times?

7   A.  Over 20, under 25.

8   Q.  Okay.

9   A.  Something like that.

10  Q.  Now --

11  A.  Excuse me, not all synthetic cannabinoids, some of those

12  were bath salt cases, also.

13  Q.  Okay.  Let's talk, though, about some of the things that

14  are very clear right now, then I'm going to move on to a couple

15  of other areas.

16          There are no human studies regarding XLR-11 and its

17  effect on human beings, correct?

18  A.  No clinical trials I'm aware of, correct.

19  Q.  Or studies anywhere that you are aware of.

20  A.  Well, I personally believe that the manufacturer of these

21  drugs, as they distribute around the country, are using the

22  population as human guinea pigs, so I believe there are human

23  studies, and that was demonstrated in some of the case reports.

24          It wasn't legally defined like a trial would be

25  through the FDA.  That's why I used word clinical trial.

Friday, December 11, 2015

1  Q.  Counsel spent some time cross-examining Dr. Cozzi on the

2  fact that he, himself, had not conducted any laboratory studies

3  regarding XLR-11.  Did you hear that just now?

4  A.  Yes.

5  Q.  Neither have you, correct?

6  A.  Yes.

7  Q.  That's correct, right?

8  A.  Correct.

9  Q.  You are an office guy, correct?

10  A.  That's correct, I do, I work in an office environment.

11  Q.  Okay.  And you read studies of others, correct?

12  A.  Correct.

13  Q.  And you come to conclusions based on your education and

14  what you have read, correct?

15  A.  Correct.

16  Q.  There is some discussion here about whether or not the

17  studies with mice have some transferability into how XLR-11

18  might rank vis-a-vis THC, correct?

19  A.  Yes.

20  Q.  The studies that you have referred to are studies that,

21  more or less, give the mice a saline or a negative and then

22  another drug to compare it to, correct?

23  A.  Yes.  If I may correct, there are mice and rat studies,

24  just to be --

25  Q.  We will just call them rodents, then, okay, rodents?

1    A.   Perfect.

2    Q.   All right.   There is no study, however, which tells the

3    observer what that rodent is feeling when he is given a

4    different drug, correct?

5    A.   Not entirely, that's not true.

6    Q.   Then please tell the Judge which study there is that tells

7    the observer what the rodent is feeling when he is given a

8    certain drug.

9    A.   Your Honor, where this stems from is -- and this has been

10   used in many cases in the past.   When you look at a single

11   study, like the drug discrimination, this was not the first

12   time the studies were ever done.   You have to look at decades

13   of research.

14          We know what marijuana does to people, we know what

15   THC does to people.   We know the feelings because people have

16   taken the drug and told people what they are doing.   Scientists

17   have established what the CB1, what the CB2 receptors have done

18   for a long time.

19          To summarize, there is a lot of additional research

20   that goes into the planning and the science behind the drug

21   discrimination.   While the rodent cannot draw their feelings or

22   stand up and tell you what they are feeling, it is understood

23   from the binding study.

24          We know what THC and XLR-11 are binding.   We know

25   what they are doing in the molecular level, we know that they

1  are agonist to the CB1 receptor.  We know that other agonists

2  that bind the CB1, like THC, cause psychoactivity.  So when you

3  give an animal a single drug like THC or XLR-11, from the

4  previous studies, we know what they are doing, we know where it

5  is acting, we know what it is happening on molecular level.

6          So even though they can't tell their feelings or

7  adverse effects in person, by those animals choosing the

8  correct lever and showing they can't discriminate between THC

9  and XLR-11, you take that into accord and the science behind

10 the study is what can also speak to the results.

11 Q.  So the answer to my question is, there is no way to know

12 what the rat or the rodent is feeling, only that he is

13 discriminating between the XLR-11 or the THC and saline.

14 A.  The final results of the test are -- that's what that

15 describes.

16 Q.  And you can deduce that if a rodent is trained on, let's

17 say, the THC, to push a lever and if he gets it right, he gets

18 a little pellet of food, that what he has learned is that there

19 is something there that doesn't feel like saline solution, push

20 the lever, I'll get it; that's what he is being basically

21 trained to know.

22 A.  Correct, but it also differentiates, if you were to use THC

23 as your control drug.  So the animals are trained on THC and

24 then you give him methamphetamine, the animals will not press

25 the THC lever because it is just a high or a no high.  They

1  would just press random levers back and forth, and that's been

2  shown.

3  Q.  Except that none of the studies that you have brought

4  before the Court show that the rodents in the -- in the cases

5  we are talking about here were given other things, other than

6  THC and XLR-11, correct?

7  A.  Correct.

8  Q.  So what they were given is a saline, which was a constant,

9  and then something else; and if most of the time they press the

10  lever that it was something else, the conclusion that you are

11  drawing from it is that they felt the same way with the

12  something else as they did with the THC.

13  A.  Correct.

14  Q.  The hypothesis then is that THC is making the rat feel the

15  same way as XLR-11.

16  A.  Yes.

17  Q.  And then the secondary hypothesis is that, therefore,

18  humans will feel the same way when given either THC, if you put

19  them a cage with a little lever to push, they would push the

20  lever the same way for either THC or for XLR-11.

21  A.  In your last statement, you used the word same, and I said

22  yes.  I should have corrected you to say similar.  The drugs

23  are not the same, clearly, they are not the same.  They are not

24  chemically similar.  The pharmacologic effects are similar, but

25  they are not the same.

153

1  Q.  So we know, for example, that they -- we know for a fact

2  that they are not chemically similar, so that we can eliminate,

3  under the guideline analysis, A, and we are really talking

4  about B and C.  We are talking about the pharmacological

5  effect, right?

6  A.  Correct.  There is no reason to talk about chemistry at all

7  in the proceeding --

8  Q.  So we are talking --

9  A.  -- and potency.

10 Q.  We are talking about B and C.

11 A.  Correct.

12 Q.  And B and C are pharmacological effect, and what else?

13 A.  The lesser or greater amount of drug in terms of its

14 effect, also known as the potency.

15 Q.  We are talking about the potency, which, in lay terms, is

16 strength, right?

17 A.  Yes.

18 Q.  And we are talking about the pharmacological effect; in

19 other words, what does that particular drug do to you.

20 A.  Yes.

21 Q.  And it is conjecture or it is a hypothesis as to what

22 XLR-11 will do to you because there are no tests on humans that

23 you have, so you are drawing on what it did to the mice.

24 A.  I would say that the rodent studies are extrapolating -- or

25 you can extrapolate the data to humans, that's been shown many

Friday, December 11, 2015

1  times, and Dr. Cozzi would disagree.  There have been times

2  when it hasn't been applicable in extrapolating to humans, but

3  that also differentiates between a drug, like XLR-11, that is

4  not a drug attempting to come to market for clinical trial and

5  what he was saying, how a drug that could be intended for human

6  consumption for a clinical trial.

7        There is a large separation here that he kind of

8  clouded, in my opinion, comparing XLR-11 and the clinical

9  trials.

10 Q.  Yeah, but let's talk about the questions that I'm asking

11 you, which are, it is a hypothesis to you that XLR-11 has a

12 similar effect on human beings as THC, since you have not had

13 those scientific studies to verify.

14 A.  Well, once again, I would say that they do exist in the

15 case records.

16 Q.  The anecdotal case reports, I will talk to you about those.

17 In terms of scientifically controlled study, you don't have it.

18 A.  Correct.

19 Q.  So it's a hypothesis.  It may be right or it may be wrong,

20 but it is hypothesis, right?

21        Just like the crack cocaine analysis was a

22 hypothesis, for years it was a certain ratio, not --

23        MS. LINEBERGER:  Objection to crack cocaine, Your

24 Honor.  There has been --

25        THE COURT:  You are against the crack cocaine?

Friday, December 11, 2015

1          MS. LINEBERGER:  I'm sorry?

2          THE COURT:  You object to crack cocaine?

3          MS. LINEBERGER:  I do object to crack cocaine.

4          THE COURT:  I'll accept her objection to crack

5    cocaine, but go ahead and ask your question.

6          MR. LUBIN:  Does that mean you are sustaining it or

7    overruling it?

8          THE COURT:  Ms. Lineberger objects to crack  cocaine.

9          MR. LUBIN:  As do I.

10         THE COURT:  So go ahead with your next question.

11   BY MR. LUBIN:

12   Q.  There was an analysis done that crack cocaine should have

13   a higher guideline level than powder cocaine, correct?

14   A.  I'm not familiar with the legislative history of it.  I do

15   know there was a change.

16   Q.  So you don't know about crack cocaine guidelines or any of

17   that?

18   A.  Not off the top of my head right now, no.  I know cocaine

19   is 200 to 1.  I'm not sure what crack cocaine -- the

20   equivalency is.

21   Q.  There are certain studies called binding studies, and those

22   would be the in vitro studies in the test tubes, right, about

23   which receptors THC bind to and how strongly, and which

24   receptors XLR-11 binds to and how strongly, correct?

25   A.  Yes.

Friday, December 11, 2015

1    Q.  But those tests do not even tell us whether or not the

2    substance actually even gets to the brain, right?  It only

3    tells you about how the receptors are reacting to it, correct?

4    A.  Correct.  The -- since they are in the test tube --

5    Q.  Right.

6    A.  -- the drug isn't going anywhere.  It is a cell line and

7    the affinity study, I described it before in the presentation.

8    You said it correctly.

9    Q.  And what affects us, what gives us that effect from a drug

10   is when it gets to the brain, that's what affects our behavior,

11   our sensibilities, correct?

12   A.  When these drugs bind to and activate the CB1 receptor in

13   the brain, yes, that's whenever you exhibit the psychoactivity.

14   Q.  Okay.  Now, you're aware, aren't you, of the publication by

15   the National Academies of Science and the recommendation they

16   made for laboratories involved in forensic work.

17   A.  No.

18   Q.  Okay.  Are you aware that the recommendation is that law

19   enforcement should not supply the scientists to then testify

20   in cases involving law enforcement in a court of law because

21   there is an inherent prejudice in that?

22   A.  No.

23   Q.  All right.  Now, you testified earlier about some of the

24   anecdotal information.  I want to go over that with you.

25            This is not the scientific studies, but some

Friday, December 11, 2015

1  anecdotal information that you've compiled that connects in

2  some way to XLR-11.  Do remember those -- that testimony from

3  earlier?

4  A.  Specifically, what are you referring to, which part of it?

5  Q.  You collected anecdotal information about a situation in

6  this city, or a situation in that city, or somebody that went

7  to a hospital and had adverse effects from something, all of

8  those studies that you talked about earlier -- not studies,

9  that anecdotal information that you compiled.

10  A.  Yes.

11  Q.  There are no numbers on the number of people that use

12  XLR-11, are there?

13  A.  I know that based on the National Forensic Laboratory

14  information system called NFLIS.  It is a DEA run program where

15  we collect data from state, local, federal laboratories, I know

16  that was a lot.

17        The NFLIS program does collect information on the top

18  drugs abused in the country.  XLR-11 is in the top ten drugs

19  abused nationwide.

20  Q.  And you also know just about seizures.  You know that there

21  were a lot of XLR-11 seized and you had the big -- the moving

22  picture with the circles that got bigger and smaller.  Do you

23  remember that?

24  A.  That was just from there, yes.  XLR-11 was one of the

25  highest seized products nationwide of all of the cannabinoids.

1   Q.  And you can extrapolate from seizures that there is a lot

2   of XLR-11 on the street and a lot of people are using it,

3   right?

4   A.  Yes.

5   Q.  Would you say a million people?

6   A.  I couldn't give you a number.

7   Q.  Well, certainly tens of thousands, based upon --

8   A.  I could not give you a number.

9   Q.  Well, what is a lot to you; five?

10  A.  I can't give you a number.

11  Q.  You use the term a lot, you agreed a lot of people are

12  using it.

13  A.  Because it is in the top ten abused drugs in the country, I

14  would infer, based upon the other drugs on that list, the

15  hydrocodone products, et cetera, the heroin, that a lot of

16  people are using them.

17          So if the XLR-11 is on that list, it must be a great

18  number, but I don't have a value for you.

19  Q.  So taking a great number that we don't know what it is or

20  even close, we will call it X, right?

21  A.  Sure.

22  Q.  You don't know what percentage of X people have adverse

23  effects, do you?

24  A.  I do not.

25  Q.  You don't know if it's one-hundredth of a percent, correct?

Friday, December 11, 2015

1   A.   The answer is I don't know.

2   Q.   Or one-tenth of a percent?

3   A.   I still don't know.

4   Q.   You only know that in a select few cases, there are some

5   adverse effects that you say are associated with XLR-11,

6   correct?

7   A.   In the clusters of illness that I reported on in my paper,

8   the substance identified in those overdose patients, the ones

9   that required emergency room admission and treatment, the drug

10  on board in some of those cases were XLR-11 or AB-FUBINACA,

11  et cetera.

12  Q.   Or a combination of various drugs.

13  A.   It could have been a combination as well, yes.

14  Q.   Right.  And in that percentage of X, of the people that you

15  saw that ended up in an emergency room, you really can't

16  isolate whether or not their symptoms were related to XLR-11 or

17  a combination of other things, or whether they -- what their

18  physiology was, how sick they might have been, you can't -- you

19  can't tell.

20  A.   There have been a few published studies.  Unfortunately,

21  XLR-11, the highpoint of that drug was back in around 2013.  It

22  has since come down from its peak.

23           A good example is the paper we just published, the

24  Tyndall, et al., in November 2015 on AB-CHIMINACA, another

25  substance in this case.  That was a prime example where we did

Friday, December 11, 2015

1  know, out of the almost 30 patients, that AB-CHIMINACA was the

2  culprit for the symptoms.

3         In most of those cases, there were no concomitant

4  drug administration, they were clean tox.  We did see that a

5  majority of the patients required either ICU admission or

6  intubation.

7  Q.  Let's talk about XLR-11, okay?  Let's talk about that one.

8  A.  All right.

9  Q.  There is no data on the percentage of people who use XLR-11

10  that get adverse side effects.

11  A.  There is no number I'm aware of.

12  Q.  As a matter of fact, there is not -- there is not any data

13  at all as to whether it is affected by the dose of XLR-11 and

14  that that's what caused the side effects, correct?

15  A.  I'm not aware of it.

16  Q.  Right.  Of course, as a pharmacist, you are aware --

17  A.  Pharmacologist.

18  Q.  Pharmacologist, every single prescription drug has side

19  effects if the dosage is not followed, correct?

20  A.  Correct.

21  Q.  Even Tylenol, as we said before.  But any number of drugs

22  can cause adverse effects, even death, if the dosage is not

23  followed.

24  A.  I wouldn't say death in certain drugs.  If the -- I'm sure

25  there could be drugs out there; hair growth medicine, possibly.

Friday, December 11, 2015

1  Q.  How about oxy?

2  A.  I didn't say oxy.  I said there could be drugs out there

3  that even if you abuse the maximum amount, you may not die from

4  it.

5  Q.  No, but there are drugs that you might die from.

6  A.  I'm correcting your statement.  You said the word, and

7  death.

8  Q.  There are drugs that if you don't follow the directions and

9  you abuse them by amount, they could cause death or serious

10  adverse effects, there are drugs out there.

11  A.  Yes, or serious adverse effects.

12  Q.  That doesn't make the drug itself a bad drug.  It means

13  that you've got to follow the label and listen to what your

14  doctor says, right?

15  A.  It means that those drugs are medically approved, and they

16  are efficacious, so the good effects outweigh the bad effects.

17  That's not like XLR-11.

18  Q.  Well, that's a different issue.  I want to talk about

19  adverse effects.

20  A.  Okay.

21  Q.  The adverse effects from XLR-11, as you said, may be

22  related to the dosage.

23  A.  It could be, I don't know.

24  Q.  And the adverse effects of the these prescription drugs are

25  generally related to the dosage, correct?

162

1    A.  Correct.

2    Q.  But anybody that watches TV knows that all of these drugs

3    come with a warning, could cause these horrible things; death,

4    or blindness, or leukemia, or all of these things that in some

5    small percentage of the patients, they are going to have

6    adverse effects, even if they follow the label on those drugs.

7    A.  I think I have answered this multiple times.

8    Q.  How about answering it right now?

9           MS. LINEBERGER:  I would ask Counsel not to argue

10   with the witness.

11   BY MR. LUBIN:

12   Q.  Could you answer my question, please.

13   A.  Once again, the answer is yes.

14   Q.  Okay.  As I looked at the documents that you testified to

15   on direct examination, I think you had a bunch of the

16   synthetics on there, and it was 700 plus different numbers of

17   patients in clusters, it might have been 750.

18          It was over 700 that you testified to earlier and --

19   A.  Did you tally the ones from my papers, is that where that

20   number comes from?

21   Q.  It was the paper that you -- it was the paper that you

22   brought in, it is called Synthetic Cannabinoid Related

23   Illnesses and Deaths.

24   A.  I have actually never tallied the total number of patients

25   in there, but if that's the number, I understand.

Friday, December 11, 2015

1    Q.   Okay.  Of those -- and you can look at it again, if you

2    want, but of those, there were only two that were -- two cases

3    in which AL -- XLR-11 was even associated with death, two

4    cases, correct?

5    A.   I would have to look in front of me, but if that's what you

6    are asserting.  There was a variety on there.  I may have it

7    here if --

8    Q.   Okay.  You can look at it, but I wanted to just follow-up

9    and then you can tell me about that.

10             Associated with doesn't mean that it caused death, it

11   means that it was on board, at least anecdotally, if not even a

12   blood test or something, it was on board when the person died.

13   A.   There was a positive toxicology, and we specifically put

14   substance identified, rather than cause of death --

15   Q.   Right.

16   A.   -- because some of them, some of the drugs, for example,

17   the AM2201, I know --

18   Q.   I want to stick to XLR-11.

19   A.   Okay.

20   Q.   There may have been lots of other things on board, whether

21   it was it alcohol or whether the person had the flu, or whether

22   they had tuberculosis, or whatever else at the time, also.  So

23   you are not suggesting that that drug caused death in these

24   cases that you mentioned, correct?

25   A.   There is a large variety on here, probably around 60 to 70

Friday, December 11, 2015

164

1   percent where it was the sole cause of death, and the cause of

2   death was synthetic cannabinoid intoxication, but you are

3   correct, some of them were not.

4   Q.  And only two of them related to XLR-11.  I don't want to

5   talk about all of these other ones, but XLR-11, there were only

6   two where it was even associated with a death case.

7   A.  Correct.  And one of those, it was the cause of death; and

8   the other one, it was implicated.

9   Q.  Okay.  So of the however many thousands of people that

10  there are, what you have got before us here today is that in

11  terms of XLR-11, there is one case where a medical examiner

12  determined that it was the cause of death.

13  A.  In my paper?

14  Q.  Yeah, that you brought here.

15  A.  The XLR-11, the other paper, there are two more, so now

16  that's three.  The Shanks, et al., paper, 2015.

17  Q.  I'm talking about your paper.

18  A.  You were talking about XLR-11 deaths, we can't include

19  both?

20  Q.  You can include whatever you want.  But the point I want to

21  make here is that of the however many thousands and thousands

22  of people who have been using XLR-11 -- and we don't have a

23  number, we are calling it X, what you brought here today, so

24  that we don't have to even go over each number -- what you

25  brought here today is what you know about concerning death,

Friday, December 11, 2015

1  correct?

2  A.  Correct.

3  Q.  Okay.

4          MR. LUBIN:  Your indulgence, Your Honor.

5          I don't have any further questions, Judge.

6          MR. O'BRIEN:  Judge, may I inquire of this witness?

7          THE COURT:  All right.

8                        CROSS-EXAMINATION

9  BY MR. O'BRIEN:

10  Q.  Good afternoon, Doctor.

11  A.  Good afternoon.

12  Q.  I've been up since 4:30 a.m., the only thing I have done on

13  the record is introduce myself.  You may not remember, but I

14  represent that guy on the end there, Mr. Khalifa.

15          DEA is part of the executive branch, right?

16  A.  I should know this.

17  Q.  It is, trust me.

18  A.  I'm sorry.

19  Q.  And the executive branch has to run for reelection every

20  four years, right?

21  A.  Yes.

22  Q.  And the DEA is largely reactionary to the public.  Whenever

23  there is a surge in drug activity, it causes the DEA to react

24  to that and -- and do whatever it is that they do, right?

25  A.  Yes.

1  Q.  With respect to the synthetic cannabinoids -- I know there

2  are multiple phrases and colloquial terms, but am I correct in

3  saying that they are synthetic cannabinoids?

4        Am I pronouncing it properly, what we have been

5  talking about today for the past, I don't know, 18 hours?

6  A.  Yes.

7  Q.  All right.  With respect to those, this is a relatively

8  new line of controlled substances.  I think you said it

9  started in the '80s, right?

10  A.  The research on synthetic cannabinoids in general was

11  around the; 80s.  The abuse of drugs, like similar ones to the

12  ones in this case, started in the early 2000s in Germany,

13  throughout Europe.  Like I said, late 2000s, it first appeared

14  in the U.S., and it really increased in 2011, 2012.

15        Does that answer your question?

16  Q.  Yes, it does.

17        What I'm getting at, I heard another witness --

18  forgive me, I don't remember who -- talking about cocaine,

19  saying it has been around for thousands of years.  This is in

20  its infancy, that's the term I use.  Is that a fair statement?

21  A.  I guess.  Relative to what?

22  Q.  Relative to the drugs that the everyday person would know

23  the DEA enforces; cocaine, marijuana, heroin, things like

24  that?

25  A.  I think I would agree with you that it is a relatively new

Friday, December 11, 2015

1  phenomenon, these designer drugs; however, they have become

2  very mainstream.  They have been in the news a whole lot.

3  Q.  I'm going to get there, that's what I want to get at.

4  A.  Sure.

5  Q.  We don't -- an overdose will happen tonight, right,

6  probably right here in West Palm Beach.

7  A.  It could very well be.

8  Q.  Could be cocaine, heroin, methamphetamine, opiates, could

9  be all of those, right?

10  A.  It could be, yes.

11  Q.  Probably they won't be in the news tomorrow, right?

12        What is going to be in the news is if some

13  16-year-old kid gets ahold of whatever it is that we are

14  calling it and something bad happens, that will be in the news,

15  right?

16  A.  I guess that's speculative.  I can't really know what is

17  going to be in the news.

18  Q.  You read these articles, right?

19  A.  Yes.

20  Q.  I read them, I Googled them.  You don't read about the

21  45-year-old black guy who dies of a cocaine overdose, you read

22  about the 16-year-old white kid who dies of perhaps something

23  related to this, right?

24  A.  No.  I would think they are both in the news, especially

25  if something extraneous happens, a shooting or a public

Friday, December 11, 2015

1  situation.

2         I think the elderly man who dies in his house from a

3  heroin overdose with a needle in his arm most likely won't make

4  the news.

5  Q.  We will save that for another day.

6  A.  Okay.

7  Q.  With respect to these adverse side effects that you have

8  in your packet that you provided -- and I'm referring to -- I

9  don't know what page it is, I apologize.  I don't know the

10  number, but it is titled Adverse Health Effects of Synthetic

11  Cannabinoids.

12         Are you familiar with that particular page --

13  A.  I am.

14  Q.  -- if I ask you a couple questions?

15  A.  Yes.

16  Q.  It is not a trick.  If you want to see it, I'll bring it

17  over to you.

18  A.  I have it here.

19  Q.  Now, not all of these adverse health effects of synthetic

20  cannabinoids are created equal, right?

21         I mean, if I'm looking at this, I would rather feel

22  nauseous than vomit; and I would rather vomit than have cardiac

23  ischemia; and I would probably rather have that than organ

24  failure; and I would probably rather have that then death,

25  right?  So these are a wide range.

Friday, December 11, 2015

1  A.  It is logical.

2  Q.  Now, you talk, in the same packet, about various research

3  that you have done regarding cases in Santa Ana, California;

4  Middletown, Connecticut; Austin, Texas; Hampton, Virginia;

5  Hagerstown, Maryland.

6          I notice that a lot of these are kind of mid-level

7  cities.  They are not New York City, it is not Miami.  They are

8  kind of these -- I wouldn't called them towns, but they are not

9  major metropolises; is that fair?

10  A.  The incidences in that paper are just as I was aware of

11  them.  I mean, like I said, I mentioned, in the past few weeks,

12  you had three separate instances in San Diego, California.  I

13  would say that's a larger city.

14  Q.  Absolutely.

15  A.  Tulsa, Oklahoma.  It is nondescript, it doesn't

16  discriminate on age, race.

17  Q.  Well, let's take on your page titled Synthetic Cannabinoid

18  Related Illnesses and Deaths.  In Baton Rouge, you have number

19  of cases, 120; number of cases resulting in death, zero.

20          And then there are others that -- you know,

21  Philadelphia, Mississippi, number of cases, six; number of

22  cases resulting in death, zero.

23          There are some that have death, and they are usually

24  in the single digits, the charts that I have seen.

25          What we don't know in those cases that I guess have

1   the adverse health side effects, if we are talking about

2   something very serious or something as simple as being nauseous

3   or vomiting, right?

4   A.  No, not necessarily.  The cases that are listed in that

5   report were all patients requiring hospital admission.

6   Q.  Well, I mean, you can go to the hospital if you are

7   vomiting, right?  If you are 16-year-old kid and you start

8   vomiting, you are scared, your parents take you to the

9   hospital, right?

10  A.  You go to the hospital, you are not admitted.

11  Q.  Okay.  With respect to the movie that we saw --

12  A.  Yes.

13  Q.  -- and obviously, I don't have the ability to pop that up,

14  but the gist of it, I think, I can convey to you and ask you

15  some questions.

16          I believe you testified -- and correct me if I'm

17  wrong -- that the research from the public health department

18  showed about 2,500 overdoses and 34 deaths from March 29th to

19  May the 11th of 2015.  Did I get that about right?

20  A.  Yes, sir.

21  Q.  So I'm going to do this, make it -- try to make this simple

22  for my next questions.  If we just say -- give you the benefit

23  of the doubt and say that we are talking about a month period,

24  30 days, and we have 34 deaths in one month, and you multiply

25  that by 12 months, which is a year, and I did the math, you can

Friday, December 11, 2015

1  trust me, I come up with 408 deaths, right?

2  A.  Correct.

3  Q.  All right.  Have you looked at -- I received these

4  documents this morning and over lunch, I went to Google and I

5  pulled up a website that I think you will say that you have

6  seen before.  It's the drugabuse.gov website, which is the

7  National Institute of Drug Abuse, that's your folks, right, not

8  mine?

9  A.  No.

10  Q.  Not Dr. Cozzi or anyone else, right?

11  A.  Right.  I think that's the NIH website.

12  Q.  Right.  And I looked at it, and I looked at the number of

13  deaths from prescription drugs from 2014, 25,000; and opiates,

14  18,000; benzos, 8,000; cocaine about 5,500; heroin, 10,000

15  maybe 11,000.  I can't really tell, the graph is hard to read.

16          That's significantly more than what we are dealing

17  with right here, right?

18  A.  That's a fair statement.

19  Q.  So what we have is perhaps the executive branch

20  overreacting to what is deemed to be this new wave of awful

21  things happening, especially given the fact that, according to

22  your own research, we are dealing with teenagers and people in

23  their twenties.

24  A.  I mean, I would disagree with your statement.  Just as you

25  said, this drug is more in its infancy, the fact these drugs

Friday, December 11, 2015

172

1   have been abused in the country since 2010, maybe five years,

2   they have only been around and they steadily, from year to

3   year, increased epidemically.

4   Q.  Wait a minute.  You told me that although it is in infancy,

5   it is widespread, you can use it all over the place --

6   A.  You --

7   Q.  -- San Diego --

8   A.  True, it is wide known and it is spreading.

9   Q.  So my question is, I just went to 2014, I didn't say total

10  deaths from 1950 to 2014, I used 2014, which is the most

11  recent statistics from the website that you say is credible --

12  it is .gov, not .defense; and we have a enormous amount the

13  deaths when associated with other drugs, and a very little

14  amount -- and I gave you the benefit of the doubt because I put

15  it all into 30 days.

16          So we have 408 deaths for this and, you know, 20,000

17  deaths associated with oxycodone pills, these pill mills that

18  these doctors are running all over Florida.

19  A.  I don't expect you to answer my question, I understand

20  that, but I would have to -- if I could ask you a question, I

21  would say, is 400 deaths acceptable?  And my answer to that is

22  not a single death is acceptable.

23          This is -- these are a bad group of drugs, they are

24  increasing.  There are hundreds of them.

25  Q.  I would say that one death is unacceptable, but I also

Friday, December 11, 2015

1  would submit to you that based on what you just testified to,

2  324 months for that man, and I don't know what these two guys

3  are facing, is unacceptable, based on your own statistics.

4  That's what I would suggest to you.

5  A.   Based, I guess, on statistics, I can see where your point

6  is.  But just as you said, one death is unacceptable.

7         We can't prove, at least I can't, that any Defendants

8  in this case are responsible for the deaths -- maybe the

9  Gainesville operator, let's take that one for an example.

10 Q.   Yeah.

11 A.   I know I have been told let's talk XLR-11, and that was

12 AB-CHIMINACA, but just as an example, that was AB-CHIMINACA.

13        I can't prove that any of the drugs in this case or

14 these manufactures are responsible for those deaths.  But

15 someone, someone in the country ordered these drugs,

16 AB-CHIMINACA, they put it on plant material, they sold it to

17 people, and 25 people or almost 30 people needed intubation or

18 hospital admission.  I'm just demonstrating the serious adverse

19 effects of that.

20 Q.   Absolutely, and I won't dispute it.  I'm not for dying, I'm

21 for living, but I'm also for fairness in the court system, and

22 you made an interesting point.

23        You said, I don't want to deal with statistics.  Your

24 whole presentation, for the last three hours, has been

25 statistics because you said you didn't go into the field, you

Friday, December 11, 2015

1    don't interview anyone, you just read things, right?  That's

2    based on statics.

3    A.  I do not go in the field, I work from the office to collect

4    samples and collaborate with people.

5    Q.  And what is that called?  You are researching statistics.

6    A.  Well, I am also assisting in -- like for that paper, I

7    assisted in that.  So that's a lot more than just reading

8    papers from other people, I actually did extra work.  There is

9    more than that.

10              MR. O'BRIEN:  Thanks.

11              THE COURT:  Redirect?

12                     REDIRECT EXAMINATION

13   MS. LINEBERGER:

14   Q.  Do you work for Homeland Security Investigations?

15   A.  No.

16   Q.  And that's the agency that did the investigation, along

17   with Customs and Border Patrol that seized all of the drugs in

18   this case, correct?

19   A.  That's what I'm aware of, yes.

20   Q.  Before today, had you even heard of a HSI Agent Christopher

21   McBride?

22   A.  I have to go back about a month, whenever we were

23   discussing the case, but before our agency was contacted for

24   support, no, I was not.

25   Q.  So you didn't do your research based on this case?

Friday, December 11, 2015

1    A.   No.

2    Q.   Does it serve your purpose to fight a legitimate drug?

3    A.   If it's being diverted and affecting public safety, then

4    the answer, I think, would be yes.

5             But under legitimate use, under legitimate

6    scheduling, legitimate prescription, legitimate use by

7    patients, then the answer is no.

8    Q.   In all of the studies that you have read and the reports

9    from toxicologists, from medical doctors, from emergency rooms,

10   have you found any legitimate use of XLR-11 or any of the other

11   synthetic cannabinoids that these Defendants were found

12   responsible for in the PSI, those listed today?

13   A.   I'm sorry, repeat that.  I kind of got lost.

14   Q.   I forgot where I started.

15   A.   I did, too.  I'm sorry.

16   Q.   Can I have that read back?

17            THE COURT:  No, we don't read back.  Let me remind

18   you, we still have one more witness.

19            MS. LINEBERGER:  Yes, Your Honor.

20            THE COURT:  Now, we are trying -- this is largely

21   argument, the last little bit.

22            MS. LINEBERGER:  Yes, Your Honor.

23            THE COURT:  Let's try to get to our last witness.

24   BY MS. LINEBERGER:

25   Q.   You heard Dr. Cozzi discuss how 90 percent of drugs failed

1  in clinical trials or before getting to them, correct?

2  A.   Correct.

3  Q.   And you heard Dr. Cozzi discuss that he would want a

4  clinical trial before making an opinion; is that right?

5  A.   Yes.

6  Q.   What is the difference between XLR-11 and the drugs

7  intended for human consumption?

8  A.   Your Honor, I'll make this very brief.

9       XLR-11 is not a drug that is being investigated for

10  human use.  A drug from Merck or Pfizer that's going to go

11  through clinical trials would undergo much more rigorous

12  testing, many more steps before they even see there could be a

13  benefit, before you get to clinical trial.

14       XLR-11 was not made by a chemical company for use in

15  humans.  It was made by illicit manufacturers for abuse of its

16  psychoactive properties only.  So to demonstrate that this

17  needs to be put into a clinical trial, this is not a drug that

18  even is remotely or has the possibility of use in humans, so

19  it's just unacceptable to say that you have to wait for a

20  clinical trial in this drug.

21       If this was some legitimate drug from Merck, then it

22  would have to go through clinical trials, if approved by the

23  FDA.  That's not what we are tacking about here.  This is a

24  drug designed by some lab in China solely to be abused.

25  Q.   Is there any indication that there is any type of quality

Friday, December 11, 2015

1  control, even at these labs in China making these synthetic

2  cannabinoids?

3  A.  Not that I'm aware of.

4  Q.  Dr. Cozzi talked about different ED50 values in the two

5  Gatch papers.  Can you briefly talk about that to the Court.

6  A.  Briefly, Your Honor, Dr. Cozzi brought up two ED50 values

7  and said that was not reproducible.  In science, in-between

8  experiments, in-between laboratories, you have variations

9  between tests.

10      Those two values, the .85 and the .56, if you took

11  100 laboratories and had them do the same test, you would have

12  100 different numbers.  Ideally, they should be close, and I

13  would -- my opinion is that the .56 and .85 is definitely

14  close.  It is acceptable to use both Gatch studies.

15      And the final point is, regardless if you use the .56

16  number or the .85 number compared to XLR-11, it is either three

17  times or four times more potent than THC, regardless of which

18  number you use.  It demonstrates that XLR-11 is more potent

19  than THC.

20      MS. LINEBERGER:  I have no further questions.

21      THE COURT:  Okay.

22      Thank you, Doctor.

23  (Witness excused.)

24      THE COURT:  You all have you one more?

25      MR. LUBIN:  I do, Dr. Dudley.

Friday, December 11, 2015

```
1          MS. LINEBERGER:  Your Honor, before Dr. Dudley is
2   sworn, the Government has an objection to him testifying.
3          The issue before the Court is pharmacology and
4   Dr. Dudley is not a pharmacologist.  He is a chemist, and I
5   would object to his testifying as an expert in the field of
6   pharmacology, most respectfully to the Court and Dr. Dudley.
7          I have, from the United States District Court, in the
8   Middle of District of Florida, where Dr. Dudley was
9   disapproved, where the Government objected to his expertise as
10  a pharmacologist and the court sustained it.
11         His testimony regarding -- his testimony as a chemist
12  is irrelevant, since it is clear that the two pharmacologists
13  in this case agree to prong A, the chemistry.  We are dealing
14  with effects and potency, which is not within the range of
15  expertise of the chemist, Your Honor.
16         THE COURT:  Okay.  I'm going to overrule your
17  objection.  His vitae says he is an organic chemist with
18  professional expertise in molecular pharmacology.
19         I'm going to hear him, despite the fact that he
20  apparently teaches at FSU.
21         MR. SCHELLER:  We will withdraw him.
22         MS. LINEBERGER:  Your Honor, if I may, molecular
23  pharmacology is not the same --
24         THE COURT:  You will have a good chance to examine.
25         MS. LINEBERGER:  Yes, Your Honor.
```

Friday, December 11, 2015

1                    DR. GREGORY DUDLEY, DEFENSE WITNESS, SWORN

2                              DIRECT EXAMINATION

3    BY MR. LUBIN:

4    Q.   Good afternoon.  State your name.

5    A.   Gregory Dudley.

6    Q.   What is your occupation?

7    A.   I'm a professor of chemistry and biochemistry at Florida

8    State University.

9    Q.   Are you a doctor of chemistry?

10   A.   Yes.

11   Q.   From what institution did you receive your doctorate

12   degree?

13   A.   MIT, the Massachusetts Institute of Technology.

14   Q.   And what is your -- what are your duty assignments and

15   roles at Florida State?

16   A.   I am one of the associate chairs of the department.  I'm

17   in charge of our curriculum, making teaching assignments, and

18   assisting the chair with other administrative matters for the

19   department.

20            I am a research active faculty member, with

21   assignments of responsibility relating to research, teaching,

22   and service.

23            On the research front, I supervise a graduate

24   research group doing research relating to chemical synthesis of

25   drug-like compounds.

Friday, December 11, 2015

1       On the teaching front, I teach courses in the

2   classroom and supervise research in the lab relating to organic

3   chemistry at the undergraduate level; and at the graduate

4   level, organic chemistry more specialized in broader areas,

5   such as -- and topics, like chemical synthesis, organic

6   synthesis, or, for example, bio orthogonal chemistry, which is

7   a relatively new field.

8   Q.   Do you also review grant proposals from around the country?

9   A.   I do.  I provide peer review services for grant proposals

10  to funding agencies, including the National Science Foundation,

11  the National Institutes of Health, the American Chemical

12  Society Research Corporation, many other funding agencies.

13  Q.   Do you review manuscripts?

14  A.   I do review manuscripts that are submitted for publication

15  in peer reviewed journals; many, many different journals in the

16  fields of organic chemistry and medicinal chemistry primarily.

17  Q.   Medicinal chemistry, also?

18  A.   Yes.

19  Q.   In other words, medicinal chemistry would be chemistry

20  related to the effect of chemicals on the human body, is that

21  what medicinal chemistry is?

22  A.   Yes.

23  Q.   Are you also trained in the scientific method?

24  A.   Yes, I am trained in the scientific method, yes.

25  Q.   In other words, how to do research, how to -- all of the

Friday, December 11, 2015

1    things that are accomplished in the scientific methods, so that

2    you can get -- that you get reliable results out of research

3    that's being done.

4    A.  How to make an observation, formulate a hypothesis, use

5    that hypothesis to design an experiment, perform the

6    experiment, make observations, and ultimately draw conclusions

7    based on those experiments.

8    Q.  So first, let me ask you this:  Chemically, is XLR-11

9    chemically similar in any way to THC?

10   A.  Not that I can -- not that I can see, not to my eye, nor to

11   anybody's eye in the literature that I have read.

12   Q.  From a chemical -- from an chemist's perspective, do you

13   study how compounds bind to receptors and so forth and so on?

14   A.  Yes.

15   Q.  And is that one of the things you looked at here, in this

16   case?

17   A.  Yes.

18   Q.  What is an in vitro study?

19   A.  In vitro, as was mentioned earlier, it's test tube, in a

20   glass; and so these would be studies done in a Petrey dish, in

21   a test tube, in a controlled laboratory environment outside of

22   a living system, outside of an animal where you might look at

23   the interaction, for example, of the molecular recognition

24   interaction between a small molecule, a drug-like molecule and

25   a larger biomolecule, like a protein; see how they bind, where

Friday, December 11, 2015

1   they bind, how tightly they bind, if they bind, what sort of a

2   change does that induce in the biomolecule, for example.

3   Q.   What is a receptor?

4   A.   A receptor is typically a protein on the surface of a cell,

5   a transmembrane protein that would be on the outside of the

6   surface, outside of the cell, interact with a small molecule

7   and communicate that information inside of the cell.

8   Q.   A receptor is something within the human body, is that --

9   A.   Yes.

10  Q.   -- is that what it is?

11  A.   Yes.

12  Q.   Is this all within the field of chemistry?

13  A.   The interaction between the small organic molecule and

14  biomolecule is very much a chemical interaction.  To me, it is

15  chemistry.

16  Q.   What are the receptors within the human body that would

17  interact with a drug-like compound, like THC or a compound like

18  XLR-11?

19  A.   The receptors that are known to interact with THC and/or

20  with XLR-11 that are the primary focus are CB1, the first

21  cannabinoid receptor; and CB2, the other main cannabinoid

22  receptor.  Those two receptors are the primary focus of

23  cannabis pharmacology, but there may be others.

24  Q.   But as to those two, do we know -- do chemists understand

25  the difference between CB1 and CB2, what they each do?

Friday, December 11, 2015

1  A.   The CB1 receptors are primarily located in the central

2  nervous system in the brain.   The CB2 receptors are primarily

3  localized outside of the central nervous system in the

4  peripheral nervous system, and psychotropic effects of

5  marijuana are typically linked to interactions with the CB1

6  receptor.

7            The CB2 receptor is of much more of interest to

8  pharmaceutical companies for modulation or mediation of pain,

9  nausea, other indications.

10  Q.   As to XLR-11, is there information as to which receptors it

11  may bind to?

12  A.   People have characterized and quantified the binding of

13  XLR-11 to both the CB1 and CB2 receptor.

14  Q.   As to the CB2 receptor, the one you said that was more --

15  the pharmaceutical company is more interested in, does XLR-11

16  bind in any special way to that?

17  A.   Based on the data that's available, XLR-11 binds more

18  tightly, more strongly to the CB2 receptor than to the CB1

19  receptor.

20  Q.   In other words, more tightly to the one that would modulate

21  pain, as opposed to the one that gets you high, is that a way

22  to say it?

23  A.   The one that's -- the one that's primarily located outside

24  of the central nervous system that is not associated with

25  getting you high, that is associated with other indications.

Friday, December 11, 2015

1  Q.  Now, chemically speaking, is there any way to know whether

2  XLR, when taken into the body, ever gets to the brain?

3  A.  Not based on binding affinity studies, not based on

4  functional assays.  I mean, not based on any -- not to the --

5  yeah, not to my knowledge.

6  Q.  Is there any scientific research that you have seen which

7  would indicate whether the XLR-11 ever even gets to the brain?

8  A.  Not that I can recall off the top of my head.

9  Q.  Okay.  Now, His Honor asked earlier, and I'm going to point

10  this out to him at this point, that there is a sentence in the

11  PSI that suggests that XLR-11 is synthetic THC.

12          THE COURT:  I did look, I was wrong.  There is a

13  provision in the PSI that says that.

14  BY MR. LUBIN:

15  Q.  Is XLR-11 synthetic THC?

16  A.  No.  It is a factual error in the report, yes.

17  Q.  Is XLR-11 any kind of THC?

18  A.  No.  THC is THC.

19  Q.  And is synthetic THC synthetic THC?

20  A.  Yes.

21  Q.  In other words, you can have either naturally grown THC or

22  synthetic, but they are identical.

23  A.  Yes.  The delta nine tetrahydrocannabinol refers to a

24  specific molecular substance, and THC is the common

25  abbreviation for that substance, and that substance is THC,

Friday, December 11, 2015

1   whether it is produced by a plant or whether it is produced in

2   a laboratory.  It is the same substance, same properties.

3   Q.  In terms of the studies that have been discussed here today

4   with the rodents, I want to talk to you about the scientific

5   method a little bit and whether or not -- whether they prove

6   any hypothesis that is relevant to what the Judge has to decide

7   in this case.

8   A.  Yes.

9   Q.  So I don't think anyone will mind if I summarize that

10  studies have been done with rodents in which they are trained

11  to hit a certain lever if they detect THC as opposed to saline

12  solution --

13  A.  Yes.

14  Q.  -- correct?

15          Are studies -- can a study be developed, though,

16  where a rodent would actually have the opportunity to see if it

17  could discriminate between THC and XLR-11?

18  A.  Yes.

19  Q.  And are you aware of any studies that have been done in

20  that regard?

21  A.  Not for THC and XLR-11.

22  Q.  Okay.  So the state of the scientific record as you have

23  stud -- have you studied it --

24  A.  Yes.

25  Q.  -- have you looked?

1          The state of the scientific record right now, are

2   there any studies that have been conducted which would, even in

3   rodents, determine whether or not they react the same way to

4   THC and XLR-11?

5          MS. LINEBERGER:  Objection, he is not a

6   pharmacologist, Your Honor, he is a chemist.

7          THE COURT:  Overruled.

8   A.  No.

9   BY MR. LUBIN:

10  Q.  Now, we do know that there are studies between when XLR-11

11  is substituted for THC.

12  A.  Yes.

13  Q.  Now, from a scientific method analysis, does that tell us

14  whether or not that rodent is particularly relating XLR-11 as

15  being the same as THC?

16  A.  That does not -- that's not the correct interpretation.

17  Q.  Okay.  So why not?

18  A.  Well, the rodent is trained to press one lever for -- and

19  I'll make this brief because I know we heard it before.  The

20  rodent is trained to press one lever if given THC, a different

21  lever if given saline.  Then the rodent is given, in this case,

22  for example, XLR-11 and the rodent needs to press one or the

23  other lever in order to get food.

24          So essentially, what the rodent is saying when it

25  chooses the THC lever is that what it is experiencing is more

1   like THC than it is like saline, but it doesn't necessarily

2   mean that what it is experiencing is substantially similar to

3   what it has experienced with the THC training drug.

4   Q.  Is there anything in the literature or the research that

5   you have reviewed which would indicate that XLR-11 has similar

6   effects as THC on the human body?

7   A.  No.

8   Q.  And is there anything in the literature which would say

9   that its potency is similar, or less similar, or more similar

10  than THC?

11  A.  No.

12  Q.  Is there anything in the research that has been presented

13  available for us to find that would in any way indicate that

14  THC and XLR-11 are closely related?

15  A.  No.

16  Q.  Now --

17  A.  Depending on your definition of closely, I suppose, but not

18  by mine.

19  Q.  Okay.  Now, I'm not asking you for, you know, your

20  pharmacological opinion on this, I'm just asking for what the

21  facts are and what the research shows.

22          But in terms of an analysis of whether or not XLR-11

23  is similar to or should be compared to, for guidelines

24  purposes, THC or whether it should be compared, for guidelines

25  purposes, to marijuana, what does the evidence support?

1          MS. LINEBERGER:  Objection, he is not qualified to

2     evaluate it, Your Honor.

3          THE COURT:  Overruled.

4     A.   To try to distinguish here between THC and marijuana is

5     kind of splitting hairs.  The -- so no -- I'm sorry, could you

6     repeat the question.

7     BY MR. LUBIN:

8     Q.   Why is it splitting hairs to try to distinguish between THC

9     and marijuana, why?

10    A.   The cannabinoid receptors, the substance of interest

11    originally is marijuana, it's hard to study marijuana.  It's --

12    what is typically done is various components of marijuana.  For

13    example, THC might be studied in order to gain a better

14    understanding of marijuana pharmacology.  To differentiate

15    somehow between THC and marijuana is -- like I said, at best,

16    it is splitting hairs.

17    Q.   Let me just ask it in a different way.

18         THC is the psychoactive ingredient in marijuana,

19    correct?

20    A.   It is widely recognized as the primary active ingredient,

21    psychoactive ingredient yes.

22    Q.   When people use marijuana and they get high, they are

23    getting high because of the THC?

24    A.   That's the consensus, yes.

25    Q.   And so -- but marijuana, of course, is separately listed as

Friday, December 11, 2015

1    a schedule one drug, correct?

2    A.   Yes.

3    Q.   And is marijuana then, in your opinion, appropriate or

4    inappropriate to do the comparison with XLR-11?

5    A.   Given that one must choose one of the substances from the

6    guidelines, I think marijuana is appropriate.

7    Q.   In other words, if you have to choose something to compare

8    it to make up a guideline level, your opinion would be that

9    marijuana would be the closer one?

10   A.   My opinion is that marijuana is appropriate, yes.

11   Q.   Is appropriate, okay.

12            You had mentioned something about a Coke-Pepsi test.

13   A.   The Pepsi challenge.

14   Q.   The Pepsi challenge?

15   A.   Yes.

16   Q.   Does that have relevance here to what you think could be

17   done in terms of, you know, further scientific testing?

18   A.   It's an analogy to a side-by-side comparison.

19   Q.   What --

20   A.   In the Pepsi challenge, Pepsi was interested in the answer

21   to the question of whether people would prefer the taste of

22   Coke or Pepsi tasted side by side.  And so the way they did

23   this experiment is they gave people a sip of one soda, and then

24   gave someone a sip of the other soda and, presuming they could

25   tell them apart, asked which one they liked better and -- well,

Friday, December 11, 2015

1  if you remember the marketing campaign, most people chose

2  Pepsi.

3  Q.  Is that the test that you feel could be developed, even if

4  it is with animals, as to kind of comparing THC to XLR-11?

5  A.  If the question -- if one wanted to answer the question

6  whether XLR-11 were substantially similar, such that the rodent

7  could not tell it apart from THC or ask the question as to

8  whether the rodent would determine it to be more similar to THC

9  or to marijuana, then you would design the drug discrimination

10  experiment differently.

11         You would use, for example, a three-choice drug

12  discrimination study, where you would give the rodent two

13  choices as to the drug in addition to saline.

14  Q.  And the two choices would be, for example, marijuana and

15  XLR-11, is that --

16  A.  For example, you might, assuming that one could train a

17  rodent to differentiate marijuana and THC, and it is not clear

18  that that distinction could be done, but presuming that there

19  is a significant pharmacological difference between those two

20  substances, then you can train a rodent to recognize THC or

21  recognize marijuana; press one lever if given THC, a different

22  lever if given marijuana, and then a third lever for saline,

23  then give the rodent XLR-11 and ask -- see which lever the

24  rodent presses.

25  Q.  And would the hypothesis then be closer to being proven if

1  you set up a test like that?

2  A.  I think that would be much stronger evidence in support of

3  the pharmacological -- the differential pharmacological affects

4  in the rodent.

5  Q.  One way or the other.

6  A.  One way or the other.

7          MR. LUBIN:  Thank you, Doctor.  I'm going to turn you

8  over to someone else to question.

9          THE COURT:  Let me ask you the same question I have

10 asked these other two experts.

11         Do you know -- the equivalency table here in the

12 guideline book has one gram of THC is the equivalent of 167

13 grams of marijuana, do you know any scientific basis or

14 rationale for that?

15         THE WITNESS:  I do not.

16         THE COURT:  Does it make any sense to you?

17         THE WITNESS:  It does not.

18         THE COURT:  We heard one doctor say, well, THC is 15

19 to 20 percent of marijuana, so he thought if you were going to

20 do a ratio between pure THC and marijuana, you would use either

21 1 to 5 or 1 to 7.  Does that make sense or is that --

22         THE WITNESS:  I think the statement -- that

23 particular statement in isolation, one gram of THC equals X

24 grams of marijuana, the way I would go about coming up with X

25 would be to ask how much THC is present in marijuana; and if it

Friday, December 11, 2015

1  took 10 grams of marijuana -- if you had to compile, collect 10

2  grams of marijuana in order to extract out and isolate, in

3  total, one gram of THC, that would be a THC content of 10

4  percent.  Then I would fill in that X with 10 grams of

5  marijuana, if that makes sense.

6          THE COURT:  I guess that would ignore any impact the

7  remaining ingredients of marijuana might contribute.

8          THE WITNESS:  Yes, that would be focusing

9  specifically on the THC content of the marijuana.

10          THE COURT:  But what you are saying is basically,

11  since THC is the operative ingredient in marijuana, it doesn't

12  make any sense to look to THC as the more appropriate guideline

13  ingredient; although I guess to the degree XLR-11 is a

14  simple -- is a single synthetic drug, at least it would be --

15  it wouldn't have these other ingredients that marijuana has.

16          THE WITNESS:  So to the extent that XLR-11 is similar

17  to marijuana, it would be similar to THC and vice versa, I

18  don't --

19          THE COURT:  You don't think it is similar to either

20  one necessarily.

21          THE WITNESS:  That is correct, I don't think it's

22  substantially similar in terms of its pharmacological effects.

23          There is no evidence that I have seen that would

24  support the conclusion that, in humans, that the effects are

25  substantially similar on the central nervous system.

Friday, December 11, 2015

1            In terms -- in terms of how these two substances

2    would bind to the cannabinoid receptors, it doesn't make sense

3    that they would bind in the same way because the structures are

4    so different.  They may bind to the same receptor, they may

5    bind to the same place in the same receptor, but I don't see

6    how they would bind equivalently or substantially similarly.

7    Indeed, I think we heard testimony that the effects of these

8    substances are different, so --

9            THE COURT:  So you don't think either marijuana or

10   THC should be looked to in determining the appropriate

11   calculation?

12           THE WITNESS:  Well, so I wouldn't say that either one

13   of them are substantially similar in terms of the structure of

14   the pharmacological effects.  One still needs to identify the

15   most comparable substance.

16           When you are asked to identify what is the most

17   comparable substance, some of the things that you can consider

18   include -- some things that you should consider include is

19   there a substance that is substantially similar in chemical

20   structure, pharmacological effects, and potency.

21           I would say that there is not a particular substance

22   that satisfies those criteria and the most comparable -- so you

23   wouldn't use those criteria per se, you would then look at

24   what -- sort of a bigger picture; what is the most comparable

25   substance to the substances in question in this case.

Friday, December 11, 2015

1      THE COURT:  Well -- and so why do you come up with

2  marijuana; because it is leafy?  I mean, what --

3      THE WITNESS:  From reading the presentence report,

4  the presentence report describes XLR-11 in the context of

5  smokeable synthetic cannabinoid products that are designed to

6  mimic marijuana and that users report effects similar to

7  marijuana.

8      I don't think that the comparison to marijuana is

9  necessarily better or worse than the comparison to THC

10  scientifically because, again, THC is typically studied in

11  order to understand better the effects of marijuana.  There are

12  studies where people have asked this question and looked at the

13  effects of THC compared to the effects of marijuana and, in

14  general, the conclusion is that they are approximately equal.

15      THE COURT:  Okay.  Cross-examination.

16                     CROSS-EXAMINATION

17  BY MS. LINEBERGER:

18  Q.  Good afternoon, Dr. Dudley.

19  A.  Good afternoon.

20  Q.  Dr. Dudley, you review papers in medical and organic

21  chemistry; is that correct?

22  A.  Medicinal chemistry and organic chemistry and general

23  chemistry journals.

24  Q.  Why did these journals ask you to review papers for them?

25  A.  To make sure -- well, for -- it's the peer review process.

Friday, December 11, 2015

1  When someone submits a paper to a peer review journal, they
2  send it out to people that the editors regard as experts in the
3  field to ask for those people -- in this case, myself -- to
4  weigh in on the validity of the studies, the quality of the
5  experiments, and also the potential impact of the work to help
6  guide the editors in their decision as to whether or not this
7  particular publication might be suitable for their journal.
8  Q.  What pharmacological journals have you reviewed papers
9  for?
10 A.  So the medicinal chemistry journals are papers that include
11 chemistry and pharmacology, primarily the binding assays and
12 functional assays in some cases.
13 Q.  Perhaps you didn't understand my question.  What
14 pharmacological journals have you specifically reviewed for?
15 A.  So if you are excluding medicinal chemistry from the field
16 of pharmacology, then none, but I don't exclude pharmacology
17 from the field of medicinal chemistry.  The field of medicinal
18 chemistry encompasses what most people would regard as
19 chemistry and pharmacology.
20 Q.  Now, your declaration says you are an organic chemist with
21 professional expertise in synthetic chemistry, molecular
22 pharmacology, medicinal chemistry, chemical structure,
23 molecular interactions, and structure activity relationships.
24 Molecular pharmacology and behavior pharmacology are different,
25 are they not?

1    A.   They -- so -- yes.

2    Q.   In respect to CB1 and CB2, even though you stated XLR-11

3    binds to CB2 receptors, does that mean that it is not binding

4    to CB1?

5    A.   No, it does bind to CB1.

6    Q.   And isn't something that binds to CB1 -- if something binds

7    to CB1, what would be the expected effect in a human?

8    A.   Presuming that it binds to CB1 --

9    Q.   Yes, that's the question.

10   A.   -- in the brain --

11   Q.   Yes.

12   A.   -- then -- and it produces an agonist functional response,

13   then you would anticipate psychotropic effects similar to that

14   of marijuana.

15   Q.   I'm sorry?

16   A.   Then you would anticipate psychotropic effects similar to

17   that of marijuana.

18   Q.   You did hear Dr. Cozzi say that it binded with CB1, didn't

19   you?

20   A.   It does bind to CB1.

21   Q.   You heard him say that, Dr. Cozzi, didn't you?

22          THE COURT:  All three of them have said that, as I

23   heard them.

24          You said that, too, right?

25          THE WITNESS:  I said that it binds to CB1.  I don't

Friday, December 11, 2015

1   specifically recall Dr. Cozzi saying that, but I don't doubt

2   that he did, and I don't doubt that he recognizes that as well,

3   that it binds to CB1.

4   BY MS. LINEBERGER:

5   Q.  So if XLR-11 binds to CB1 and CB1 gets you high, then we

6   can deduce that XLR-11 will get the consumer of XLR-11 high as

7   well; isn't that correct?

8   A.  Assuming that XLR-11 gets into the brain.

9           THE COURT:  I don't understand that, why is there a

10   question?  Because you said receptors are in the brain, why is

11   there an issue as to -- I think Mr. Lubin suggested it might

12   not get to the brain.  Does it or not, do you know, or can

13   anyone know?

14          THE WITNESS:  We don't know it gets to the brain.

15   You know, certainly, I think a lot of the testimony is

16   predicated on an assumption that it gets to the brain, but

17   getting -- getting a substance into the brain is not a

18   guarantee.

19          Ingesting a substance does not guarantee that it will

20   cross from the blood through what is called the blood/brain

21   barrier and get into the brain; and that crossing the

22   blood/brain barrier is a necessary -- is a requirement for the

23   psychotropic effects that we are talking about from the -- that

24   are associated with marijuana.

25          THE COURT:  So the CB1 receptors -- I think you said

Friday, December 11, 2015

1   they are in parts of the body, other than the brain, as well.

2              THE WITNESS:  It is thought that there are CB1

3   receptors outside of the brain.  The CB1 receptors that -- when

4   you are assessing whether or not a substance binds to CB1 in

5   vitro, you are looking at CB1 that is certainly outside of the

6   brain, that is in a test tube, but there are substances.

7              There is one particular synthetic cannabinoid that

8   I'm thinking of, CB13, that binds to the CB1 receptor, but does

9   not cross the blood/brain barrier, and so has been ruled out of

10  producing marijuana like psychotropic effects.

11             THE COURT:  How can you test for whether it does

12  cross that membrane or barrier?

13             THE WITNESS:  That, actually, I do not recall

14  offhand.  I apologize.

15  BY MS. LINEBERGER:

16  Q.  Doctor, you don't think 18 through 29-year-olds are smoking

17  XLR-11 because they have arthritis, do you?

18  A.  I'm not articulating a hypothesis one way or the other.

19  Q.  You are not?

20  A.  I'm saying that the data that I have seen --

21  Q.  What is the data that you have seen, by the way?

22  A.  -- does not support the conclusion that it has these

23  effects in humans.

24  Q.  What data are you talking about?

25  A.  The data that we have been discussing here today; the

Friday, December 11, 2015

1  binding affinities to -- to the CB1 and CB2 receptors, the

2  functional assays, the drug discrimination studies in mice.

3       I think all of these data are useful and give us

4  information about the pharmacological effects, the properties

5  of XLR-11, and those studies, those data would allow us to

6  formulate a hypothesis regarding the pharmacological effects in

7  humans.  You would then do the experiment and draw conclusions

8  about the pharmacological effects in humans based on those

9  experiments.

10 Q.  Oh, the Coke and Pepsi challenge.  Is it ethical to give

11 XLR-11 to humans?

12 A.  That wouldn't be my decision.  I think we have heard

13 testimony on both sides of that -- well, as to specifically the

14 ethics, you know, I have never --

15 Q.  You are aware that people have died, aren't you?

16      MR. LUBIN:  He was in the middle of finishing a

17 sentence, Your Honor.  I'm asking he be allowed to finish it.

18      THE WITNESS:  I don't have a -- I don't have an

19 opinion on the ethics of testing XLR-11 in particular on

20 people.

21 BY MS. LINEBERGER:

22 Q.  Well, since you have read studies, you have read studies

23 that people have died.  Are you going to give it to somebody

24 that died?

25      What is your opinion?

Friday, December 11, 2015

1  A.  My opinion is that substances like XLR-11 have value to the

2  research community in helping us understand better the

3  chemistry of the pharmacology of marijuana, of understanding

4  better the CB1 and CB2 receptors.  And as to whether it is an

5  appropriate to conduct clinical trials on a schedule one

6  substances, I don't have an opinion on that.

7  Q.  So you won't tell this Court whether or not you would give

8  it to an adult?  You still won't form an opinion no matter

9  what, will you?

10  A.  Not right here, right now.

11  Q.  Well, how many people do you need to die before you form

12  an opinion?

13          MR. LUBIN:  Object to form.

14          THE COURT:  Sustained.

15  BY MS. LINEBERGER:

16  Q.  You are aware of the articles, the numerous articles

17  covering the adverse health effects of XLR-11 and the other

18  synthetic cannabinoids the Defendants are responsible for.  You

19  are aware of those studies, aren't you, you read them?

20  A.  The studies discussed here today, yes.

21  Q.  And those are by actual pharmacologists, aren't they?

22  A.  I couldn't say whether they all consider themselves

23  pharmacologists, I don't know.

24  Q.  Do you feel it was appropriate to schedule XLR-11?

25  A.  I do.

Friday, December 11, 2015

1    Q.   Why?

2    A.   Based on the data that was presented here today, I don't --

3    I'm not -- it's not my opinion that XLR-11 should not be a

4    controlled substance.

5    Q.   So you agree it should be a schedule one then?

6    A.   I agree it should be schedule one.

7    Q.   And you are aware that there are no legitimate uses for it,

8    which is why it is in schedule one.

9    A.   There are no approved uses in humans.  There is no

10   medically approved use for XLR-11 in humans.  I would disagree

11   there is no use for it.

12   Q.   Certainly you can test rats, but there is no legitimate use

13   for it in humans, correct?

14   A.   There is no FDA approved medical use for XLR-11 in humans.

15   Q.   Would you use it?

16   A.   No.

17   Q.   Would you give it to a friend?

18   A.   No.

19             I'm sorry, I assume you mean would I use it on

20   myself.

21   Q.   Yes.

22   A.   As opposed to --

23   Q.   Would you use it?

24   A.   No.

25   Q.   Would you personally want to be responsible for conducting

Friday, December 11, 2015

1  a clinical trial using humans and XLR-11 or any of the

2  synthetic cannabinoids that these Defendants are responsible

3  for importing?

4  A.  Not starting one today.  I would be interested or --

5  Q.  Would you be want to be responsible?

6        THE COURT:  Let him finish.

7        THE WITNESS:  I don't want to commit myself to work

8  on a particular study down the road at some point, but I think

9  further study on synthetic cannabinoids is warranted.

10        I think there is potential medical value from

11  synthetic cannabinoids, particularly ones that modulate CB2

12  selectively over CB1, and can teach us how to bettor modulate

13  CB2 activity over CB1.

14        I think many of the substances that -- well, in

15  particular, XLR-11, that's the one I focused on here, has value

16  in that regard.  But it would not make sense to start a

17  clinical trial with humans today aimed at a -- getting out the

18  approval for medical use of XLR-11.

19  BY MS. LINEBERGER:

20  Q.  So your answer, to boil it down, is no, you would not want

21  to be responsible for a clinical trial using humans testing

22  XLR-11.

23  A.  Starting today, aimed at generating an approved medical

24  usage, no.

25  Q.  You have previously testified that rodent tests are not

1  acceptable.

2  A.  Not acceptable for what?

3  Q.  But here, you changed your opinion and said that a

4  three-lever test would be acceptable.

5          MR. LUBIN:  Object to form, Your Honor.

6  BY MS. LINEBERGER:

7  Q.  It is still a rat study, isn't it?

8          THE COURT:  Sustained.

9          Start your question without what he previously

10  testified about, unless you have something you are pointing at.

11  I didn't hear any of that in his direct, so the form of your

12  question, I sustain the objection.

13  BY MS. LINEBERGER:

14  Q.  It is your opinion that you need a three-lever study with

15  rats; is that correct?

16  A.  What I testified to under direct is that a three-lever

17  study would be more informative.

18  Q.  Saline, XLR-11 and THC, is that what you said?

19  A.  For example, if -- that would be a three-lever study.  I

20  don't know what the test drug would be in that design that you

21  just mentioned.

22  Q.  I want to take a look at something you wrote in your

23  declaration.

24          You state, in paragraph nine, at subparagraph B, With

25  respect to count one, nothing in the presentence investigation

1  report indicates intent or capability to synthesize XLR-11 from

2  simpler chemical building blocks by chemical synthesis.

3          You are aware that the Defendants imported this as a

4  powder from China, aren't you?

5  A.  Yes, that's what I read in the presentence report.

6  Q.  And that's where the chemical gets made, in China, correct?

7  A.  That's my understanding from the presentence report, yes.

8  Q.  And when the chemical is made in China, that's when

9  whatever synthesization of these synthetic cannabinoids

10  happens, correct?

11  A.  Yes.

12  Q.  You are not calling the combination of the pure synthetic

13  cannabinoid powder that these Defendants import from China, you

14  are not calling what they lace it on, the vegetable matter, you

15  are not calling that synthesis, are you?

16  A.  That's not what I was referring to in terms of chemical

17  synthesis.

18  Q.  It comes already synthesized, correct?

19  A.  Correct.

20  Q.  By a chemist, like yourself.

21  A.  By a chemist with, yeah, expertise, competency in chemical

22  synthesis, yes.

23  Q.  And you agreed that the substances that -- you read the

24  entire PSR, correct?

25  A.  Yes.

Friday, December 11, 2015

1  Q.  The substances listed in the PSR are 100 percent pure

2  synthetic cannabinoid chemicals coming from China, correct?

3  A.  Well, for a first approximation, 100 percent purity, the

4  substance is as ordered from China and delivered presumably are

5  high purity single substances.

6  Q.  And when you reference that they are smoked like marijuana,

7  that's just their manner of ingestion, you agree to that,

8  right?

9  A.  Yes.

10          Your questioning of this statement in paragraph nine,

11  I think that was triggered by the count two, the intent to

12  manufacture XLR-11, that's just to clarify that they weren't

13  actually -- I wasn't referring to the chemical synthesis of

14  XLR-11.

15  Q.  You didn't read the crimes code in your preparation for

16  this, correct?

17  A.  I'm sorry, what is the crimes code?

18  Q.  The charge in here, possession -- manufacture, possession

19  with intent to distribute, you are talking about manufacture

20  from a chemical chemistry standpoint, not a manufacturing, when

21  somebody puts the pure product on another product, mixes it

22  together, that that's also considered manufacturing?

23  A.  Right.  That manufacturing refers to the smokeable

24  synthetic cannabinoid product, the synthetic marijuana, if you

25  will, as opposed to the chemical synthesis of XLR-11.

Friday, December 11, 2015

1  Q.  You say synthetic marijuana.  The correct term is synthetic

2  cannabinoid, correct?

3  A.  Well, XLR-11 is a synthetic cannabinoid.  The manufacture,

4  the chemical synthesis of XLR-11 took place in China, it was

5  brought in.  I think the manufacture that was referred to here

6  was of the smokeable synthetic cannabinoid product, after the

7  addition to the leafy material.

8  Q.  People like to say it is synthetic marijuana because you

9  smoke marijuana, too, right?

10  A.  Sure.

11  Q.  AB-FUBINACA and AB-CHIMINACA both came from a 2009 patent

12  from Pfizer; is that correct?

13  A.  I don't dispute that.

14  Q.  You read that?

15  A.  I believe I read that.  I don't have that particular fact

16  off the top of my head, but that sounds familiar.

17  Q.  And they own those two drugs officially.

18          MR. LUBIN:  Objection, outside the scope and

19  irrelevant.

20          MS. LINEBERGER:  Your Honor, it tests his knowledge

21  as an expert.

22          MR. LUBIN:  He has testified only about XLR-11.

23          THE COURT:  I'll permit him to answer, if he can.

24  I'm not sure it has to do with this, if it is helpful to your

25  examination, but go ahead.

Friday, December 11, 2015

1   A.  I have -- unrelated to this case, I have read on other

2   synthetic cannabinoids, including AB-FUBINACA and also

3   AB-PINACA.

4          The names are admittedly hard to keep straight, but

5   my recollection is that what you said regarding AB-FUBINACA and

6   AB-CHIMINACA is -- well, what I recall off the top of my head

7   from reading from another case, AB-FUBINACA and AB-PINACA were

8   covered in Pfizer patents.  That's my recollection, it is not

9   something that I reviewed in recent days.

10  BY MS. LINEBERGER:

11  Q.  They only asked you to look at XLR-11 and not the other

12  synthetic cannabinoids contained in the relevant conduct of

13  these Defendants?

14  A.  Yeah, that's right.

15  Q.  Okay.  Why do you think Pfizer never followed through to

16  get -- and do clinical trials to get this approved by the FDA?

17          MR. LUBIN:  Objection, irrelevant.

18          THE COURT:  Overruled.

19  A.  I don't know what Pfizer has done going forward with these

20  compounds.  It certainly could be that they have taken some of

21  these compounds further than what they published in the

22  literature.

23          It also certainly could be that the program was

24  abandoned.  For what reason was the program abandoned, I don't

25  know.

Friday, December 11, 2015

```
 1  BY MS. LINEBERGER:
 2  Q.  XLR-11, are you aware that XLR-11 was also covered by a
 3  similar patent by Abbott Labs?  Did you also read that in your
 4  reviews as a chemist?
 5  A.  I have read that.
 6  Q.  Why do you think they never followed through with
 7  additional research to get it approved by the FDA?
 8  A.  They actually did follow through with additional research
 9  on a different substance.  I do not know how far that research
10  went, but the original studies from Abbott did not actually
11  include specifically XLR-11.
12  Q.  That's what my question included, XLR-11.  I know you like
13  to go off on tangents, but let's try to focus --
14          THE COURT:  Ms. Lineberger, confine yourself, please.
15  That's improper, as you know.
16          You are the one that's been asking about these other
17  drugs, not him, so I don't know how you can accuse him of going
18  on tangents.
19          Go ahead and finish your answer, if you like.
20          THE WITNESS:  In the published literature, XLR-11 is
21  not included in what they have published.  Presumably, it is
22  covered within the scope of the patent.  They investigated a
23  number of tetramethyl cyclopropylcarbinyl indoles for their
24  ability to modulate CB2 over CB1.  They chose one candidate,
25  that I'm aware of, to go forward, and I don't know what
```

Friday, December 11, 2015

1  happened with those additional studies.  I did not follow it.

2  BY MS. LINEBERGER:

3  Q.  Is XLR-11 even an indole?

4  A.  Yes.

5  Q.  Do you disagree that XLR-11 has adverse effects?

6  A.  It certainly seems, from the testimony that we have seen

7  today, that there are adverse effects associated with XLR-11

8  use.

9  Q.  And you agree they are serious adverse effects, don't you?

10  A.  Yes, yes.

11          MS. LINEBERGER:  No further questions.

12          THE COURT:  Is there redirect?

13          MR. LUBIN:  I don't have any questions -- oh, I do

14  have a question, just one.

15                  REDIRECT EXAMINATION

16  BY MR. LUBIN:

17  Q.  From a scientific point of view, does a ratio of 167 to 1

18  make sense for -- based upon your knowledge of XLR-11?

19  A.  No.

20  Q.  Why not?

21  A.  I don't know where that number comes from for THC.  I don't

22  know -- I don't understand the basis for that number.

23  Q.  Does the analysis that was testified to earlier make sense,

24  where you look at the percentage of THC in marijuana and, at

25  most, apply the same percentage?

Friday, December 11, 2015

1  A.   That is -- that makes sense to me.  I think that is a

2  reasonable approach.

3          MR. LUBIN:  I have no further --

4          Do I have a question?

5  BY MR. LUBIN:

6  Q.   Regarding the final line of questions that Counsel asked

7  you about, adverse effects, from a scientific point of view, do

8  we know whether or not it does truly have adverse effects or

9  whether there were other factors involved?

10  A.   The coroner reports, the case studies from hospitals give

11  us information as to the association, that these cases --

12  whatever the patient presented with, there was an association

13  to XLR-11.  The cause and effect relationship, that's not

14  clear.

15  Q.   By association, you mean it was around, but you don't know

16  whether or not that's what caused the effect.

17  A.   Right.  I think circumstantial would be the term, yeah.

18          MR. LUBIN:  Thank you.  No further questions.

19          THE COURT:  Okay.  Thank you, Doctor.

20          Does that cover all of our scientists and experts?

21     (Witness excused.)

22          MS. LINEBERGER:  It looks like it covers it from a

23  prosecution point of view.

24          THE COURT:  It's 5:00 o'clock.  I want to make sure,

25  if you have somebody here, we get to hear from them.

Friday, December 11, 2015

1          I'm not crazy about it, but it sounds like that the

2   lawyers' schedules are such that I cannot get this finished

3   next week or the following week.  I would prefer to do that.

4          It looks unlikely because I do try to -- I mean, I

5   didn't give you any notice that I wasn't going to finish all of

6   this today, so I will have to live with your schedules.

7          Let me ask however many of you there are to get with

8   Ginny, and you all figure out a time.  Sounds like it is

9   January, but you all get together, pick a date.

10          How much longer do you think you need?

11          MS. LINEBERGER:  Probably half a day.

12          THE COURT:  Do you agree?

13          MR. LUBIN:  Yes.

14          MR. SCHELLER:  Yes, Your Honor.

15          THE COURT:  You all get together with Ginny.

16          In the meantime, all three experts could not point to

17   why the 167 to 1 makes sense, I don't think anybody gave me a

18   rationale for that.

19          I think you said the Sentencing Commission came up

20   with it, you don't know how they did it.  If anybody can figure

21   that out and wants to provide me something else on that.

22          As I understand it, I mean, the only reason you all

23   are pushing for THC is to be able to use the 167 to 1.  Is

24   there any other advantage to it?

25          MS. LINEBERGER:  Your Honor, the reason why we are

Friday, December 11, 2015

1  using THC is because that's the closest thing in the list and

2  because it is the closest thing in the list, it is 167.  If it

3  was 400, it would still be THC.

4          THE COURT:  Well, all right.

5          MS. LINEBERGER:  Your Honor --

6          THE COURT:  For me to use that guideline, I mean, the

7  167, there a has to be some rationale for it.

8          MS. LINEBERGER:  Your Honor, I believe that's what

9  the Sentencing Commission --

10         THE COURT:  Well, all I'm doing is inviting you, if

11 you can find something else and want to give it to me, go

12 ahead.

13         MS. LINEBERGER:  Yes, Your Honor.

14         THE COURT:  Because I need to understand where on

15 earth they came up with it.  The fact that it is on page 140 or

16 whatever it is, doesn't seem like that's enough.

17         MS. LINEBERGER:  Yes, Your Honor.

18         MR. SCHELLER:  For the record, I have used -- two of

19 my employees are ex federal law clerks, and they haven't been

20 able to find where the ratio came from, so I guess that's a

21 commentary on federal law clerks.

22         THE COURT:  I'm not sure what that's a commentary on.

23         MS. LINEBERGER:  It sounds like he is talking about

24 federal law clerks to me, Judge.

25         MR. SCHELLER:  I just want to put on the record, make

Friday, December 11, 2015

1  the Court aware that there were a number of people that came

2  in support of my client.  They are sitting in the courtroom,

3  they have been here all day.  It goes obviously to 3553 factors

4  in terms of the support he has.

5          THE COURT:  I have read the letters and things like

6  that.  I mean, what do you want to do, just introduce them or

7  they can come back whenever the date you all come up with, too.

8          MR. SCHELLER:  They may not be back, and what I'll do

9  is I'll do a notice of people here today, I'll file that.  They

10 were sitting -- they were all sitting back there.

11         THE COURT:  Good, good.

12         And I read all of the letters and if you all have

13 somebody you want to -- I will try to make sure I have all of

14 the information you want to provide.

15         MR. SCHELLER:  I can put their names on the record

16 right now, without having them introduced.

17         THE COURT:  Whatever, go ahead.

18         MR. SCHELLER:  So in support of my client in the

19 courtroom was Mohammed Abu Sayed; Rashida Begum, B-E-G-U-M;

20 Sumiara, S-U-M-I-A-R-A; Ramisa, R-A-M-I-S-A, Kabir, K-A-B-I-R;

21 George Hill; Kimberly Hill; Pastor Gregory Hill; Carol

22 Strozier; Thelma Hill; and Tony Gunn; Lasheka Ingram; and

23 Tameaka Ingram.

24         Would you all stand up.

25         They are here today in support of my client, Your

Friday, December 11, 2015

1    Honor.  Thank you.

2              THE COURT:  I hope everyone has a good weekend.

3              MR. SCHELLER:  Thank you.

4              THE COURT:  Obviously, make sure they know when you

5    are going to continue this so if they choose to come back, they

6    can.

7              MR. SCHELLER:  I appreciate you letting me introduce

8    them.

9              THE COURT:  Have a good day.

10        (PROCEEDINGS ADJOURNED AT 4:54 p.m.)

11                      **C-E-R-T-I-F-I-C-A-T-E**

12              I hereby certify that the foregoing is

13         an accurate transcription and proceedings in the

14         above-entitled matter.

15

16    *12/21/2015*_____                */s/DIANE MILLER*
      DATE                          DIANE MILLER, RMR, CRR
17                                  Official Court Reporter
                                    United States District Court
18                                  701 Clematis Street, Room 259
                                    West Palm Beach, FL  33401
19                                  561-514-3728

20

21

22

23

24

25

Friday, December 11, 2015

**$**

**$2,000 [6]**   127/10 127/17
127/24 128/1 128/3 128/12
**$300 [4]**   127/12 128/7 128/8
129/5
**$5,000 [1]**   128/13

**'**

**'80s [1]**   166/9

**.**

**.12 [1]**   143/13
**.18 [3]**   73/24 73/25 101/15
**.20 [1]**   73/24
**.56 [4]**   104/7 177/10 177/13
177/15
**.85 [6]**   73/19 101/15 121/20
177/10 177/13 177/16
**.86 [1]**   121/21
**.defense [1]**   172/12
**.gov [1]**   172/12
**.OO1 [1]**   124/6

**/**

**/s/DIANE [1]**   214/15

**0**

**0.07 [1]**   143/11
**0.56 [2]**   103/10 143/10
**0.6 [3]**   116/22 116/22 117/2
**0.85 [3]**   100/6 103/14
143/12
**01 [1]**   60/17
**02 [1]**   60/17
**03 [1]**   60/17
**04 [1]**   60/17
**05 [1]**   60/17

**1**

**1,218 [1]**   60/23
**1.4 [1]**   104/22
**1.5 [1]**   104/22
**10 [11]**   4/10 31/25 70/11
70/25 72/16 98/16 138/3
192/1 192/1 192/3 192/4
**10,000 [2]**   77/3 171/14
**100 [8]**   36/10 45/20 52/19
60/7 177/11 177/12 205/1
205/3
**101 [1]**   1/16
**103 [1]**   1/22
**11 [271]**
**11,000 [1]**   171/15
**11th [1]**   170/19
**12 [7]**   4/12 32/11 57/3 57/5
60/18 138/23 170/25
**12/21/2015 [1]**   214/15
**120 [1]**   169/19
**1211 [1]**   1/22
**1217 [1]**   1/19
**125 [1]**   3/12
**12:32 [1]**   86/6
**13 [12]**   4/13 24/8 24/11
32/17 32/24 60/12 60/19
61/11 61/12 61/21 63/4
145/9
**14 [7]**   4/14 33/11 33/14

61/1 62/25 93/15 116/25
**140 [1]**   212/15
**144 [4]**   3/13 51/9 82/19
83/1
**147 [1]**   3/6
**15 [10]**   4/15 56/23 58/10
62/23 81/11 81/17 81/25
82/7 98/16 191/18
**15-14034-CR-MIDDLEBROOKS [1]**
1/2
**150 [1]**   129/8
**152 [2]**   103/14 143/13
**15th [1]**   45/5
**16 [3]**   4/16 45/20 82/10
**16-year-old [3]**   167/13
167/22 170/7
**160 [1]**   114/14
**165 [1]**   3/7
**167 [23]**   6/22 13/23 76/7
76/15 77/4 77/7 77/13 77/25
79/3 116/5 116/7 116/17
116/18 116/21 117/1 117/9
118/15 191/12 209/17 211/17
211/23 212/2 212/7
**16th [2]**   44/4 64/20
**17 [3]**   3/5 4/17 82/12
**174 [1]**   3/8
**179 [1]**   3/16
**18 [5]**   4/18 61/10 82/15
166/5 198/16
**18,000 [1]**   171/14
**1800s [1]**   45/9
**19 [23]**   4/4 4/4 4/5 4/6 4/7
4/8 4/9 4/10 4/11 4/12 4/13
4/14 4/15 4/16 4/17 4/18
4/19 4/19 4/20 4/21 4/22
61/22 82/20
**195 [1]**   3/17
**1950 [1]**   172/10
**1980s [1]**   45/11
**1986 [1]**   126/17
**1993 [1]**   117/17
**19th [1]**   66/3
**1:26 [1]**   86/7
**1:30 [2]**   85/1 86/4

**2**

**2,000 [1]**   128/8
**2,500 [3]**   57/6 58/3 170/18
**20 [15]**   4/5 4/20 14/6 14/8
23/13 46/12 53/11 61/17
82/25 117/20 138/20 144/10
148/6 148/7 191/19
**20,000 [1]**   172/16
**200 [2]**   60/7 155/19
**2000s [2]**   166/12 166/13
**2001 [1]**   78/12
**2004 [1]**   42/13
**2008 [1]**   117/18
**2009 [4]**   28/18 42/12 45/15
206/11
**2010 [1]**   172/1
**2011 [1]**   166/14
**2011-2012 [1]**   45/4
**2012 [6]**   22/8 45/4 49/22
62/9 64/2 166/14
**2013 [11]**   25/24 44/4 45/5
51/16 52/14 62/9 64/20

83/21 104/21 134/15 159/21
**2014 [16]**   42/16 62/9 83/8
83/18 99/1 101/23 102/6
102/16 104/6 138/21 138/22
143/7 171/13 172/9 172/10
172/10
**2015 [18]**   1/5 43/20 58/3
60/17 62/15 62/18 64/3
64/17 99/1 99/20 100/19
104/21 138/22 143/20 159/24
164/16 170/19 214/15
**209 [1]**   3/18
**20th [1]**   63/2
**21 [3]**   4/21 73/8 83/2
**21st [2]**   89/19 89/20
**22 [26]**   4/22 18/18 19/14
22/12 22/12 32/8 32/9 32/12
49/25 52/4 57/3 61/5 73/22
73/24 75/14 76/1 80/15
80/15 81/12 81/17 82/14
83/6 83/16 84/25 86/1
142/12
**22D1.1 [1]**   23/18
**24 [9]**   4/6 4/7 4/8 4/9 4/10
4/11 4/12 4/13 61/10
**245 [1]**   1/9
**25 [7]**   23/13 63/3 63/9
102/16 102/17 148/7 173/17
**25,000 [1]**   171/13
**259 [1]**   214/17
**265:460-8 [1]**   102/17
**29-year-olds [1]**   198/16
**29th [2]**   83/17 170/18
**2nd [1]**   1/20

**3**

**30 [10]**   53/11 62/20 74/16
99/8 99/9 138/25 160/1
170/24 172/15 173/17
**3100 [1]**   1/17
**324 [2]**   6/25 173/2
**32789 [1]**   1/23
**328 [3]**   50/19 50/19 53/2
**33 [1]**   4/14
**330 [1]**   2/3
**33401 [4]**   1/20 2/8 2/17
214/18
**33606 [1]**   2/3
**34 [5]**   56/23 58/4 58/9
170/18 170/24
**34950 [1]**   1/17
**3553 [2]**   8/19 213/3
**3728 [2]**   2/18 214/18
**380 [2]**   77/17 77/19
**39 [3]**   61/11 61/12 61/22
**3:00 [1]**   12/17
**3:05 [1]**   146/23
**3:15 [1]**   146/24
**3rd [1]**   83/18

**4**

**40,000 [1]**   77/2
**400 [2]**   172/21 212/3
**408 [2]**   171/1 172/16
**45 [1]**   84/21
**45-year-old [1]**   167/21
**48-lecture [1]**   125/25
**4:00 [2]**   11/14 11/20

**4**

**4:30 [1]**   165/12
**4:54 [1]**   214/10
**4:55 [1]**   87/18

**5**

**5,000 [3]**   128/16 128/20
128/21
**5,500 [1]**   171/14
**50 [12]**   73/11 73/13 73/15
73/21 74/19 74/22 97/20
97/20 98/1 98/3 100/1 100/7
**500 [4]**   36/11 78/17 111/9
111/11
**511 [1]**   2/2
**515 [1]**   2/7
**561-514-3728 [2]**   2/18 214/18
**5:00 [1]**   210/24
**5F-AB-PINACA [4]**   22/11 31/25
32/1 53/13
**5F-ADBICA [4]**   22/11 31/7
31/8 31/13
**5F-PB-22 [3]**   52/4 80/15
82/14

**6**

**60 [3]**   75/8 120/12 163/25

**7**

**7/Elevens [1]**   55/9
**70 [2]**   120/12 163/25
**700 [2]**   162/16 162/18
**701 [3]**   2/7 2/17 214/17
**75 [1]**   61/20
**750 [1]**   162/17
**7:00 [1]**   87/21

**8**

**8,000 [1]**   171/14
**80 [8]**   36/10 61/13 62/25
72/12 75/13 98/14 120/12
137/19
**800 [3]**   36/11 37/2 41/15
**80s [1]**   166/11
**81 [8]**   4/15 4/16 4/17 4/18
4/19 4/20 4/21 4/22
**85 [2]**   98/11 98/12
**8:00 [1]**   87/15

**9**

**90 [5]**   3/11 72/12 105/16
105/22 175/25

**A**

**a hope [1]**   107/8
**a year [1]**   170/25
**a.m [1]**   165/12
**AB [60]**   22/11 22/11 22/11
22/12 22/25 23/2 23/2 31/1
31/2 31/4 31/5 31/25 32/1
32/17 32/18 36/14 38/25
46/13 46/14 46/14 48/16
49/25 49/25 50/1 51/18
51/18 51/18 52/4 52/13
52/13 53/13 57/4 58/13
58/15 62/12 62/12 62/12
64/18 73/23 73/24 76/1
80/14 83/10 83/12 142/12

145/4 159/10 159/24 160/1
173/12 173/12 173/16 206/11
206/11 207/2 207/3 207/5
207/6 207/7 207/7
**AB-CHIMINACA [23]**   22/11 31/4
31/5 38/25 46/13 48/16
49/25 51/18 52/13 58/13
58/15 62/12 64/18 80/14
83/10 83/12 159/24 160/1
173/12 173/12 173/16 206/11
207/6
**AB-FUBINACA [22]**   22/11 22/25
23/2 31/1 31/2 36/14 46/14
49/25 51/18 52/4 57/4 62/12
73/23 73/24 76/1 142/12
145/4 159/10 206/11 207/2
207/5 207/7
**AB-PINACA [10]**   22/12 32/17
32/18 46/14 50/1 51/18
52/13 62/12 207/3 207/7
**abandoned [2]**   207/24 207/24
**Abbott [2]**   208/3 208/10
**abbreviation [1]**   184/25
**abbreviations [1]**   23/5
**ability [3]**   140/24 170/13
208/24
**above-entitled [1]**   214/14
**absent [1]**   115/2
**absolutely [7]**   35/23 55/22
108/11 124/2 147/22 169/14
173/20
**Abu [1]**   213/19
**abuse [17]**   47/23 49/21 74/5
74/6 74/8 92/14 92/16
136/21 136/22 140/9 140/14
140/16 161/3 161/9 166/11
171/7 176/15
**abused [9]**   42/13 79/23
136/17 137/3 157/18 157/19
158/13 172/1 176/24
**abusing [1]**   61/9
**academic [1]**   92/20
**Academies [1]**   156/15
**accept [3]**   30/19 106/3 155/4
**acceptable [9]**   79/8 146/5
146/11 172/21 172/22 177/14
203/1 203/2 203/4
**accepted [6]**   22/5 66/6 66/9
74/15 105/21 136/25
**accepting [1]**   22/7
**accident [2]**   109/24 124/8
**accommodate [1]**   86/21
**accompaniment [2]**   7/7 7/7
**accomplished [1]**   181/1
**accord [1]**   151/9
**account [1]**   78/15
**accounted [1]**   87/13
**accurate [4]**   91/4 91/9
120/16 214/13
**accuse [1]**   208/17
**achieve [3]**   18/12 20/8 69/10
**achieved [1]**   104/23
**acquired [2]**   129/22 143/16
**act [2]**   38/19 49/21
**acting [1]**   151/5
**actions [3]**   49/10 49/17
52/15
**activate [1]**   156/12

**active [2]**   42/18 179/20
188/20
**activity [6]**   66/18 67/18
67/19 165/23 195/23 202/13
**acts [2]**   69/11 135/8
**actual [9]**   10/23 28/17 56/3
75/3 83/10 109/15 117/9
141/24 200/21
**acute [3]**   42/20 82/8 82/11
**ADBICA [5]**   22/11 31/7 31/8
31/13 53/13
**add [3]**   53/8 84/14 123/2
**added [1]**   25/23
**addition [5]**   13/24 128/6
137/23 190/13 206/7
**additional [8]**   8/5 13/22
48/3 62/21 150/19 208/7
208/8 209/1
**address [3]**   11/10 14/23 96/5
**addressed [1]**   86/15
**ADJOURNED [1]**   214/10
**adjudge [1]**   6/5
**adjunct [1]**   130/19
**adjusting [1]**   92/8
**administer [4]**   68/16 71/22
97/4 100/6
**administered [1]**   97/14
**administers [1]**   97/25
**administration [4]**   17/24
105/11 147/15 160/4
**administrative [2]**   25/25
179/18
**admission [4]**   159/9 160/5
170/5 173/18
**admissions [3]**   57/6 60/16
68/13
**admit [1]**   19/8
**admitted [3]**   19/14 111/25
170/10
**admittedly [1]**   207/4
**ADMT'D [1]**   4/3
**adopt [1]**   6/4
**adult [1]**   200/8
**adulterated [1]**   123/16
**advance [2]**   128/24 128/25
**advantage [2]**   90/1 211/24
**adverse [78]**   36/25 37/15
38/2 38/7 38/21 42/25 43/6
44/17 45/17 48/8 49/1 49/3
65/4 65/7 65/24 68/14 68/21
69/18 70/1 70/6 70/25 71/6
71/8 71/9 71/19 72/17 72/21
75/20 79/16 79/19 81/13
82/17 109/1 109/3 109/13
110/3 110/4 110/15 110/17
110/18 110/21 111/8 111/16
112/4 112/15 112/21 113/7
113/10 113/18 113/25 119/7
119/15 119/20 124/4 136/14
151/7 157/7 158/22 159/5
160/10 160/22 161/10 161/11
161/19 161/21 161/24 162/6
168/7 168/10 168/19 170/1
173/18 200/17 209/5 209/7
209/9 210/7 210/8
**advocate [2]**   124/13 143/23
**affairs [1]**   87/6
**affect [5]**   36/22 36/25 41/1

**A**

**affect... [2]**  103/16 126/1
**affidavit [1]**  144/24
**affidavits [5]**  35/5 144/23
145/12 145/15 145/19
**affinities [1]**  199/1
**affinity [5]**  67/3 67/12 69/7
156/7 184/3
**afield [1]**  54/20
**afternoon [12]**  5/7 5/16
90/21 90/22 125/3 125/4
147/7 165/10 165/11 179/4
194/18 194/19
**age [3]**  61/8 61/9 169/16
**agencies [3]**  92/12 180/10
180/12
**agency [3]**  147/17 174/16
174/23
**agent [2]**  16/4 174/20
**agents [3]**  55/20 108/7 115/4
**agitation [2]**  39/22 42/20
**ago [6]**  40/11 63/3 63/8
111/9 111/11 138/25
**agonist [9]**  67/16 67/17 69/8
69/9 69/11 72/23 73/2 151/1
196/12
**agonists [1]**  151/1
**agree [35]**  16/12 16/21 16/23
16/25 30/18 37/13 71/14
76/13 76/15 78/9 95/7
101/12 104/9 119/8 119/25
120/3 120/13 131/9 133/9
133/10 134/11 136/9 136/13
141/8 142/11 143/2 143/3
143/4 166/25 178/13 201/5
201/6 205/7 209/9 211/12
**agreed [2]**  158/11 204/23
**agreement [1]**  11/2
**ahead [13]**  8/11 19/11 30/22
34/14 39/4 124/24 141/17
155/5 155/10 206/25 208/19
212/12 213/17
**AHMED [6]**  1/7 1/7 5/3 5/4
5/18 5/21
**ahold [1]**  167/13
**AIDS [1]**  48/2
**aimed [2]**  202/17 202/23
**airport [3]**  11/14 11/19
86/22
**AK47 [1]**  28/15
**AKB48 [1]**  64/19
**al [4]**  82/15 159/24 163/3
164/16
**Alabama [3]**  57/22 58/4 92/23
**Alaska [1]**  62/24
**alcohol [1]**  163/21
**Allentown [1]**  57/25
**allow [2]**  142/10 199/5
**allowed [3]**  16/4 88/12
199/17
**alpha [2]**  54/12 54/17
**AM2201 [2]**  53/13 163/17
**ameliorate [1]**  37/6
**ameliorative [1]**  120/1
**amend [2]**  137/9
**AMERICA [1]**  1/4
**American [1]**  180/11

**amount [20]**  6/16 8/17 8/22
9/9 10/4 10/14 10/23 35/16
53/18 57/19 65/24 68/13
68/14 72/14 109/1 153/13
161/3 161/9 172/12 172/14
**amounts [5]**  7/18 9/17 9/18
52/15 65/25
**amphetamine [2]**  99/6 122/12
**Ana [1]**  169/3
**analgesic [1]**  108/23
**analogue [6]**  31/14 32/5 32/7
32/15 33/4 50/6
**analogues [3]**  45/25 50/3
50/9
**analogy [3]**  112/22 119/1
189/18
**analyses [1]**  110/9
**analysis [8]**  103/17 114/22
153/3 154/21 155/12 186/13
187/22 209/23
**Anchorage [1]**  62/24
**and/or [5]**  25/21 68/22 79/17
83/1 182/19
**anecdotal [7]**  108/25 109/17
154/16 156/24 157/1 157/5
157/9
**anecdotally [1]**  163/11
**anecdotes [3]**  63/18 112/3
112/11
**anesthetic [1]**  40/11
**animal [29]**  68/2 75/6 75/8
75/12 75/13 75/15 96/15
96/24 97/3 97/5 97/10 97/11
97/13 97/15 97/20 97/24
97/24 97/25 98/4 98/11 99/5
105/9 105/14 105/20 107/23
113/3 134/22 151/3 181/22
**animals [32]**  29/15 68/4
68/10 69/14 69/15 73/14
73/21 74/3 74/23 75/3 75/16
75/18 75/22 75/23 96/12
97/1 98/7 98/16 98/18 98/18
99/6 99/8 100/2 103/19
105/7 121/7 121/18 143/19
151/7 151/23 151/24 190/4
**anorexia [1]**  48/2
**answer [32]**  9/25 26/22 26/24
27/15 29/19 44/24 77/8 78/1
78/4 78/10 78/24 107/10
112/12 115/2 123/8 123/23
124/16 131/21 151/11 159/1
162/12 162/13 166/15 172/19
172/21 175/4 175/7 189/20
190/5 202/20 206/23 208/19
**answered [2]**  134/2 162/7
**answering [1]**  162/8
**antagonist [1]**  67/18
**anti [2]**  67/9 125/14
**anti-inflammatory [1]**  125/14
**anti-pain [1]**  67/9
**antibacterial [1]**  125/15
**anticancer [1]**  131/23
**anticipate [2]**  196/13 196/16
**antidepressants [1]**  92/2
**antinausea [4]**  67/9 108/18
108/24 120/9
**antiseizure [1]**  131/23
**antispasm [1]**  120/10

**anxiety [4]**  43/7 48/12 69/20
70/15
**anybody [3]**  162/2 211/17
211/20
**anybody's [1]**  181/11
**anyway [2]**  7/15 44/14
**apart [2]**  189/25 190/7
**apologize [4]**  5/5 30/15
168/9 198/14
**apparently [3]**  25/2 123/16
178/20
**appear [6]**  37/13 56/19 57/16
64/10 81/2 131/7
**appearances [3]**  1/14 2/1 5/6
**appeared [1]**  166/13
**appearing [1]**  130/23
**appears [2]**  8/15 14/17
**appetite [1]**  108/17
**apples [1]**  70/18
**applicable [2]**  6/15 154/2
**application [3]**  23/18 34/17
34/22
**applications [1]**  36/5
**applied [7]**  27/7 31/22 36/3
36/16 72/20 72/21 94/7
**apply [1]**  209/25
**applying [1]**  65/17
**appreciate [4]**  15/9 84/24
86/15 214/7
**approach [11]**  14/18 85/5
85/9 97/6 98/6 103/18 114/3
123/22 142/19 145/8 210/2
**appropriate [15]**  6/22 37/1
37/3 39/24 75/22 112/5
118/2 189/3 189/6 189/10
189/11 192/12 193/10 200/5
200/24
**approval [1]**  202/18
**approved [23]**  40/5 40/7 42/5
47/19 47/20 48/6 48/21
105/12 105/24 106/12 106/13
107/5 107/6 137/4 139/1
161/15 176/22 201/9 201/10
201/14 202/23 207/16 208/7
**approximate [1]**  95/22
**approximately [8]**  23/12
53/21 74/1 76/23 99/8
137/15 137/19 194/14
**approximation [1]**  205/3
**April [4]**  56/14 58/2 62/15
62/20
**are ex [1]**  212/19
**area [6]**  17/4 83/9 96/18
107/14 134/8 139/23
**areas [6]**  96/1 96/6 125/8
125/13 148/15 180/4
**argue [4]**  38/18 123/14 124/6
162/9
**argument [4]**  96/2 106/9
141/10 175/21
**arises [1]**  135/19
**arm [1]**  168/3
**arrive [1]**  114/14
**arrived [1]**  77/25
**arthritis [1]**  198/17
**article [5]**  102/4 144/1
144/4 144/9 144/10
**articles [13]**  19/10 42/7

**A**

articles... [11]   42/9 42/10 81/12 82/3 83/19 109/18 109/21 142/11 167/18 200/16 200/16
articulating [1]   198/18
aside [1]   130/19
asked [18]   13/7 23/23 39/6 78/13 82/21 94/24 94/25 122/6 127/11 134/2 140/23 184/9 189/25 191/10 193/16 194/12 207/11 210/6
asking [6]   112/7 154/10 187/19 187/20 199/17 208/16
asks [1]   96/24
aspects [1]   20/1
assay [6]   67/2 67/10 67/14 69/8 74/2 103/20
assays [9]   20/4 20/4 75/25 96/17 97/7 184/4 195/11 195/12 199/2
asserting [1]   163/6
assertion [4]   95/7 119/7 119/19 119/25
assessing [1]   198/4
assign [1]   122/17
assigned [1]   129/10
assignments [3]   179/14 179/17 179/21
assist [1]   33/7
assistance [2]   58/9 60/15
assisted [3]   28/2 83/10 174/7
assisting [2]   174/6 179/18
associate [3]   27/23 28/7 179/16
associated [15]   14/17 82/23 93/6 108/24 110/17 159/5 163/3 163/10 164/6 172/13 172/17 183/24 183/25 197/24 209/7
association [3]   210/11 210/12 210/15
assume [2]   30/7 201/19
assuming [2]   190/16 197/8
assumption [1]   197/16
attempt [5]   46/5 63/22 63/23 63/25 68/23
attempting [1]   154/4
attention [2]   81/11 111/25
Attorney [1]   1/16
attorneys [1]   131/5
attraction [1]   67/3
attributed [10]   43/15 43/25 56/22 56/23 58/5 58/11 62/25 63/9 64/22 82/13
August [4]   22/8 62/24 100/19 102/17
AUSA [5]   1/15 21/8 21/11 59/11 59/12
Austin [4]   57/18 59/2 59/12 169/4
Australia [1]   52/1
authored [1]   83/2
authority [4]   13/21 49/18 49/18 49/23
authors [2]   142/9 144/10

**B**

autopsies [2]   112/4 112/10
autopsy [1]   56/24
available [9]   37/25 47/8 51/5 72/10 72/15 83/23 137/24 183/17 187/13
Avenue [1]   1/22
average [1]   116/24
aware [36]   29/19 46/18 50/17 53/3 58/21 58/25 59/1 62/5 73/10 101/5 108/5 116/6 133/18 134/14 134/16 137/15 139/6 148/18 148/19 156/14 156/18 160/11 160/15 160/16 169/10 174/19 177/3 185/19 199/15 200/16 200/19 201/7 204/3 208/2 208/25 213/1
awful [1]   171/20

**B**

B-E-G-U-M [1]   213/19
bachelor [1]   91/13
back [24]   8/4 29/1 42/11 45/4 62/1 63/16 103/11 104/1 116/2 117/17 119/22 120/18 127/19 127/20 127/21 152/1 159/21 174/22 175/16 175/17 213/7 213/8 213/10 214/5
background [3]   16/24 90/23 91/12
bad [6]   44/18 49/7 161/12 161/16 167/14 172/23
baking [1]   119/1
bar [2]   97/23 98/8
barrier [4]   197/21 197/22 198/9 198/12
based [33]   9/22 10/2 10/4 65/3 75/7 78/19 84/4 100/10 104/11 112/6 112/9 116/10 116/11 124/18 127/11 145/22 149/13 157/13 158/7 158/14 173/1 173/3 173/5 174/2 174/25 181/7 183/17 184/3 184/3 184/4 199/8 201/2 209/18
basic [3]   47/10 66/18 97/6
basically [7]   48/21 59/20 115/12 127/14 144/5 151/20 192/10
basis [6]   84/11 127/15 139/9 146/13 191/13 209/22
batch [1]   81/7
bath [18]   54/2 54/3 54/8 54/9 54/10 54/10 54/11 54/13 54/22 54/25 54/25 55/1 94/6 94/7 94/8 94/18 137/13 148/12
Baton [1]   169/18
Bay [1]   2/2
Beach [3]   1/20 2/8 2/17 167/6 214/18
beat [1]   115/23
becoming [2]   63/14 63/15
Bed [2]   54/10 54/25
began [1]   57/18
beginning [5]   33/21 35/18 62/16 89/19 89/20
Begum [1]   213/19

behalf [6]   5/8 5/12 5/15 5/18 6/2 13/16
behavior [6]   68/5 68/7 75/9 102/16 156/10 195/24
behavioral [5]   18/8 20/5 101/23 102/5 102/17
beings [11]   92/20 96/9 104/11 107/8 107/19 107/24 112/5 112/9 139/10 148/17 154/12
believes [1]   10/10
Benadryl [3]   110/13 111/21 140/14
benchmark [5]   73/11 73/16 74/22 100/2 100/13
beneficial [1]   112/22
benefit [8]   68/24 79/18 79/24 107/8 135/25 170/22 172/14 176/13
benefits [5]   108/23 123/15 136/9 136/13 136/25
benzos [1]   171/14
best [9]   12/11 30/18 37/24 78/24 91/3 91/9 99/13 131/4 188/15
better [12]   7/17 48/22 55/1 90/4 120/9 124/5 188/13 189/25 194/9 194/11 200/2 200/4
bettor [1]   202/12
betweens [1]   69/9
Beyond [2]   54/11 54/25
big [2]   113/21 157/21
bigger [3]   53/9 157/22 193/24
bind [19]   67/5 67/11 151/2 155/23 156/12 181/13 181/25 182/1 182/1 182/1 183/11 183/16 193/2 193/3 193/4 193/5 193/6 196/5 196/20
binded [1]   196/18
binding [11]   20/4 67/2 67/10 150/23 150/24 155/21 183/12 184/3 195/11 196/3 199/1
binds [12]   122/18 155/24 183/17 196/3 196/6 196/6 196/8 196/25 197/3 197/5 198/4 198/8
bio [1]   180/6
biochemistry [1]   179/7
biomolecule [3]   181/25 182/2 182/14
bit [12]   11/18 26/21 30/14 70/18 92/8 98/19 99/23 101/24 124/10 124/21 175/21 185/5
black [1]   167/21
blatant [2]   30/3 30/10
blindness [1]   162/4
block [1]   67/19
blocks [1]   204/2
blood [7]   47/11 110/14 163/12 197/20 197/20 197/22 198/9
blood/brain [3]   197/20 197/22 198/9
board [5]   135/9 159/10 163/11 163/12 163/20

**B**

**Boarder [1]**   53/11
**bodies [1]**   140/5
**body [8]**   72/11 72/16 180/20
  182/8 182/16 184/2 187/6
  198/1
**boil [1]**   202/20
**book [1]**   191/12
**Boos [1]**   16/6
**border [4]**   45/14 50/20 50/21
  174/17
**bottom [5]**   48/7 56/21 62/17
  97/1 100/19
**bound [1]**   69/6
**box [1]**   75/4
**boxes [1]**   10/6
**brain [23]**   18/9 21/25 22/5
  156/2 156/10 156/13 183/2
  184/2 184/7 196/10 197/8
  197/10 197/12 197/14 197/16
  197/17 197/20 197/21 197/22
  198/1 198/3 198/6 198/9
**branch [3]**   165/15 165/19
  171/19
**brand [2]**   57/13 107/4
**Break [1]**   11/9
**breakdown [1]**   43/10
**brief [4]**   7/12 144/19 176/8
  186/19
**briefings [1]**   13/21
**briefly [12]**   21/18 26/25
  40/2 40/3 73/9 83/5 85/9
  91/11 99/4 144/18 177/5
  177/6
**bring [1]**   168/16
**broad [3]**   111/14 123/8
  125/13
**broader [2]**   125/15 180/4
**broken [1]**   61/8
**brought [8]**   54/8 152/3
  162/22 164/14 164/23 164/25
  177/6 206/5
**brush [1]**   111/15
**bubble [1]**   56/15
**bubbles [1]**   56/19
**Buffie [1]**   133/16
**building [2]**   20/1 204/2
**bullet [1]**   41/5
**bunch [1]**   162/15
**burden [1]**   11/17
**burn [2]**   55/18 55/22
**button [1]**   89/7
**buy [3]**   54/11 118/11 118/19
**buys [1]**   128/3

**C**

**C-E-R-T-I-F-I-C-A-T-E [1]**
  214/11
**C-O-Z-Z-I [1]**   90/18
**C3 [1]**   47/21
**cage [1]**   152/19
**calculate [3]**   10/2 10/4
  116/20
**calculating [2]**   9/18 9/21
**calculation [2]**   10/13 193/11
**calculations [1]**   7/18
**calendar [1]**   60/18

**California [6]**   51/13 52/24
  59/23 62/23 169/3 169/12
**call [5]**   8/24 15/18 90/13
  149/25 158/20
**called [23]**   26/19 27/4 28/19
  36/13 36/21 42/3 57/2 57/13
  63/6 67/13 72/7 92/1 97/19
  108/6 111/2 117/6 126/10
  155/21 157/14 162/22 169/8
  174/5 197/20
**calling [6]**   17/11 164/23
  167/14 204/12 204/14 204/15
**calls [1]**   104/23
**campaign [1]**   190/1
**candidate [1]**   208/24
**cannabidiol [2]**   40/24 41/7
**cannabinoid [30]**   33/9 37/5
  47/6 57/2 58/12 60/16 64/24
  80/12 80/13 82/24 83/4
  107/3 122/18 127/16 131/20
  162/22 164/2 169/17 182/21
  182/21 188/10 193/2 194/5
  198/7 204/13 205/2 205/24
  206/2 206/3 206/6
**cannabinoids [86]**   20/22
  22/16 23/10 24/19 27/5
  32/25 35/21 36/11 36/20
  38/19 39/9 41/21 41/23
  42/11 42/12 43/2 45/10
  45/13 46/1 46/17 47/11
  48/15 49/10 50/11 54/2
  55/18 56/13 59/7 61/5 63/1
  63/5 63/8 63/10 64/5 64/6
  65/8 67/6 67/8 67/9 72/6
  78/20 80/20 81/1 81/13 84/2
  84/12 94/19 99/2 99/11
  104/3 107/1 107/8 120/9
  120/11 122/20 126/20 127/4
  127/7 130/10 131/24 132/16
  132/17 132/19 133/10 133/23
  137/13 137/20 138/9 141/23
  148/6 148/11 157/25 166/1
  166/3 166/10 168/11 168/20
  175/11 177/2 200/18 202/2
  202/9 202/11 204/9 207/2
  207/12
**cannabinol [1]**   36/21
**cannabis [3]**   117/2 117/17
  182/23
**capability [1]**   204/1
**capsule [3]**   47/24 136/12
  136/20
**car [1]**   124/7
**carbon [1]**   145/20
**cardiac [1]**   168/22
**cardiovascular [1]**   48/9
**care [2]**   81/9 87/7
**Carlson [1]**   127/2
**CARMEN [2]**   1/15 5/7
**Carol [1]**   213/21
**case [121]**   1/2 5/3 10/5 12/3
  13/19 16/4 16/9 21/6 21/9
  22/10 24/1 25/17 25/19
  25/21 26/7 27/9 28/14 29/12
  29/14 31/16 31/19 31/20
  31/21 32/21 34/25 35/1
  35/11 36/15 38/9 39/21
  41/14 41/23 42/8 43/1 46/13

  47/16 49/24 50/7 50/8 50/14
  52/4 53/3 54/20 55/20 57/9
  57/12 58/14 61/6 62/11
  68/9 69/22 65/3 65/8 67/5
  68/9 69/22 73/22 77/6 79/9
  79/12 79/15 79/16 82/22
  83/13 84/2 91/1 91/6 93/19
  94/4 94/24 95/5 95/10 95/24
  98/24 99/11 100/4 101/11
  107/16 109/22 111/12 112/24
  126/25 127/3 127/14 127/14
  127/23 128/10 128/12 128/16
  128/24 129/1 129/17 130/6
  131/6 131/10 135/22 144/24
  144/25 145/3 147/20 148/23
  154/15 154/16 159/25 164/6
  164/11 166/12 173/8 173/13
  174/18 174/23 174/25 178/13
  181/16 185/7 186/21 193/25
  195/3 207/1 207/7 210/10
**case-by-case [1]**   127/14
**cases [52]**   7/13 12/3 15/8
  20/17 20/20 20/21 58/13
  58/14 61/4 62/8 64/8 64/12
  65/11 65/25 78/8 80/8 80/9
  80/11 80/15 80/17 80/19
  81/7 82/12 82/13 94/13
  94/21 112/15 124/11 127/16
  131/19 131/20 132/12 132/19
  148/12 150/10 152/4 156/20
  159/4 159/10 160/3 163/2
  163/4 163/24 169/3 169/19
  169/19 169/21 169/22 169/25
  170/4 195/12 210/11
**categorization [1]**   108/5
**category [8]**   39/1 61/10
  61/12 61/21 67/13 68/2
  68/12 108/8
**cathinone [4]**   77/21 92/14
  94/4 133/2
**cathinones [7]**   54/2 94/2
  94/8 131/22 133/24 137/13
  137/19
**cause [26]**   43/12 46/20 66/1
  67/16 79/25 80/6 80/12
  80/12 82/13 82/23 108/11
  110/15 110/25 111/16 141/23
  142/12 151/2 160/22 161/9
  162/3 163/14 164/1 164/1
  164/7 164/12 210/13
**caused [6]**   58/11 69/25
  160/14 163/10 163/23 210/16
**causes [2]**   68/21 165/23
**causing [1]**   64/21
**CB1 [35]**   67/5 67/7 150/17
  151/1 151/2 156/12 182/20
  182/25 183/1 183/5 183/13
  183/18 196/2 196/4 196/5
  196/6 196/7 196/8 196/18
  196/20 196/25 197/3 197/5
  197/5 197/25 198/2 198/3
  198/4 198/5 198/8 199/1
  200/4 202/12 202/13 208/24
**CB13 [1]**   198/8
**CB2 [17]**   67/6 67/8 150/17
  182/21 182/25 183/2 183/7
  183/13 183/14 183/16 196/2
  196/3 199/1 200/4 202/11

**C**

**CB2... [2]**  202/13 208/24
**CBD [2]**  40/25 41/12
**CBP [1]**  52/25
**CDC [5]**  58/9 59/23 60/14
 62/5 82/7
**cell [4]**  156/6 182/4 182/6
 182/7
**centered [1]**  57/20
**central [6]**  69/3 126/1 183/1
 183/3 183/24 192/25
**certain [9]**  14/24 59/20
 108/11 147/21 150/8 154/22
 155/21 160/24 185/11
**certainly [13]**  19/6 122/18
 124/13 136/17 139/13 142/20
 158/7 197/15 198/5 201/12
 207/20 207/23 209/6
**certainty [1]**  24/6
**certify [1]**  214/12
**Cesamet [1]**  107/4
**cetera [10]**  28/20 81/7
 122/12 122/13 137/1 142/24
 142/25 145/4 158/15 159/11
**chair [1]**  179/18
**chairs [1]**  179/16
**challenge [4]**  189/13 189/14
 189/20 199/10
**chance [5]**  12/14 19/5 35/5
 88/7 178/24
**change [6]**  5/24 64/7 64/14
 65/23 155/15 182/2
**changed [3]**  142/8 144/8
 203/3
**changes [2]**  135/17 141/19
**changing [3]**  40/23 54/7 64/4
**characterized [2]**  22/15
 183/12
**charge [4]**  129/2 130/13
 179/17 205/18
**charged [1]**  6/6
**charges [1]**  128/6
**charging [1]**  128/1
**chart [9]**  44/18 56/15 56/20
 58/18 64/12 70/11 71/1
 73/18 73/23
**charts [2]**  55/15 169/24
**check [1]**  47/11
**checked [1]**  137/18
**chem [1]**  47/10
**chemical [36]**  9/19 9/20
 22/25 23/1 23/3 23/4 36/5
 37/4 37/4 41/14 45/3 46/4
 51/22 52/2 91/22 94/25
 105/8 105/22 176/14 179/24
 180/5 180/11 181/12 182/14
 193/19 195/22 204/2 204/2
 204/6 204/8 204/16 204/21
 205/13 205/20 205/25 206/4
**chemically [7]**  34/25 38/1
 152/24 153/2 181/8 181/9
 184/1
**chemicals [28]**  20/1 22/6
 23/24 27/4 27/7 28/8 36/8
 36/12 36/16 36/24 37/2
 41/15 51/12 51/17 52/3 52/6
 52/9 52/10 52/12 52/18

52/20 53/12 53/14 55/22
 64/22 94/1 180/20 205/2
**chemist [14]**  19/21 19/24
 20/8 20/10 20/11 178/4
 178/11 178/15 178/17 186/6
 195/20 204/20 204/21 208/4
**chemist's [1]**  181/12
**chemistry [33]**  23/19 34/22
 35/2 35/8 153/6 178/13
 179/7 179/9 180/3 180/4
 180/6 180/16 180/16 180/17
 180/19 180/19 180/21 182/12
 182/15 194/21 194/22 194/22
 194/23 195/10 195/11 195/15
 195/17 195/18 195/19 195/21
 195/22 200/3 205/20
**chemists [1]**  182/24
**chemotherapy [1]**  48/2
**cherry [1]**  55/24
**CHIMINACA [29]**  22/11 31/4
 31/5 38/25 46/13 48/16
 49/25 51/18 52/13 57/2
 57/13 58/13 58/15 58/15
 61/4 61/6 62/12 62/18 64/18
 80/14 83/10 83/12 159/24
 160/1 173/12 173/12 173/16
 206/11 207/6
**China [17]**  10/3 10/6 51/20
 51/21 51/23 52/2 80/17
 80/18 176/24 177/1 204/4
 204/6 204/8 204/13 205/2
 205/4 206/4
**choice [2]**  97/11 190/11
**choices [4]**  121/9 121/10
 190/13 190/14
**cholesterol [1]**  111/2
**choose [4]**  37/24 189/5 189/7
 214/5
**chooses [1]**  186/25
**choosing [1]**  151/7
**chose [2]**  190/1 208/24
**chosen [1]**  100/12
**Christi [2]**  57/18 58/14
**Christmas [1]**  12/6
**Christopher [1]**  174/20
**cigarette [1]**  65/18
**cigarettes [2]**  65/14 136/18
**circle [2]**  51/6 116/2
**circles [2]**  53/9 157/22
**circular [1]**  106/9
**circumstantial [2]**  109/24
 210/17
**cited [1]**  101/2
**cites [1]**  7/13
**cities [1]**  169/7
**city [5]**  57/24 157/6 157/6
 169/7 169/13
**claim [1]**  119/19
**clarification [1]**  28/5
**clarify [7]**  27/21 93/25 94/9
 126/8 141/12 144/23 205/12
**class [1]**  111/1
**classes [1]**  137/21
**classified [4]**  108/4 108/13
 118/16 146/6
**classroom [1]**  180/2
**clean [2]**  80/15 160/4
**clear [7]**  6/13 102/3 117/23

148/14 178/12 190/17 210/14
**clearly [2]**  124/11 152/23
**Clematis [2]**  2/17 214/17
**clerks [3]**  212/19 212/21
 212/24
**client [7]**  14/6 85/16 128/23
 128/24 213/2 213/18 213/25
**clients [1]**  131/3
**Clifford [1]**  17/17
**climate [1]**  9/2
**clinical [50]**  29/18 29/24
 36/22 38/3 41/4 41/6 47/8
 47/10 47/13 48/5 48/18
 68/17 68/23 69/18 71/7 71/9
 71/18 72/5 72/12 79/9 79/21
 80/1 80/2 83/11 92/17 92/24
 93/16 135/3 135/10 135/11
 137/4 138/2 140/3 148/18
 148/25 154/4 154/6 154/8
 176/1 176/4 176/11 176/13
 176/17 176/20 176/22 200/5
 202/1 202/17 202/21 207/16
**clog [1]**  43/11
**close [5]**  38/23 39/8 158/20
 172/12 177/14
**closely [20]**  23/25 24/16
 29/6 29/9 31/3 31/6 31/9
 32/2 32/10 32/12 32/19 38/6
 70/2 72/22 84/7 92/15 95/22
 122/16 187/14 187/17
**closer [5]**  7/6 38/22 54/5
 189/9 190/25
**closest [9]**  37/23 38/14 76/6
 76/20 114/10 114/11 122/21
 212/1 212/2
**cloth [1]**  117/4
**clouded [1]**  154/8
**cluster [10]**  59/11 60/1 60/3
 60/4 60/5 60/8 61/11 64/4
 64/4 83/9
**clusters [14]**  45/7 59/19
 59/21 59/22 60/6 62/3 62/8
 62/10 62/19 62/21 62/22
 83/4 159/7 162/17
**Coast [1]**  53/8
**Coat [1]**  53/6
**cocaine [35]**  7/6 21/24 39/17
 39/19 39/25 40/9 40/11
 44/20 45/8 45/8 45/22 45/22
 47/10 53/24 113/14 114/10
 122/12 131/22 154/21 154/23
 154/25 155/2 155/3 155/5
 155/8 155/12 155/13 155/16
 155/18 155/19 166/18 166/23
 167/8 167/21 171/14
**code [2]**  205/15 205/17
**Coke [3]**  189/12 189/22
 199/10
**Coke-Pepsi [1]**  189/12
**collaborate [1]**  174/4
**colleague [1]**  56/11
**colleagues [5]**  59/23 61/16
 62/4 63/22 92/15
**collect [5]**  63/22 157/15
 157/17 174/3 192/1
**collected [3]**  61/21 64/17
 157/5
**collecting [1]**  62/15

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 221 of 245
USA vs. Hossain, et al
221

**C**

collection [1]  82/16
colloquial [4]  26/20 27/18 94/7 166/2
Colorado [1]  117/19
columns [1]  42/24
coma [2]  65/6 79/19
combination [4]  159/12 159/13 159/17 204/12
combined [2]  80/20 81/5
come [27]  6/18 6/23 6/24 8/4 8/6 10/8 23/1 28/23 28/25 51/20 52/6 53/4 78/8 78/9 78/22 117/11 128/21 145/6 149/13 154/4 159/22 162/3 171/1 194/1 213/7 213/7 214/5
comes [7]  14/7 39/8 51/21 102/17 162/20 204/18 209/21
coming [6]  19/24 53/18 89/18 103/20 191/24 205/2
commentary [2]  212/21 212/22
commission [7]  76/24 77/7 78/3 78/13 79/2 211/19 212/9
commit [1]  202/7
common [4]  80/22 80/25 124/9 184/24
commonly [5]  28/6 100/2 105/9 110/23 117/7
communicate [2]  85/23 182/7
community [3]  66/6 74/15 200/2
companies [2]  113/18 183/8
company [4]  115/4 140/7 176/14 183/15
comparable [5]  100/17 193/15 193/17 193/22 193/24
compare [17]  35/17 37/1 37/3 37/12 38/10 41/13 44/19 70/2 71/3 73/12 73/16 84/11 100/14 123/9 124/4 149/22 189/7
compared [8]  36/23 132/19 141/14 143/1 177/16 187/23 187/24 194/13
compares [2]  21/25 107/19
comparing [9]  70/18 71/5 74/17 99/20 126/20 127/7 127/17 154/8 190/4
comparison [9]  37/18 38/12 44/21 70/20 130/10 189/4 189/18 194/8 194/9
compelled [1]  34/9
competency [1]  204/21
compile [1]  192/1
compiled [2]  157/1 157/9
complete [1]  32/20
completed [1]  93/16
completely [5]  75/16 103/21 116/23 119/12 120/13
complicated [1]  124/14
compliment [1]  131/15
components [1]  188/12
compound [4]  106/22 112/19 182/17 182/17
compounds [24]  82/19 92/3

92/4 92/11 92/12 92/14 92/17 95/1 95/2 95/12 95/13 99/7 99/7 99/21 129/21 131/3 132/25 143/1 145/3 145/4 179/25 181/13 207/20 207/21
computer [1]  89/8
conceivable [1]  47/2
concentrate [2]  109/2 110/20
concerned [1]  10/10
concerning [2]  23/23 164/25
concerns [2]  47/17 111/14
conclude [2]  107/16 137/2
conclusion [14]  37/10 98/22 104/10 108/2 112/6 112/18 112/25 119/9 122/8 139/11 152/10 192/24 194/14 198/22
conclusions [9]  95/10 95/11 104/10 112/8 138/15 145/6 149/13 181/6 199/7
concomitant [1]  160/3
concurrence [1]  35/9
condiment [1]  118/25
condition [2]  110/5 135/18
conditions [3]  108/10 111/3 139/16
conduct [7]  25/17 29/24 79/8 91/18 140/5 200/5 207/12
conducted [5]  74/16 96/16 103/6 149/2 186/2
conducting [1]  201/25
confer [2]  88/12 88/16
confers [1]  88/17
confidence [4]  97/21 98/17 103/18 104/16
confident [2]  98/1 98/3
confine [1]  208/14
confirmed [1]  56/23
confirming [1]  58/10
conflict [2]  35/7 111/20
confused [2]  93/1 99/23
confusion [3]  27/20 48/12 69/20
Congress [5]  44/6 49/20 78/12 78/12 135/8
congressional [1]  49/18
conjecture [1]  153/21
Connecticut [2]  57/24 169/4
connects [1]  157/1
consciousness [1]  42/19
consensus [1]  188/24
conservative [3]  77/3 78/8 78/23
consider [7]  19/11 31/12 32/4 36/4 193/17 193/18 200/22
considered [10]  31/13 32/6 32/15 32/25 50/9 74/5 94/8 117/21 118/24 205/22
considers [2]  32/6 32/14
consistent [1]  142/14
constant [1]  152/8
constraints [1]  133/6
construction [1]  65/21
consult [1]  9/3
consultation [1]  128/4
consultations [1]  131/11
consulting [5]  130/21 130/23

130/24 130/24 131/2
consume [1]  113/10
consumed [1]  65/9
consumer [1]  197/6
consumers [1]  42/15
consuming [1]  65/11
consumption [7]  31/15 32/7 32/16 50/10 135/14 154/6 176/7
cont'd [1]  2/1
contacted [1]  174/23
contained [1]  207/12
contains [1]  116/18
content [8]  36/19 116/25 117/2 117/9 117/16 118/23 192/3 192/9
contest [1]  8/22
contested [1]  10/10
contesting [3]  8/17 8/21 8/25
context [1]  194/4
continual [1]  117/18
continuance [2]  13/7 13/18
continuation [1]  12/1
continue [3]  64/14 147/1 214/5
continued [1]  99/14
continuity [2]  87/5 88/6
contract [1]  139/18
contracted [1]  74/4
contradict [1]  130/4
contradictory [4]  138/5 138/7 138/11 138/12
contribute [1]  192/7
contributed [1]  144/12
contributor [1]  144/9
control [8]  49/9 49/17 51/5 52/15 53/17 123/17 151/23 177/1
controlled [31]  27/9 31/14 32/4 32/6 32/15 44/4 45/5 50/2 50/4 50/9 50/19 51/16 52/14 52/21 64/20 70/10 70/24 75/7 94/21 96/10 110/8 114/7 115/2 123/19 139/15 139/16 139/16 154/17 166/8 181/21 201/4
convenient [1]  100/13
conversation [1]  13/24
convey [1]  170/14
convictions [1]  77/2
convinced [2]  6/22 14/15
copied [1]  48/7
copies [1]  145/20
copy [4]  19/16 21/21 102/13 102/19
core [1]  66/22
corner [2]  62/17 136/13
coroner [2]  63/24 210/10
coroners [1]  46/20
coroners' [2]  63/14 109/23
Corporation [1]  180/12
Corpus [2]  57/18 58/14
corrected [1]  152/22
correcting [1]  161/6
correctly [2]  108/13 156/8
correlate [1]  74/18
correlates [1]  65/24

## C

correlation [1]  100/9
cost [3]  54/11 115/9 138/2
costs [3]  115/5 128/21
 128/22
Counsel [10]  8/13 8/13 9/3
 11/6 30/12 102/2 140/23
 149/1 162/9 210/6
Counselor [2]  10/13 102/15
count [3]  51/24 203/25
 205/11
counter [1]  54/12
counting [1]  9/19
countless [2]  29/21 53/13
country [18]  7/14 15/13 45/6
 45/12 51/12 52/9 52/16
 53/18 60/10 74/7 78/16
 147/19 148/21 157/18 158/13
 172/1 173/15 180/8
county [1]  94/12
couple [4]  116/3 119/22
 148/14 168/14
course [16]  26/5 27/5 43/12
 87/6 125/20 125/20 125/22
 125/24 126/3 126/6 126/9
 126/12 126/13 126/14 160/16
 188/25
courses [3]  18/12 126/5
 180/1
coursework [2]  18/5 19/25
Court's [5]  8/20 15/2 19/2
 34/13 86/16
courtroom [5]  85/17 85/22
 90/16 213/2 213/19
courtrooms [1]  130/24
courts [1]  147/20
cover [1]  210/20
covered [4]  57/5 207/8 208/2
 208/22
covering [2]  139/21 200/17
covers [1]  210/22
COZZI [19]  3/10 35/9 90/14
 90/15 90/18 125/3 125/5
 130/17 146/17 149/1 154/1
 171/10 175/25 176/3 177/4
 177/6 196/18 196/21 197/1
CR [1]  1/2
crack [10]  154/21 154/23
 154/25 155/2 155/3 155/4
 155/8 155/12 155/16 155/19
crazy [1]  211/1
create [1]  144/24
created [2]  145/12 168/20
credible [1]  172/11
crime [1]  6/5
crimes [2]  205/15 205/17
criminal [3]  130/23 131/10
 132/18
criteria [2]  193/22 193/23
cross [26]  3/6 3/7 3/12 3/17
 11/18 30/5 30/17 34/10
 86/18 86/22 86/24 87/1 88/7
 99/13 125/1 140/20 146/22
 147/2 147/5 149/1 165/8
 194/15 194/16 197/20 198/9
 198/12
cross-examination [13]  3/6
 3/7 3/12 3/17 30/5 30/17
 34/10 99/13 125/1 147/5
 165/8 194/15 194/16
cross-examine [2]  86/18 88/7
cross-examining [1]  149/1
crosses [1]  50/21
crossing [1]  197/21
CRR [2]  2/16 214/16
CSA [1]  50/2
CSO [1]  86/14
CSOs [1]  85/21
culprit [1]  160/2
curious [1]  59/7
current [7]  22/7 22/9 30/4
 40/12 40/17 76/25 138/22
currently [23]  27/9 27/10
 29/8 31/2 31/5 31/8 31/11
 32/1 32/9 32/12 32/18 33/2
 45/12 45/21 46/2 50/1 50/19
 52/13 52/20 52/21 61/7
 79/12 92/20
curriculum [4]  17/2 91/6
 91/8 179/17
custody [1]  89/24
Customs [4]  45/14 50/20
 53/11 174/17
CV [5]  19/7 21/17 21/22
 91/6 91/8
CW1 [1]  67/6
cyclopropylcarbinyl [1]
 208/23

## D

dangerous [3]  7/4 44/16
 65/18
dangers [2]  93/6 95/25
data [44]  19/10 46/21 51/3
 51/6 52/18 53/3 53/10 53/15
 62/14 67/24 68/13 68/14
 70/21 71/12 73/9 74/11 78/5
 81/19 81/20 83/23 104/14
 104/16 104/24 105/16 109/15
 111/15 112/14 117/17 123/24
 129/21 129/22 138/22 153/25
 157/15 160/9 160/12 183/17
 198/20 198/21 198/24 198/25
 199/3 199/5 201/2
date [5]  129/21 137/16
 211/9 213/7 214/16
dates [3]  27/13 56/16 56/17
Daubert [1]  23/8
Dawley [1]  143/16
day [14]  7/20 12/12 12/22
 12/22 13/6 13/8 13/11 15/4
 83/17 121/21 168/5 211/11
 213/3 214/9
days [3]  170/24 172/15
 207/9
DE [3]  74/9 123/19 147/24
DEA [39]  20/17 22/8 22/9
 25/23 26/4 27/6 27/19 28/1
 28/22 28/23 28/25 29/13
 31/12 32/6 32/14 43/14
 43/18 43/19 46/18 46/21
 49/17 50/5 50/7 51/3 55/21
 56/11 61/19 62/5 74/4 140/2
 140/4 147/13 147/20 147/21
 157/14 165/15 165/22 165/23
 166/23
deal [6]  6/19 7/19 9/14
 30/18 34/10 173/23
dealing [5]  23/19 90/2
 171/16 171/22 178/13
dealt [1]  7/1
death [42]  43/12 43/15 43/24
 46/21 58/11 64/13 64/16
 64/22 64/24 65/5 66/2 68/22
 69/23 69/24 79/19 80/6
 80/12 80/12 82/13 82/23
 160/22 160/24 161/7 161/9
 162/3 163/3 163/10 163/14
 163/23 164/1 164/2 164/6
 164/7 164/12 164/25 168/24
 169/19 169/22 169/23 172/22
 172/25 173/6
deaths [45]  29/21 29/22 30/9
 38/8 44/20 44/25 45/1 45/2
 45/6 45/18 46/12 46/15
 46/17 46/18 56/22 56/23
 56/24 58/5 58/9 61/17 61/17
 61/21 61/22 62/3 62/25
 68/14 79/17 80/7 82/21 83/5
 83/5 162/23 164/18 169/18
 170/18 170/24 171/1 171/13
 172/10 172/13 172/16 172/17
 172/21 173/8 173/14
debate [1]  123/13
decades [2]  66/9 150/12
DECEMBER [1]  1/5
decide [3]  11/24 13/23 185/6
decided [2]  135/11 135/25
deciding [1]  25/14
decision [6]  8/20 124/10
 135/4 135/6 195/6 199/12
declaration [9]  91/1 91/4
 108/10 117/13 130/8 130/13
 144/24 195/20 203/23
declarations [6]  79/6 84/10
 102/11 130/9 130/15 130/16
declared [1]  58/8
deconstruct [1]  116/9
deduce [2]  151/16 197/6
deduct [1]  128/20
deducted [3]  128/5 128/8
 128/25
deemed [5]  68/18 79/13 93/12
 136/10 171/20
deeply [1]  133/1
defendant [2]  21/10 127/2
Defendants [11]  1/8 5/25 6/5
 13/2 173/7 175/11 200/18
 202/2 204/3 204/13 207/13
Defense [5]  35/5 79/6 84/10
 90/15 179/1
defies [1]  123/8
define [2]  60/3 60/4
defined [5]  29/18 60/1 76/25
 108/8 148/24
definitely [4]  38/22 39/2
 48/10 177/13
definition [4]  29/17 59/22
 60/5 187/17
definitive [2]  62/6 78/10
DEFT [3]  1/19 2/2 2/6
degraded [1]  72/10
degree [9]  9/14 18/13 20/9

**D**

degree... **[6]**  24/5 27/23 91/13 91/15 179/12 192/13
delirium **[1]**  39/22
delivered **[1]**  205/4
delta **[1]**  184/23
demonstrate **[16]**  38/3 38/9 40/20 45/7 46/9 46/11 46/22 48/13 51/11 53/17 56/16 56/20 62/7 68/8 77/5 176/16
demonstrated **[10]**  41/4 41/6 41/7 41/11 42/13 42/16 48/18 60/8 76/22 148/23
demonstrates **[5]**  61/9 69/11 74/1 74/13 177/18
demonstrating **[3]**  51/8 79/16 173/18
department **[4]**  22/3 170/17 179/16 179/19
departments **[2]**  58/4 58/6
depend **[2]**  8/16 8/19
dependent **[3]**  115/1 119/10 119/16
depending **[3]**  6/18 6/23 187/17
depends **[5]**  119/10 119/11 128/22 129/1 129/9
depressant **[1]**  143/20
depth **[2]**  29/16 68/7
deputy **[2]**  85/22 90/16
describe **[3]**  61/17 91/20 96/14
described **[4]**  35/10 64/12 69/19 156/7
describes **[3]**  82/12 151/15 194/4
describing **[1]**  83/3
description **[1]**  43/21
deserve **[1]**  38/25
design **[3]**  181/5 190/9 203/20
designates **[1]**  47/21
designed **[2]**  176/24 194/5
designer **[2]**  137/12 167/1
despite **[4]**  49/1 49/3 146/11 178/19
detect **[1]**  185/11
detected **[3]**  109/23 109/25 110/13
deter **[1]**  47/23
determine **[8]**  50/6 54/17 67/15 80/25 120/15 124/18 186/3 190/8
determined **[2]**  58/3 164/12
determining **[2]**  83/10 193/10
deterrence **[3]**  7/4 96/1 114/19
deterrent **[1]**  114/18
developed **[5]**  14/21 22/21 22/22 185/15 190/3
developing **[1]**  115/4
devoted **[1]**  133/4
diagnose **[1]**  47/3
diagnosis **[1]**  47/14
diagrams **[1]**  51/6
diane **[4]**  2/16 2/18 214/15 214/16

die **[5]**  65/1 112/1 161/3 161/5 200/11
died **[8]**  124/13 136/3 136/5 136/6 163/12 199/15 199/23 199/24
Diego **[3]**  62/22 169/12 172/7
dies **[5]**  47/3 63/24 167/21 167/22 168/2
difference **[12]**  14/7 14/8 19/23 40/3 69/9 103/16 138/24 143/13 143/14 176/6 182/25 190/19
differences **[1]**  121/7
different **[48]**  6/12 7/3 7/9 19/24 19/25 19/25 20/1 20/8 20/9 20/10 25/11 25/12 26/20 28/11 28/16 36/12 37/21 38/2 41/15 46/3 93/3 99/8 99/9 100/14 103/21 104/22 113/13 120/7 120/8 120/8 122/12 130/16 130/24 141/10 142/10 150/4 161/18 162/16 177/4 177/12 180/15 186/20 188/17 190/21 193/4 193/8 195/24 208/9
differential **[1]**  191/3
differentiate **[6]**  68/10 69/15 75/15 75/18 188/14 190/17
differentiates **[2]**  151/22 154/3
differently **[1]**  190/10
digest **[1]**  12/14
digits **[1]**  169/24
diminishes **[1]**  103/18
diphenhydramine **[1]**  110/13
direct **[11]**  3/5 3/11 3/16 11/18 17/19 81/11 90/19 162/15 179/2 203/11 203/16
direction **[1]**  39/2
directions **[1]**  161/8
directly **[3]**  43/1 48/7 74/17
disagree **[6]**  124/12 133/8 154/1 171/24 201/10 209/5
disapproved **[1]**  178/9
discontinued **[1]**  111/6
discount **[1]**  130/14
discovery **[1]**  105/10
discreet **[1]**  65/16
discriminate **[11]**  97/2 99/9 120/21 120/24 140/24 141/4 141/4 141/7 151/8 169/16 185/17
discriminating **[1]**  151/13
discrimination **[26]**  67/24 68/3 69/13 73/10 73/19 74/16 75/25 96/16 96/21 96/24 97/6 97/9 99/5 103/9 103/12 104/19 107/16 112/23 120/18 120/19 121/2 150/11 150/21 190/9 190/12 199/2
discriminative **[1]**  121/7
discuss **[9]**  10/20 14/3 35/1 35/4 67/21 77/9 91/11 175/25 176/3
discussed **[13]**  19/6 41/4 47/20 49/11 62/16 73/6 78/5 83/3 83/5 137/14 139/17

185/3 200/20
discussing **[4]**  61/25 113/22 174/23 198/25
discussion **[3]**  73/8 89/11 149/16
disease **[2]**  18/10 22/4
diseases **[1]**  18/11
dish **[1]**  181/20
dispense **[1]**  16/20
dispute **[2]**  173/20 206/13
dissertations **[1]**  18/12
dissolved **[2]**  31/23 47/23
distinction **[3]**  97/4 108/20 190/18
distinctly **[1]**  46/3
distinguish **[4]**  23/4 97/2 188/4 188/8
distinguished **[2]**  17/3 81/24
distribute **[2]**  148/21 205/19
DISTRICT **[7]**  1/1 1/1 1/11 21/1 178/7 178/8 214/17
District Court **[1]**  178/7
ditch **[1]**  117/6
diverted **[1]**  175/3
divide **[1]**  116/21
dizziness **[1]**  113/20
doctor **[12]**  84/15 90/21 90/23 147/7 161/14 165/10 177/22 179/9 191/7 191/18 198/16 210/19
doctorate **[3]**  18/9 22/2 179/11
doctors **[3]**  133/15 172/18 175/9
document **[1]**  102/2
documented **[1]**  50/17
documents **[6]**  18/23 24/15 32/20 128/2 162/14 171/4
doing **[11]**  9/22 13/19 15/3 43/21 43/22 99/5 150/16 150/25 151/4 179/24 212/10
dollars **[4]**  115/5 138/3 138/4 140/3
DONALD **[1]**  1/11
dosage **[7]**  70/10 70/24 72/1 160/19 160/22 161/22 161/25
dosages **[3]**  71/10 72/1 139/16
dose **[27]**  72/3 72/14 73/11 73/13 75/21 75/22 100/1 104/25 105/3 107/20 110/19 110/21 110/24 111/10 111/11 112/21 112/22 115/1 119/10 119/11 119/12 119/13 119/14 119/15 121/19 121/22 160/13
doses **[3]**  111/18 111/19 121/17
dots **[1]**  52/9
doubt **[4]**  170/23 172/14 197/1 197/2
doubts **[1]**  141/15
downstairs **[2]**  85/16 85/21
DR **[38]**  3/4 3/10 3/15 15/23 17/22 35/9 42/16 87/11 87/13 87/15 88/9 88/11 88/22 90/13 90/15 93/9 125/3 125/5 130/17 146/17 147/4 149/1 154/1 171/10

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 224 of
245   224
USA vs. Hossain, et al

**D**

**DR... [14]**   175/25 176/3
177/4 177/6 177/25 178/1
178/6 178/8 179/1 194/18
194/20 196/18 196/21 197/1
**Dr. [23]**   19/16 35/9 93/4
93/11 96/23 104/9 108/1
108/2 109/7 111/3 112/2
126/14 132/7 133/18 136/19
137/22 140/20 140/23 141/2
141/3 145/13 147/3 178/4
**Dr. Cozzi [1]**   35/9
**Dr. Dudley [1]**   178/4
**Dr. Robert's [1]**   126/14
**Dr. Trecki [16]**   19/16 93/4
93/11 96/23 108/1 111/3
112/2 132/7 133/18 136/19
137/22 140/20 141/2 141/3
145/13 147/3
**Dr. Trecki's [4]**   104/9 108/2
109/7 140/23
**draw [4]**   138/15 150/21
181/6 199/7
**drawing [2]**   152/11 153/23
**Drive [2]**   1/19 2/7
**driving [1]**   25/21
**drug [164]**   6/12 6/16 7/3 7/6
7/18 9/9 9/12 9/17 9/18
14/17 17/24 20/11 20/17
22/21 25/20 28/16 35/15
35/16 37/1 37/13 38/4 40/22
42/3 47/19 48/8 49/1 49/21
51/5 52/25 53/17 61/10 62/7
62/17 65/23 65/23 66/5
67/11 67/23 68/3 68/5 68/21
68/23 69/13 71/19 72/9
72/10 73/10 73/19 73/20
73/21 74/16 74/20 75/14
75/25 79/18 80/10 81/5
83/12 92/14 92/16 96/4
96/16 96/23 96/25 96/25
97/2 97/4 97/5 97/6 97/14
97/22 97/25 98/2 98/12
100/15 103/9 103/12 103/23
104/19 104/25 105/1 105/9
105/11 105/12 105/13 105/15
106/19 107/2 107/3 108/4
108/15 108/18 109/23 110/7
110/8 110/14 110/14 111/1
111/5 111/22 112/16 112/20
113/16 113/17 113/17 114/9
114/25 120/2 120/18 122/7
123/11 123/15 124/12 126/7
139/1 140/9 141/13 146/6
147/15 147/17 147/24 149/22
150/4 150/8 150/11 150/16
150/20 151/3 151/23 153/13
153/19 154/3 154/4 154/5
156/6 156/9 159/9 159/21
160/4 160/18 161/12 161/12
163/23 165/23 171/7 171/25
175/2 176/9 176/10 176/17
176/20 176/21 176/24 179/25
181/24 182/17 187/3 189/1
190/9 190/11 190/13 192/14
199/2 203/20
**drug-drug [1]**   110/14

**drug-like [3]**   179/25 181/24
182/17
**drugabuse.gov [1]**   171/6
**drugs [143]**   6/20 8/17 8/23
9/12 20/6 20/10 22/22 35/17
36/14 37/12 37/14 37/16
39/3 39/18 39/21 40/22 41/1
45/13 46/11 46/23 48/15
48/16 49/4 49/6 52/16 53/3
53/18 54/1 54/15 62/4 63/18
63/19 64/14 64/18 64/19
64/19 65/2 65/4 65/13 66/10
67/17 68/15 68/16 68/18
69/16 73/12 73/17 73/22
74/1 74/5 74/6 74/8 74/17
74/18 77/6 79/9 79/23 80/1
80/16 82/18 83/13 91/23
91/23 91/25 92/1 92/1 92/2
94/21 95/22 99/9 99/10
100/14 105/2 105/16 108/10
108/12 109/24 110/10 110/17
111/2 111/7 111/16 112/16
112/21 114/9 121/12 122/12
123/9 123/21 124/2 125/14
125/14 125/15 125/18 125/21
126/1 131/23 131/24 131/24
132/25 135/7 136/24 137/12
137/21 137/23 139/3 139/11
143/24 144/8 148/21 152/22
156/12 157/18 157/18 158/13
158/14 159/12 160/21 160/24
160/25 161/2 161/5 161/8
161/10 161/15 161/24 162/2
162/6 163/16 166/11 166/22
167/1 171/13 171/25 172/13
172/23 173/13 173/15 174/17
175/25 176/6 206/17 208/17
**DUDLEY [11]**   3/15 35/9 177/25
178/1 178/4 178/6 178/8
179/1 179/5 194/18 194/20
**due [4]**   63/8 64/24 80/14
83/9
**duty [1]**   179/14
**dying [2]**   114/16 173/20

**E**

**e-cigarette [1]**   65/18
**e-cigarettes [2]**   65/14
136/18
**e-mails [2]**   9/22 10/2
**earlier [17]**   45/3 45/15 50/3
53/24 96/23 101/20 104/20
111/4 133/1 144/14 156/23
157/3 157/8 162/18 181/19
184/9 209/23
**earliest [1]**   45/10
**early [2]**   42/13 166/12
**earth [2]**   126/25 212/15
**easier [1]**   23/4
**easily [1]**   123/16
**East [1]**   53/8
**eat [1]**   84/21
**ED [1]**   104/23
**ED50 [18]**   73/10 73/23 73/25
99/24 100/1 100/12 100/16
100/17 103/21 104/20 104/22
121/20 138/24 141/12 143/10
143/12 177/4 177/6

**ED80 [1]**   74/23
**ED90 [1]**   74/23
**editors [2]**   195/2 195/6
**education [2]**   91/11 149/13
**educational [1]**   21/19
**effect [44]**   14/6 35/15 35/22
38/5 46/6 49/6 56/2 66/23
67/16 67/17 67/18 68/14
69/10 71/10 75/21 98/4
103/24 105/1 105/2 108/14
110/6 110/15 110/18 110/21
112/9 112/15 113/11 114/1
117/12 120/6 121/16 124/4
145/23 148/17 153/5 153/12
153/14 153/18 154/12 156/9
180/20 196/7 210/13 210/16
**effective [2]**   73/11 121/5
**effectively [1]**   75/23
**effects [147]**   14/25 22/6
29/23 30/9 35/20 35/21
35/25 36/25 37/15 37/16
38/2 38/7 38/21 38/22 39/19
40/22 41/2 41/12 41/12 42/8
42/25 43/6 44/17 45/17
46/23 48/9 48/11 48/19 49/5
54/5 65/4 65/6 65/7 66/1
66/5 66/10 66/19 67/9 67/22
67/24 69/3 69/17 69/18
69/21 70/1 70/2 70/3 70/6
70/15 71/1 71/6 71/8 71/11
71/19 72/15 72/17 72/21
73/6 74/17 74/18 75/20
79/17 79/19 81/13 82/17
84/1 99/21 107/17 107/25
108/1 108/3 108/24 108/24
109/13 110/3 110/4 110/17
111/20 112/4 112/21 112/22
113/1 113/8 113/18 119/8
119/14 119/15 119/15 119/19
120/4 120/12 120/16 121/11
124/9 135/6 136/14 139/11
143/20 146/2 151/7 152/24
157/7 158/23 159/5 160/10
160/14 160/19 160/22 161/10
161/11 161/16 161/16 161/19
161/21 161/24 162/6 168/7
168/10 168/19 170/1 173/19
178/14 183/4 187/6 192/22
192/24 193/7 193/14 193/20
194/6 194/11 194/13 194/13
196/13 196/16 197/23 198/10
198/23 199/4 199/6 199/8
200/17 209/5 209/7 209/9
210/7 210/8
**efficacious [1]**   161/16
**efficacy [2]**   33/24 49/6
**effort [1]**   64/7
**eight [10]**   22/15 24/20 27/8
31/21 49/24 79/11 137/5
137/9 137/10 140/2
**either [31]**   8/2 20/3 31/22
41/6 42/1 46/18 48/1 51/25
52/21 58/13 58/15 62/5 64/7
65/13 67/6 75/6 89/13 97/22
98/11 130/18 133/19 140/7
152/18 152/20 160/5 177/16
184/21 191/20 192/19 193/9
193/12

Case 2:15-cr-14034-DMM Document 229 Entered on FLSD Docket 12/21/2015 Page 225 of 245
USA vs. Hossain, et al
225

**E**

elderly [1]  168/2
electronics [1]  89/5
Elevens [1]  55/9
ELHELW [8]  1/7 2/6 5/4 5/18
 6/2 8/13 10/11 10/12
Elhelw's [1]  8/18
elicit [1]  72/15
eliminate [1]  153/2
Elmo [1]  89/2
embarrass [1]  85/15
emergency [9]  47/3 57/6 58/8
 60/16 63/4 112/1 159/9
 159/15 175/9
employed [1]  130/19
employees [1]  212/19
employer [2]  147/11 147/13
employment [1]  130/22
encapsulated [1]  47/24
encompasses [1]  195/18
encounter [1]  45/14
encountered [4]  28/18 45/4
 145/4 145/5
ended [1]  159/15
ends [2]  14/9 14/12
enforcement [12]  8/24 9/5
 10/5 10/23 17/11 17/24
 28/23 68/13 147/15 147/17
 156/19 156/20
enforces [1]  166/23
engagement [1]  127/22
England [2]  46/10 62/1
enormous [3]  12/25 13/1
 172/12
entailed [1]  96/22
enter [2]  105/17 144/3
Entheogen [1]  143/24
enthusiastic [1]  141/25
entire [3]  41/2 57/21 204/24
entirely [4]  19/24 20/10
 38/2 150/5
entities [1]  105/22
entitled [1]  214/14
entourage [2]  120/5 120/6
entry [6]  50/17 50/19 51/8
 53/2 53/6 53/9
environment [2]  149/10
 181/21
EPA [1]  22/6
epidemic [3]  45/12 59/8
 59/10
epidemically [1]  172/3
equal [3]  116/17 168/20
 194/14
equals [1]  191/23
equates [1]  116/7
equation [1]  115/9
equivalence [2]  114/15
 116/19
equivalency [4]  114/9 123/11
 155/20 191/11
equivalent [3]  114/14 123/11
 191/12
equivalently [1]  193/6
error [1]  184/16
escalation [1]  117/18
especially [6]  13/10 79/10

90/1 110/2 167/24 171/21
ESQ [4]  1/19 1/21 2/2 2/6
essentially [6]  28/8 35/16
 96/24 119/2 128/3 186/24
establish [1]  114/25
established [3]  97/19 105/21
 150/17
establishing [1]  109/12
et [13]  28/20 81/7 82/15
 122/12 122/13 137/1 142/24
 142/25 145/4 158/15 159/11
 159/24 164/16
et cetera [2]  142/25 159/11
ethical [1]  199/10
ethics [2]  199/14 199/19
ethylene [1]  21/8
Europe [2]  51/25 166/13
evaluate [6]  66/4 66/10
 67/24 68/4 94/25 188/2
evaluating [2]  21/24 22/6
event [1]  96/5
everybody [4]  5/2 84/19
 84/22 86/9
everyday [1]  166/22
evidence [16]  7/22 10/2 19/1
 19/14 19/19 20/18 24/11
 28/22 29/1 30/9 33/14 81/7
 134/21 187/25 191/2 192/23
evidently [1]  47/18
ex [1]  212/19
exactly [4]  96/22 106/16
 118/3 119/1
examination [28]  3/5 3/6 3/7
 3/8 3/11 3/12 3/13 3/16
 3/17 3/18 17/19 30/5 30/17
 34/10 90/19 91/23 99/13
 125/1 144/20 147/5 162/15
 165/8 174/12 179/2 194/15
 194/16 206/25 209/15
examine [4]  86/18 88/7
 114/12 178/24
examiner [2]  63/25 164/11
examiners [1]  46/20
examining [1]  149/1
example [42]  22/25 36/20
 39/19 41/13 42/3 44/19 51/7
 52/7 52/18 53/18 64/16
 66/25 67/18 67/19 68/5 68/9
 75/14 78/11 80/14 82/10
 97/14 100/5 100/14 108/17
 113/15 129/9 145/1 153/1
 159/23 159/25 163/16 173/9
 173/12 180/6 181/23 182/2
 186/22 188/13 190/11 190/14
 190/16 203/19
examples [6]  49/22 51/25
 62/10 108/9 110/22 111/7
exams [1]  18/12
exceed [1]  128/5
exchanged [1]  132/13
excited [1]  39/22
exclude [2]  80/5 195/16
excluding [1]  195/15
Excuse [1]  148/11
excused [4]  146/16 146/20
 177/23 210/21
executive [3]  165/15 165/19
 171/19

exhausted [2]  128/9 128/10
exhaustive [1]  76/25
exhibit [54]  4/4 4/5 4/6 4/7
 4/8 4/9 4/10 4/11 4/12 4/13
 4/14 4/15 4/16 4/17 4/18
 4/19 4/20 4/21 4/22 17/13
 19/16 19/19 20/14 20/18
 20/21 21/17 24/18 26/16
 29/11 30/25 31/4 31/25
 32/11 32/17 32/24 32/24
 33/11 33/14 38/23 72/17
 81/25 82/7 82/9 82/10 82/12
 82/15 82/20 82/25 83/2 83/6
 83/16 102/3 102/19 156/13
exhibited [1]  42/21
exhibiting [1]  113/25
exhibits [17]  4/1 17/9 17/10
 17/12 18/18 19/14 24/8
 24/11 29/6 59/13 81/11
 81/17 82/17 84/25 86/1 86/2
 145/9
exist [2]  74/14 154/14
existing [1]  92/4
expand [1]  110/21
expect [2]  48/19 172/19
expected [2]  67/16 196/7
experience [11]  21/19 31/16
 31/21 90/4 91/17 96/14
 98/21 105/6 105/13 120/19
 131/4
experienced [1]  187/3
experiencing [2]  186/25
 187/2
experiment [5]  181/5 181/6
 189/23 190/10 199/7
experimental [1]  75/14
experimentation [1]  143/24
experiments [4]  177/8 181/7
 195/5 199/9
expert [17]  10/20 11/18
 11/19 16/5 23/23 24/9 26/6
 26/17 35/10 86/19 86/21
 86/24 88/21 94/11 102/10
 178/5 206/21
expertise [6]  88/25 178/9
 178/15 178/18 195/21 204/21
experts [14]  11/13 11/14
 12/20 13/9 15/3 16/18 16/21
 35/13 88/15 142/18 191/10
 195/2 210/20 211/16
explain [17]  20/4 26/21
 26/25 38/5 38/20 66/4 66/8
 77/24 96/21 97/8 99/4 99/23
 99/24 116/16 134/24 137/1
 147/20
explaining [1]  33/8
exposed [1]  143/24
extend [1]  44/8
extension [1]  44/5
extent [1]  192/16
extra [3]  63/25 102/21 174/8
extract [2]  136/17 192/2
extraneous [1]  167/25
extrapolate [5]  67/25 78/19
 103/23 153/25 158/1
extrapolated [2]  104/24
 134/23
extrapolating [3]  104/16

**E**

**extrapolating... [2]**  153/24
154/2
**extremely [2]**  65/5 65/6
**eye [2]**  181/10 181/11
**eyes [1]**  40/15

**F**

**F-U-B-I-N-A-C-A [1]**  23/2
**faced [1]**  122/9
**facing [1]**  173/3
**fact [22]**  47/5 61/22 93/14
100/10 105/10 105/16 106/11
106/13 120/5 121/14 135/7
136/20 143/4 146/12 149/2
153/1 160/12 171/21 171/25
178/19 206/15 212/15
**factors [7]**  8/19 78/15 78/17
78/21 142/3 210/9 213/3
**facts [3]**  16/9 89/1 187/21
**factual [2]**  74/14 184/16
**faculty [1]**  179/20
**fail [5]**  105/17 105/19
105/20 105/23 111/16
**failed [1]**  175/25
**failing [1]**  43/25
**failure [13]**  43/8 43/8 43/12
47/4 65/6 68/22 69/22 69/24
82/9 82/11 82/25 111/5
168/24
**failures [1]**  44/15
**fair [10]**  53/8 64/2 116/15
124/20 127/23 131/18 135/5
166/20 169/9 171/18
**fairly [2]**  6/11 83/19
**fairness [1]**  173/21
**fall [2]**  61/21 94/22
**false [1]**  74/14
**familiar [8]**  22/10 23/14
23/18 96/18 100/22 155/14
168/12 206/16
**far [11]**  10/9 12/19 23/13
42/11 54/19 109/11 117/9
123/13 128/13 128/19 208/9
**farm [1]**  117/15
**fashion [1]**  139/15
**fatalities [1]**  82/23
**favor [1]**  124/21
**FDA [23]**  29/25 38/3 42/5
47/19 47/20 48/6 48/6 68/18
68/24 72/12 79/13 106/12
106/14 107/5 135/8 135/10
136/10 139/1 148/25 176/23
201/14 207/16 208/7
**FDASIA [1]**  49/20
**federal [10]**  20/24 20/25
53/16 94/13 94/16 147/17
157/15 212/19 212/21 212/24
**Federal court [1]**  94/16
**fee [8]**  127/10 127/12
127/13 127/14 127/22 128/5
129/3 129/11
**feel [10]**  34/9 121/25 122/2
122/3 151/19 152/14 152/18
168/21 190/3 200/24
**feeling [6]**  75/8 146/2 150/3
150/7 150/22 151/12

**feelings [4]**  121/24 150/15
150/21 151/6
**fees [1]**  127/11
**feet [1]**  34/10
**fellow [1]**  87/8
**fellowship [2]**  18/9 22/2
**felt [1]**  152/11
**fenethyllines [1]**  54/3
**Fentanyl [1]**  45/24
**fertilizer [1]**  31/17
**fiber [1]**  117/4
**field [12]**  55/20 81/24 144/3
173/25 174/3 178/5 180/7
182/12 195/3 195/15 195/17
195/17
**fields [1]**  180/16
**fight [1]**  175/2
**figure [15]**  6/14 50/22 85/12
88/7 95/21 104/2 114/9
114/11 117/11 122/6 123/20
140/12 140/14 211/8 211/20
**figures [1]**  109/7
**file [1]**  213/9
**filed [3]**  14/22 16/17 24/13
**fill [1]**  192/4
**final [5]**  27/13 44/3 151/14
177/15 210/6
**finalized [1]**  44/12
**finally [2]**  22/7 114/16
**find [11]**  42/2 46/22 84/10
95/14 109/15 117/11 118/10
123/8 187/13 212/11 212/20
**finding [2]**  78/17 142/3
**findings [1]**  141/8
**fine [2]**  11/2 17/15
**finish [10]**  8/4 119/22
139/22 140/21 142/17 142/18
199/17 202/6 208/19 211/5
**finished [3]**  26/1 90/1 211/2
**finishing [1]**  199/16
**firms [1]**  131/2
**first [24]**  5/23 22/22 26/24
28/17 28/19 28/21 33/24
34/21 42/13 45/3 45/14
58/14 62/18 63/16 66/17
72/8 72/13 83/2 147/8
150/11 166/13 181/8 182/20
205/3
**first-pass [2]**  72/8 72/13
**fit [2]**  34/6 122/15
**fits [2]**  6/21 122/16
**five [13]**  25/12 27/9 49/24
77/1 77/1 79/11 84/19
126/22 126/23 126/24 136/23
158/9 172/1
**fixed [2]**  97/19 142/2
**FL [1]**  214/18
**Flagler [2]**  1/19 2/7
**flakka [5]**  54/13 54/14 54/15
54/15 54/16
**flat [1]**  127/10
**flavors [1]**  56/1
**flew [1]**  9/1
**flight [7]**  87/4 87/10 87/14
87/16 87/18 87/21 88/4
**flights [1]**  87/25
**floating [1]**  46/2
**Floor [1]**  1/20

**FLORIDA [19]**  1/1 1/17 1/20
1/23 2/3 2/8 2/17 9/1 9/5
21/2 51/14 52/8 52/24 63/9
83/8 172/18 178/8 179/7
179/15
**flsd.uscourts.gov [1]**  2/18
**flu [1]**  163/21
**focus [8]**  17/4 21/24 101/24
125/8 133/22 182/20 182/22
208/13
**focused [3]**  91/25 125/11
202/15
**focuses [1]**  125/17
**focusing [1]**  192/8
**folks [1]**  171/7
**follow [6]**  161/8 161/13
162/6 163/8 208/8 209/1
**follow-up [1]**  163/8
**followed [5]**  25/25 160/19
160/23 207/15 208/6
**following [10]**  42/21 48/20
49/3 51/15 82/9 82/11 82/25
89/13 110/9 211/3
**food [5]**  75/10 105/11
118/19 151/18 186/23
**foregoing [1]**  214/12
**forensic [2]**  156/16 157/13
**forgive [1]**  166/18
**forgot [1]**  175/14
**form [12]**  38/21 52/11 71/22
71/24 76/8 76/16 139/9
200/8 200/11 200/13 203/5
203/11
**forms [1]**  54/4
**formulate [2]**  181/4 199/6
**formulation [4]**  42/4 47/21
47/23 49/7
**Forster [7]**  99/1 99/19 99/20
102/7 133/22 138/18 143/1
**Fort [1]**  1/17
**forth [3]**  10/15 152/1 181/13
**Forty [1]**  84/19
**Forty-five [1]**  84/19
**forward [2]**  207/19 208/25
**Foster [4]**  100/18 100/23
102/6 103/7
**found [13]**  33/11 41/23 45/11
49/14 50/24 57/4 64/23 81/8
87/3 124/12 142/4 175/10
175/11
**Foundation [1]**  180/10
**four [13]**  28/24 42/23 51/2
74/2 76/23 77/5 82/12 82/13
119/15 126/24 136/23 165/20
177/17
**fourfold [1]**  121/22
**fourth [1]**  11/13
**FR10 [1]**  98/7
**FR50 [2]**  97/20 98/5
**fraction [2]**  111/24 113/9
**Francisco [4]**  51/8 52/7 53/4
59/24
**frequently [1]**  124/9
**fresh [1]**  90/2
**Freud [1]**  45/9
**Friday [4]**  8/1 8/2 12/11
12/18
**friend [1]**  201/17

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 227 of
245
USA vs. Hossain, et al                                                                        227

**F**

**FRITZ [4]**   1/21 5/11 5/15
13/16
**front [7]**   21/22 53/19 99/17
145/10 163/5 179/23 180/1
**fruity [1]**   55/24
**FSU [1]**   178/20
**FUB [3]**   22/12 32/12 53/13
**FUB-PB-22 [2]**   22/12 32/12
**FUB-PB22 [1]**   53/13
**FUBINACA [22]**   22/11 22/25
23/2 31/1 31/2 36/14 46/14
49/25 51/18 52/4 57/4 62/12
73/23 73/24 76/1 142/12
145/4 159/10 206/11 207/2
207/5 207/7
**full [6]**   15/21 19/16 69/11
72/23 73/1 90/16
**fully [1]**   13/1
**functional [7]**   20/4 67/14
69/8 184/4 195/12 196/12
199/2
**funding [3]**   74/7 180/10
180/12
**further [12]**   34/20 38/20
44/23 67/15 165/5 177/20
189/17 202/9 207/21 209/11
210/3 210/18
**Furthermore [1]**   98/10
**fused [1]**   136/11
**future [1]**   21/15

**G**

**gain [2]**   111/25 188/13
**Gainesville [3]**   83/8 83/9
173/9
**galley [1]**   85/5
**garb [1]**   85/24
**Gatch [15]**   98/25 99/19 99/20
100/18 100/22 102/7 103/7
133/15 133/20 133/22 134/14
138/18 142/25 177/5 177/14
**gel [1]**   47/24
**general [4]**   28/6 166/10
194/14 194/22
**generality [1]**   42/10
**generalization [1]**   112/13
**generalize [1]**   112/12
**generally [5]**   94/16 95/10
97/16 97/17 161/25
**generating [1]**   202/23
**gentlemen [2]**   13/13 16/21
**George [1]**   213/21
**Georgetown [1]**   22/2
**Germany [2]**   42/12 166/12
**getting [14]**   36/23 87/8 90/1
92/7 98/15 114/17 115/7
166/17 176/1 183/25 188/23
197/17 197/17 202/17
**gift [1]**   76/7
**Ginny [2]**   211/8 211/15
**gist [1]**   170/14
**give [37]**   12/14 21/18 59/22
68/4 75/21 77/3 78/5 78/13
78/24 97/21 98/17 110/21
124/5 125/25 126/10 126/15
127/19 127/21 130/14 145/9

149/21 151/3 151/24 158/6
158/8 158/10 170/22 190/12
190/23 199/3 199/10 199/23
200/7 201/17 210/10 211/5
212/11
**given [25]**   14/18 15/7 41/6
41/9 44/5 46/18 49/1 51/3
53/12 58/6 71/10 146/1
146/2 150/3 150/7 152/5
152/8 152/18 171/21 186/20
186/21 186/21 189/5 190/21
190/22
**gives [2]**   22/24 156/9
**giving [1]**   109/8
**glass [2]**   67/1 181/20
**goes [5]**   67/14 76/24 87/5
150/20 213/3
**gold [1]**   74/5
**good [32]**   5/7 5/9 5/10 5/11
5/13 5/14 5/16 5/17 5/19
49/6 90/11 90/21 90/22
123/18 124/17 124/18 125/3
125/4 133/5 147/7 159/23
161/16 165/10 165/11 178/24
179/4 194/18 194/19 213/11
213/11 214/2 214/9
**Google [1]**   171/4
**Googled [1]**   167/20
**gotten [2]**   127/5 128/16
**GOVERNMENT [51]**   1/15 4/4 4/5
4/6 4/7 4/8 4/9 4/10 4/11
4/12 4/13 4/14 4/15 4/16
4/17 4/18 4/19 4/20 4/21
4/22 10/10 11/7 11/23
13/25 14/22 15/18 15/20
19/14 19/19 20/18 24/11
24/18 26/16 29/5 29/11
30/25 31/4 31/25 33/14
81/17 116/24 130/5 131/25
132/1 138/13 140/2 140/4
145/9 147/4 178/2 178/9
**Government's [20]**   10/1 10/8
10/13 14/15 17/12 18/18
19/16 20/14 20/20 21/17
32/8 32/11 32/17 32/24
32/24 33/11 83/16 99/18
103/11 117/15
**graduate [3]**   144/2 179/23
180/3
**gram [7]**   114/13 116/6
116/17 116/18 191/12 191/23
192/3
**grams [9]**   114/14 116/7
116/17 116/18 191/13 191/24
192/1 192/2 192/4
**grant [2]**   180/8 180/9
**graph [1]**   171/15
**grass [1]**   10/18
**great [5]**   9/11 29/16 96/7
158/17 158/19
**greater [5]**   101/11 103/14
110/6 124/7 153/13
**greatly [2]**   36/25 60/22
**green [2]**   36/4 36/7
**GREGORY [4]**   3/15 179/1 179/5
213/21
**group [5]**   56/4 61/9 104/15
172/23 179/24

**grouping [1]**   61/8
**groups [1]**   61/9
**grow [1]**   41/21
**grown [1]**   184/21
**grows [1]**   41/19
**growth [1]**   160/25
**guarantee [2]**   197/18 197/19
**guess [24]**   7/15 14/10 27/17
29/17 34/8 44/22 70/15
74/25 76/6 95/20 106/2
114/12 114/16 115/16 121/3
133/6 148/3 166/21 167/16
169/25 173/5 192/6 192/13
212/20
**guessing [2]**   115/12 138/4
**guest [1]**   126/8
**guidance [1]**   144/2
**guide [1]**   195/6
**guideline [19]**   6/13 6/14
6/14 6/17 6/23 7/19 23/25
24/17 29/6 37/25 79/4 95/23
122/7 153/3 155/13 189/8
191/12 192/12 212/6
**guidelines [34]**   6/18 14/6
23/15 23/21 25/21 29/10
31/3 31/6 31/10 32/3 32/10
32/14 32/19 35/12 37/5
37/24 38/14 38/16 39/1 39/7
39/24 70/3 76/7 76/14 76/21
84/8 95/21 116/6 116/7
122/11 155/16 187/23 187/24
189/6
**guilty [1]**   6/5
**guinea [1]**   148/22
**Gunn [1]**   213/22
**Gurney [2]**   82/15 83/21
**guy [5]**   15/12 87/16 149/9
165/14 167/21
**guys [3]**   85/23 89/13 173/2

**H**

**Hagerstown [1]**   169/5
**hair [1]**   160/25
**hairs [3]**   188/5 188/8 188/16
**half [3]**   28/25 72/2 211/11
**halflives [1]**   42/18
**hallucinations [7]**   42/20
43/7 48/12 69/20 108/11
108/12 108/20
**hallucinogen [3]**   108/4
108/13 108/19
**hallucinogenic [4]**   69/3
108/3 112/25 121/15
**hallucinogens [8]**   54/3 92/1
94/17 108/5 125/19 125/24
126/2 126/10
**hallway [1]**   132/14
**Hampton [1]**   57/23 169/4
**hand [6]**   18/17 51/24 62/10
62/17 98/2 124/8
**handed [1]**   19/4
**handle [1]**   124/5
**Hangerstown [1]**   57/23
**happen [3]**   17/14 79/21 167/5
**happened [1]**   209/1
**happening [2]**   151/5 171/21
**happens [4]**   47/7 167/14
167/25 204/10

**H**

**happy [4]** 89/12 129/11 129/13 137/7
**hard [6]** 14/13 44/21 71/3 171/15 188/11 207/4
**Harlan [1]** 143/17
**harm [2]** 123/12 124/13
**harmful [1]** 75/1
**harmfulness [1]** 123/21
**harming [1]** 75/23
**Harrisburg [1]** 57/25
**Hartford [1]** 57/24
**hassle [1]** 131/12
**head [5]** 12/6 155/18 184/8 206/16 207/6
**headlines [1]** 45/17
**headquarters [1]** 56/12
**health [16]** 7/8 9/13 36/23 41/8 42/15 58/4 58/6 90/25 110/4 118/19 168/10 168/19 170/1 170/17 180/11 200/17
**hear [15]** 7/16 7/22 9/15 12/23 16/24 25/9 30/17 30/20 82/3 86/14 149/3 178/19 196/18 203/11 210/25
**heard [22]** 100/21 106/19 106/19 107/25 109/25 113/12 115/25 119/7 134/22 135/23 144/22 144/22 166/17 174/20 175/25 176/3 186/19 191/18 193/7 196/21 196/23 199/12
**heard the [1]** 115/25
**hearing [7]** 1/10 7/11 12/1 14/2 15/4 15/11 25/13
**hearings [3]** 21/14 23/9 58/22
**hearsay [1]** 55/23
**help [2]** 48/21 195/5
**helpful [5]** 27/24 38/16 38/24 123/15 206/24
**helping [1]** 200/2
**hemp [9]** 117/3 117/4 117/4 117/4 118/10 118/10 118/16 118/18 119/2
**hempseed [1]** 117/4
**herbs [3]** 9/19 10/17 10/18
**heroin [12]** 7/7 36/3 44/21 45/24 45/25 47/9 113/14 158/15 166/23 167/8 168/3 171/14
**high [15]** 46/7 69/7 72/8 75/21 98/13 116/12 151/25 151/25 183/21 183/25 188/22 188/23 197/5 197/6 205/5
**higher [6]** 77/7 77/13 98/21 118/7 121/22 155/13
**highest [1]** 157/25
**highly [2]** 104/14 136/22
**highpoint [1]** 159/21
**Highway [1]** 1/16
**hijab [1]** 85/16
**Hill [4]** 213/21 213/21 213/21 213/22
**hire [1]** 131/5
**history [1]** 155/14
**hit [1]** 185/11
**hitting [1]** 121/14

**hoc [1]** 110/9
**hold [2]** 24/5 137/8
**hole [2]** 122/14 122/15
**Homeland [1]** 174/14
**honor [121]** 5/7 5/11 5/14 5/17 6/1 8/12 9/6 9/24 9/25 11/3 11/12 13/18 15/9 15/17 15/18 15/25 16/3 17/7 17/8 17/16 18/14 18/25 19/13 24/21 25/4 25/10 26/2 26/5 26/11 27/25 30/2 30/11 30/23 33/15 34/11 34/23 37/11 37/19 39/20 40/25 42/25 44/2 49/16 51/3 51/21 55/13 56/7 57/17 58/20 59/5 60/14 62/20 70/9 70/13 71/14 72/14 73/9 78/2 79/11 82/1 84/17 84/20 85/2 85/8 85/18 86/5 86/10 87/11 88/9 89/3 89/5 90/13 93/9 93/18 93/22 96/6 99/11 99/15 102/1 102/12 102/14 102/19 104/4 106/4 115/23 122/24 123/6 134/2 134/7 134/9 140/17 144/16 144/18 144/19 145/8 146/14 146/15 150/9 154/24 165/4 175/19 175/22 176/8 177/6 178/1 178/15 178/22 178/25 184/9 186/6 188/2 199/17 203/5 206/20 211/14 211/25 212/5 212/8 212/13 212/17 214/1
**HONORABLE [2]** 1/11 115/25
**hope [4]** 107/8 117/23 146/17 214/2
**hopefully [1]** 124/18
**Hopkins [1]** 92/22
**Hopkinsville [1]** 63/3
**horrendous [1]** 55/23
**horrible [1]** 162/3
**hospital [8]** 47/9 68/13 157/17 170/5 170/6 170/9 170/10 173/18
**hospitals [4]** 47/13 63/14 63/17 210/10
**HOSSAIN [12]** 1/7 1/19 5/4 5/12 5/15 6/1 8/17 8/21 10/9 13/14 13/17 90/13
**hour [10]** 9/6 11/18 84/24 85/1 86/4 127/13 128/7 128/8 129/2 129/4
**hourly [3]** 127/11 127/12 127/13
**hours [3]** 128/4 166/5 173/24
**house [2]** 47/3 168/2
**HSI [1]** 174/20
**human [50]** 29/14 29/17 31/14 32/7 32/16 50/10 71/17 80/2 92/20 95/14 96/9 103/24 104/11 104/17 105/1 105/11 105/15 105/18 106/14 107/8 107/19 107/20 107/24 112/5 112/9 121/24 134/19 134/21 134/23 134/25 135/6 135/14 136/2 136/3 139/10 140/8 145/23 148/16 148/17 148/22 148/22 154/5 154/12 176/7 176/10 180/20 182/8 182/16

**hoc [1]** 187/6 196/7
**humans [37]** 22/1 22/7 29/23 67/22 67/24 69/17 74/18 105/3 105/5 105/7 106/2 106/6 106/8 106/24 107/2 107/4 107/18 135/8 139/15 152/18 153/22 153/25 154/2 176/15 176/18 192/24 198/23 199/7 199/8 199/11 201/9 201/10 201/13 201/14 202/1 202/17 202/21
**hundred [1]** 46/2
**hundreds [4]** 53/25 137/24 137/25 172/24
**hundredth [1]** 158/25
**hung [1]** 74/22
**hydrocodone [1]** 158/15
**hypertension [2]** 43/8 125/14
**hypothesis [15]** 122/20 139/10 152/14 152/17 153/21 154/11 154/19 154/20 154/22 181/4 181/5 185/6 190/25 198/18 199/6

**I**

**I'll [19]** 15/10 19/1 19/8 20/4 26/25 29/16 38/20 134/9 144/19 146/9 151/20 155/4 168/16 176/8 186/19 206/23 213/8 213/9 213/9
**I'm [140]** 5/4 5/12 6/22 7/23 8/3 9/11 10/12 12/18 14/11 14/15 18/1 18/17 18/18 24/22 29/19 30/19 34/7 34/8 34/12 38/2 40/4 40/13 40/21 41/2 44/19 44/23 45/7 46/9 46/17 56/5 59/1 59/24 60/4 66/8 71/5 81/11 85/10 88/1 88/11 89/12 89/17 90/5 90/24 92/7 92/24 93/1 93/14 95/23 96/18 98/25 101/5 102/1 102/4 102/12 102/15 108/5 110/16 112/7 112/20 114/20 115/6 115/9 115/10 117/23 122/21 123/8 124/16 124/16 124/19 124/21 126/8 127/1 127/11 129/9 129/11 133/1 133/18 135/8 137/1 138/3 138/10 138/10 138/14 139/9 141/2 141/3 141/17 141/24 141/25 142/3 144/15 145/8 148/14 148/18 154/10 155/1 155/14 155/19 160/11 160/15 160/24 161/6 164/17 165/18 166/17 167/3 168/8 168/21 170/16 170/21 173/18 173/20 173/20 173/21 174/19 175/13 175/15 177/3 178/16 178/19 179/7 179/16 184/9 187/19 187/20 188/5 191/7 196/15 198/8 198/18 198/20 199/17 201/3 201/19 205/17 206/24 208/25 211/1 212/10 212/22
**I've [2]** 94/17 165/12
**I-N-D-E-X [1]** 3/1
**i.e [1]** 100/7
**ICU [1]** 160/5

**I**

**ID'D [1]**  4/3
**idea [3]**  109/11 124/3 135/19
**ideal [1]**  13/20
**Ideally [1]**  177/12
**identical [1]**  184/22
**identified [10]**  19/19 20/18 22/22 24/11 33/14 62/17 63/21 81/17 159/8 163/14
**identifies [1]**  26/8
**identify [5]**  19/1 63/23 63/25 193/14 193/16
**ignore [1]**  192/6
**illegal [1]**  123/18
**illicit [6]**  22/23 45/21 46/2 48/15 52/20 176/15
**Illinois [3]**  125/23 126/3 126/16
**illness [5]**  60/8 64/21 80/6 83/4 159/7
**illnesses [5]**  48/22 65/2 80/6 162/23 169/18
**impact [4]**  12/24 37/7 192/6 195/5
**implicated [1]**  164/8
**import [1]**  204/13
**importance [1]**  48/5
**important [11]**  14/5 16/24 61/15 67/23 72/4 73/15 114/24 123/25 133/7 133/11 134/11
**imported [1]**  204/3
**importing [1]**  202/3
**impose [1]**  114/19
**impossible [5]**  13/15 113/9 114/2 140/9 140/11
**improper [1]**  208/15
**in-between [4]**  14/10 14/12 177/7 177/8
**inaccurate [2]**  43/16 118/8
**inappropriate [3]**  79/20 112/18 189/4
**incense [2]**  55/10 55/19
**incidences [2]**  60/22 169/10
**incident [1]**  110/10
**incidents [6]**  60/10 63/11 70/11 70/25 71/7 71/13
**include [14]**  10/5 20/12 20/21 21/1 57/12 69/19 69/22 95/2 164/18 164/20 193/18 193/18 195/10 208/11
**included [4]**  43/7 82/18 208/12 208/21
**includes [4]**  49/17 101/5 122/12 143/20
**including [12]**  42/19 57/3 61/5 68/22 92/21 99/2 99/21 125/13 131/24 137/12 180/10 207/2
**incompetent [1]**  77/9
**incorrect [1]**  27/2
**increased [11]**  41/8 45/6 56/21 60/9 60/22 63/11 69/12 78/16 142/3 166/14 172/3
**increases [3]**  97/17 98/8

98/14
**increasing [3]**  52/22 68/14 172/24
**incrementally [1]**  63/12
**independently [1]**  144/25
**INDEX [1]**  4/1
**Indianapolis [1]**  143/17
**indicate [3]**  184/7 187/5 187/13
**indicated [5]**  48/1 48/4 49/8 79/5 108/17
**indicates [1]**  204/1
**indication [2]**  108/15 176/25
**indications [1]**  108/16 183/9 183/25
**indicative [1]**  48/19
**indictment [1]**  58/23
**individual [1]**  61/5
**individually [1]**  25/3
**individuals [2]**  103/7 109/3
**indole [1]**  209/3
**indoles [1]**  208/23
**induce [1]**  182/2
**inducer [1]**  120/10
**indulgence [1]**  165/4
**industrial [5]**  117/3 117/4 118/10 118/16 119/2
**industry [2]**  105/13 120/5
**inert [5]**  36/16 37/10 37/20 97/2 119/13
**infancy [4]**  6/13 166/20 171/25 172/4
**infer [2]**  78/20 158/14
**infiltrate [1]**  144/7
**inflammatory [1]**  125/14
**information [20]**  13/22 58/6 58/10 66/20 66/21 74/15 112/6 112/9 138/12 156/24 157/1 157/5 157/9 157/14 157/17 182/7 183/10 199/4 210/11 213/14
**informative [1]**  203/17
**infused [1]**  136/11
**ingest [2]**  65/24 72/9
**ingested [3]**  31/23 72/18 72/19
**ingesting [4]**  38/23 43/9 71/19 197/19
**ingestion [9]**  42/21 43/11 43/13 48/20 49/4 49/4 82/9 82/11 205/7
**Ingram [2]**  213/22 213/23
**ingredient [5]**  188/18 188/20 188/21 192/11 192/13
**ingredients [3]**  120/1 192/7 192/15
**inhalation [1]**  72/18
**inherent [1]**  156/21
**initially [3]**  7/20 97/15 97/22
**initiate [1]**  79/21
**injected [2]**  97/12 122/3
**injection [2]**  47/25 75/8
**injured [1]**  124/7
**injuries [1]**  114/17
**injury [3]**  18/10 22/5 82/8
**input [1]**  86/16
**inquire [1]**  165/6

**insect [1]**  20/7
**insert [2]**  38/3 48/8
**inside [3]**  72/11 136/12 182/7
**instance [1]**  120/23
**instances [3]**  78/11 80/9 169/12
**Institute [5]**  74/5 92/13 92/16 171/7 179/13
**Institutes [1]**  180/11
**institution [2]**  140/8 179/11
**institutions [2]**  92/21 133/3
**insurmountable [1]**  12/2
**intended [9]**  31/14 31/23 32/7 32/15 50/9 107/21 110/6 154/5 176/7
**intent [4]**  27/13 204/1 205/11 205/19
**interact [5]**  20/6 120/12 182/6 182/17 182/19
**interaction [4]**  181/23 181/24 182/13 182/14
**interactions [4]**  110/15 111/22 183/5 195/23
**intercepted [2]**  10/6 52/25
**interest [2]**  183/7 188/10
**interested [9]**  9/12 34/8 88/25 95/23 115/4 115/7 183/15 189/20 202/4
**interesting [3]**  35/18 116/1 173/22
**interject [2]**  34/5 34/6
**interpretation [1]**  186/16
**interpreting [3]**  98/1 98/4 111/15
**interrupt [2]**  8/9 9/24
**interruption [1]**  99/14
**intervene [1]**  63/22
**interview [1]**  174/1
**intoxication [4]**  64/25 80/13 82/24 164/2
**intricacies [1]**  31/20
**introduce [3]**  165/13 213/6 214/7
**introduced [1]**  213/16
**intubation [4]**  69/23 69/24 160/6 173/17
**invariable [1]**  129/4
**investigated [2]**  176/9 208/22
**investigation [3]**  93/13 174/16 203/25
**Investigations [1]**  174/14
**invite [1]**  8/4
**invited [1]**  126/15
**inviting [1]**  212/10
**invoked [1]**  16/8
**involve [1]**  91/21
**involved [16]**  7/5 8/17 8/23 18/5 21/25 22/10 60/6 62/7 62/11 83/11 83/15 92/24 93/14 133/1 156/16 210/9
**involves [2]**  75/3 91/22
**involving [11]**  18/7 43/11 43/3 46/12 46/13 59/6 93/16 94/21 95/15 101/7 156/20
**Iowa [1]**  58/1
**irrelevant [6]**  77/15 80/23

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 230 of 245
USA vs. Hossain, et al
230

**I**

**irrelevant... [4]** 93/18
178/12 206/19 207/17
**ischemia [1]** 168/23
**isolate [2]** 159/16 192/2
**isolation [1]** 191/23
**issue [22]** 5/25 6/19 9/25
11/13 11/15 13/23 14/5
14/20 35/18 88/6 101/19
114/21 126/19 132/19 132/21
133/7 133/11 136/15 144/1
161/18 178/3 197/11
**issues [17]** 6/12 6/13 6/16
6/17 6/17 6/23 6/24 7/1 7/4
7/8 7/13 7/20 8/5 14/1
129/23 130/2 147/21
**it's more [1]** 100/12
**items [1]** 29/15

**J**

**J-O-R-D-A-N [1]** 15/23
**Jackson [1]** 57/20
**January [7]** 12/8 13/20 15/5
52/14 64/17 89/12 211/9
**Japan [1]** 22/24
**Jersey [1]** 57/25
**job [3]** 37/12 147/19 148/1
**jobs [1]** 130/20
**Johns [1]** 92/22
**joint [1]** 36/7
**JON [1]** 2/2
**Jonathan [1]** 21/6
**JORDAN [6]** 3/4 15/18 15/20
15/23 17/22 147/4
**journal [6]** 46/10 62/1 74/10
143/25 195/1 195/7
**journals [7]** 180/15 180/15
194/23 194/24 195/8 195/10
195/14
**judge [14]** 1/11 7/11 7/12
26/24 86/12 90/10 115/25
147/2 147/23 150/6 165/5
165/6 185/6 212/24
**Judge's [1]** 116/3
**judges [1]** 147/20
**July [5]** 46/10 49/22 61/16
62/1 83/3
**June [5]** 43/14 43/18 43/20
83/8 83/18
**juries [1]** 147/20
**jury [2]** 50/6 88/6
**just kind [1]** 55/14
**JWH [2]** 82/18 143/1

**K**

**K-A-B-I-R [1]** 213/20
**K2 [9]** 27/20 28/3 28/9
28/11 28/13 28/17 28/19
28/24 29/1
**Kabir [1]** 213/20
**Katy [1]** 17/17
**keep [4]** 97/23 98/23 134/17
207/4
**keeping [1]** 40/12
**Kentucky [1]** 63/3
**KHALIFA [8]** 1/7 2/2 5/3 5/22
6/3 8/14 10/9 165/14

**Khalifa's [1]** 8/18
**kicks [1]** 128/7
**kid [3]** 167/13 167/22 170/7
**kidney [11]** 43/8 43/11 43/12
44/15 47/4 68/22 82/8 82/9
82/11 82/25 111/5
**kill [1]** 75/22
**Killeen [1]** 64/17
**kilo [5]** 52/10 104/22
121/20 143/11 143/12
**kilogram [5]** 73/19 73/25
100/5 100/6 121/18
**Kimberly [1]** 213/21
**kind [29]** 10/17 54/22 55/14
71/16 94/7 98/21 103/19
104/25 104/25 104/25 111/14
115/10 115/12 115/18 115/21
117/20 122/13 122/20 124/16
124/21 130/22 130/24 154/7
169/6 169/8 175/13 184/17
188/5 190/4
**kinds [1]** 115/6
**knock [1]** 11/23
**knowing [1]** 114/1
**knowledge [12]** 56/2 91/3
91/9 117/7 119/4 120/17
131/4 134/19 135/16 184/5
206/20 209/18
**knowledgeable [2]** 16/18 17/3
**known [10]** 35/20 44/22
108/12 110/5 117/3 120/5
120/11 153/14 172/8 182/19
**knows [1]** 162/2

**L**

**lab [4]** 18/7 133/12 176/24
180/2
**label [4]** 28/13 28/17 161/13
162/6
**labeled [2]** 28/24 55/25
**labels [1]** 28/15
**laboratories [6]** 47/13
143/17 156/16 157/15 177/8
177/11
**laboratory [12]** 41/25 42/3
54/17 92/3 92/11 103/20
103/24 129/18 149/2 157/13
181/21 185/2
**labs [2]** 177/1 208/3
**lace [1]** 204/14
**laced [3]** 10/20 35/24 80/19
**lack [1]** 48/22
**landmark [1]** 100/13
**large [7]** 46/11 62/16 72/10
74/6 80/11 154/7 163/25
**largely [3]** 34/3 165/22
175/20
**larger [4]** 52/23 61/11
169/13 181/25
**largest [6]** 50/25 51/13 52/4
56/12 57/19 68/13
**Lasheka [1]** 213/22
**lasted [1]** 44/5
**Lastly [2]** 69/17 83/6
**late [2]** 87/13 166/13
**latest [1]** 117/17
**Latin [1]** 67/1
**law [18]** 8/24 9/5 10/4

**10/22 17/11 28/23 46/5 64/7
68/13 115/18 135/7 147/17
156/18 156/20 156/20 212/19
212/21 212/24
**lawyers [2]** 7/25 13/14
**lawyers' [1]** 211/2
**lay [1]** 153/15
**lead [2]** 52/8 146/7
**leader [1]** 8/23
**leading [1]** 76/16
**leaf [1]** 18/20
**leafy [2]** 194/2 206/7
**learn [2]** 68/5 75/9
**learned [3]** 97/3 115/17
151/18
**leave [3]** 86/24 124/17
133/20
**leaves [1]** 87/18
**lecture [2]** 125/25 125/25
**lecturer [2]** 126/8 130/18
**lectures [1]** 126/15
**led [1]** 21/20
**left [3]** 5/21 49/1 97/12
**leftover [1]** 81/6
**legal [2]** 131/1 131/10
**legally [2]** 118/11 148/24
**legislative [1]** 155/14
**legitimate [9]** 175/2 175/5
175/5 175/6 175/6 175/10
176/21 201/7 201/12
**lengthy [2]** 6/8 14/2
**lesser [1]** 153/13
**letters [3]** 23/1 213/5
213/12
**letting [1]** 214/7
**leukemia [1]** 162/4
**level [12]** 67/15 94/12 94/13
94/13 114/18 150/25 151/5
155/13 169/6 180/3 180/4
189/8
**levels [1]** 75/4
**lever [38]** 75/7 75/7 75/9
75/10 75/13 97/11 97/12
97/13 97/16 97/18 97/20
97/25 98/3 98/7 100/8
121/13 121/15 151/8 151/17
151/20 151/25 152/10 152/19
152/20 185/11 186/18 186/20
186/21 186/23 186/25 190/21
190/22 190/22 190/23 203/4
203/14 203/16 203/19
**levers [5]** 97/9 97/10 121/3
121/4 152/1
**liked [1]** 189/25
**likelihood [3]** 98/8 98/15
142/3
**limbic [1]** 21/25
**limitation [5]** 66/23 107/15
107/22 108/2 108/8
**limitations [6]** 14/24 96/19
107/18 109/20 110/2 142/1
**limited [2]** 8/3 14/5
**line [6]** 48/14 72/23 97/1
156/6 166/8 210/6
**LINEBERGER [16]** 1/15 3/5 3/8
3/12 3/17 5/8 7/11 8/8
15/12 19/20 20/19 24/12
115/17 124/24 155/8 208/14

**L**

linked [1]   183/5
Lipitor [1]   111/1
liquid [2]   31/23 65/13
liquids [1]   65/16
list [16]   20/15 20/15 23/7
23/8 27/12 43/5 46/12 46/20
49/17 49/19 78/6 84/8
158/14 158/17 212/1 212/2
listed [44]   20/20 23/20
23/24 23/25 24/14 24/17
27/11 28/3 29/6 29/9 31/6
31/8 31/10 31/11 31/21 32/1
32/3 32/10 32/12 32/13
32/19 34/22 35/12 37/5
37/24 39/7 42/25 48/6 51/10
69/18 73/23 78/6 79/4 79/9
80/13 83/12 83/15 122/7
143/10 143/12 170/4 175/12
188/25 205/1
listen [1]   161/13
listing [2]   50/14 111/8
lists [1]   33/24
literature [13]   27/24 65/4
95/1 95/11 111/8 117/8
119/18 132/22 181/11 187/4
187/8 207/22 208/20
little [18]   11/18 23/3 26/21
30/14 40/2 92/7 98/19 99/23
101/24 122/16 124/10 124/21
132/25 151/18 152/19 172/13
175/21 185/5
live [1]   211/6
liver [1]   110/25
lives [1]   48/25
living [4]   20/7 36/12 173/21
181/22
load [1]   33/16
local [3]   28/23 53/19 157/15
localized [1]   183/3
located [2]   183/1 183/23
locked [1]   136/12
locomotor [1]   143/20
logical [1]   169/1
long [10]   7/15 23/1 23/4
42/18 86/3 87/7 88/6 89/6
137/4 150/18
longer [1]   211/10
longest [1]   126/5
look [45]   19/5 20/3 35/14
36/14 36/18 44/17 46/1 48/9
49/19 61/12 62/8 63/15
66/19 66/21 67/2 67/20
68/12 69/21 72/22 73/18
75/20 78/7 78/21 100/5
100/16 100/16 100/18 108/16
118/22 123/12 123/24 131/15
143/2 150/10 150/12 163/1
163/5 163/8 181/22 184/12
192/12 193/23 203/22 207/11
209/24
looked [17]   78/2 78/21 98/23
99/1 101/3 101/6 101/19
117/10 122/11 162/14 171/3
171/12 171/12 181/15 185/25
193/10 194/12
looking [10]   6/9 18/10 20/1

20/5 38/13 56/9 69/17
108/14 168/21 198/5
looks [5]   6/11 16/16 52/3
210/22 211/4
loss [2]   42/19 48/2
lost [1]   175/13
lot [21]   17/5 27/17 34/8
66/20 73/6 82/18 88/14
88/15 150/19 157/16 157/21
158/1 158/2 158/9 158/11
158/11 158/15 167/2 169/6
174/7 197/15
lots [2]   44/20 163/20
low [2]   76/15 116/13
lower [5]   52/15 73/20 97/23
101/14 101/15
lowers [1]   98/8
lowest [2]   72/1 72/3
LSD [4]   39/13 54/5 99/6
108/6
LUBIN [11]   1/19 3/6 3/16
3/18 5/14 5/14 17/9 86/1
99/13 147/6 197/11
lunch [4]   84/18 84/25 86/4
171/4

**M**

MAB [6]   57/2 57/13 58/15
61/4 61/6 62/18
MAB-CHIMINACA [6]   57/2 57/13
58/15 61/4 61/6 62/18
Madison [3]   91/14 91/16
126/4
magistrates [1]   5/24
magnitude [1]   56/20
MAHER [1]   1/7
mails [2]   9/22 10/2
main [3]   61/10 148/1 182/21
mainstream [1]   167/2
major [2]   45/16 169/9
majority [2]   26/6 160/5
making [16]   26/1 27/19 37/12
43/15 43/19 44/3 45/16 55/8
108/21 117/23 122/1 131/18
152/14 176/4 177/1 179/17
Makowiecka [1]   42/16
malls [1]   65/15
malpractice [1]   94/20
mammalian [1]   20/7
man [2]   168/2 173/2
manifestations [1]   83/11
manmade [5]   27/4 27/7 28/8
36/8 36/15
manner [3]   69/12 72/20 205/7
manufacture [5]   205/12
205/18 205/19 206/3 206/5
manufacturer [3]   80/17 81/4
148/20
manufacturers [4]   46/4 55/25
81/3 176/15
manufactures [1]   173/14
manufacturing [3]   205/20
205/22 205/23
manuscripts [2]   180/13
180/14
map [1]   51/6
MARC [2]   2/6 5/17
March [3]   56/18 60/19 170/18

marijuana [109]   6/21 7/3 7/6
14/7 14/14 14/18 27/2 27/3
35/22 35/25 36/6 36/9 36/13
36/18 36/19 36/24 37/9
37/13 37/15 37/18 38/10
38/24 41/1 41/16 42/2 42/8
42/17 42/19 42/22 44/21
47/10 48/11 48/20 59/6 84/1
84/12 114/10 114/14 116/7
116/18 116/18 116/23 116/25
117/2 117/5 117/10 117/15
117/19 117/20 120/1 120/4
120/7 123/14 146/5 146/11
150/14 166/23 183/5 187/25
188/4 188/9 188/11 188/11
188/12 188/14 188/15 188/18
188/22 188/25 189/3 189/6
189/9 189/10 190/9 190/14
190/17 190/21 190/22 191/13
191/19 191/20 191/24 191/25
192/1 192/2 192/5 192/7
192/9 192/12 192/15 192/17
193/9 194/2 194/6 194/7
194/8 194/11 194/13 196/14
196/17 197/24 198/10 200/3
205/6 205/24 206/1 206/8
206/9 209/24
Marinol [22]   42/3 47/17
47/17 47/20 49/4 69/19 70/9
70/10 70/23 70/24 71/22
71/25 72/3 72/13 72/15
106/20 108/16 135/22 136/9
136/9 136/13 137/2
Marisol [2]   70/7 70/22
MARK [3]   2/2 5/21 59/11
market [7]   45/21 46/2 48/16
52/20 61/7 63/16 154/4
marketing [2]   78/15 190/1
Marshall [1]   59/11
Maryland [2]   57/23 169/5
Massachusetts [1]   179/13
massacred [1]   5/4
material [19]   10/18 27/7
31/22 36/4 36/6 36/7 36/17
37/10 51/4 56/25 57/1 57/8
57/10 61/2 65/17 72/20
72/21 173/16 206/7
materials [10]   6/7 8/5 12/21
14/21 16/17 29/13 43/14
92/13 109/18 133/2
math [3]   117/14 128/3
170/25
mathematically [1]   114/1
matter [12]   10/19 35/24
65/10 65/11 80/19 85/4
103/23 143/2 160/12 200/8
204/14 214/14
matters [2]   25/13 179/18
max [1]   83/22
maximum [1]   161/3
may be [1]   58/21
McBride [1]   174/21
MDMA [5]   78/11 78/14 78/18
99/6 99/7
MDPV [1]   92/15
mean [51]   10/16 12/9 15/6
38/13 44/17 44/20 45/9
59/21 76/4 84/21 88/14

**M**

**mean... [40]**  88/24 103/3
109/22 110/16 110/23 111/13
114/6 115/3 118/18 118/25
122/11 123/14 123/24 124/6
124/11 124/19 129/8 129/18
131/21 134/1 135/16 136/16
138/10 142/6 155/6 163/10
168/21 169/11 170/6 171/24
184/4 187/2 194/2 196/3
201/19 210/15 211/4 211/22
212/6 213/6
**means [9]**  61/17 72/9 73/20
74/19 99/25 116/19 161/12
161/15 163/11
**meant [1]**  47/24
**measure [1]**  74/25
**measuring [1]**  141/19
**mechanically [1]**  97/8
**mediate [2]**  41/1 41/12
**mediation [1]**  183/8
**medical [44]**  29/25 40/6
46/20 63/25 68/19 68/24
71/24 79/13 79/18 79/24
80/3 93/5 93/12 94/20 106/1
106/6 106/7 106/9 106/10
106/14 107/8 108/23 117/19
117/21 118/4 120/6 125/12
125/12 135/17 135/18 135/21
136/25 139/3 139/5 144/2
146/5 146/11 164/11 175/9
194/20 201/14 202/10 202/18
202/23
**medically [2]**  161/15 201/10
**medications [2]**  105/8 111/20
**medicinal [10]**  180/16 180/17
180/19 180/21 194/22 195/10
195/15 195/17 195/17 195/22
**medicine [8]**  21/24 22/3
46/10 62/1 90/25 92/22
144/5 160/25
**meet [1]**  14/3
**member [1]**  179/20
**membrane [1]**  198/12
**memorandum [1]**  7/24
**Memorial [1]**  83/17
**memory [2]**  43/25 90/4
**mental [2]**  36/22 41/8
**mention [3]**  44/15 47/17
137/21
**mentioned [27]**  8/5 22/4 27/8
39/18 40/25 49/16 50/1 53/2
61/3 69/2 69/13 70/1 71/7
79/11 93/11 93/14 96/11
99/12 133/1 136/19 137/22
142/2 163/24 169/11 181/19
189/12 203/21
**Merck [2]**  176/10 176/21
**mescaline [1]**  108/6
**mess [1]**  89/17
**message [1]**  144/5
**met [2]**  132/9 132/10
**metabolism [4]**  72/6 72/7
72/8 72/13
**metabolites [1]**  42/18
**metanalysis [1]**  82/16
**meth [1]**  47/9

**methamphetamine [7]**  36/4
39/11 39/19 45/23 45/24
151/24 167/8
**Methcathinone [1]**  77/17
**method [7]**  65/16 75/4 75/4
180/23 180/24 185/5 186/13
**methodologies [1]**  66/7
**methodology [2]**  96/18 138/19
**methods [4]**  66/4 66/9 143/19
181/1
**methylone [4]**  39/15 39/20
54/17 92/15
**methylones [1]**  94/2
**metropolises [1]**  169/9
**Mexico [3]**  51/14 52/24 92/24
**Miami [3]**  12/12 21/8 169/7
**mice [14]**  95/14 104/18
104/19 104/21 105/3 120/20
121/14 139/14 143/21 149/17
149/21 149/23 153/23 199/2
**mid [1]**  169/6
**mid-level [1]**  169/6
**middle [2]**  178/8 199/16
**MIDDLEBROOKS [2]**  1/2 1/11
**Middletown [1]**  169/4
**miller [4]**  2/16 2/18 214/15
214/16
**milligram [1]**  121/20
**milligrams [10]**  72/2 72/2
73/19 73/25 100/4 100/6
104/22 121/18 143/11 143/12
**million [2]**  138/3 158/5
**millions [5]**  113/24 115/5
138/3 138/4 140/3
**mills [1]**  172/17
**mimic [2]**  107/20 194/6
**mind [8]**  26/21 34/3 44/19
88/17 90/2 92/8 116/3 185/9
**minds [1]**  144/7
**mine [5]**  56/11 61/16 116/4
171/8 187/18
**ministration [1]**  72/19
**Minnesota [1]**  127/3
**minor [1]**  148/4
**minus [2]**  143/11 143/13
**minute [3]**  82/5 104/2 172/4
**minutes [3]**  84/19 84/21
146/21
**mischaracterization [1]**  93/8
**misleading [1]**  27/22
**missed [1]**  47/14
**Mississippi [8]**  57/20 58/4
60/15 60/23 61/14 63/7
117/16 169/21
**misstated [1]**  148/3
**misstatement [2]**  30/3 30/10
**MIT [1]**  179/13
**mixes [1]**  205/21
**mixture [1]**  37/1
**mixtures [1]**  81/2
**MM [1]**  82/1
**MMWR [1]**  82/7
**models [1]**  18/11
**modify [1]**  120/4
**modulate [5]**  120/12 183/20
202/11 202/12 208/24
**modulation [1]**  183/8
**Mohammed [1]**  213/19

**molecular [15]**  18/6 20/3
67/1 67/14 67/15 69/6
150/25 151/5 178/18 178/22
181/23 184/24 195/21 195/23
195/24
**molecule [4]**  181/24 181/24
182/6 182/13
**molecules [3]**  20/1 20/2
137/16
**moment [7]**  15/25 17/16 33/15
89/4 102/13 122/24 146/14
**Monday [4]**  12/10 12/13 12/16
63/5
**money [4]**  131/1 131/12
131/18 134/5
**moniker [1]**  22/20
**monitor [2]**  33/19 113/18
**month [6]**  6/25 64/4 64/4
170/23 170/24 174/22
**months [11]**  45/1 62/18 65/12
137/5 137/9 137/10 137/17
138/23 140/2 170/25 173/2
**Moore's [1]**  7/11
**morbidity [1]**  80/10
**morning [9]**  5/9 5/10 5/11
5/13 5/14 5/17 5/19 19/5
171/4
**morphine [1]**  118/23
**mortem [1]**  63/24
**mounting [2]**  45/18 46/17
**mouse [1]**  143/14
**move [10]**  54/22 55/14 90/3
90/3 90/9 90/9 107/14 134/9
139/22 148/14
**moved [3]**  19/1 57/19 90/10
**movie [3]**  56/8 60/20 170/11
**moving [8]**  39/2 42/23 54/1
56/4 57/16 66/3 79/5 157/21
**Mr [11]**  3/6 3/7 3/11 3/13
3/16 3/18 5/14 6/2 6/3
147/6 165/14
**Mr. [22]**  5/15 6/1 8/13 8/14
8/18 8/18 8/21 10/9 10/9
10/11 10/12 13/3 13/14
13/17 17/9 17/12 18/17 86/1
87/4 90/13 99/13 197/11
**Mr. Elhelw [3]**  8/13 10/11
10/12
**Mr. Elhelw's [1]**  8/18
**Mr. Hossain [7]**  5/15 6/1
8/21 10/9 13/14 13/17 90/13
**Mr. Khalifa [2]**  8/14 10/9
**Mr. Khalifa's [1]**  8/18
**Mr. Lubin [4]**  17/9 86/1
99/13 197/11
**Mr. Scheller [2]**  12/3 87/4
**Mr. Trecki [1]**  18/17
**Mr. Trecki's [1]**  17/12
**Ms [9]**  3/5 3/8 3/12 3/17
19/20 20/19 24/12 115/17
124/24
**Ms. [5]**  7/11 8/8 15/12
155/8 208/14
**Ms. Lineberger [5]**  7/11 8/8
15/12 155/8 208/14
**multiple [8]**  41/10 41/11
74/11 80/20 81/1 82/8 162/7
166/2

**M**

multiply [1]   170/24
muscles [2]   43/10 111/4
muscles and [1]   111/4
mushrooms [1]   131/23
Muslim [1]   85/17

**N**

N-B-O-M-E [1]   54/4
nabilone [1]   107/2
name [19]   5/20 15/21 15/22
17/21 22/20 22/21 22/24
23/1 23/2 23/3 23/3 23/4
28/12 90/16 90/17 90/18
107/4 127/2 179/4
names [13]   22/19 22/20 22/21
26/20 27/18 27/22 28/20
29/1 54/13 54/13 54/14
207/4 213/15
Narcan [1]   63/19
narrative [1]   34/4
National [8]   74/4 92/13
92/16 156/15 157/13 171/7
180/10 180/11
nationwide [2]   157/19 157/25
natural [2]   123/15 123/16
naturally [2]   41/16 184/21
nature [1]   41/24
nausea [5]   48/10 69/22 107/5
113/19 183/9
nauseous [2]   168/22 170/2
NBOMEs [2]   54/4 137/22
nearly [1]   54/11
Nebraska [1]   58/1
necessarily [9]   6/21 46/21
67/22 89/1 94/22 170/4
187/1 192/20 194/9
necessary [3]   11/1 68/7
197/22
need [19]   6/14 7/5 7/25 11/4
11/24 14/1 16/10 43/20 46/6
67/23 89/8 95/25 114/8
135/19 142/17 200/11 203/14
211/10 212/14
needed [4]   35/16 86/1 139/7
173/17
needle [1]   168/3
needs [4]   115/3 176/17
186/22 193/14
negative [1]   149/21
Neither [1]   149/5
nervous [8]   48/11 69/3 126/1
183/2 183/3 183/4 183/24
192/25
nervousness [1]   70/15
neuropharmacology [1]   18/6
neuroscience [2]   22/4 144/6
neurotoxicity [1]   78/16
neurotoxicologist [1]   22/6
Nevada [1]   52/24
never [12]   53/1 69/10 71/13
132/21 134/17 136/7 145/3
145/5 162/24 199/14 207/15
208/6
nevertheless [3]   105/23
108/19 111/25
new [29]   7/12 12/7 22/20

45/20 46/10 51/14 51/17
52/24 53/4 53/25 57/1 57/13
57/24 57/24 57/25 62/1 92/3
92/21 92/24 96/25 131/3
135/7 135/18 145/5 166/8
166/25 169/7 171/20 180/7
New Year's [1]   12/7
newer [5]   52/12 52/16 54/4
61/7 64/19
newest [1]   52/14
news [10]   27/5 28/7 53/19
167/2 167/11 167/12 167/14
167/17 167/24 168/4
NFLIS [2]   157/14 157/17
NICHOLAS [4]   3/10 90/13
90/15 90/18
NIDA [5]   74/4 74/4 74/9
92/15 133/2
NIH [1]   171/11
nine [5]   62/10 62/19 184/23
203/24 205/10
NIU [2]   126/9 126/11
non [1]   36/16
non-psychoactive [1]   36/16
nondescript [1]   169/15
nonrefundable [1]   127/22
Norfolk [1]   57/23
normal [2]   16/20 87/6
normally [2]   38/23 87/5
North [1]   2/7
Northern [3]   125/22 126/3
126/16
note [6]   17/10 23/18 34/18
34/22 72/5 73/15
noted [2]   36/9 110/12
notes [1]   72/12
notice [6]   27/13 43/19
145/18 169/6 211/5 213/9
notices [1]   53/16
novel [1]   6/11
November [3]   45/15 83/7
159/24
nuances [1]   121/6
number [72]   4/4 4/5 4/6 4/7
4/8 4/9 4/10 4/11 4/12 4/13
4/14 4/15 4/16 4/17 4/18
4/19 4/20 4/21 4/22 21/18
68/18 73/20 74/22 76/20
78/21 78/23 80/11 86/1
97/18 99/2 101/14 102/16
109/4 109/8 109/14 109/15
113/19 114/1 116/12 116/13
117/11 124/4 137/20 142/1
142/1 145/3 157/11 158/6
158/8 158/10 158/18 158/19
160/11 160/21 162/20 162/24
162/25 164/23 164/24 168/10
169/18 169/19 169/21 169/21
171/12 177/16 177/16 177/18
208/23 209/21 209/22 213/1
numbers [15]   29/21 52/22
60/17 60/21 78/10 105/21
105/21 141/14 141/16 141/24
142/7 142/9 157/11 162/16
177/12
numerous [3]   92/24 131/24
200/16

**O**

O'BRIEN [3]   2/2 3/7 5/21
o'clock [2]   12/17 210/24
obesity [1]   80/10
object [10]   19/10 24/22
26/25 30/11 77/8 155/2
155/3 178/5 200/13 203/5
objected [1]   178/9
objection [28]   16/11 19/3
19/6 24/21 25/1 25/9 30/3
30/12 54/19 76/8 76/16
77/15 80/23 93/8 93/18
93/23 99/10 140/17 146/7
154/23 155/4 178/2 178/17
186/5 188/1 203/12 206/18
207/17
objections [3]   8/15 34/9
99/14
objects [1]   155/8
observation [1]   181/4
observations [1]   181/6
observe [1]   68/6
observed [1]   75/15
observer [2]   150/3 150/7
observing [1]   88/19
obtained [1]   80/18
obviously [3]   170/13 213/3
214/4
occupation [1]   179/6
occur [4]   49/3 56/13 115/12
124/9
occurred [8]   49/21 56/14
61/13 61/18 62/3 62/9 62/9
109/24
occurring [1]   41/16
octagon [1]   122/15
October [2]   59/13 63/2
ocular [1]   40/13
offhand [1]   198/14
office [4]   1/16 149/9 149/10
174/3
officer [2]   8/24 9/5
officer's [1]   10/23
offices [1]   63/14
official [3]   2/16 23/3
214/16
officially [1]   206/17
oh [7]   90/8 104/5 127/3
147/23 148/3 199/10 209/13
oil [7]   47/24 117/4 118/18
136/11 136/16 136/18 136/20
Oklahoma [2]   63/2 169/15
old [8]   61/12 61/22 61/23
138/20 167/13 167/21 167/22
170/7
oldest [2]   83/21 83/22
olds [3]   61/10 61/11 198/16
once [21]   52/4 52/8 52/15
52/16 62/2 62/19 63/24
67/10 74/21 75/10 82/10
90/3 97/3 97/16 114/11
126/10 126/16 133/14 135/17
154/14 162/13
one limitation [1]   108/8
one-hundredth [1]   158/25
one-tenth [1]   159/2
ones [17]   26/8 26/9 26/20

**O**

ones... [14]   28/21 45/20 57/9 62/4 65/8 81/6 101/18 140/6 159/8 162/19 164/5 166/11 166/12 202/11
ongoing [1]   93/15
operative [1]   192/11
operator [1]   173/9
opiates [2]   167/8 171/13
opinion [46]   23/23 24/9 24/15 24/16 24/22 24/23 24/24 25/2 25/3 25/7 25/8 26/17 30/25 32/20 33/8 35/7 38/10 40/24 50/8 54/6 65/1 68/21 69/2 70/4 76/13 76/19 76/20 79/8 79/18 134/17 154/8 176/4 177/13 187/20 189/3 189/8 189/10 199/19 199/25 200/1 200/6 200/8 200/12 201/3 203/3 203/14
opinions [5]   24/3 24/5 24/15 88/25 127/6
opioids [2]   63/19 72/7
opium [3]   118/23 118/24 131/23
opportunity [2]   14/3 185/16
opposed [7]   63/16 87/6 131/6 183/21 185/11 201/22 205/25
opposite [1]   48/11
oral [3]   47/25 49/4 71/10
orally [2]   72/9 136/17
Orange [1]   1/22
oranges [1]   70/19
order [14]   7/12 18/12 25/24 25/25 44/8 48/25 63/23 67/24 78/22 121/18 186/23 188/13 192/2 194/11
ordered [3]   25/16 173/15 205/4
orders [1]   26/4
organ [5]   43/8 65/6 69/22 69/24 168/23
organic [9]   178/17 180/2 180/4 180/5 180/16 182/13 194/20 194/22 195/20
organism [2]   20/7 36/12
organize [1]   9/16
origin [1]   52/2
original [2]   52/2 208/10
originally [2]   40/11 188/11
originated [2]   29/2 51/22
Orlando [1]   63/9
orthogonal [1]   180/6
Osborne [3]   21/6 21/8 21/10
ought [2]   30/6 85/23
outbreak [9]   56/12 56/22 57/5 57/6 57/11 59/15 62/16 63/6 83/11
outbreaks [2]   56/21 59/18
outlined [1]   96/23 107/22
outside [10]   50/21 181/21 181/22 182/5 182/6 183/3 183/23 198/3 198/5 206/18
outweigh [2]   136/14 161/16
outweighs [1]   49/7
over-interpreting [1]   111/15
overall [1]   123/12

overdose [10]   45/7 58/2 59/15 60/2 62/22 64/24 159/8 167/5 167/21 168/3
overdoses [19]   29/22 29/22 46/12 57/11 57/18 57/19 57/22 58/3 58/5 60/24 61/13 62/19 62/21 62/25 63/3 63/7 63/9 83/9 170/18
overdosing [1]   63/4
overreacting [1]   171/20
overrule [1]   178/16
overruled [12]   54/21 76/17 77/10 77/16 80/24 93/10 93/20 93/23 99/12 186/7 188/3 207/18
overruling [1]   155/7
oxy [3]   140/10 161/1 161/2
oxycodone [3]   113/14 113/16 172/17

**P**

P-R-O-C-E-E-D-I-N-G-S [1]   5/1
p.m [6]   86/6 86/7 87/15 146/23 146/24 214/10
package [6]   28/13 28/24 51/25 81/1 81/8 144/12
packages [3]   28/15 28/17 28/19
packet [2]   168/8 169/2
page [9]   3/2 53/19 77/1 78/3 78/7 168/9 168/12 169/17 212/15
PAGES [1]   1/9
paid [1]   127/5
pain [4]   67/9 107/6 183/8 183/21
painting [1]   111/14
Palm [5]   1/20 2/8 2/17 167/6 214/18
panel [1]   47/10
paper [36]   42/16 44/25 46/9 46/9 46/11 59/24 61/15 61/25 62/15 64/12 64/17 65/22 82/20 83/2 83/5 83/6 83/12 83/22 96/17 101/21 129/23 130/4 130/7 138/17 138/20 159/7 159/23 162/21 162/21 164/13 164/15 164/16 164/17 169/10 174/6 195/1
papers [11]   12/21 74/12 130/1 138/18 162/19 174/8 177/5 194/20 194/24 195/8 195/10
Paracelsus [1]   111/9
paradigm [1]   104/19
paragraph [3]   77/1 203/24 205/10
parameters [1]   101/17
paranoid [1]   48/12
parentheses [1]   80/14
parents [1]   170/8
Park [1]   1/23
Parkinson's [2]   18/10 22/4
part [14]   7/24 25/17 27/16 28/1 37/12 59/4 64/11 83/7 91/17 96/17 125/25 128/15 157/4 165/15
partial [3]   69/8 69/9 73/1

particular [21]   19/9 82/3 83/24 92/14 92/18 98/25 112/14 112/15 125/8 127/9 144/25 153/19 168/12 191/23 193/21 195/7 198/7 199/19 202/8 202/25 206/15
particularly [5]   6/19 9/9 54/23 186/14 202/11
parts [1]   198/1
party [1]   86/13
pass [2]   72/8 72/13
Pastor [1]   213/21
patent [3]   206/11 208/3 208/22
patents [1]   207/8
patient [2]   71/25 210/12
patients [20]   36/23 41/6 41/8 43/9 48/1 48/2 48/3 49/8 60/7 60/7 72/16 82/8 159/8 160/1 160/5 162/5 162/17 162/24 170/5 175/7
Patrol [1]   174/17
Pause [2]   16/2 102/22
pay [1]   140/8
paying [1]   140/6
PB [17]   22/12 22/12 32/8 32/9 32/12 49/25 52/4 57/3 61/5 73/22 73/24 75/14 76/1 80/15 80/15 82/14 142/12
PB-22 [12]   22/12 32/8 32/9 49/25 57/3 61/5 73/22 73/24 75/14 76/1 80/15 142/12
PB22 [1]   53/13
PBP [2]   54/12 54/17
peak [1]   159/22
Pearce [1]   59/12
peer [7]   36/9 66/11 74/10 81/20 130/1 134/12 142/6 142/8 180/9 180/15 194/25 195/1
peg [1]   122/14
pellet [2]   75/10 151/18
pen [1]   65/19
Pennsylvania [2]   57/25 58/1
pens [1]   65/14
people [76]   9/1 28/4 28/7 31/18 34/4 48/21 60/2 60/2 62/23 63/4 78/9 79/22 87/24 103/19 108/12 108/25 110/11 110/24 111/5 111/13 111/24 113/7 113/10 113/16 113/23 114/16 117/7 120/6 123/14 124/3 124/12 132/23 132/24 136/1 136/3 139/12 140/9 140/14 140/16 144/7 150/14 150/15 150/15 150/16 157/11 158/2 158/5 158/11 158/16 158/22 159/14 160/9 164/9 164/22 171/22 173/17 173/17 173/17 174/4 174/8 183/12 188/22 189/21 189/23 190/1 194/12 195/2 195/3 195/18 199/15 199/20 199/23 200/11 206/8 213/1 213/9
people's [1]   110/14
Pepsi [8]   189/12 189/13 189/14 189/20 189/20 189/22 190/2 199/10

**P**

**per se [1]**  126/13
**percent [37]**  61/13 61/20
  70/12 70/25 72/13 72/16
  73/11 73/13 73/21 74/19
  74/22 75/13 98/11 98/12
  98/14 100/1 100/7 103/14
  105/16 105/22 113/19 113/20
  116/22 116/25 117/3 117/20
  118/16 124/6 143/13 158/25
  159/2 164/1 175/25 191/19
  192/4 205/1 205/3
**percentage [12]**  72/10 74/7
  109/12 113/7 113/25 116/20
  158/22 159/14 160/9 162/5
  209/24 209/25
**Perfect [1]**  150/1
**perform [1]**  181/5
**performed [2]**  95/12 141/2
**perfume [1]**  55/19
**period [9]**  51/10 53/20 60/23
  60/24 61/14 83/15 83/16
  97/17 170/23
**peripheral [1]**  183/4
**Perlet [1]**  2/6
**permanent [3]**  44/10 44/11
  44/12
**permission [2]**  19/2 34/13
**permit [1]**  206/23
**person [12]**  30/7 47/5 64/23
  71/23 80/18 85/15 89/3
  124/17 151/7 163/12 163/21
  166/22
**personal [2]**  129/21 129/22
**personally [6]**  93/14 96/16
  129/16 138/8 148/20 201/25
**persons [1]**  110/4
**perspective [1]**  181/12
**Petrey [1]**  181/20
**peyote [1]**  108/6
**Pfizer [5]**  176/10 206/12
  207/8 207/15 207/19
**PH.D [10]**  3/4 3/10 15/19
  18/5 18/11 19/25 21/23
  90/15 91/15 96/17
**pharmaceutical [7]**  113/18
  115/3 115/5 131/2 140/7
  183/8 183/15
**pharmacist [1]**  160/16
**pharmacologic [1]**  152/24
**pharmacological [25]**  18/10
  22/19 46/6 66/5 66/10 66/23
  73/6 91/23 94/25 115/10
  153/4 153/12 153/18 187/20
  190/19 191/3 191/3 192/22
  193/14 193/20 195/8 195/14
  199/4 199/6 199/8
**pharmacologist [12]**  18/1
  18/2 18/4 19/21 20/3 20/9
  94/23 160/17 160/18 178/4
  178/10 186/6
**pharmacologists [4]**  132/6
  178/12 200/21 200/23
**pharmacology [37]**  18/5 18/6
  18/7 18/8 18/13 21/23 23/19
  33/8 33/23 35/14 35/15
  91/12 91/13 91/15 91/17

100/3 101/23 102/5 102/16
  102/17 125/12 125/13 135/16
  178/3 178/6 178/18 178/23
  182/23 188/14 195/11 195/16
  195/16 195/19 195/22 195/24
  195/24 200/3
**phase [4]**  12/8 13/20 105/19
  105/20
**phases [1]**  137/6
**phenomenon [2]**  45/15 167/1
**Philadelphia [1]**  169/21
**phonetic [1]**  59/12
**phrased [2]**  119/17 126/13
**phrases [1]**  166/2
**physical [1]**  110/4
**physician [1]**  71/25
**physicians [1]**  63/17
**physiological [2]**  111/23
  112/17
**physiology [1]**  159/18
**pick [3]**  38/14 123/10 211/9
**picture [2]**  157/22 193/24
**Pierce [1]**  1/17
**pigs [1]**  148/22
**pill [1]**  172/17
**pills [1]**  172/17
**PINACA [14]**  22/11 22/12
  31/25 32/1 32/17 32/18
  46/14 50/1 51/18 52/13
  53/13 62/12 207/3 207/7
**pipeline [1]**  105/17
**place [7]**  30/18 51/18 99/13
  126/25 172/5 193/5 206/4
**placed [1]**  68/19
**plaguing [1]**  45/12
**Plaintiff [1]**  1/5
**plane [1]**  146/18
**planning [1]**  150/20
**plant [13]**  27/7 36/4 36/7
  36/9 36/11 36/12 36/24
  41/15 42/2 72/20 72/21
  173/16 185/1
**play [2]**  6/24 80/10
**playing [1]**  89/10
**plays [1]**  56/8
**plea [1]**  5/24
**pleasantries [1]**  132/14
**please [23]**  5/6 5/20 15/21
  17/21 42/6 55/13 56/6 60/11
  61/24 62/14 66/4 73/5 82/6
  86/8 90/16 102/9 118/21
  129/15 146/25 147/1 150/6
  162/12 208/14
**pleases [1]**  10/22
**plus [4]**  10/6 143/10 143/13
  162/16
**point [31]**  13/11 23/12 28/5
  28/9 33/7 38/15 40/9 82/2
  83/3 86/3 99/18 102/6
  103/11 106/5 114/21 115/6
  115/11 115/11 121/17 135/22
  164/20 173/5 173/22 177/15
  184/9 184/10 202/8 209/17
  210/7 210/23 211/16
**pointed [3]**  14/4 141/25
  142/7
**pointing [1]**  203/10
**points [2]**  17/4 33/24

**poison [1]**  111/10
**policy [3]**  124/17 124/18
  144/1
**poly [1]**  80/10
**poly-drug [1]**  80/10
**pooled [1]**  52/18
**poorly [1]**  119/17
**pop [2]**  59/19 170/13
**poppies [1]**  119/5
**poppy [4]**  118/23 118/24
  118/24 119/2
**popular [2]**  54/13 65/14
**population [2]**  113/21 148/22
**port [4]**  51/7 51/9 53/6
  53/9
**portion [4]**  9/6 50/14 72/5
  148/1
**portions [1]**  50/24
**ports [4]**  50/17 50/19 51/1
  53/2
**position [10]**  10/1 10/8
  17/25 21/20 22/5 22/7 22/9
  85/19 147/21 147/24
**positive [5]**  97/18 98/9
  98/15 100/11 163/13
**positives [1]**  74/14
**possession [2]**  205/13 205/18
**possibility [2]**  12/16 176/18
**possible [6]**  38/9 44/5 65/5
  113/19 113/25 136/2
**possibly [5]**  11/13 41/15
  45/8 121/1 160/25
**post [4]**  18/9 22/2 63/24
  110/9
**postmortem [2]**  82/12 110/9
**postpone [1]**  9/7
**potency [24]**  23/19 33/25
  35/16 36/19 40/22 67/20
  67/21 67/21 67/25 67/25
  73/7 101/10 101/13 103/23
  104/10 104/25 107/17 141/10
  153/9 153/14 153/15 178/14
  187/9 193/20
**potent [10]**  69/5 73/20 74/2
  76/4 76/22 76/23 84/5
  101/14 177/17 177/19
**potential [4]**  16/5 69/10
  195/5 202/10
**powder [4]**  10/3 155/13 204/4
  204/13
**Power [5]**  33/7 83/3 99/18
  102/6 103/11
**practically [2]**  41/19 145/20
**practice [1]**  147/9
**precedent [1]**  107/7
**preclude [2]**  93/13 136/21
**predicated [1]**  197/16
**predicative [1]**  66/24
**predict [3]**  66/19 66/22
  107/23
**predictors [1]**  105/15
**predominant [4]**  57/1 57/10
  57/13 61/6
**predominantly [3]**  58/15 61/3
  72/18
**predominately [1]**  67/7
**preexisting [1]**  110/5
**preface [2]**  51/2 56/8

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 236 of 245
USA vs. Hossain, et al
236

**P**

prefer **[4]**  85/9 87/5 189/21 211/3
prejudice **[1]**  156/21
premarked **[1]**  18/17
preparation **[3]**  15/13 103/5 205/15
prepare **[1]**  91/1
prepared **[6]**  10/20 33/7 49/9 50/13 51/3 53/15
prescribe **[1]**  71/25
prescribed **[2]**  108/19 113/17
prescription **[8]**  107/3 108/11 110/7 113/16 160/18 161/24 171/13 175/6
present **[11]**  7/23 13/1 13/1 21/20 29/20 48/13 55/21 63/4 138/5 138/12 191/25
presentation **[10]**  9/16 15/1 20/5 27/12 29/21 40/21 43/5 49/14 156/7 173/24
presentations **[1]**  30/17
presented **[5]**  61/18 97/10 187/12 201/2 210/12
presentence **[9]**  8/16 8/22 77/3 95/4 194/3 194/4 203/25 204/5 204/7
presents **[2]**  6/11 47/2
President **[1]**  49/21
press **[15]**  75/6 75/9 75/10 97/11 97/13 97/15 97/20 98/7 151/24 152/1 152/9 186/18 186/20 186/22 190/21
pressed **[1]**  75/12
presses **[4]**  97/18 97/25 98/2 190/24
presumably **[3]**  55/3 205/4 208/21
presuming **[3]**  189/24 190/18 196/8
pretty **[12]**  6/8 7/12 12/18 12/19 15/14 16/18 44/18 78/3 98/1 98/3 98/13 139/21
Prevention **[1]**  49/21
previous **[4]**  59/10 74/12 103/15 151/4
previously **[8]**  18/23 24/14 41/5 49/11 60/21 147/4 202/25 203/9
primarily **[5]**  180/16 183/1 183/2 183/23 195/11
primary **[4]**  21/24 182/20 182/22 188/20
prime **[3]**  41/13 68/16 159/25
prior **[4]**  20/16 23/7 102/11 145/17
private **[3]**  131/3 140/8 147/8
probability **[1]**  136/22
probably **[20]**  11/22 14/9 15/7 30/6 30/13 30/16 30/20 59/13 83/22 88/20 137/19 138/3 140/4 144/10 163/25 167/6 167/11 168/23 168/24 211/11
problem **[11]**  16/7 19/9 85/7 85/13 86/25 87/2 88/5 88/13

88/15 101/16 114/4
problems **[3]**  12/2 14/17 114/22
procedure **[1]**  44/4
proceed **[4]**  7/21 26/13 56/5 58/23
proceeded **[2]**  56/17 57/22
proceeding **[1]**  153/7
proceedings **[13]**  11/9 16/2 28/1 44/3 44/7 44/12 45/4 79/20 86/6 102/22 146/23 214/10 214/13
process **[3]**  76/25 105/10 194/25
produce **[5]**  105/2 105/15 108/12 108/19 119/14
produced **[4]**  41/24 111/3 185/1 185/1
produces **[4]**  110/18 110/21 119/13 196/12
producing **[1]**  198/10
product **[11]**  10/3 10/5 10/6 10/14 10/16 10/20 80/21 205/21 205/21 205/24 206/6
products **[8]**  58/18 64/21 65/16 118/11 118/11 157/25 158/15 194/5
profession **[1]**  144/7
professional **[3]**  21/19 178/18 195/21
professor **[4]**  90/24 125/5 126/9 179/7
profile **[2]**  38/5 114/25
profiles **[1]**  120/8
program **[4]**  157/14 157/17 207/23 207/24
progressed **[1]**  64/2
prolong **[1]**  15/1
prominent **[3]**  81/19 81/22 81/23
promising **[2]**  105/23 105/23
promote **[1]**  124/19
prong **[10]**  34/22 35/1 35/2 35/7 35/15 35/17 40/21 73/7 112/23 178/13
prongs **[5]**  34/17 34/20 34/23 35/14 35/19
pronouncing **[1]**  166/4
pronunciations **[1]**  5/5
properly **[1]**  166/4
properties **[9]**  31/24 39/22 42/14 67/8 79/24 91/24 176/16 185/2 199/4
proposals **[2]**  180/8 180/9
proprietary **[1]**  78/6
prosecution **[2]**  132/2 210/23
prosecutor **[1]**  21/12
Protection **[3]**  45/14 50/20 53/11
protein **[3]**  181/25 182/4 182/5
protocol **[1]**  141/25
prove **[4]**  133/14 173/7 173/13 185/5
proven **[1]**  190/25
provide **[7]**  8/4 91/6 129/11 129/13 180/9 211/21 213/14
provided **[9]**  6/8 17/8 18/23

20/15 32/21 35/5 117/15 144/2 168/8
provision **[1]**  184/13
provisionally **[1]**  19/8
PSI **[4]**  9/20 175/12 184/11 184/13
psilocybin **[4]**  92/19 93/16 108/6 131/23
PSR **[3]**  95/17 204/24 205/1
psychedelic **[7]**  108/7 125/18 125/21 126/7 143/23 143/24 144/8
psychedelics **[1]**  132/17
psychiatry **[1]**  144/6
psycho **[2]**  67/17 67/19
psychoactive **[17]**  31/24 36/16 41/12 42/14 54/5 67/8 79/24 91/24 94/22 116/23 117/5 117/8 118/25 137/23 176/16 188/18 188/21
psychoactivity **[3]**  36/22 151/2 156/13
psychomotor **[1]**  42/20
psychotropic **[5]**  183/4 196/13 196/16 197/23 198/10
public **[8]**  11/2 58/3 58/6 90/25 165/22 167/25 170/17 175/3
publication **[6]**  49/19 101/13 102/5 156/14 180/14 195/7
publications **[1]**  36/10
publish **[1]**  117/16
published **[36]**  29/22 36/9 42/7 42/9 42/10 43/1 46/9 47/16 51/4 53/16 61/16 61/25 63/17 65/3 66/8 66/15 69/21 73/9 74/10 74/11 79/16 81/12 81/20 82/22 83/7 96/17 100/20 129/23 134/11 134/15 142/10 159/20 159/23 207/21 208/20 208/21
pulled **[2]**  43/1 171/5
purchase **[1]**  128/23
purchased **[2]**  128/23 128/24
pure **[11]**  10/3 10/5 10/14 10/16 38/6 38/21 117/25 191/20 204/12 205/1 205/21
purely **[2]**  27/7 115/10
purity **[2]**  205/3 205/5
purpose **[9]**  36/3 51/11 79/20 107/21 135/12 139/3 139/5 141/1 175/2
purposely **[1]**  42/14
purposes **[8]**  25/13 25/14 26/7 35/13 106/14 117/8 187/24 187/25
purview **[1]**  94/22
push **[4]**  151/17 151/19 152/19 152/19
pushes **[1]**  89/6
pushing **[1]**  211/23
put **[28]**  9/13 10/17 11/17 11/19 12/8 43/20 51/6 55/25 56/12 65/13 65/18 72/5 79/22 86/18 86/21 87/24 88/2 88/3 99/17 104/1 136/18 152/18 163/13 172/14 173/16 176/17 212/25 213/15

**P**

**puts [2]**   82/7 205/21
**putting [1]**   115/9

**Q**

**qualifications [1]**   17/5
**qualified [1]**   188/1
**qualifying [1]**   16/20
**quality [3]**   123/17 176/25
195/4
**quantified [1]**   183/12
**quantify [1]**   109/14
**question [46]**   15/15 15/16
24/21 27/15 34/12 44/24
76/8 88/9 103/22 104/24
107/10 115/20 115/21 116/1
123/7 124/1 124/15 133/25
136/8 140/18 144/15 151/11
155/5 155/10 162/12 166/15
172/9 172/19 172/20 188/6
189/21 190/5 190/5 190/7
191/8 191/9 193/25 194/12
195/13 196/9 197/10 203/9
203/12 208/12 209/14 210/4
**questioning [1]**   205/10
**questions [11]**   115/18 154/10
165/5 168/14 170/15 170/22
177/20 209/11 209/13 210/6
210/18
**queue [1]**   121/7
**quickly [2]**   55/12 90/23
**quite [7]**   9/20 26/1 47/7
75/5 80/22 80/25 98/19

**R**

**R-A-M-I-S-A [1]**   213/20
**race [1]**   169/16
**raise [1]**   114/21
**raised [1]**   35/18
**raising [1]**   97/23
**Ramisa [1]**   213/20
**random [1]**   152/1
**range [3]**   10/9 168/25 178/14
**rank [1]**   149/18
**Rashida [1]**   213/19
**rat [7]**   21/25 115/20 143/14
149/23 151/12 152/14 203/7
**rates [1]**   71/8
**ratio [26]**   6/19 6/22 8/20
8/25 9/3 9/17 11/12 13/23
25/14 77/13 77/23 78/17
79/3 97/20 116/2 116/5
116/10 116/15 116/15 116/25
117/22 142/2 154/22 191/20
209/17 212/20
**rational [1]**   40/12
**rationale [4]**   29/24 191/14
211/18 212/7
**ratios [3]**   9/12 14/15 120/8
**rats [21]**   95/14 100/7 100/10
104/11 104/23 105/3 112/24
115/14 119/4 120/20 120/24
121/13 139/13 140/23 141/3
141/7 142/1 143/16 143/16
201/12 203/15
**reach [4]**   11/2 105/17 112/18
139/11

**reaching [1]**   98/22
**react [3]**   76/1 165/23 186/3
**reacting [1]**   156/3
**reaction [2]**   109/3 142/13
**reactionary [1]**   165/22
**reactions [11]**   48/8 48/12
49/2 49/3 65/25 68/15 68/22
79/25 109/1 111/9 111/17
**read [40]**   6/7 7/10 12/21
14/18 17/2 23/16 27/17 41/2
55/21 59/7 82/2 95/20 101/1
132/23 134/22 149/11 149/14
167/18 167/20 167/20 167/21
171/15 174/1 175/8 175/16
175/17 181/11 199/22 199/22
200/19 204/5 204/23 205/15
206/14 206/15 207/1 208/3
208/5 213/5 213/12
**readily [1]**   47/8
**reading [4]**   117/8 174/7
194/3 207/7
**reads [1]**   41/5
**ready [3]**   57/15 73/4 90/7
**realistically [1]**   15/3
**really [27]**   12/9 13/15 38/11
38/13 54/16 71/12 87/7
89/12 97/1 108/14 110/3
110/7 119/10 121/23 122/3
122/16 122/17 133/5 139/14
142/17 143/18 143/19 153/3
159/15 166/14 167/16 171/15
**reason [11]**   68/16 81/2
106/12 106/14 116/14 118/6
133/5 153/6 207/24 211/22
211/25
**reasonable [4]**   6/25 24/5
78/22 210/2
**reasonably [1]**   10/1
**reasons [4]**   13/6 111/23
111/23 121/15
**recall [7]**   43/22 141/24
144/11 184/8 197/1 198/13
207/6
**recap [2]**   57/17 84/1
**receive [1]**   179/11
**received [6]**   14/21 53/10
58/10 77/13 128/13 171/3
**receptor [23]**   38/19 67/4
67/5 67/7 67/7 67/11 69/7
151/1 156/12 182/3 182/4
182/8 182/21 182/22 183/6
183/7 183/13 183/14 183/18
183/19 193/4 193/5 198/8
**receptors [22]**   67/6 122/19
150/17 155/23 155/24 156/3
181/13 182/16 182/19 182/22
183/1 183/2 183/10 188/10
193/2 196/3 197/10 197/25
198/3 198/3 199/1 200/4
**Recess [2]**   86/6 146/23
**recognition [1]**   181/23
**recognize [6]**   18/21 38/13
89/25 98/11 190/20 190/21
**recognized [2]**   40/5 188/20
**recognizes [1]**   197/2
**recollection [2]**   207/5 207/8
**recommendation [3]**   5/24
156/15 156/18

**recommendations [1]**   6/5
**record [24]**   15/22 15/22 16/3
17/8 17/10 17/21 23/16
24/14 32/17 33/12 33/23
57/16 66/3 73/8 85/25 90/17
102/3 102/18 165/13 185/22
186/1 212/18 212/25 213/15
**records [1]**   154/15
**red [1]**   53/14
**redirect [9]**   3/8 3/13 3/18
144/17 144/20 174/11 174/12
209/12 209/15
**reelection [1]**   165/19
**refer [3]**   24/8 26/6 60/19
**reference [1]**   205/6
**referenced [1]**   141/3
**referred [8]**   24/17 27/6 43/6
102/11 104/20 112/10 149/20
206/5
**referring [23]**   18/18 26/16
36/19 40/17 43/17 44/7 44/9
60/12 98/23 98/24 98/25
99/3 99/17 99/18 102/24
130/22 142/22 144/4 144/13
157/4 168/8 204/16 205/13
**refers [7]**   50/5 60/18 73/13
112/6 138/11 184/23 205/23
**reflect [1]**   102/18
**regard [20]**   8/21 9/2 10/22
17/11 20/21 23/9 24/14
24/16 26/17 29/5 29/11
30/25 49/9 50/24 130/10
140/24 185/20 195/2 195/18
202/16
**regarding [19]**   14/25 23/15
34/21 35/7 42/7 42/24 49/10
50/13 81/12 129/16 135/6
139/11 148/16 149/3 169/3
178/11 199/6 207/5 210/6
**regardless [3]**   129/7 177/15
177/17
**regards [4]**   20/17 31/8 31/13
34/23
**registered [1]**   53/16
**reiterate [1]**   62/2
**relate [2]**   34/17 58/18
**related [35]**   23/25 24/16
29/6 29/9 30/9 31/3 31/6
31/9 32/2 32/10 32/13 32/19
37/23 38/1 38/6 59/8 59/14
60/16 70/3 72/22 73/6 76/20
83/4 84/8 94/1 111/11
159/16 161/22 161/25 162/22
164/4 167/23 169/18 180/20
187/14
**relates [1]**   69/1
**relating [4]**   179/21 179/24
180/2 186/14
**relationship [3]**   66/18 118/2
210/13
**relationships [1]**   195/23
**relative [3]**   124/1 166/21
166/22
**relatively [3]**   166/7 166/25
180/7
**relevance [2]**   140/17 189/16
**relevancy [1]**   54/19
**relevant [8]**   25/17 38/11

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 238 of 245
238
USA vs. Hossain, et al

**R**

**relevant... [6]** 40/24 95/24 114/12 143/9 185/6 207/12
**reliability [1]** 141/15
**reliable [12]** 66/6 66/9 100/22 105/15 116/10 116/15 121/5 138/16 138/19 141/15 142/5 181/2
**reliably [1]** 107/23
**relied [2]** 138/15 138/19
**relies [1]** 134/22
**religious [2]** 85/18 85/24
**reluctant [1]** 13/19
**rely [1]** 115/14
**relying [1]** 107/15
**remain [1]** 16/4
**remaining [1]** 192/7
**remains [1]** 134/20
**remember [6]** 144/12 157/2 157/23 165/13 166/18 190/1
**remind [2]** 131/22 175/17
**remotely [1]** 176/18
**rendered [1]** 24/3
**repackaged [1]** 52/1
**repeat [3]** 55/13 175/13 188/6
**repeated [1]** 41/10
**repeatedly [2]** 36/21 131/19
**rephrase [1]** 119/17 146/9
**report [24]** 5/23 6/4 8/16 8/22 60/14 78/12 78/13 79/5 82/22 95/4 113/19 113/20 127/12 131/2 131/7 143/6 170/5 184/16 194/3 194/4 194/6 204/1 204/5 204/7
**reported [8]** 2/16 38/8 46/16 71/5 71/8 71/18 82/21 159/7
**Reporter [2]** 2/16 214/16
**reports [21]** 29/22 35/10 43/1 47/16 55/20 63/18 65/3 65/3 68/12 69/22 77/3 79/16 80/3 108/25 109/22 109/23 112/4 148/23 154/16 175/8 210/10
**represent [1]** 165/14
**represents [1]** 61/13
**reproducible [7]** 103/25 104/15 134/24 138/16 138/23 141/14 177/7
**request [1]** 12/7
**requested [2]** 58/9 60/15
**require [3]** 8/23 13/22 135/10
**required [9]** 13/22 69/23 73/13 73/21 97/18 100/1 105/11 159/9 160/5
**requirement [1]** 197/22
**requires [3]** 18/11 47/12 112/13
**requiring [1]** 170/5
**rescheduled [1]** 136/1
**research [48]** 18/7 45/10 65/3 74/6 82/16 91/18 91/20 91/20 91/22 91/25 93/13 93/15 105/17 117/14 125/9 125/11 125/16 125/17 126/7 133/2 135/25 143/23 145/5

145/6 150/13 150/19 166/10 169/2 170/17 171/22 174/25 179/20 179/21 179/23 179/24 179/24 180/2 180/12 180/25 181/2 184/6 187/4 187/12 187/21 200/2 208/7 208/8 208/9
**researched [1]** 136/7
**researcher [1]** 22/24
**researchers [12]** 22/22 41/11 42/7 42/12 74/7 74/10 75/21 81/19 81/21 81/23 104/7 143/12
**researching [1]** 174/5
**resemble [2]** 96/25 115/21
**resolve [1]** 13/25
**resort [1]** 137/3
**respect [11]** 15/2 95/25 110/3 111/12 142/6 166/1 166/7 168/7 170/11 196/2 203/25
**respectfully [3]** 13/5 15/2 178/6
**respects [1]** 7/6
**respond [11]** 48/3 73/14 73/21 75/2 75/23 100/2 100/8 100/8 110/6 111/24 122/1
**responded [2]** 69/16 74/23
**responding [6]** 73/16 97/21 121/8 121/23 121/24 122/1
**responds [1]** 97/5
**response [11]** 39/6 74/24 74/25 75/1 97/18 98/9 98/15 107/23 142/3 142/4 194/2
**responses [2]** 98/10 142/2
**responsibilities [1]** 20/12
**responsibility [2]** 148/2 179/21
**responsible [10]** 46/11 67/7 173/8 173/14 175/12 200/18 201/25 202/2 202/5 202/21
**rest [1]** 50/3
**restrictive [1]** 136/23
**result [2]** 65/5 114/17
**resulted [2]** 58/3 64/13
**resulting [2]** 169/19 169/22
**results [13]** 41/7 56/24 67/25 68/8 74/13 98/17 98/20 103/24 139/8 139/9 151/10 151/14 181/2
**resume [1]** 19/17
**resumed [2]** 86/7 146/24
**retain [1]** 46/6
**retainer [2]** 127/10 127/17 128/5 128/14 128/15
**return [1]** 146/21
**review [19]** 35/5 36/10 74/10 84/25 86/1 95/4 102/13 103/3 103/4 109/17 143/25 180/8 180/9 180/13 180/14 194/20 194/24 194/25 195/1
**reviewed [20]** 66/11 74/9 74/9 79/6 81/15 81/19 81/20 98/13 98/18 103/1 103/5 104/18 130/1 142/6 145/15 180/15 187/5 195/8 195/14 207/9

**reviewer [2]** 142/8 142/8
**reviewing [2]** 95/11 128/2
**reviews [1]** 208/4
**revisited [1]** 135/20
**reward [2]** 75/11 97/15
**rhabdomyolysis [2]** 43/9 111/3
**rhyme [1]** 81/2
**RICHARD [2]** 1/19 5/14
**rid [2]** 12/22 12/23
**ride [2]** 132/11 132/13
**right-hand [2]** 62/10 62/17
**rigorous [3]** 98/5 101/18 176/11
**rise [1]** 34/9
**risk [5]** 41/8 79/22 124/1 124/5 124/7
**risked [1]** 42/15
**RMR [2]** 2/16 214/16
**road [1]** 202/8
**Robert's [1]** 126/14
**Roberts [1]** 126/9
**robust [3]** 98/6 98/17 98/19
**rodent [23]** 145/22 150/3 150/7 150/21 151/12 151/16 153/24 185/16 186/14 186/18 186/20 186/21 186/22 186/24 190/6 190/8 190/12 190/17 190/20 190/23 190/24 191/4 202/25
**rodents [8]** 120/20 146/1 149/25 149/25 152/4 185/4 185/10 186/3
**role [9]** 6/17 8/23 9/10 14/1 36/7 125/15 125/16 148/1 148/4
**roles [2]** 148/3 179/15
**room [9]** 16/5 47/3 55/19 57/6 60/16 112/1 159/9 159/15 214/17
**rooms [2]** 63/4 175/9
**rotations [1]** 18/7
**Rouge [1]** 169/18
**roughly [1]** 103/14
**route [1]** 72/19
**routes [1]** 20/9
**rule [13]** 16/8 16/10 25/25 27/13 27/19 43/15 43/19 43/21 44/3 44/4 88/14 122/22 122/22
**ruled [3]** 64/24 123/18 198/9
**run [4]** 47/4 131/5 157/14 165/19
**running [2]** 126/5 172/18
**rush [1]** 8/6

**S**

**S-U-M-I-A-R-A [1]** 213/20
**safe [3]** 37/13 37/13 124/2
**safer [1]** 37/9
**safest [1]** 71/22
**safety [2]** 114/25 175/3
**SAIFUL [3]** 1/7 5/4 5/12
**saline [20]** 75/6 97/2 97/12 97/22 97/25 98/2 98/12 120/25 122/3 122/4 149/21 151/13 151/19 152/8 185/11 186/21 187/1 190/13 190/22

# S

**saline... [1]** 203/18
**salt [3]** 94/6 94/8 148/12
**salts [12]** 54/2 54/4 54/8
  54/9 54/10 54/10 54/14
  54/22 54/25 94/7 94/18
  137/13
**salutary [1]** 120/1
**samples [5]** 22/23 63/22
  63/24 64/21 174/4
**San [7]** 51/8 52/7 53/4
  59/24 62/22 169/12 172/7
**San Francisco [1]** 59/24
**Santa [1]** 169/3
**satisfied [1]** 10/13
**satisfies [1]** 193/22
**save [1]** 168/5
**saw [7]** 16/17 60/21 72/16
  98/6 104/14 159/15 170/11
**Sayed [1]** 213/19
**saying [20]** 7/15 37/22
  106/11 111/15 112/20 116/17
  116/18 117/24 122/21 123/10
  138/14 139/8 139/9 154/5
  166/3 166/19 186/24 192/10
  197/1 198/20
**says [5]** 35/4 161/14 178/17
  184/13 195/20
**scale [1]** 123/21
**scared [1]** 170/8
**schedule [50]** 25/20 26/3
  27/10 27/11 29/8 31/2 31/5
  31/9 31/11 32/2 32/4 32/9
  32/12 32/18 33/4 33/4 38/4
  39/25 40/3 40/3 40/5 40/10
  40/12 47/22 50/2 64/9 68/19
  79/12 92/19 93/2 93/5 93/11
  129/11 135/12 135/22 135/24
  135/24 136/1 136/21 136/22
  136/23 136/24 146/6 146/12
  189/1 200/5 200/24 201/5
  201/6 201/8
**scheduled [6]** 21/14 26/7
  26/9 33/2 45/19 64/9
**schedules [4]** 13/12 13/13
  211/2 211/6
**scheduling [5]** 44/8 49/11
  49/18 49/22 175/6
**SCHELLER [8]** 1/21 3/11 3/13
  5/12 5/15 12/3 13/16 87/4
**school [6]** 21/23 22/3 90/24
  92/22 115/18 144/5
**science [15]** 6/12 7/17 9/9
  14/5 30/4 91/13 115/7
  116/11 124/16 124/18 150/20
  151/9 156/15 177/7 180/10
**scientific [22]** 24/6 28/5
  30/9 66/6 74/15 114/21
  115/11 118/6 154/13 156/25
  180/23 180/24 181/1 184/6
  185/4 185/22 186/1 186/13
  189/17 191/13 209/17 210/7
**scientifically [3]** 116/10
  154/17 194/10
**scientist [1]** 124/19
**scientists [8]** 12/23 17/3
  73/12 75/5 142/18 150/16

156/19 210/20
**Scooby [2]** 28/14 28/20
**scope [2]** 206/18 208/22
**screen [1]** 47/5
**SDAPA [1]** 49/20
**se [2]** 126/13 193/23
**sealing [1]** 69/10
**search [1]** 10/7
**searched [1]** 116/12
**seat [2]** 86/8 87/19
**seated [2]** 5/21 146/25
**seats [3]** 87/17 87/22 88/1
**second [9]** 13/20 40/20 40/23
  43/4 64/11 72/23 87/20
  125/12 143/11
**secondary [1]** 152/17
**section [2]** 28/2 77/1
**Security [1]** 174/14
**see [51]** 7/10 8/2 8/8 10/23
  11/4 11/20 14/13 15/6 27/5
  33/19 34/6 38/22 47/15
  48/15 51/22 52/9 52/23
  53/19 56/15 56/19 56/22
  60/17 60/21 62/8 62/10
  62/17 64/3 64/8 64/14 65/14
  75/15 79/21 97/4 100/17
  102/9 109/4 109/7 109/20
  117/10 124/22 135/3 141/4
  160/4 168/16 173/5 176/12
  181/10 181/25 185/16 190/23
  193/5
**seed [4]** 118/24 119/2
  136/16 136/20
**seeds [3]** 118/23 118/24
  119/5
**seeing [1]** 45/18
**seek [1]** 120/7
**seen [17]** 7/1 28/22 28/24
  51/24 80/17 80/19 96/25
  105/22 123/25 145/12 169/24
  171/6 184/6 192/23 198/20
  198/21 209/6
**seized [7]** 10/4 10/6 52/25
  117/17 157/21 157/25 174/17
**seizure [1]** 51/22
**seizures [13]** 42/20 50/14
  50/24 50/25 51/8 51/17 52/5
  65/5 68/22 69/23 79/19
  157/20 158/1
**select [1]** 159/4
**selected [1]** 52/5
**selectively [1]** 202/12
**self [2]** 130/19 130/22
**self-employed [1]** 130/19
**self-employment [1]** 130/22
**sell [1]** 28/16
**send [1]** 195/2
**sense [14]** 44/16 88/15 95/24
  106/1 191/16 191/21 192/5
  192/12 193/2 202/16 209/18
  209/23 210/1 211/17
**sensibilities [1]** 156/11
**sensible [1]** 77/6
**sent [1]** 7/11
**sentence [6]** 6/25 8/19 14/8
  114/12 184/10 199/17
**sentences [2]** 8/16 78/7
**sentencing [23]** 1/10 5/3

6/12 7/21 7/24 8/6 16/13
  21/9 23/14 23/21 39/1 58/17
  58/23 59/1 59/7 76/24 77/7
  78/3 79/4 84/8 122/11
  211/19 212/9
**sentencings [4]** 11/2 23/9
  58/21 85/13
**separate [3]** 36/10 46/12
  169/12
**separately [3]** 25/6 144/24
  188/25
**separation [1]** 154/7
**series [5]** 33/7 92/14 95/1
  99/21 125/25
**serious [15]** 62/5 65/5 65/6
  66/1 68/21 70/14 79/16
  79/19 79/25 114/17 161/9
  161/11 170/2 173/18 209/9
**serve [2]** 29/23 175/2
**service [1]** 179/22
**services [1]** 180/9
**sesame [5]** 47/24 136/11
  136/16 136/18 136/20
**set [7]** 10/14 17/9 17/14
  34/11 98/21 129/3 191/1
**sets [1]** 99/8
**setting [1]** 25/21
**settled [1]** 5/2
**seven [9]** 50/25 52/18 52/19
  60/22 60/24 61/14 61/22
  128/4 145/18
**seven-week [3]** 60/22 60/24
  61/14
**severe [3]** 45/17 48/17 68/15
**severity [2]** 60/9 63/11
**shade [1]** 124/10
**Shanks [4]** 133/15 133/21
  134/14 164/16
**share [2]** 46/21 132/11
**shared [4]** 46/18 61/18 62/5
  132/13
**sheets [1]** 59/13
**shelf [1]** 42/5
**Sheri [1]** 59/12
**shift [2]** 65/12 65/15
**SHINER [3]** 2/6 2/6 5/17
**shipped [3]** 51/25 52/1 52/16
**shipping [2]** 51/12 52/10
**shooting [1]** 167/25
**shortcut [1]** 17/1
**shot [1]** 77/24
**show [8]** 33/21 33/24 38/5
  52/25 74/20 112/4 138/18
  152/4
**showed [4]** 71/1 112/15 143/7
  170/18
**showing [4]** 44/25 64/20
  109/4 151/8
**shown [7]** 36/21 39/21 66/1
  100/11 124/4 152/2 153/25
**shows [3]** 72/23 101/9 187/21
**shy [1]** 53/20
**sic [6]** 70/7 70/22 100/18
  100/23 102/6 103/7
**sick [2]** 59/20 159/18
**side [26]** 11/23 30/9 38/5
  38/22 39/19 48/19 49/5
  62/11 65/6 66/1 70/1 70/14

Case 2:15-cr-14034-DMM   Document 229   Entered on FLSD Docket 12/21/2015   Page 240 of 245
USA vs. Hossain, et al
240

**S**

**side... [14]**  71/10 88/8 108/14 119/8 119/19 160/10 160/14 160/18 168/7 170/1 189/18 189/18 189/22 189/22
**side-by-side [1]**  189/18
**sidebar [5]**  10/24 11/1 11/4 85/5 85/6
**sidebars [1]**  85/13
**sides [2]**  88/6 199/13
**Siegmund [1]**  45/9
**signed [1]**  49/20
**significance [1]**  6/18
**significant [6]**  7/8 17/5 103/16 121/19 141/15 190/19
**significantly [1]**  171/16
**signs [1]**  74/20
**similar [43]**  25/5 34/24 34/25 35/11 38/17 38/18 46/3 56/16 60/20 66/23 69/4 72/7 122/8 122/10 130/9 137/19 147/25 152/22 152/24 152/24 153/2 154/12 166/11 181/9 187/2 187/5 187/9 187/9 187/9 187/23 190/6 190/8 192/16 192/17 192/19 192/22 192/25 193/13 193/19 194/6 196/13 196/16 208/3
**similarities [1]**  144/23
**similarly [2]**  14/13 193/6
**simple [4]**  75/4 170/2 170/21 192/14
**simpler [1]**  204/2
**simply [10]**  36/6 51/6 52/5 52/17 53/10 55/23 62/4 71/18 77/4 94/20
**single [18]**  36/5 36/8 36/15 37/1 37/3 37/4 41/14 51/9 60/2 64/12 78/21 150/10 151/3 160/18 169/24 172/22 192/14 205/5
**sip [2]**  189/23 189/24
**sit [1]**  15/10
**site [1]**  51/8
**sitting [4]**  134/5 213/2 213/10 213/10
**situation [5]**  86/12 134/20 157/5 157/6 168/1
**six [12]**  23/18 34/18 34/22 60/22 60/24 61/14 98/18 100/7 115/14 119/4 128/4 169/21
**sixth [1]**  49/14
**skin [1]**  55/1
**skirt [2]**  46/5 64/7
**sleep [1]**  120/10
**slide [47]**  27/12 33/21 33/23 33/24 33/24 40/17 40/19 40/20 40/23 40/23 41/2 42/6 42/23 42/23 42/24 43/4 45/18 47/17 49/9 49/14 50/24 51/10 51/19 52/3 52/12 52/17 53/14 56/7 56/12 56/15 57/16 60/11 60/12 60/20 60/25 61/1 61/20 61/24 62/14 64/11 64/15 66/3 68/25 72/6 73/4

73/8 102/16
**slides [10]**  33/7 33/11 44/24 50/13 51/2 53/6 53/12 53/15 56/4 60/9
**slight [1]**  65/15
**slightly [2]**  46/5 46/8
**small [10]**  53/17 65/12 111/24 142/1 142/1 148/1 162/5 181/24 182/6 182/13
**smaller [2]**  57/11 157/22
**smallest [2]**  65/25 72/14
**smell [2]**  55/1 55/19
**smells [2]**  55/22 56/2
**smoke [2]**  36/7 206/9
**smokeable [3]**  194/5 205/23 206/6
**smoked [1]**  205/6
**smoking [3]**  47/6 65/16 198/16
**Snacks [2]**  28/14 28/20
**snort [1]**  136/13
**so-called [1]**  111/2
**society [4]**  123/12 123/18 123/21 180/12
**soda [2]**  189/23 189/24
**softer [1]**  55/1
**sold [5]**  10/18 55/6 55/9 65/15 173/16
**sole [2]**  80/12 164/1
**solely [2]**  58/11 176/24
**solution [4]**  114/23 120/25 151/19 185/12
**solve [2]**  114/20 114/21
**somebody [14]**  47/2 50/21 85/23 89/19 135/10 135/19 135/24 135/25 136/12 157/6 199/23 205/21 210/25 213/13
**somebody's [1]**  55/1
**somewhat [2]**  23/5 23/6
**sophisticated [1]**  63/15
**sorry [18]**  14/11 56/5 88/1 102/1 102/4 102/12 102/15 141/3 141/17 144/15 155/1 165/18 175/13 175/15 188/5 196/15 201/19 205/17
**sort [7]**  10/17 20/7 25/24 65/9 114/25 182/1 193/24
**sought [1]**  144/3
**sounds [9]**  16/8 25/7 38/15 44/18 59/9 206/16 211/1 211/8 212/23
**South [1]**  1/16
**SOUTHERN [2]**  1/1 21/1
**speak [4]**  8/14 31/19 42/10 151/10
**speaking [3]**  30/12 115/10 184/1
**special [2]**  136/10 183/16
**specialized [3]**  18/2 18/3 180/4
**specialty [1]**  132/16
**species [1]**  104/17
**specific [18]**  16/9 36/20 42/4 43/5 47/12 47/23 49/7 56/22 59/14 68/4 68/5 110/22 112/18 129/23 130/2 144/11 144/12 184/24
**specifically [25]**  18/8 19/25

24/18 29/25 31/19 42/11 43/2 43/8 45/13 51/13 57/7 59/24 68/3 68/15 69/1 74/1 127/6 140/24 157/4 163/13 192/9 195/14 197/1 199/13 208/11
**speculation [1]**  124/22
**speculative [1]**  167/16
**spell [2]**  15/22 90/17
**spend [1]**  140/3
**spent [1]**  149/1
**Spice [14]**  26/19 27/1 27/6 27/20 28/3 28/6 28/9 28/11 28/18 28/19 28/24 29/1 48/15 54/9
**split [1]**  11/6
**splitting [3]**  188/5 188/8 188/16
**spoken [2]**  8/12 8/13
**Sprague [1]**  143/16
**sprayed [3]**  10/17 35/24 65/21
**spreading [1]**  172/8
**square [1]**  122/14
**staff [1]**  130/18
**stand [9]**  15/19 76/14 84/7 88/11 90/14 131/7 134/5 150/22 213/24
**standard [3]**  60/5 74/6 141/18
**standing [2]**  8/8 30/3
**standpoint [1]**  205/20
**stands [2]**  73/10 74/4
**start [9]**  15/11 90/11 97/22 123/24 127/17 128/1 170/7 202/16 203/9
**started [7]**  6/9 15/6 127/7 134/20 166/9 166/12 175/14
**starting [2]**  202/4 202/23
**state [22]**  9/5 15/21 17/21 57/20 57/21 57/25 60/15 60/23 77/2 90/16 94/13 112/17 117/20 146/13 146/13 157/15 179/4 179/8 179/15 185/22 186/1 203/24
**state-by-state [1]**  146/13
**stated [2]**  111/9 196/2
**statement [9]**  30/8 152/21 161/6 166/20 171/18 171/24 191/22 191/23 205/10
**statements [4]**  91/4 91/8 117/12 136/15
**states [27]**  1/1 1/4 1/11 5/8 23/14 28/18 50/15 50/18 50/25 51/13 51/14 52/5 52/17 52/23 56/14 57/5 58/7 58/8 58/8 80/18 92/18 92/21 93/17 109/5 109/9 178/7 214/17
**static [1]**  92/8
**statics [1]**  174/2
**statins [1]**  111/2
**statistics [6]**  172/11 173/3 173/5 173/23 173/25 174/5
**stay [2]**  16/12 144/5
**steadily [1]**  172/2
**stems [1]**  150/9
**step [4]**  63/25 67/14 88/23

**S**

**step...** **[1]**   123/2
**steps** **[3]**   18/12 24/25 176/12
**stick** **[1]**   163/18
**stimulant** **[1]**   39/22
**stimulant-like** **[1]**   39/22
**stimulants** **[4]**   39/20 39/23
92/1 94/18
**stimulate** **[1]**   108/18
**stop** **[1]**   84/18
**stopped** **[1]**   62/15
**stores** **[1]**   118/19
**stories** **[1]**   112/10
**straight** **[1]**   207/4
**strain** **[2]**   120/9 120/10
**strains** **[1]**   120/7
**street** **[14]**   2/2 2/17 22/20
22/21 27/1 27/18 27/22 28/8
28/12 54/13 54/14 55/6
158/2 214/17
**strength** **[1]**   153/16
**stricken** **[1]**   77/9
**strike** **[2]**   115/22 136/7
**strong** **[1]**   29/24
**stronger** **[1]**   191/2
**strongly** **[3]**   155/23 155/24
183/18
**Strozier** **[1]**   213/22
**structurally** **[2]**   34/25 35/11
**structure** **[8]**   38/1 46/4
66/18 66/22 193/13 193/20
195/22 195/23
**structures** **[1]**   193/3
**stuck** **[1]**   28/20
**stud** **[1]**   185/23
**students** **[3]**   125/12 144/2
144/2
**studied** **[3]**   185/23 188/13
194/10
**studies** **[132]**   9/13 14/24
29/14 29/15 41/10 43/24
66/6 66/8 66/25 67/2 67/21
68/1 68/2 69/6 69/25 71/17
79/9 80/2 80/3 80/5 84/4
95/12 95/13 95/14 95/15
96/9 96/10 96/11 96/15
96/21 96/22 98/6 98/13
98/16 98/17 98/23 98/24
98/25 99/3 99/19 100/14
101/3 101/6 103/1 103/17
104/11 104/18 104/20 104/21
105/7 105/7 105/9 105/12
105/14 105/14 107/23 109/4
109/12 109/17 110/12 111/12
112/2 112/3 115/6 116/24
119/4 119/18 129/16 129/18
130/5 132/22 132/23 133/19
133/22 134/14 134/15 134/19
134/21 134/22 134/24 136/2
136/3 138/5 138/7 138/14
139/17 140/5 141/2 141/21
142/14 146/18 148/19 148/23
149/2 149/11 149/17 149/20
149/20 149/23 150/12 151/4
152/3 153/24 154/13 155/21
155/21 155/22 156/25 157/8
157/8 159/20 175/8 177/14

181/20 184/3 185/3 185/10
185/15 185/19 186/2 186/10
194/12 195/4 199/2 199/5
192/22 199/22 200/19 200/20
208/10 209/1 210/10
**study** **[75]**   29/17 67/14 68/3
73/10 73/12 74/3 74/8 74/9
74/9 74/16 76/22 82/15
83/15 96/24 97/9 99/20
100/6 100/9 100/16 100/16
100/18 101/5 101/13 101/16
101/20 101/23 101/25 102/24
103/3 103/4 103/5 103/6
103/13 103/15 107/16 112/24
113/3 115/2 115/14 125/18
132/21 132/25 133/14 133/16
133/23 134/11 134/18 138/11
139/19 140/23 141/19 141/20
143/11 144/5 144/6 144/6
145/23 150/2 150/6 150/11
150/23 151/10 154/17 156/7
181/13 181/18 185/15 188/11
190/12 202/8 202/9 203/7
203/14 203/17 203/19
**stuff** **[1]**   100/22
**subject** **[3]**   84/15 127/6
127/9
**subjects** **[1]**   94/15
**submit** **[1]**   173/1
**submits** **[1]**   195/1
**submitted** **[1]**   180/14
**subparagraph** **[1]**   203/24
**subsequent** **[1]**   43/4
**substance** **[86]**   23/25 24/17
25/19 29/7 29/9 29/9 31/1
31/2 31/3 31/5 31/6 31/9
31/9 31/12 31/13 31/14 32/1
32/2 32/2 32/3 32/4 32/7
32/9 32/10 32/13 32/13
32/14 32/15 32/18 32/19
33/5 36/5 37/23 37/24 39/7
39/24 40/5 41/14 41/16
43/11 47/22 50/6 50/9 56/3
63/21 63/23 66/20 66/21
66/22 67/4 67/16 68/8 70/3
76/21 81/8 83/10 84/8 92/19
93/2 93/16 109/1 122/7
123/19 135/23 135/24 146/12
156/2 159/8 159/25 163/14
184/24 184/25 184/25 185/2
188/10 193/15 193/17 193/19
193/21 193/25 197/17 197/19
198/4 201/4 205/4 208/9
**substances** **[83]**   22/10 22/15
23/15 23/20 24/1 24/9 24/14
24/20 26/3 27/8 27/10 27/11
29/19 29/23 30/1 31/16
31/20 31/21 31/22 32/23
34/24 34/25 35/11 35/20
35/21 36/15 38/9 38/25 42/8
42/17 49/12 49/24 50/4 50/5
50/7 50/8 50/14 57/3 57/12
62/11 63/15 64/1 64/3 64/6
64/7 64/8 64/10 66/19 67/5
76/21 77/12 77/14 79/12
79/12 79/13 79/15 79/17
83/24 93/6 93/11 93/19
94/21 99/4 105/8 108/5

109/25 113/22 120/4 129/17
130/8 166/8 189/5 190/20
193/1 193/8 193/25 198/6
200/1 200/6 202/14 204/23
205/1 205/5
**substantially** **[11]**   34/24
37/14 46/3 69/4 187/2 190/6
192/22 192/25 193/6 193/13
193/19
**substitute** **[2]**   68/9 137/1
**substituted** **[4]**   69/14 75/17
75/17 186/11
**subverse** **[1]**   111/20
**successfully** **[1]**   75/12
**suffering** **[1]**   48/22
**suggest** **[3]**   11/16 84/11
173/4
**suggested** **[3]**   9/4 101/9
197/11
**suggesting** **[1]**   163/23
**suggests** **[3]**   95/17 122/20
184/11
**suitable** **[1]**   195/7
**Suite** **[4]**   1/17 1/22 2/3 2/7
**sum** **[3]**   107/14 113/6 113/6
**Sumiara** **[1]**   213/20
**summaries** **[1]**   24/9
**summarize** **[4]**   21/21 23/8
150/19 185/9
**summary** **[1]**   21/18
**supervise** **[2]**   179/23 180/2
**supervision** **[1]**   71/24
**supplemental** **[2]**   13/21 51/4
**supplied** **[2]**   92/13 130/5
**supply** **[3]**   74/6 133/2 156/19
**support** **[12]**   50/7 85/15
119/18 174/24 187/25 191/2
192/24 198/22 213/2 213/4
213/18 213/25
**suppose** **[2]**   97/24 187/17
**supposed** **[2]**   38/14 135/18
**suppressant** **[1]**   67/9
**sure** **[30]**   5/4 11/7 11/11
12/25 26/8 26/14 40/13 55/8
60/4 84/22 86/23 87/24 90/5
112/7 118/23 127/1 138/1
138/10 142/4 155/19 158/21
160/24 167/4 194/25 206/10
206/24 210/24 212/22 213/13
214/4
**surface** **[2]**   182/4 182/6
**surge** **[1]**   165/23
**surgery** **[1]**   40/14
**sustain** **[1]**   203/12
**sustained** **[6]**   76/11 134/3
140/19 178/10 200/14 203/8
**sustaining** **[1]**   155/6
**switch** **[3]**   68/6 89/4 113/5
**switched** **[1]**   75/13
**sworn** **[5]**   15/20 90/15 147/4
178/2 179/1
**symptomology** **[1]**   63/20
**symptoms** **[9]**   42/17 42/19
42/21 47/15 48/14 48/14
82/17 159/16 160/2
**synthesis** **[11]**   91/22 179/24
180/5 180/6 204/2 204/15
204/17 204/22 205/13 205/25

**S**

**synthesis... [1]** 206/4
**synthesization [1]** 204/9
**synthesize [6]** 42/2 92/2
92/11 92/12 92/17 204/1
**synthesized [2]** 20/10 204/18
**synthesizing [2]** 20/2 93/2
**synthetic [130]** 20/17 20/22
22/15 23/9 24/18 27/2 27/3
27/5 27/7 32/25 33/9 35/20
37/4 38/4 39/2 39/8 39/21
41/21 41/23 42/1 42/11
42/12 43/2 45/13 45/13 46/1
46/16 47/6 47/11 47/18
47/22 48/14 49/10 49/21
50/11 54/1 54/2 54/18 55/18
56/13 57/2 58/11 58/18 59/6
60/16 63/1 63/5 63/8 63/10
64/5 64/6 64/24 65/7 65/13
72/6 77/13 78/20 80/11
80/13 80/20 81/1 81/13
82/24 83/4 84/2 84/12 94/18
95/1 95/7 95/18 96/3 99/2
99/11 99/21 107/1 107/3
107/7 114/13 126/20 127/4
127/6 127/16 130/10 131/19
131/24 132/15 132/17 132/19
133/10 137/13 137/20 138/8
141/22 148/6 148/11 162/22
164/2 166/1 166/3 166/10
168/10 168/19 169/17 175/11
177/1 184/11 184/15 184/19
184/19 184/22 192/14 194/5
195/21 198/7 200/18 202/2
202/9 202/11 204/9 204/12
205/2 205/24 205/24 206/1
206/1 206/3 206/6 206/8
207/2 207/12
**synthetically [1]** 41/24
**synthetics [1]** 162/16
**Syracuse [1]** 57/24
**system [13]** 20/6 21/25 48/11
69/4 126/1 157/14 173/21
181/22 183/2 183/3 183/4
183/24 192/25

**T**

**T-R-E-C-K-I [1]** 15/24
**table [15]** 13/14 38/24 62/13
73/18 79/4 104/7 114/9
142/22 142/25 143/2 143/4
143/5 143/5 143/9 191/11
**tables [3]** 37/25 123/11
142/23
**tachycardia [3]** 48/10 69/20
69/23
**tacking [1]** 176/23
**take [25]** 7/20 12/5 15/3
16/22 24/25 36/6 46/16
58/22 77/4 77/24 85/17 89/6
110/24 113/17 116/21 131/13
136/15 136/17 137/4 146/21
151/9 169/17 170/8 173/9
203/22
**taken [6]** 110/23 111/19
147/24 150/16 184/2 207/20
**takes [5]** 12/22 20/9 35/3

97/16 137/5
**talk [29]** 7/25 11/5 27/19
36/18 55/12 59/18 59/24
66/17 88/18 88/20 88/21
105/6 107/25 116/1 116/5
126/1 126/10 148/13 153/6
154/10 154/16 160/7 160/7
161/18 164/5 169/2 173/11
177/5 185/4
**talked [5]** 112/2 112/3
120/19 157/8 177/4
**talking [27]** 25/15 28/10
55/4 58/24 59/8 63/17 115/6
125/22 127/16 139/3 152/5
153/3 153/4 153/8 153/10
153/15 153/18 164/17 164/18
166/5 166/18 170/1 170/23
197/23 198/24 205/19 212/23
**talks [1]** 43/20
**tallied [1]** 162/24
**tally [1]** 162/19
**Tameaka [1]** 213/23
**Tampa [1]** 2/3
**tangents [2]** 208/13 208/18
**tapered [3]** 45/19 51/17
52/21
**task [3]** 95/21 122/9 129/9
**tasked [1]** 122/13
**taste [2]** 56/3 189/21
**tasted [1]** 189/22
**taught [3]** 126/6 126/6 126/9
**teach [7]** 125/11 125/13
125/20 125/24 125/25 180/1
202/12
**teaches [1]** 178/20
**teaching [9]** 125/9 125/11
125/15 125/17 130/17 130/20
179/17 179/21 180/1
**tease [2]** 121/6 121/10
**techniques [1]** 20/4
**technology [2]** 47/13 179/13
**teenagers [1]** 171/22
**tell [24]** 9/20 18/20 19/10
30/7 34/21 36/2 40/18 42/23
53/10 81/25 85/12 127/5
147/23 150/6 150/22 151/6
156/1 159/19 163/9 171/15
186/13 189/25 190/7 200/7
**tells [5]** 67/10 67/11 150/2
150/6 156/3
**Temple [1]** 21/23
**temporally [2]** 27/9 29/8
**temporary [9]** 44/4 44/8 45/5
49/17 50/1 51/5 51/16 53/17
64/19
**ten [8]** 60/7 62/23 62/23
63/7 98/7 146/21 157/18
158/13
**tens [2]** 113/24 158/7
**tenth [1]** 159/2
**term [10]** 27/1 27/2 28/4
28/6 28/7 94/7 158/11
166/20 206/1 210/17
**terminal [1]** 48/22
**terms [37]** 7/7 7/18 12/1
12/11 13/14 14/19 27/20
28/3 28/22 37/15 38/2 46/15
52/22 54/5 56/13 67/25 70/6

71/13 74/24 81/5 116/23
123/12 123/21 153/13 153/15
154/17 164/11 166/2 185/3
187/22 189/17 192/22 193/1
193/1 193/13 204/16 213/4
**Terrence [1]** 16/5
**territory [1]** 139/22
**test [35]** 47/9 47/12 47/14
67/1 67/13 68/5 68/23 73/7
75/3 75/20 92/4 99/5 106/2
120/19 120/23 121/13 122/21
135/10 135/11 141/1 151/14
155/22 156/4 163/12 177/11
181/19 181/21 189/12 190/3
191/1 198/6 198/11 201/12
203/4 203/20
**tested [11]** 54/16 92/20
106/8 106/24 107/2 107/4
107/18 120/20 134/25 135/7
139/10
**testers [1]** 100/22
**testified [32]** 15/12 20/24
20/25 21/6 23/8 50/3 53/24
58/24 93/4 94/11 94/12
94/17 94/17 94/18 94/20
111/4 126/19 127/3 131/22
131/25 132/6 148/5 156/23
162/14 162/18 170/16 173/1
202/25 203/10 203/16 206/22
209/23
**testify [8]** 8/24 16/21 16/23
40/21 59/11 94/15 131/9
156/19
**testifying [9]** 127/9 131/18
132/18 134/6 134/20 145/17
147/19 178/2 178/5
**testimony [27]** 9/2 10/23
18/19 20/12 20/16 20/16
20/21 23/7 25/11 30/19
55/21 59/14 88/18 93/9
93/25 100/21 103/5 127/13
144/22 147/23 157/2 178/11
178/11 193/7 197/15 199/13
209/6
**testing [14]** 62/6 71/13
71/17 93/3 93/5 103/20
106/5 106/15 107/7 120/15
176/12 189/17 199/19 202/21
**tests [12]** 20/11 34/22 47/8
66/5 66/11 67/20 68/25
153/22 156/1 177/9 202/25
206/20
**tetrahydrocannabinol [1]**
184/23
**tetramethyl [1]** 208/23
**Texas [8]** 51/13 52/8 52/23
57/18 58/14 58/17 64/17
169/4
**thank [28]** 17/18 19/13 25/10
30/23 39/4 59/16 84/17 86/5
90/12 92/10 94/9 107/9
107/12 119/3 123/6 124/23
144/16 145/21 146/15 146/17
146/19 147/2 177/22 191/7
210/18 210/19 214/1 214/3
**thanks [4]** 11/8 15/11 78/25
174/10
**that they [1]** 205/12

**T**

**That was [1]**   59/4
**THC [228]**
**theirs [1]**   89/9
**Thelma [1]**   213/22
**therapies [1]**   48/3
**thesis [2]**   18/7 18/11
**thing [14]**   25/12 27/2 27/3
38/14 43/18 53/25 76/6
77/23 90/3 90/4 134/6
165/12 212/1 212/2
**things [28]**   6/9 8/21 11/23
28/12 37/6 82/3 90/1 90/1
109/24 114/8 116/3 119/23
120/21 122/19 148/13 152/5
159/17 162/3 162/4 163/20
166/23 171/21 174/1 181/1
181/15 193/17 193/18 213/5
**thinking [1]**   198/8
**thinks [1]**   25/8
**third [5]**   40/20 52/12 86/13
95/25 190/22
**Thirdly [1]**   98/16
**THJ2201 [1]**   52/13
**thought [18]**   12/18 13/3 13/7
19/5 25/23 27/19 43/14
43/24 44/1 44/10 78/22 93/4
95/21 101/17 135/17 137/8
191/19 198/2
**thoughts [1]**   8/7
**thousand [1]**   45/8
**thousands [7]**   28/15 113/24
158/7 164/9 164/21 164/21
166/19
**three [54]**   11/13 12/20 16/17
27/10 28/25 34/17 34/23
35/14 35/17 38/4 42/23
47/22 50/5 50/7 52/3 53/20
60/3 62/21 62/22 63/7 63/10
72/1 82/13 83/22 96/1 100/7
100/8 100/10 100/12 119/15
120/21 121/2 121/3 121/3
121/4 121/10 126/24 132/20
135/23 135/24 136/1 136/22
136/23 164/16 169/12 173/24
177/16 190/11 196/22 203/4
203/14 203/16 203/19 211/16
**three-choice [1]**   190/11
**three-lever [4]**   203/4 203/14
203/16 203/19
**three-year [1]**   53/20
**threshold [5]**   98/10 98/11
98/13 98/14 98/21
**Thursday [4]**   8/1 8/2 12/11
12/18
**tickets [2]**   128/23 128/25
**tier [1]**   107/15
**tiered [1]**   112/23
**tightly [4]**   67/11 182/1
183/18 183/20
**time [33]**   3/9 9/11 12/11
15/2 15/7 15/10 17/12 30/14
51/10 59/20 64/2 75/5 75/13
83/15 83/16 84/15 84/22
86/24 89/13 97/17 98/12
128/4 132/25 133/4 133/6
135/17 137/18 149/1 150/12

150/18 152/9 163/22 211/8
**times [24]**   15/13 23/12 23/13
27/17 47/14 60/6 74/2 75/8
76/23 77/4 97/21 98/1 98/3
98/8 126/19 126/24 126/24
131/25 148/6 154/1 154/1
162/7 177/17 177/17
**tiny [1]**   72/14
**titled [2]**   168/10 169/17
**to what [1]**   81/2
**today [47]**   7/21 8/2 8/6 8/7
9/9 9/10 9/15 11/12 11/22
12/14 12/19 13/4 13/7 13/9
15/1 15/3 18/19 24/14 37/12
84/7 96/6 111/10 116/25
123/25 126/21 135/23 138/25
142/18 145/17 146/6 164/10
164/23 164/25 166/5 174/20
175/12 185/3 198/25 200/20
201/2 202/4 202/17 202/23
209/7 211/6 213/9 213/25
**told [5]**   52/19 85/16 150/16
172/4 173/11
**tolerable [1]**   48/25
**tolerated [1]**   110/24
**Tom [1]**   126/9
**tomorrow [1]**   167/11
**tonight [1]**   167/5
**Tony [1]**   213/22
**tootie [1]**   55/24
**top [14]**   19/7 47/21 51/10
56/17 62/8 128/1 128/21
155/18 157/17 157/18 158/13
184/8 206/16 207/6
**topic [1]**   54/8
**topics [1]**   180/5
**total [7]**   10/4 109/4 109/8
116/22 162/24 172/9 192/3
**totally [2]**   135/9 141/10
**toughest [1]**   37/11
**town [4]**   12/3 12/6 59/19
87/8
**towns [1]**   169/8
**tox [2]**   68/12 160/4
**toxic [3]**   37/16 38/7 48/17
**toxicity [2]**   45/17 110/25
**toxicologists [1]**   175/9
**toxicology [9]**   37/15 47/4
47/5 56/24 64/1 64/23 80/2
91/14 163/13
**toxins [1]**   79/23
**track [3]**   40/2 45/21 46/19
**tracked [1]**   62/22
**traffic [1]**   109/23
**train [2]**   190/16 190/20
**trained [14]**   69/14 75/6 75/8
97/1 97/24 99/6 151/16
151/21 151/23 180/23 180/24
185/10 186/18 186/20
**training [14]**   18/3 18/3
19/24 20/8 21/19 97/5 97/14
97/16 97/22 98/12 121/17
121/21 141/13 187/3
**trains [1]**   97/11 97/13
**transcript [2]**   1/10 7/11
**transcription [1]**   214/13
**transferability [1]**   149/17
**translate [1]**   67/22

**translates [1]**   105/7
**transmembrane [1]**   182/5
**traumatic [2]**   18/9 22/5
**travel [6]**   127/13 128/20
128/22 128/24 129/9 131/6
**treat [6]**   47/15 63/20 107/5
107/6 108/17 111/2
**treated [3]**   14/7 36/6 117/25
**treatment [1]**   159/9
**TRECKI [31]**   3/4 15/18 15/20
15/23 17/22 18/17 19/16
87/11 87/13 87/15 88/9
88/11 88/22 93/4 93/11
96/23 108/1 111/3 112/2
112/10 132/7 133/15 133/18
136/19 137/22 140/20 141/2
141/3 145/13 147/3 147/4
**Trecki's [6]**   17/12 93/9
104/9 108/2 109/7 140/23
**trial [33]**   29/18 29/24 36/22
38/3 41/4 41/6 48/5 48/18
68/17 68/24 69/18 71/7 71/9
71/18 72/5 72/12 79/21 80/1
135/3 137/4 138/2 140/3
148/24 148/25 154/4 154/6
176/4 176/13 176/17 176/20
202/1 202/17 202/21
**trials [13]**   23/8 58/22 92/17
92/25 93/16 140/8 148/18
154/9 176/1 176/11 176/22
200/5 207/16
**trick [1]**   168/16
**tried [3]**   55/18 134/23
139/18
**triggered [1]**   205/11
**true [10]**   71/7 74/14 91/4
91/8 98/20 108/11 111/10
141/21 150/5 172/8
**truly [1]**   210/8
**trust [3]**   139/8 165/17 171/1
**truth [2]**   115/8 124/21
**try [13]**   8/4 8/6 17/1 25/4
131/3 140/21 170/21 175/23
188/4 188/8 208/13 211/4
213/13
**trying [17]**   6/9 9/12 44/16
44/19 77/24 88/3 104/2
109/20 110/16 122/6 123/8
123/10 123/12 123/20 124/19
137/1 175/20
**tryptamines [3]**   54/3 133/23
137/22
**tube [5]**   67/1 156/4 181/19
181/21 198/6
**tuberculosis [1]**   163/22
**tubes [1]**   155/22
**Tuesday [1]**   12/12
**Tulsa [2]**   63/2 169/15
**turn [3]**   113/12 135/20
191/7
**TV [1]**   162/2
**tweak [2]**   46/4 46/8
**tweaked [1]**   137/16
**twenties [1]**   171/23
**Twenty [1]**   83/5
**two [67]**   12/3 12/8 34/17
35/14 35/15 37/12 39/25
40/4 40/10 40/12 40/23 44/5

**T**

**two... [55]**  48/1 52/3 58/14
60/1 60/2 62/8 62/9 63/3
66/19 67/6 69/15 71/4 72/2
75/4 82/22 83/22 89/15
89/16 89/21 89/22 89/23
97/10 103/7 103/19 103/21
107/15 112/23 114/8 119/14
121/9 121/13 132/20 136/24
142/14 163/2 163/2 163/3
164/4 164/6 164/15 173/2
177/4 177/6 177/10 178/12
182/22 182/24 190/12 190/14
190/19 191/10 193/1 205/11
206/17 212/18
**two-and-a-half [1]**  72/2
**two-lever [1]**  121/13
**two-tier [1]**  107/15
**two-tiered [1]**  112/23
**Tylenol [4]**  110/23 138/25
139/1 160/21
**Tyndall [1]**  159/24
**type [5]**  47/18 74/11 94/15
136/10 176/25
**types [2]**  48/1 131/19
**typical [2]**  37/18 42/17
**typically [4]**  182/4 183/5
188/12 194/10

**U**

**U.S [5]**  1/16 1/16 84/8
117/15 166/14
**UCLA [1]**  92/23
**ultimate [2]**  8/18 8/20
**ultimately [1]**  181/6
**unacceptable [6]**  68/23 79/25
172/25 173/3 173/6 176/19
**unavailable [1]**  12/10
**unaware [1]**  141/2
**unchanged [1]**  134/20
**unclear [1]**  121/22
**undergo [1]**  176/11
**undergoes [1]**  72/13
**undergraduate [3]**  125/20
126/6 180/3
**understand [30]**  6/9 7/17
7/18 9/12 9/18 9/23 12/20
12/21 25/8 27/21 28/4 28/9
30/19 70/20 77/23 96/2
105/10 117/19 123/10 123/25
162/25 172/19 182/24 194/11
195/13 197/9 200/2 209/22
211/22 212/14
**understanding [4]**  27/24
188/14 200/3 204/7
**understood [2]**  101/18 150/22
**unfavorable [1]**  39/2
**unfortunately [4]**  54/10
63/23 78/23 159/20
**UNITED [17]**  1/1 1/4 1/11 5/8
23/14 28/18 50/15 50/18
56/13 80/18 92/18 92/21
93/17 109/5 109/8 178/7
214/17
**universities [1]**  130/18
**University [19]**  21/23 22/3
59/23 90/24 91/14 91/15

92/22 92/22 92/23 92/23
92/24 117/16 125/5 125/9
125/23 126/3 126/4 126/16
179/8
**unknown [2]**  97/4 108/25
**unlike-marijuana [1]**  42/19
**unlisted [2]**  23/15 23/20
**unrealistic [1]**  116/23
**unrelated [1]**  207/1
**unreliable [2]**  134/22 134/24
**upcoming [1]**  20/16
**upsetting [1]**  87/6
**UR [3]**  51/9 82/19 83/1
**UR-144 [3]**  51/9 82/19 83/1
**usage [1]**  202/24
**use [65]**  27/1 27/17 29/25
40/6 41/13 54/14 54/15
65/13 68/19 73/12 78/16
79/14 80/10 82/25 89/2 93/2
93/12 98/5 98/6 98/16
109/20 109/21 112/23 113/3
113/7 117/8 118/22 121/13
131/4 135/18 135/18 135/21
141/3 144/8 151/22 157/11
158/11 160/9 166/20 172/5
175/5 175/6 175/10 176/10
176/14 176/18 177/14 177/15
177/18 181/4 188/22 190/11
191/20 193/23 201/10 201/11
201/12 201/14 201/15 201/19
201/23 202/18 209/8 211/23
212/6
**useful [1]**  199/3
**user [1]**  55/21
**users [7]**  46/6 109/5 109/8
109/12 109/16 139/12 194/6
**uses [6]**  22/25 136/25 146/5
146/11 201/7 201/9
**usually [4]**  63/21 89/7
110/24 169/23
**Utah [1]**  51/14
**UW [1]**  125/24

**V**

**vacation [4]**  89/15 89/16
89/19 89/23
**vacations [1]**  89/18
**validated [2]**  75/5
**validity [1]**  195/4
**value [23]**  73/19 73/24 73/24
73/25 74/23 77/3 77/5 77/7
78/8 99/24 100/1 103/9
103/12 104/7 106/1 106/6
106/7 106/9 106/10 158/18
200/1 202/10 202/15
**values [4]**  103/21 177/4
177/6 177/10
**vapor [3]**  65/14 65/15 65/19
**vaporized [1]**  136/19
**variable [1]**  104/14
**variance [1]**  6/23
**variations [1]**  177/8
**varied [1]**  20/6
**varies [2]**  127/14 131/3
**variety [8]**  18/5 18/6 43/1
46/11 82/18 99/7 163/6
163/25
**various [27]**  18/6 18/11

20/17 26/20 28/14 35/17
49/11 52/10 54/15 56/19
56/20 62/11 66/4 72/1 73/12
73/17 74/8 78/15 78/17 81/6
83/4 92/20 94/13 130/17
159/12 169/2 188/12
**vary [1]**  127/11
**vegetable [10]**  10/19 31/22
35/24 36/5 36/16 65/9 65/11
65/17 80/19 204/14
**vehicle [1]**  97/3
**vendors [1]**  28/16
**verify [1]**  154/13
**versa [2]**  88/24 192/17
**version [3]**  42/5 96/3 138/20
**vetted [1]**  134/12
**vice [2]**  88/24 192/17
**view [6]**  28/6 115/11 115/11
209/17 210/7 210/23
**viewed [1]**  14/13
**viewing [2]**  40/18 73/8
**violence [1]**  7/8
**Virginia [3]**  57/23 57/23
169/4
**virtually [1]**  80/5
**vis [2]**  149/18 149/18
**vis-a-vis [1]**  149/18
**visiting [1]**  130/19
**vitae [3]**  91/6 91/8 178/17
**vitaes [2]**  16/19 17/2
**vitro [16]**  66/25 66/25 67/10
67/13 67/20 68/1 92/4 95/13
105/14 105/19 105/23 122/19
155/22 181/18 181/19 198/5
**vivo [4]**  92/5 95/13 105/14
105/23
**volume [2]**  77/1 102/16
**vomit [2]**  168/22 168/22
**vomiting [7]**  48/10 69/22
107/5 113/20 170/3 170/7
170/8

**W**

**wait [6]**  26/22 30/5 30/6
140/2 172/4 176/19
**want [71]**  7/17 7/19 7/22
7/23 7/23 8/9 8/14 9/7 9/13
9/16 10/25 12/9 12/24 12/25
13/1 14/2 16/22 19/10 25/2
30/2 34/11 44/24 46/7 75/21
77/24 84/22 84/22 84/25
85/6 85/15 86/25 88/20
88/21 90/23 100/15 107/25
113/5 113/12 114/18 116/1
119/22 122/9 123/13 131/15
135/15 139/7 140/2 145/1
156/24 161/18 163/2 163/18
164/4 164/20 164/20 167/3
168/16 173/23 176/3 185/4
201/25 202/5 202/7 202/20
203/22 210/24 212/11 212/25
213/6 213/13 213/14
**wanted [7]**  56/8 86/16 93/25
94/9 123/2 163/8 190/5
**wants [3]**  82/2 88/18 211/21
**warmer [1]**  9/2
**warning [1]**  162/3
**warrant [1]**  10/7

USA vs. Hossain, et al

**W**

**warranted [1]**  202/9
**Washington [1]**  51/14
**wasting [2]**  30/13 111/4
**watches [1]**  162/2
**wave [1]**  171/20
**way [35]**  7/15 7/21 13/12
 20/6 28/4 28/13 38/10 52/8
 66/18 67/2 87/5 95/20
 145/22 145/23 146/1 151/11
 152/11 152/15 152/18 152/20
 157/2 181/9 183/16 183/21
 184/1 186/3 187/13 188/17
 189/22 191/5 191/6 191/24
 193/3 198/18 198/21
**ways [1]**  124/20
**wear [1]**  85/24
**wears [1]**  85/16
**website [4]**  171/5 171/6
 171/11 172/11
**Wednesday [3]**  8/3 12/10
 12/17
**weed [1]**  117/6
**week [20]**  12/2 12/5 12/5
 12/6 13/12 13/15 60/22
 60/24 61/14 63/2 63/5 63/8
 89/13 89/14 89/18 89/19
 89/20 121/21 211/3 211/3
**weekend [2]**  83/17 214/2
**weekly [1]**  82/8
**weeks [10]**  25/12 60/18 60/18
 62/21 63/3 63/7 63/10 89/16
 89/16 169/11
**weigh [1]**  195/4
**weight [4]**  14/1 48/2 116/21
 116/22
**well-defined [1]**  108/8
**well-known [1]**  108/12
**went [7]**  32/23 78/17 117/14
 157/6 171/4 172/9 208/10
**West [7]**  1/20 2/2 2/8 2/17
 53/6 167/6 214/18
**whatnot [1]**  105/8
**whatsoever [1]**  139/4
**white [1]**  167/22
**wide [2]**  168/25 172/8
**widely [4]**  66/6 66/9 74/5
 188/20
**widespread [3]**  51/11 52/10
 172/5
**wildly [1]**  118/8
**Wiley [3]**  104/21 133/15
 134/15
**Winter [1]**  1/23
**Wisconsin [7]**  90/24 91/14
 91/16 92/23 125/6 125/9
 126/4
**withdraw [2]**  136/8 178/21
**witness [24]**  9/8 15/20 16/5
 17/11 30/12 77/9 79/6 87/4
 90/15 140/21 142/19 145/8
 146/8 146/16 146/20 147/4
 162/10 165/6 166/17 175/18
 175/23 177/23 179/1 210/21
**witnesses [9]**  3/2 7/17 9/4
 9/14 11/5 15/11 16/12 16/25
 84/23

**wonder [1]**  114/22
**word [11]**  27/1 35/3 48/22
 54/9 54/9 67/21 75/17 78/13
 148/25 152/21 161/6
**words [11]**  100/15 106/8
 138/24 141/18 144/11 153/19
 180/19 180/25 183/20 184/21
 189/7
**work [29]**  8/2 12/11 17/23
 20/5 49/4 72/11 84/19 92/15
 96/17 97/19 101/1 101/1
 101/2 101/2 108/7 109/8
 130/21 130/23 130/24 130/25
 131/1 131/4 149/10 156/16
 174/3 174/8 174/14 195/5
 202/7
**worked [3]**  59/22 86/12 94/2
**working [1]**  92/18
**works [2]**  97/8 128/3
**world [4]**  39/1 41/17 54/1
 54/6
**worried [1]**  87/8
**worry [2]**  11/24 13/10
**worse [8]**  37/14 69/25 70/4
 70/5 72/24 119/8 119/20
 194/9
**write [3]**  7/24 131/6 132/23
**writers [1]**  81/23
**writing [3]**  28/2 127/12
 131/3
**written [8]**  6/7 27/14 66/13
 130/2 130/4 130/7 130/9
 130/15
**wrong [7]**  10/12 30/7 101/10
 133/16 154/19 170/17 184/12
**wrote [3]**  45/9 144/1 203/22
**WTF [2]**  28/15 28/20

**X**

**Xanax [1]**  140/16
**XLR [267]**
**XLR-11 [265]**
**XLR11 [1]**  141/5

**Y**

**yardstick [1]**  141/18
**yeah [15]**  27/16 88/3 89/12
 96/23 97/10 122/5 133/10
 137/11 154/10 164/14 173/10
 184/5 204/21 207/14 210/17
**year [28]**  14/8 44/5 44/8
 46/10 53/20 56/14 59/2
 59/20 60/18 61/10 61/11
 61/12 61/16 62/2 62/24 83/3
 83/20 125/12 126/10 126/16
 167/13 167/21 167/22 170/7
 170/25 172/2 172/3 198/16
**Year's [1]**  12/7
**years [24]**  14/6 28/24 40/11
 44/5 45/8 45/16 53/25 58/22
 61/22 61/23 63/12 74/16
 82/17 83/22 111/9 111/11
 132/15 132/18 132/20 138/25
 152/22 165/20 166/19 172/1
**YEHIA [1]**  1/7
**yesterday [1]**  14/21
**York [6]**  7/12 53/4 57/24
 57/24 92/21 169/7

**you have [1]**  145/10
**youth [1]**  78/16

**Z**

**zero [3]**  132/3 169/19
 169/22
**zoom [1]**  101/21