```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
               CASE NO. 15-14034-CR-MIDDLEBROOKS



UNITED STATES OF AMERICA,

               Plaintiff,                 JANUARY 5, 2016
          vs.

SAIFUL HOSSAIN, AHMED YEHIA KHALIFA,
AHMED MAHER ELHELW,

               Defendants.
_____/    PAGES 1 - 90


               TRANSCRIPT OF SENTENCING HEARING
          BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS
               UNITED STATES DISTRICT JUDGE




APPEARANCES:

FOR THE GOVERNMENT:     CARMEN LINEBERGER, AUSA
                        Office of U.S. Attorney
                        101 South U.S. Highway 1
                        Suite 3100
                        Fort Pierce, Florida  34950


FOR DEFT. HOSSAIN:      RICHARD LUBIN, ESQ.
                        1217 S. Flagler Drive
                        2nd Floor
                        West Palm Beach, Florida  33401

                        FRITZ SCHELLER, ESQ.
                        1211 Orange Avenue
                        Suite 103
                        Winter Park, Florida  32789
```

Tuesday, January 5, 2016.

APPEARANCES(cont'd.)

FOR DEFT. KHALIFA:        MARK JON O'BRIEN, ESQ.
                          511 West Bay Street
                          Suite 330
                          Tampa, Florida  33606


FOR DEFT. ELHELW:         MARC SHINER, ESQ.
                          Perlet & Shiner
                          515 North Flagler Drive
                          Suite 701
                          West Palm Beach, Florida  33401


REPORTED BY:              DIANE MILLER, RMR, CRR
                          Official Court Reporter
                          701 Clematis Street
                          West Palm Beach, Florida  33401
                          561-514-3728
                          diane_miller@flsd.uscourts.gov


Tuesday, January 5, 2016.

```
 1                    P–R–O–C–E–E–D–I–N–G–S
 2          THE COURT:  Good morning; please be seated.
 3          This is a continuation of sentencing in the case of
 4  the United States versus Saiful Hossain, Ahmed Khalifa, and
 5  Ahmed Elhelw.  The case number is 15-14034.
 6          MS. LINEBERGER:  Good morning; Carmen Lineberger on
 7  behalf of the Government; and with me is AUSA Antonia Barnes,
 8  as well as HSI Special Agent Christopher McBride.
 9          THE COURT:  Good morning.
10          MR. LUBIN:  Good morning; Richard Lubin on behalf of
11  Mr. Hossain, along with Fritz Scheller.
12          MR. SCHELLER:  Good morning, Your Honor.
13          THE COURT:  Good morning.
14          MR. SHINER:  Marc Shiner on behalf of Ahmed Elhelw.
15          MR. O'BRIEN:  May it please the Court, my name is
16  Mark O'Brien; seated to my right, your left is Ahmed Khalifa.
17          THE COURT:  Good morning.
18          Okay.  I want to hear from you about where we stand.
19  There was some hint from the probation officer that you may
20  have reached some agreement or at least narrowed the issues as
21  to amount, which I haven't been able to figure out the amount.
22          I will tell you, based on the earlier hearing –– and
23  I'm not sure that it helps me that much in sentencing –– it
24  seems to me that the most equivalent drug is not marijuana but
25  probably the THC, but I don't see any scientific or empirical
```

Tuesday, January 5, 2016.

1    basis for the one to 167.  None of the experts were able to

2    tell us anything about where that came from.

3          We called the Sentencing Commission, they likewise

4    have no basis that they can point to as to how they came up

5    with the 167 to one ratio.  So I'm going to use the THC

6    computations with respect to guideline calculations, but I'm

7    not going to apply the 167 to one in the final sentence.  So

8    I'm going to certainly vary from that because I don't think it

9    makes sense.

10          And so with that, tell me what issues you want to

11    talk about today and how you think we ought to move forward.

12          Miss Lineberger, let's start with you.

13          MS. LINEBERGER:  Your Honor, the defendant Hossain is

14    currently the only defendant before you contesting any issues

15    with the rest of the presentence report.  I have started a

16    conversation with Defense Counsel on two issues, and I know

17    they were going to consult with each other, as well as their

18    client.  But as I see it at this point, there is the issue of

19    the total amount of the controlled substance remaining before

20    the Court as well as the defendant's role as a leader and that

21    attendant enhancement which would also affect the application

22    as to whether or not safety valve would apply.

23          So that's where we stand now, since the Court is

24    finding that the most similar substance in the guidelines is

25    the -- is the substance THC.  So the Government is prepared to

1   call a witness with regard of the total amount of the

2   controlled substance.

3          Your Honor, the Government gave a very, very

4   conservative number to presentence.  We can certainly prove

5   that number, if not more; and I will let Counsel take it from

6   there.  I'm not going to say what his objection is, but those

7   are the --

8          THE COURT:  You all still object on amount?

9          MR. SCHELLER:  On amount, no, Your Honor.

10          THE COURT:  So what is the amount you think the

11   parties think is applicable?

12          MR. SCHELLER:  It was -- I believe it was 216

13   kilograms, Your Honor.

14          Yes, it is paragraph 49, Your Honor, 216 kilograms.

15          THE COURT:  Okay.  Is that the substance or powder?

16   There were some -- you all talked about packaging and organic

17   material and all of that.  Is that still an issue or is that

18   not an issue?

19          MS. LINEBERGER:  Your Honor, the Government can prove

20   it by pure substance without the green stuff.

21          THE COURT:  Or the packaging?

22          MS. LINEBERGER:  Right.

23          THE COURT:  When you talk about packaging, I meant

24   whatever surrounds the -- as opposed to the ingredient.

25          MS. LINEBERGER:  We can prove it pure straight from

Tuesday, January 5, 2016.

1    China, or we can prove it --

2              THE COURT:  So 216 is the agreed number?

3              MR. LUBIN:  Yes.

4              MR. SCHELLER:  Thank you, Your Honor.

5              THE COURT:  So what is left, role and 3553?

6              MR. LUBIN:  On role, since it -- it is so important

7    here because it is an eight-level difference in his sentence,

8    and we object to role.

9              THE COURT:  But how?  I mean, is your objection to

10   any enhancement then because I guess they have attributed what,

11   five levels?

12             MR. SCHELLER:  Four levels.

13             MR. LUBIN:  Four levels for role, and then he gets --

14   he loses the safety valve, that's two levels; and then he gets

15   this two-level importation enhancement under the guidelines.

16   So it turns out to be an eight-level difference which we feel

17   so vastly overstates the seriousness of it.

18             MS. LINEBERGER:  Your Honor, certainly one doesn't

19   deserve safety valve if he is the leader of this organization.

20   And, Your Honor, this wasn't like they picked it up off the

21   street and decided to sell it.  They are the ones bringing it

22   into the country, mixing it, making --

23             THE COURT:  Well, that's all --

24             MS. LINEBERGER:  -- at least 13 times the amount;

25   so, Your Honor, we are prepared to argue the leadership.

Tuesday, January 5, 2016.

1            THE COURT:  All right.  Well, you raised -- you

2    talked about a number of things.  I mean, the fact that

3    somebody is bringing it into the country doesn't have anything

4    to do with role.

5            What I'm trying to understand is the role, if that's

6    the objection.  And she says four levels, you are trying to

7    argue for none, no enhancement?

8            I mean, didn't he recruit some people?  I mean, isn't

9    it clear there are -- whether or not there are five or more

10   participants, there are participants.  So I have a hard time

11   understanding your role argument other than you don't like the

12   sentence.

13          MR. LUBIN:  It's probably more of a 3553 argument,

14   to be honest with the Court on that.

15          You know, they are treating him like he is Carlos

16   Lehder or something, that he has 100 people under him and he

17   would have the same exact role enhancement as you get under the

18   guidelines here.

19          We really can't, in good faith, object to the -- we

20   are not -- this isn't the time to argue for sentencing, but we

21   really can't object to the fact that there were people under

22   him in this mom and pop operation.  But that's really what it

23   was, it was a mom and pop operation.

24          But I -- under the -- under the strict interpretation

25   of the guidelines certainly, he gets the role enhancement.

```
1              THE COURT:  Well, a role enhancement.  Is your
2   problem of five or more or --
3              MR. LUBIN:  Four or more.
4              THE COURT:  Genny, my book is on my desk, my
5   guideline book.
6              MR. LUBIN:  Yeah.  You know, under the strict
7   interpretation, I mean, we feel a two-level is more
8   appropriate, but that's really for the end of the day rather
9   than now, I think you know.
10             THE COURT:  Well, the first step is to get the
11  guidelines.  I'm required under the --
12             MR. LUBIN:  I know.
13             THE COURT:  -- authority to calculate the guidelines,
14  then deal with variance, so that's what I'm trying to do.
15             MR. LUBIN:  I know.
16             THE COURT:  Miss Lineberger, the difference between
17  four and two levels in terms of his role, who are the five or
18  more participants?  It doesn't seem to me that "otherwise
19  extensive" applies here, so it is really a question of who are
20  you relying on in terms of participants and who did he -- who
21  did he --
22             MS. LINEBERGER:  Your Honor, you have all of the
23  individuals in the -- that were originally indicted.  That
24  would be the defendant Hossain; the defendant Elhelw; the
25  defendant Khalifa; the defendant Piya, the wife of Hossain; and
```

Tuesday, January 5, 2016.

1  then you have those individuals that were setting up and

2  picking up these packages from the various PakMail boxes,

3  which would include Blanding, Marchese, Granados, Maldinado,

4  Lorena.

5          Lorena was the first individual that acted in the

6  role that Mr. Elhelw took over, so certainly that's way over

7  five at that point.  Then you have the person to whom they

8  were -- who was actually going to be a retailer type, since

9  they were the importer, the manufacturer, the wholesaler.  Then

10  you had the individual that they were actually putting it

11  altogether for, so that's yet another person.

12          So this isn't just mom and pop, because mom and pop

13  would be Hossain and Piya.  And then you had all of these

14  people packaging for them at the various places.  So that -- I

15  mean, this isn't mom and pop.  Mom and pop could certainly

16  order it and sit all day and all night and put it into boxes

17  and jars and packets, but that's not what this was.

18          This isn't a little Chinese restaurant on the corner,

19  Your Honor.  This is an importation and distribution

20  organization, so certainly five levels would apply.  And we

21  have been conservative up to now, Your Honor, with the amount.

22          And parity also plays into the fact that if

23  Mr. Elhelw gets a lower level, and Mr. Khalifa is up there with

24  Hossain, certainly the defendant Hossain deserves two levels.

25  He is the head of the organization.  He filed the taxes, he

1    started the sham business.  I mean, all of these activities

2    play into his role, as I noted in my response to the

3    objections, Your Honor.

4           I realize Your Honor is going to take into account

5    3553, so I don't want to get into -- off on a tangent here.  We

6    are just talking about the five levels; but certainly, it would

7    apply here.

8           THE COURT:  Well, it is four.

9           If the defendant was an organizer or leader of

10   criminal activity that involved five or more participants or

11   was otherwise extensive, increase by four levels.  If he was

12   the organizer, leader, manager, or supervisor in a criminal

13   activity other than that described in (a) or (b), increase by

14   two levels.  So the question is four levels or two levels.

15          Then we kind of add up -- it is not the fact that --

16   I mean, otherwise, every person involved in cocaine, because

17   there is somebody growing it in Colombia, and there is somebody

18   that ships it down here, and there is somebody that does -- I

19   mean, I think you have got to focus a little more than that.

20          So who are the five people?  You mentioned the wife.

21   Did he supervise or control Khalifa or were they partners, for

22   example?  Elhelw, it sounds like, was recruited by somebody.

23   So who are the five that I should look to with respect to four

24   or two levels?

25          MS. LINEBERGER:  Hossain, Piya --

Tuesday, January 5, 2016.

1          THE COURT:  You don't count -- well, I guess you do

2     count the person.  Okay, Hossain is one.  Who else?

3          MS. LINEBERGER:  Piya.

4          THE COURT:  His wife, right?

5          MS. LINEBERGER:  Yes.

6          THE COURT:  Okay.

7          MS. LINEBERGER:  Elhelw.

8          THE COURT:  Who recruited Elhelw?  How did he get

9     involved?

10          MS. LINEBERGER:  He got involved because he was a

11     friend of Defendant Khalifa.  Mr. Hossain recruited Khalifa,

12     however, because Mr. Hossain started off working for someone

13     else, decided to branch off on his own and then brought in

14     Mr. Khalifa.

15          THE COURT:  All right.  Who else?  You have got

16     three.

17          MS. LINEBERGER:  And Llerna, Your Honor, the

18     defendant Lorena who was in the initial role of the defendant

19     Elhelw and who had initially controlled the PakMail, importing

20     boxes.

21          THE COURT:  Helena?

22          MS. LINEBERGER:  Llerna, L-L-E-R-N-A.

23          THE COURT:  Is he indicted?

24          MS. LINEBERGER:  No, he is not indicted at this time,

25     Your Honor.

Tuesday, January 5, 2016.

```
 1              THE COURT:  All right.  Who else?

 2              MS. LINEBERGER:  Maldinado.

 3              THE COURT:  And who is Maldinado?

 4              MS. LINEBERGER:  Maldinado was one of the individuals

 5    that opened a PakMail box, Your Honor, and packaged for the

 6    defendant.  Anthony Maldinado is his full name, Your Honor.

 7              THE COURT:  You are up to five.  Anybody else you

 8    think should be considered?

 9              MS. LINEBERGER:  Marchese and Granados, and they were

10    in the same role as Defendant Maldinado, Your Honor.  They also

11    opened PakMail boxes.

12              THE COURT:  Did they share in proceeds?

13              MS. LINEBERGER:  I'm sorry.

14              THE COURT:  Did they share in proceeds?  What did

15    they do?

16              MS. LINEBERGER:  From what we gathered, Your Honor,

17    they received money for opening the mailboxes.  They were paid;

18    and those individuals, Granados --

19              THE COURT:  Did they know there were some illegal

20    substances in these packages?

21              MS. LINEBERGER:  Yes, Your Honor, and Blanding as

22    well.  Blanding, I believe, I listed before.  That was the

23    juvenile.

24              THE COURT:  Okay, thank you.

25              Mr. Lubin, she has listed several people, and it
```

Tuesday, January 5, 2016.

1    seems like he was either an organizer or a leader, so my

2    question is:  Are there five or more participants, or is it

3    otherwise described in 3B1.1(c)?

4         MR. LUBIN:  I think they are overstating the number

5    of people that were underneath Hossain.  Certainly, his wife

6    was; but Khalifa is the one that recruited Mr. Hossain into

7    this whole organization, in the first place.  And even in the

8    PSI, it suggests that they acted together, that one wasn't over

9    the other one.  So I think he comes off.

10        And Elhelw, the woman had --

11        MS. LINEBERGER:  Elhelw is next to you.

12        MR. LUBIN:  The wife.

13        THE COURT:  You mean Piya, the wife?

14        MR. LUBIN:  Llerna was not recruited by him nor

15   underneath him in the thing, so I think you are down to three

16   right there.

17        MS. LINEBERGER:  Your Honor, we have e-mails between

18   the defendant and Oleg Llerna, where the defendant and Oleg

19   Llerna that are corresponding and the defendant basically

20   assigns locations and gives Llerna the number of kilos to

21   expect would go to the mailboxes, much like the defendant

22   controlled where Mr. Elhelw would pick up from the mailboxes.

23        The defendant is the one that tracked the packages to

24   ensure they got to the location.  He is the one that ordered

25   the powder.  He was the one that told them what mailbox

Tuesday, January 5, 2016.

1  locations would be -- the packages would be going to.

2          And certainly, there is evidence that Mr. Khalifa was

3  recruited by Mr. Hossain because Mr. Hossain -- it was

4  Mr. Hossain's idea to branch off from the person he initially

5  worked for.  And if you need to hear from Mr. Khalifa, he is

6  present.

7          THE COURT:  Were he and Khalifa essentially partners?

8          MS. LINEBERGER:  Your Honor, they acted as president

9  and vice-president in this organization.  They both had

10 control, but the ultimate decisions and the ultimate financial

11 decisions and the control of the bulk of the money was in the

12 hands of Defendant Hossain.

13         THE COURT:  Who got the bulk of the money?

14         MS. LINEBERGER:  The defendant Hossain.

15         THE COURT:  He got more than Khalifa?

16         MS. LINEBERGER:  As far as we could find from the

17 bank records, yes.

18         MR. SCHELLER:  Your Honor, that's bank records that

19 my client turned over voluntarily to the Government.

20         MS. LINEBERGER:  No, he didn't.  We subpoenaed those

21 bank records, Your Honor, with all due respect, Mr. Scheller.

22         MR. SCHELLER:  May I finish, please?

23         THE COURT:  Let's not have back and forth, if we can

24 avoid it.

25         Where the bank records came from doesn't have a lot

Tuesday, January 5, 2016.

1  to do with it, does it?

2          MR. SCHELLER:  Well, the assumption is -- the

3  question really is:  Did my client receive more proceeds from

4  Mr. Khalifa?

5          They have obtained more bank records from my client,

6  it doesn't necessarily mean that he obtained more money.

7          I find it very problematic that the Government is

8  arguing, once again, that my client controlled Mr. Elhelw.  It

9  is clear in paragraph 44 in the PSR that he was under the

10 control of Mr. Khalifa and that he was also -- noted in

11 paragraph 42, Mr. Khalifa recruited Mr. Elhelw.

12         The other problem is I think there is a big factor

13 context that the Court is missing in this case.  This case

14 actually came out of a Tampa case involving multiple defendants

15 who are under indictment in Tampa.  Mr. -- my client is

16 actually from Bangladesh.  These individuals are Arabs from

17 Egypt and so on.  Mr. Khalifa was the one who introduced my

18 client to them in Tampa.  That's how my client became aware of

19 the XLR-11.  That case is ongoing.  There have been multiple

20 proffers in that case.  The Government is aware of them.  So to

21 say that my client recruited Khalifa is just wrong.

22         MS. LINEBERGER:  Your Honor, I don't agree with his

23 recitation of the history in this case, just for the record.

24         THE COURT:  Where is he wrong?

25         MS. LINEBERGER:  Well, where he is wrong is

Tuesday, January 5, 2016.

1    Mr. Khalifa merely gave the defendant a phone number.  The

2    defendant took it upon himself to go start as a packager and

3    work his way up working for a defendant named Ali out in Tampa,

4    and the defendant decided that he could build a better

5    mousetrap and decided to start doing it himself in his home

6    with his wife.

7            And he had his wife and then he got his friends, and

8    they started packaging in his apartment; and then they branched

9    out into storage facilities; and, at some point, he hired

10   Mr. Khalifa to start packaging in a menial role filling jars,

11   Your Honor.  And that's how Mr. Elhelw got brought into it, in

12   a menial role filling jars.  But at all times, the defendant

13   Hossain kept the control, kept the control of the money, kept

14   the control of the negotiating, and kept control over everybody

15   involved including his wife, including Elhelw.

16           The leadership over Elhelw doesn't have to be

17   mutually exclusive, Your Honor.  They had their different roles

18   certainly.  The defendant kept that role in keeping track of

19   the packages, the product, the commodity that Elhelw was

20   picking up.  Mr. Khalifa didn't do that.  There is no evidence

21   of that.  We have e-mails between Hossain directing Elhelw on

22   where to go.

23           Yes, Mr. Khalifa might have rented the vehicle; but

24   certainly, Mr. Khalifa wasn't in e-mail contact constantly with

25   the defendant Elhelw telling him what packages were going

Tuesday, January 5, 2016.

1   where, how much they were, and where to pick them up.  That's

2   the defendant, and that shows his control over that commodity.

3           THE COURT:  All right.

4           MR. SCHELLER:  Well, Your Honor --

5           MS. LINEBERGER:  While the defendant has -- Defendant

6   Hossain has had numerous interviews, many of those interviews

7   he lied in, so you can't give him credit for lies, Your Honor.

8           MR. SCHELLER:  Well, Your Honor --

9           THE COURT:  Okay, given the -- basically relying

10  largely on the role assessment in the PSI -- 41, 42, 43, and

11  44 -- it appears that both Hossain and Khalifa were organizers

12  and managers of this activity.  I'm not convinced it is

13  extensive.  I'm also not convinced about the five people.  It

14  certainly doesn't equate to some of the larger drug

15  organizations that we deal with, so I'm going to apply a

16  two-level increase for both of them, both Khalifa and Hossain.

17  That deals with safety valve then, correct?

18          MR. LUBIN:  Correct.

19          THE COURT:  They are not entitled to safety valve.

20          MR. SCHELLER:  That is correct, Your Honor.

21          MR. LUBIN:  That is correct.

22          MR. O'BRIEN:  Judge, may I be heard on behalf of

23  Mr. Khalifa?

24          THE COURT:  Yeah.  You want to go down below two?

25  How do you do that?

Tuesday, January 5, 2016.

18

```
1          MR. O'BRIEN:  Well, if I may explain.

2          I believe the Government is correct, and I believe

3  that Counsel is incorrect that Mr. Hossain was, without a

4  doubt, above Mr. Khalifa.

5          Mr. Khalifa -- if you are going to reduce Mr. Hossain

6  to two levels, then by the very nature, Mr. Khalifa should be

7  reduced to zero levels which would entitle him to safety valve.

8  I gave this some thought, and I put it on page eight of my

9  sentencing memorandum how this would actually --

10         THE COURT:  Look at 42.  Is 42 right or wrong?

11  Paragraph 42, "Khalifa assisted Hossain in devising and

12  organizing the scheme.  He recruited his friend, Ahmed Maher

13  Elhelw, to pick up packages."

14         MR. O'BRIEN:  Yes.

15         THE COURT:  Is that true or not true?

16         MR. O'BRIEN:  That is true, Judge.

17         THE COURT:  Well, that's gives him two.

18         MR. O'BRIEN:  Here is what I would like to say to the

19  Court, and it is -- perhaps it's best saved for the argument I

20  will make during the 3553 presentation.  And I certainly don't

21  want to be in the business of prosecuting anyone, I gave that

22  up two decades ago, but I don't necessarily think that -- I

23  have sat through several proffers in this case, and I'm aware

24  of the case in Tampa which is largely why I'm involved in this

25  case.
```

Tuesday, January 5, 2016.

```
1            I don't think that it is fair -- and again, perhaps
2    under a strict reading of the guidelines, perhaps this is
3    better made an hour from now when I'm doing 3553(a)
4    presentation, but I don't think it is fair that Mr. Hossain and
5    Mr. Khalifa receive the same amount under two levels.
6            Now, in terms of the four levels, I think it is
7    supported.  Your Honor has ruled that I'm not going to get
8    involved in that, I don't have a dog in that fight.  But in
9    terms of the overall balance of how this shakes out, the
10   Government is absolutely correct.
11           THE COURT:  Okay.  Well, I think he is entitled to
12   the two given -- if you have agreed with 42, and so you may be
13   true that you can argue some of that in the 3553 factors and
14   perhaps can elucidate and explain more carefully to me the
15   difference between these guys.
16           MR. O'BRIEN:  I will, Judge.
17           THE COURT:  In terms of reading the role assessment
18   provisions of the PSI, he is certainly an organizer or manager
19   just based on his recruitment of Elhelw.  I'm going to apply
20   two to both of them.
21           MR. O'BRIEN:  I understand, Judge.  I'll save my
22   argument.  I don't want to be in a position that I'm doing
23   anything other than defending my client, and I think it is best
24   that I save any further comments that I have for my particular
25   section of the 3553(a) so as not to effect any other gentlemen
```

Tuesday, January 5, 2016.

```
 1   at the table.
 2          THE COURT:  Is that all of the guideline issues
 3   then?
 4          MS. LINEBERGER:  Your Honor, I have an issue that I
 5   just need to bring to your attention.
 6          I understand your ruling, and the Government objects
 7   for the record to your ruling.  However, if you drop Hossain
 8   and the defendant Khalifa down to the lowest level as a two,
 9   then you have Mr. Elhelw listed as a three; and certainly,
10   they recruited more people than Mr. Elhelw did.
11          THE COURT:  Did he recruit anybody?
12          MS. LINEBERGER:  Yes.
13          THE COURT:  Who did Elhelw recruit?
14          MS. LINEBERGER:  Alex Blanding, the minor, Your
15   Honor.  And then certainly Hossain and Khalifa recruited more
16   people and were involved and had more of a
17   management-leadership role than Mr. Elhelw.  So I would
18   suggest, Your Honor, making Hossain and Khalifa level three.
19   If you are going to reduce them, reduce them to three; and for
20   parity sake, have Mr. Elhelw as a two.
21          And I normally don't do that, but I'm thinking --
22          THE COURT:  The three is a manager or supervisor but
23   not an organizer or leader, and so it doesn't seem to fit.
24          MS. LINEBERGER:  Well, Your Honor, actually it does
25   fit because Hossain and Khalifa did supervise.
```

Tuesday, January 5, 2016.

1              THE COURT:  And what in terms -- how was Elhelw paid?

2    In terms of the fruits of the enterprise, how did that impact

3    him?

4              MS. LINEBERGER:  The defendant Elhelw received

5    payment for picking up the packages, and he was paid by the

6    defendant Khalifa.

7              THE COURT:  On a per-package basis?

8              MS. LINEBERGER:  As far as we can tell, according

9    to --

10             THE COURT:  And so how much?

11             MS. LINEBERGER:  He was -- he indicated that he was

12   paid, he said, 50 a package.  In addition, when he was a

13   packager, like putting the things in the -- putting the green

14   substance into the jars, he was paid per jar as were everybody

15   else that packaged the stuff.

16             THE COURT:  Well, he may have, I guess, invited the

17   juvenile.  I'm just going to remove his two levels.  So I

18   think Khalifa and Hossain are at two, Elhelw is at zero then.

19             Okay.  I think that covers the guideline

20   calculations, correct?

21             MR. LUBIN:  It does.

22             MR. O'BRIEN:  Yes, sir.

23             THE COURT:  And let me ask the Probation Officer.

24             Tell me then where you are?  I realize you are

25   applying the 167 to one ratio, but let's make sure we have what

                          Tuesday, January 5, 2016.

1   the guideline calculations are with the rulings on role and

2   given that the amount is agreed.

3            PROBATION OFFICER:  For Mr. Hossain, total offense

4   level is now a 39; his guideline imprisonment range is 262 to

5   327.

6            THE COURT:  All right.

7            It is the same for Mr. Khalifa?

8            As far as Mr. Elhelw -- may I have just a moment,

9   Your Honor?

10           THE COURT:  Yes, sure.

11           PROBATION OFFICER:  It is a little more complicated.

12           THE COURT:  Does he get safety valve then?

13           PROBATION OFFICER:  Yes.

14           There is also another issue with his use of a minor.

15   There was a two-level increase.  If you qualify for a role

16   enhancement under 3B1.1, you also receive a two-level increase

17   for use of a minor, since you found that he does not qualify,

18   that he does not receive a two-level increase for a minor, but

19   there is another provision in the guidelines that does provide

20   for that, so I -- may I have just a moment?

21           THE COURT:  Yeah, sure.

22           PROBATIONS OFFICER:  Your Honor, Mr. Elhelw's total

23   offense level is now 31, and his guideline imprisonment range

24   is 108 to 135 months.

25           THE COURT:  All right.

Tuesday, January 5, 2016.

1          Okay.  Let me hear your recommendations and arguments

2     under 3553.

3          Miss Lineberger, why don't you take all three of

4     them, since it sounds like there is some dispute as to relative

5     culpability between Hossain and Khalifa.

6          MS. LINEBERGER:  Your Honor, it is the Government's

7     position that, looking at the three defendants before you,

8     Mr. Elhelw is the least culpable, Mr. Hossain is the most

9     culpable, and the defendant Khalifa comes in the middle.

10         The reason why the Government argues that Mr. Hossain

11    is the most culpable and should be -- receive the most

12    punishment in this case goes back to the start of all of this

13    in Tampa.

14         The defendant Hossain started working for an

15    individual, another organization in Tampa, started out at the

16    bottom, started out as a mere packager putting the material,

17    after it had been sprayed onto plant leaves, into the packages

18    and jars, et cetera.

19         THE COURT:  Help me, too, with dates because there

20    was some discussion that he worked in his father's grocery

21    and -- at some point, this was not an illegal drug and then

22    became, I guess -- became more widely acknowledged to be

23    illegal.  That may have even preceded when the DEA made it --

24    proceeded under their emergency rules.

25              I'm trying to understand.  If you are a heroin dealer

Tuesday, January 5, 2016.

1   or cocaine dealer, you know you are doing something that is

2   against the law and is morally repugnant.  Some of these

3   things, it is not clear to me, fall within that category

4   initially, until people started learning more about the

5   ramifications of it.  So I have a hard time trying to

6   understand the chronology and who did what when.

7             MS. LINEBERGER:  Your Honor, the defendant Hossain

8   started as far back in this as 2012.  And he worked in his

9   father's store.  His father sold this product.  An individual

10  would bring the product along with the cigars and tobacco and

11  cigarettes that the -- that that vendor sold, and the father

12  sold that.  And while the defendant --

13            THE COURT:  Was it regarded as legal then?

14            MS. LINEBERGER:  It was starting to be illegal.  And

15  DEA law enforcement visited that store and caused his father to

16  stop selling the product.  The defendant started working for a

17  man named Ali packaging the product, et cetera; and while the

18  defendant was working for Ali, he was approached by law

19  enforcement, taken in, interviewed, advised it was illegal; and

20  he was put on notice for then a second time.  A, he made some

21  statements, "It is all Ali, it is all Ali," et cetera.

22            The defendant branched off and started his own

23  business knowing that this new product, this new stuff that

24  people were consuming like other substances they had smoked, he

25  was on notice at that point.  And he continued time after time

Tuesday, January 5, 2016.

1  after time after being contacted by law enforcement over and

2  over and over again to continue to sell the product, and he

3  knew it was illegal and continued to do it and continued to

4  grow bigger.

5          He did it in a clandestine fashion, started in his

6  apartment then went -- as his profits grew, he needed more

7  people.  He needed his friend Khalifa to help him.  He needed

8  people like Elhelw, because he needed more people to package,

9  more people to mix it, more people to get it together for sale

10 because they had somebody that was going to buy it, the same

11 guy that came to his dad's store that sold it.  He had somebody

12 with a route already.

13         So way back to his father's store, when the police

14 told them it was illegal, the father stopped selling it, so he

15 is on notice at that point.  And the interesting thing --

16         THE COURT:  When was it?

17         MS. LINEBERGER:  It is important.

18         THE COURT:  Tell me the emergency rule -- the DEA

19 made this illegal by using emergency powers when?

20         MS. LINEBERGER:  There was an emergency rule and then

21 they added it to the schedule, Your Honor.  The defendant was

22 selling it and involved in it way back to 2012 and continued

23 to be involved in it through the emergency rule, through the

24 scheduling.

25         And I submit, Your Honor, he even downloaded and had

Tuesday, January 5, 2016.

1    a copy of Ali's indictment indicting Ali for XLR-11 in his

2    home, and it was seized in his home when this case was taken

3    down.  And he continued to have people to sell it, but he had

4    people putting storage facilities in their name.  Then to get

5    it away from Tampa, he has it delivered to the eastern part of

6    the Middle District and the East Coast and has everybody else

7    put it in their name, all of the names that I mentioned.  And

8    he can't say he didn't know because he did know; and he was on

9    notice, and the substance was illegal.

10            The majority of the substances that were seized in

11   June of 2015 were illegal scheduled when they were seized; and

12   before that, they were analogues, but XLR-11 is one of the

13   oldest ones.

14            He had an indictment seized from his very apartment

15   listing all of the charges from his former employer, and it

16   didn't stop him because of the greed, Judge.  That's why he is

17   the most culpable.  He continued to bring in the money, he just

18   changed his MO.  Even after Mr. Elhelw is encountered in

19   November of 2014, the defendant didn't stop.  He just changed

20   his MO.  They just changed the warehouse facilities, they just

21   moved them around.  They didn't stop.  And Mr. Khalifa was also

22   involved in that, Judge.

23            But the defendant Hossain is the one that kept having

24   the law enforcement contact, and he kept track of it.  He

25   wanted to distance himself away and have other people do his

Tuesday, January 5, 2016.

27

1    dirty work while he continued to get paid, but it's -- there is

2    evidence that he continued to monitor all of these hundreds of

3    kilograms coming into the Middle District and the Southern

4    District to get it away from Tampa.  He continued to monitor

5    them.

6            The CEO doesn't get their hands dirty anymore.  They

7    don't grease the cars.  They don't lube the ball joints.  They

8    have other people to do that so they don't get their hands

9    dirty, and that was how Mr. Hossain became in a very short

10   time, Your Honor.

11           He is on e-mails negotiating prices, asking for --

12   saying he would need upwards of 150-kilos a month.  That's a

13   lot of pure powder.  That's before it goes on the street.

14   Three and 5-kilos at a time, Your Honor.  He is the importer.

15   They are the importer, and they are the mixers, and they are

16   the wholesalers.  They are the ones that give it to the guys

17   that then distribute it on the street.

18           People always talk about the poor crack sellers on

19   the corner and how they are not the ones bringing it into the

20   community.  Well, you have the ones bringing it into the

21   community right here before you.

22           It is made in China, and they are responsible --

23   primarily, Mr. Hossain -- for bringing it into the United

24   States.  You have the importer here.  It is not marijuana.

25   Folks want to call it synthetic marijuana merely because it is

Tuesday, January 5, 2016.

28

1  sprayed onto some leaf, but it is that XLR-11 and those other
2  synthetics that are causing people to get sick and die.  And it
3  is still new, but it is not to be taken lightly.
4        Cocaine and heroin are naturally occurring, and they
5  have been around for years.  But this is made in China, no
6  purpose for it other than to be sold and peddled in forms -- in
7  packets, Scooby-Doo with Bart Simpson.  People thinking -- they
8  don't know, they just want to get high.  They don't know how
9  serious it is, but you have heard evidence of how serious this
10 is, the deaths.
11       THE COURT:  Well, there is one, according to DEA,
12 with XLR-11.  There are additional deaths from other
13 substances.  And it is true, you can't tell where they are -- I
14 mean what substance was always being used; but according to the
15 DEA report, there was one known death in XLR-11.
16       MS. LINEBERGER:  Your Honor, and respectfully, that
17 is an older report, Your Honor, and the deaths are mounting
18 every day.  And the more that it's used, the more deaths are
19 going to occur.  But these are the people bringing it in.  But
20 for the defendant's key strokes on his computer -- and I'm
21 talking about Hossain, but for the key strokes on his computer,
22 the stuff wouldn't be here, not at least these kilos that we
23 were able to seize.  But so many got through and so many we
24 tracked actually got to where they were supposed to be going.
25       THE COURT:  Okay.  I understand you think Hossain is

Tuesday, January 5, 2016.

1   the most responsible, and tell me what you think the sentence

2   is.  What sentence do you recommend for Hossain, Khalifa, and

3   Elhelw?  And you filed a 5K for Elhelw, right?

4           MS. LINEBERGER:  Yes, I did, Your Honor.

5           THE COURT:  Okay.  Your Honor, I would ask that you

6   sentence Mr. Hossain to the top of the guideline range.  I

7   realize and I respect Your Honor's feel about this; but, Your

8   Honor, most respectfully, when this -- when these substances

9   get scheduled, and I believe they will under synthetic

10  cannabinoid, their own special listing, it's going to be at the

11  same level, if not higher, than THC.

12          The Government is requesting 327 months for

13  Mr. Hossain because even though he has if you call it accepted

14  responsibility in this matter, and he has gotten credit for

15  that, he had ample enough time, ample time to stop what he was

16  doing.  And he knew better and he continued to do it over and

17  over and over again, even after knowing one of his workers got

18  caught because Mr. Elhelw did report it, and they continued.

19  I'm asking for the high end of the guidelines for Mr. Hossain.

20          I'm asking for the low end of the guidelines for

21  Mr. Khalifa because they are not -- while they were partners,

22  they were not equal parters, Your Honor; and but for

23  Mr. Hossain, Mr. Khalifa might not have gotten involved in

24  this.  He might not have recruited Elhelw.

25          Mr. Khalifa controlled some packaging, he did supply

Tuesday, January 5, 2016.

1  the rental car for Mr. Elhelw.  He did receive more proceeds

2  than Mr. Elhelw, certainly not as much as Mr. Hossain did, but

3  he did receive proceeds from their venture.  But I'm asking for

4  the low end of the guidelines for him at this time, 262 months.

5  I believe, because their roles are different, he should not be

6  treated exactly like Mr. Hossain in this case.

7          And for Mr. Elhelw, Your Honor, I would ask that Your

8  Honor give him the 5K for cooperation, which the Government did

9  file on his behalf despite the fact that he did run back and

10  tell the defendants he had been encountered.  But for his

11  cooperation, it would have been harder to pursue this

12  prosecution.  So off of that 108, the Government would request

13  a reduction of 24 months.

14          THE COURT:  Okay, thank you.

15          MS. LINEBERGER:  Thank you.

16          THE COURT:  Let's hear from Defense Counsel.  What

17  are your recommendations?  Tell me why.

18          MR. SCHELLER:  Yes, Your Honor.

19          May I approach from the podium?

20          THE COURT:  Sure.

21          MR. SCHELLER:  Thank you.

22          Your Honor, if it may please the Court, Your Honor,

23  you may recall at the last hearing, there were a number of

24  witnesses that were here in support of my client, Mr. Hossain.

25  I just want -- there is additional witnesses.  I'm not going to

Tuesday, January 5, 2016.

1   have them present to the Court, I just want to have them stand

2   up, introduce them to the Court.  Many of them traveled from

3   Tampa and other places.  And so we have Gloria McCray.

4         Would you please stand up?

5         Thank you.

6         Sumi Ara, this is Mr. Hossain's sister; Carl

7   Strozier; Joan Napp; Thelma Hill.

8         Ma'am, you can remain seated.

9         She is seated.

10         Eunice Butts.

11         Thank you, ma'am.

12         Tanya Lee; George Hill; Gregory Hill; Juanita Jones;

13   Anastasia Brown; Anthony Brown; Mohammed Abus Sayed, my

14   client's father; Rashida Begum, this is my client's mother;

15   Antonio Gun; Tanjina Piya, my client's wife; Ramisa Kabip,

16   Kimbreell Hill; I believe it is Daniel Hill; and Liasa Jones.

17         Thank you, you can be seated.

18         Your Honor, in addition, as you can see from these

19   individuals, my client has a great deal of community support.

20   In addition, I have a petition which reads, in part, "We, the

21   undersigned, personally know Saiful Hossain.  Although we are

22   aware of charges against him, we ask this Court to show him

23   mercy in his sentence.

24         "The loss of his presence will truly be a loss to our

25   community and, of course, to his family.  It is our desire and

Tuesday, January 5, 2016.

1  hope that the Court will consider our collective support for

2  Saiful Hossain in determining his sentence.  Thank you."

3        This petition -- and I'll present it to the Court --

4  is signed by 329 individuals from Mr. Hossain's community.

5        May I approach, Your Honor?

6        THE COURT:  Certainly.

7        MR. LUBIN:  We can file that later.

8        MR. SCHELLER:  I will give it to the Court, and we

9  will file it later.

10        MR. LUBIN:  We are going to need it back.

11        MR. SCHELLER:  I'll ask at the end to return it so I

12  can file it formally, Your Honor.

13        THE COURT:  Why don't you keep it.  It will not make

14  sense for me to read those names now.  Just file it.  I think

15  you made your point.

16        MR. SCHELLER:  I think the Court will be relieved.  I

17  will not read the 329 names either so...

18        Your Honor, I do want to make an argument under 3553

19  on behalf of my client.  I think one of the most telling

20  statements that occurred in this courtroom today was when the

21  prosecutor said in response to your question, well, this

22  activity started to be illegal.

23        Now, it is clear that this was not illegal until

24  2013.  This substance was actually sold in a number of

25  convenient stores around Florida, including in the Tampa area,

Tuesday, January 5, 2016.

1   including in my client's father's store.

2          The key thing is, if you look at the presentence

3   report, you will see my client -- and the prosecutor actually

4   referred to it, my client was paying taxes on this activity.  I

5   mean, this is a unique situation where you have somebody

6   involved in drug activity paying taxes on their income.  And so

7   that obviously goes to his state of mind.

8          I also think it is problematic to say, well, he was

9   on notice because there was --

10          THE COURT:  Well, he was pretty surreptitious about

11   it.  You don't usually have drop boxes and all of that kind of

12   thing if you think you are following the law.

13          MR. SCHELLER:  No.  At some point -- and I'm not

14   saying that he wasn't aware that his conduct was illegal, Your

15   Honor, obviously, but what I'm saying is when he started in

16   this path.

17          You know, to say, though, he was clearly on notice

18   because an indictment was found in his house upon his arrest

19   or upon his search warrant.  That was not until 2015 that that

20   occurred.

21          They also talk about, well, at some point, these were

22   analogues, even if they were weren't scheduled substances; but

23   as you know, that requires a higher intent under the analogue

24   case recently from the Supreme Court.

25          So what I'm saying is, yes, my client accepts

Tuesday, January 5, 2016.

1   responsibility.  Clearly, what my client did was wrong.

2   Clearly, my client was aware of it.  But what I'm saying is it

3   doesn't excuse his culpability, but it certainly mitigates his

4   culpability that, when he started this activity, it was general

5   in the community.  This essentially was considered synthetic

6   marijuana.

7           And one of the things I find extremely problematic

8   in the cases, the Government says, well, there is at least one

9   death, and the deaths are rapidly growing.

10          First, we don't have statistics on that.  I go back

11  to Mark Twain who once said, "There is lies, there are damn

12  lies, and there are statistics."

13          Well, we have one death, but that is meaningless

14  without knowing what are the total number of users of XLR-11

15  in the United States.  We have no frame of reference.

16          What this clearly was considered was to be synthetic

17  marijuana by the people who used it.  And that goes into what

18  my client believed also.  He did not believe this was something

19  natural like cocaine or heroin, which is much more serious.

20  The idea that he was this heavy recruiter of Khalifa is

21  problematic also.

22          The prosecutor made this reference, "Well, he was

23  given a number by Khalifa."  That was to Ali, the main guy in

24  Tampa who was running the organization, and so it acts like

25  this was just, well, he was given a phone number randomly.  You

Tuesday, January 5, 2016.

1    know, I do believe they are equally culpable in this case.

2              Fortunately, when we look at the nature of the

3    offense and the other factors under 3553, the bottom line is,

4    is you have a substance that wasn't illegal until 2013 that was

5    considered synthetic marijuana and, yet, we are facing a

6    27-year sentence as requested by the prosecutor.  It is

7    obscene, and it is so inconsistent with the factors under 3553.

8              And now, I just want to briefly discuss the other

9    factors, the history and characteristics.  My client is a

10   person with no criminal history.  He is a father.  He is a

11   husband.  His wife is here today with her young daughter.

12   Ironically, it is his young daughter's birthday today.

13             He has significant family and social support.  It is

14   amazing the number of people here today.  It is also amazing

15   the number of signatures he has received in support of him.

16   What that shows is he has certain redeeming characteristics

17   that bode well for his future success.  And that's consistent

18   with the fact that he has been charitable in his community, has

19   been charitable in his homeland in Bangladesh.

20             This is not -- this is an individual who made a

21   terrible mistake but obviously has certain enviable and

22   redeeming characteristics.

23             Under 3553, we must also look at the issue of

24   deterrence.  I want to speak about general deterrence briefly.

25             As the Department of Justice has found -- and it is

1   attached to my sentencing memorandum -- long prison sentences

2   do not equate to deterrence.  The longer the prison sentence

3   does not result in deterring criminal conduct.

4          In this case, again, a 27-year sentence as requested

5   by the Government is obscene.

6          Finally, as to this issue of general deterrence, as

7   it goes to XLR-11, we believe that the agent testified in 2013

8   this was the --

9          THE COURT:  But your memo talked more about

10  deterrence in terms of recidivism.

11         MR. SCHELLER:  Okay.

12         THE COURT:  The problem here is this is a serious

13  drug which, at least for a time, was increasing.  Whether it

14  still is, there was -- I mean, one of the studies we looked at

15  said there was, in 2012, 11 percent of high school seniors were

16  using synthetic cannabinoids.

17         MR. SCHELLER:  Right.

18         THE COURT:  So if you are going to stop it, how do

19  you do it other than with stiff sentences?

20         MR. SCHELLER:  Well, one, it was scheduled after

21  those studies.  As the agent, the DEA agent testified, 2013 was

22  the high watermark for the use of XLR-11.  So it is actually --

23         THE COURT:  They are just moving on to others, right?

24  As soon as one gets scheduled, another one pops up --

25         MR. SCHELLER:  Other analogues.

Tuesday, January 5, 2016.

1          THE COURT:  -- either as or more dangerous.

2          MR. SCHELLER:  Well, you're saying, well, the problem

3   is, I'm -- we are assuming it is a dangerous drug, and then we

4   go back to this issue of we have one death.  And if we have

5   11 percent of users, we have tens of thousands if not hundreds

6   of thousands of users of XLR-11.  So the question is:  How

7   really dangerous is this drug?

8          THE COURT:  Well, a lot of people are showing up in

9   emergency rooms, a lot of young people with severe problems.

10  You can't always tell whether it is XLR-11 or one of these

11  others.  But, I mean, somehow the Government needs -- is trying

12  to stop it.

13         MR. SCHELLER:  I understand that, Judge.

14         THE COURT:  There is no question in terms of kidney

15  injury.  I guess to challenge, Miss Lineberger referred to that

16  DEA rule-making statement, but it is pretty clear that this is

17  far more harmful than marijuana, and we need to figure out how

18  to stop it.  So I'm trying to understand your arguments in

19  terms of deterrence.

20         MR. SCHELLER:  Well, here -- let me answer that very

21  briefly.  It is impossible to say how dangerous this drug is

22  unless you know the total number of users.  You can say there

23  are 700 emergency room visits associated with XLR-11 and other

24  drugs, but unless you know the total number of users in the

25  United States, that statistic is meaningless.

Tuesday, January 5, 2016.

38

```
1            In terms of general deterrence, Your Honor, he is
2    facing a prison sentence for this, but 27 years.  You may say
3    that this drug is more serious than marijuana, but is it?
4            THE COURT:  So what is the appropriate sentence?
5            I understand you're saying that you don't need a
6    28-year sentence for deterrence, so what do you think is
7    appropriate?
8            MR. SCHELLER:  Well, before I say what sentence is
9    appropriate, let me just -- one last argument.  And, Your
10   Honor, this is part of my request.
11           The idea that Draconian sentences for nonviolent drug
12   offenders, first-time drug offenders are necessary, that's a
13   tenet that's been rejected.  It has been rejected by the
14   Republicans in Congress, it has been rejected by the Democrats
15   in Congress, it has been rejected by the Department of Justice.
16   And so that's what we have here, a nonviolent first-time drug
17   offender.
18           It's amazing that we're even talking about 28 and 27
19   years.  When you ask me what sentence is appropriate sentence,
20   that guideline sentence is so out of whack, whatever sentence I
21   ask for now is going to be a significant variance off of an
22   excessive, obscene 27-year sentence.
23           So when you ask me that question, Your Honor, I
24   believe a three-year sentence would be appropriate in this
25   case.
```

Tuesday, January 5, 2016.

```
 1              THE COURT:  Now, the average marijuana sentence,
 2   according to the Justice Department, is 39 months.
 3              MR. SCHELLER:  Right.  And if I was before this Court
 4   on the average marijuana case --
 5              THE COURT:  You would be saying probation, right?
 6              MR. SCHELLER:  Exactly.
 7              THE COURT:  All right, fair enough.
 8              So you think --
 9              MR. SCHELLER:  I am an officer of the court.
10              THE COURT:  You think three years is an appropriate
11   sentence here?
12              MR. SCHELLER:  I think it is, Your Honor.  I think
13   there is a series of mitigating factors.  And what we have to
14   look at, too, how he has been punished in this case.
15              This is an individual who has given up essentially
16   all of the proceeds he gained in this case.  He has been
17   significantly separated from his wife and child.  He is going
18   to have a felony conviction that's going to affect his
19   employment prospects.
20              And when we talk about recidivism, we also need to
21   talk about specific recidivism.  It is clear that this person
22   does not pose a risk of recidivism.  No criminal history,
23   strong family support, married, under the Department of Justice
24   statistics, that strongly supports the idea that he will not be
25   a risk of recidivism.
```

Tuesday, January 5, 2016.

```
 1              Your Honor, finally, and I appreciate the Court's
 2    time today, but, you know, when we -- the Supreme Court has
 3    looked at guidelines and situations where they are not the
 4    product of empirical research or national experience, and we
 5    are faced with a guideline in this case that is exactly that.
 6    This -- it's based on a one to 167 ratio that he has no basis.
 7    It is based -- the idea that this is some serious drug and it
 8    is close to THC is based on the sketchiest of scientific
 9    studies and primarily involving six rats, and yet, we are
10    supposed to act like this guideline of 27 years has a facade of
11    legitimacy.
12              I would submit to the Court this is exactly like the
13    crack situation where, for years, individuals were sentenced
14    under a one to 100 ratio that had no scientific basis.  We are
15    faced with that same crisis here.
16              And so, Your Honor, I would ask mercy -- for mercy on
17    behalf of my client.
18              THE COURT:  All right, thank you.
19              Who is next?
20              MR. O'BRIEN:  Judge, would you prefer, I'm -- in the
21    indictment, I'm up next, if Your Honor would like --
22              THE COURT:  Doesn't make a difference.
23              MR. O'BRIEN:  Yes, sir.
24              MR. LUBIN:  Your Honor, can I step out briefly while
25    he proceeds?
```

Tuesday, January 5, 2016.

1            THE COURT:  Sure.

2            MR. O'BRIEN:  Judge, you have heard this name, Ali.

3  It is almost like the Kaiser Soze of this world.  His name is

4  Ali Alkati [phonetic].  He is without question the

5  top-of-the-line when it comes to these types of synthetic

6  drugs.

7            This is where this young man learned how to do it.

8  And it's interesting because when Ali Alkati is finally

9  sentenced, he will receive a sentence that is drastically less

10 than 262 months that the Government is asking for my client.

11           And the -- I agree with Mr. Scheller, although I'll

12 disagree with him in a moment, so he may not like me then, but

13 the 327 months that Mr. Hossain is facing --

14           THE COURT:  You are predicting his sentence.  He has

15 not been sentenced and why do you think it is going to be less?

16           MR. O'BRIEN:  He is cooperating, Judge, and that's

17 the benefit of the federal system, as Mr. Elhelw is finding

18 out; and hopefully some day in the future, my client will find

19 out.  Unfortunately, that is -- I don't want to use the word

20 "game," because I don't want to make it sound trite, but that's

21 how this works.

22           But in any event, Judge, what we have here are three

23 rather young men all who have no prior record, and this is a

24 nonviolent offense, yet I'm forced to explain why 262 months

25 for Ahmed Khalifa is an unreasonable sentence.

Tuesday, January 5, 2016.

1           THE COURT:  Well, spend more time on what you think

2    a reasonable sentence is and why.

3           MR. O'BRIEN:  I am going to.

4           THE COURT:  I frankly agree with you on these

5    guideline sentences, but even with -- if you treated this as

6    marijuana, this 36-month sentence would not be --

7           MR. O'BRIEN:  Judge, this is where Mr. Scheller, my

8    esteemed colleague from Orlando who I have a great deal of

9    respect for, will not like what I'm about to say.

10          I don't think I can ask for 36 months with a straight

11   face.  I do, however, understand as it is now, Mr. Elhelw is at

12   a 31, which is 108 months to 135 months; but it is my

13   understanding that he has yet to receive his 5K.  If I have

14   that right, he is probably going to end up in the five- to

15   six-year range.  That's just a guess, but I'm probably pretty

16   close.

17          If Mr. Elhelw receives a sentence of five or six

18   years, and I think my client should receive a sentence of 120

19   months, and I have been consistent with that, Judge, because I

20   placed it in the sentencing memorandum that I filed nearly a

21   month ago, and to the point of me asking for 120 months and

22   thinking that is a gift, that's -- that's a significant amount

23   of time, Judge.

24          One hundred twenty months is ten years.  A lot can

25   happen, as I pointed out in my sentencing memorandum, in ten

Tuesday, January 5, 2016.

1   years.  To the fact that -- to the point of deterrence for a

2   young man with no criminal record who is committing a

3   nonviolent offense and then is going to receive 120 months and

4   then be deported, I think there is deterrence there.  I think

5   that shows respect for the law.  I think it is a just

6   punishment, and I think that that is appropriate in this case.

7           In terms of the roles and why I believe that that's

8   appropriate, if you have Mr. Elhelw, who I don't disagree is

9   below Mr. Khalifa in this organization, receiving a sentence of

10  anywhere from five to, let's say, seven years, I think that a

11  sentence of around ten years is appropriate for my client

12  because it shows he is above Mr. Elhelw.

13          But I have to agree with the Government, as much as

14  it pains me to do this, because the facts simply show that

15  Mr. Hossain is above Mr. Khalifa.

16          Mr. Scheller started off by saying Mr. Khalifa was

17  above Mr. Hossain, then in his closing argument, he stated

18  that they were equals.  They are not.  I'm not saying

19  Mr. Khalifa is some bottom feeder, that he was in charge of

20  nothing more than packing, that's not true; but without a

21  doubt, Mr. Hossain learned his trade from the master of all

22  masters, Mr. Ali Alkati, and then he was very good at his

23  business.  He brought more people into it.

24          And Mr. Hossain and Mr. Khalifa have been lifelong

25  friends.  They have known each other since high school, they

Tuesday, January 5, 2016.

44

1   have a bit of rivalry when it comes to being competitive with

2   each other; but in this particular competition, Mr. Hossain was

3   above Mr. Khalifa.  The facts are undisputed as to that.  I

4   have sat through --

5          THE COURT:  Why do you say that?

6          MR. O'BRIEN:  Because, Judge, I don't want to -- I

7   have to be careful because I don't want to jeopardize any of

8   the ongoing investigations that the Government has, but I can

9   tell this Court that I sat through probably close to eight or

10  nine hours of proffers with my client.  I know this case very

11  well.  I have, to this point, refrained from commenting a great

12  deal on it because we weren't challenging what to me is very

13  obvious.

14         But when it comes to the organization, the hierarchy,

15  Miss Lineberger is right, Mr. Hossain is the president,

16  Mr. Khalifa, who has a relationship dating back to high school,

17  is the vice-president.  But just simply because you are the

18  vice-president, it doesn't negate the fact that by the nature

19  of the hierarchy of organizations, be it legal or illegal,

20  Mr. Khalifa is below Mr. Hossain.

21         And I don't think anyone deep down, when you look at

22  the facts, can find otherwise.  That's just the way it works.

23  And it is supported by the e-mail traffic, it is supported by

24  the other proffers in this case.  It is just supported by the

25  facts.

Tuesday, January 5, 2016.

1          Now, I don't like the fact that Mr. Khalifa and

2     Mr. Hossain are both at a level 39, and that's where I think

3     the variance is appropriate, and that's what I talked about

4     earlier.

5          In pointing out on page 8 of my sentencing

6     memorandum, if you were to take away the role, which is, you

7     know, you reduced it from four to two to Mr. Hossain, if you

8     were to reduce it to no role for Khalifa, Mr. Khalifa literally

9     goes from a 41, which is in a presentence investigation report,

10    to a 31, which is 108 to 135 months, because it is a huge

11    swing, Judge.  It is a gigantic swing in terms of not only the

12    role but also the safety valve.  And that's where I think that

13    120-month sentence comes into play, and that's why I think it

14    is appropriate because, Judge, Ali Alkati's guidelines are

15    probably the same as Mr. Hossain's and Mr.  Khalifa's.  And

16    that is absurd.

17         I degree with Mr. Scheller on that.  You just have --

18    this is not that type of an organization, and that's where Your

19    Honor's independent, third-party, no-dog-in-the-fight judicial

20    wisdom needs to come into play because we have a situation

21    where these gentlemen -- and far be it from me to speak to all

22    of them, but these sentences are outrageous for young men

23    nonviolent working in convenient stores.

24         And you are going to see, because I agree with

25    Mr. Scheller and Mr. Lubin, that you have this science in its

Tuesday, January 5, 2016.

1  infancy.  A decade from now, 15 years from now, we are going to

2  have all of these young men locked away for these absurd

3  sentences probably on science that may not make a whole lot of

4  sense, once we get deeper into it.

5          To its credit, the DEA agent acknowledged that the

6  overdose for cocaine, for heroin, 10, 15, 20,000, for all of

7  these other types of narcotics yet because --

8          THE COURT:  We have the same problem, we don't know

9  the total.  I did look.  Apparently, there were 5400 reported

10  deaths from cocaine in 2014; 10,574 reported deaths from

11  heroin.

12          MR. O'BRIEN:  We went through, Judge, I actually

13  pulled it up on my iPad.  The luxury of having electronics with

14  4G network and data plans is that I sat there and went through

15  with him; and as I pointed out, it was a .gov website.  It

16  wasn't something that, you know, the National Association of

17  Criminal Defense Lawyers told me.  It was something I just went

18  through.  And it is because this is new, and it is frightening.

19  It goes back to the '80s where all of a sudden, you had a

20  situation where there is this panic, and it is this rush to

21  over criminalize it and punish and throw away the key, and that

22  doesn't make sense.  It fails.

23          And what you are seeing -- and I agree with

24  Mr. Scheller and that's why I put it in my sentencing

25  memorandum, again wrote over a month ago, is you have a

Tuesday, January 5, 2016.

1   situation where we are going to imprison people for far too

2   long, and it doesn't serve a necessary purpose.

3         You don't think that individuals are here that if

4   Your Honor grants me what I'm asking for, which terrifies my

5   client, ten years in prison.  You don't think that that's a

6   deterrence; you don't think that people are going to hear about

7   that and go, wow, a guy with no prior record, a guy that was a

8   very good high school student, went to college, he received ten

9   years his first time.  That will get around.  That is a

10  significant deterrence.

11        Two hundred sixty-two months is not necessary.  And

12  that's what I'm asking the Court to take.  Take the big picture

13  in this and to see that while the guidelines may have been

14  scored accurately, it doesn't result in a reasonable sentence.

15  And in turn, I'm not going to speak to what is appropriate for

16  Mr. Hossain.  I can just tell the Court that in terms of

17  hierarchy, in terms of sentencings, my client should be in the

18  middle, and I'm suggesting a sentence of 120 months.

19        THE COURT:  All right, thank you.

20        MR. O'BRIEN:  Thank you.

21        MR. SHINER.  May I approach the Court?

22        On behalf of Mr. Elhelw, I just want to make clear

23  that my client was 24 years old at the time.  He graduated two

24  years of college.  He was on his way to becoming a dentist,

25  doing very well in school.

Tuesday, January 5, 2016.

1          Some of the letters I submitted, there was a letter

2    included by a professor who invited him to a prestigious

3    undergraduate research program that he was unable to attend

4    because he was arrested in this case.

5          My client did not in any way order any of these

6    products.  What he did was he was a courier.  He did pick them

7    up for approximately nine months is what he told the police.

8    He picked up approximately 11 packages, based on my reading of

9    the reports and what he told the Government.  Apparently.

10          The Government seized many of the packages that were

11    going to go to these PakMails.  That's where they came up with

12    108 kilograms.  He was responsible for that which he accepted.

13    But in reality, he made probably less than a thousand dollars

14    for picking up the packages.  He did make some more money

15    knowing these gentlemen for filling some of the bags, but he

16    made an insignificant amount compared to the other two

17    defendants.

18          My client voluntarily -- his father relinquished

19    $34,000 that the police -- that the agents seized during the

20    search warrant from his father's home.  He relinquished that

21    money in good faith.  The Government had no connection with

22    that money in anything illegal to show the Government that

23    anything his son did, his father was willing to pay back

24    probably five to tenfold what his son actually made in this

25    illegal enterprise.

Tuesday, January 5, 2016.

1              We are asking the Court to consider all of the

2    factors in my sentencing memorandum which basically outlines

3    what my client did, who he is, what kind of person he is, how

4    he worked with his dad for about seven years, became a citizen

5    of this country, and his role and what he did.  I don't mean to

6    demean the other two defendants, but he was nowhere near

7    Hossain or Khalifa.  He was the low guy on the totem pole,

8    probably even had a lesser role than Mr. Hossain's wife who was

9    not incarcerated.  And the Government told you about five

10   different people who also opened up mailboxes who were never

11   prosecuted.

12             So we are asking the Court if you take into

13   consideration the sentences -- I'm sorry, not the sentences but

14   the ratios of THC that the experts testified to that's

15   currently in marijuana, it was anywhere between five and seven,

16   not 167.  So if you take the high end of seven, 108 kilograms

17   of XLR would be 756 kilograms of marijuana, then that would

18   start my client at six levels less than what the Government is

19   requesting.

20             Based on the evidence, we think that's fair taking

21   the high end, seven to one.  And if you do that, then, Judge,

22   my client's level will be a level 25, he would be looking at 57

23   to 71 months, and the Government is asking for 24 months off at

24   least at a higher sentence.

25             My client -- in November of 2014, how this case all

Tuesday, January 5, 2016.

1 │ came about, my client was picking up a package.  The agents

2 │ were there at the PakMail posing as a PakMail employee, and my

3 │ client confessed to what he was doing.  He agreed that he knew

4 │ the substances were illegal at the time he was picking it up.

5 │          He gave access to the Government to his e-mails,

6 │ that's how they were able to implicate Hossain; told them that

7 │ Khalifa was the one who rented the car, that's how the case got

8 │ put together.

9 │          While my client did go back and tell both of the

10 │ codefendants that he was intercepted by the police, which he

11 │ shouldn't have done, my client ceased all illegal activity.  He

12 │ remained a student until he got arrested, and the other two

13 │ defendants apparently kept doing what they were doing.

14 │          So that's how this case came about.  So my client is

15 │ the one who really helped the Government put this case

16 │ together, and he should get some credit for that.

17 │          So, Judge, I'm asking the Court, if you take the

18 │ 57 months and minus 24, you are at 33 months, and I think

19 │ that's a fair sentence for my client.

20 │          He also had an opium problem.  While he received some

21 │ treatment, it was on and off.  That's one reason he was doing

22 │ this, so he could support his drug habit.

23 │          So if the Court does see fit to sentence him to

24 │ prison, we are asking that he also get the drug program.

25 │          Thank you, Your Honor.

Tuesday, January 5, 2016.

51

```
1              THE COURT:  All right, thank you.

2              Miss Lineberger, do you want to respond to these

3  arguments?

4              MS. LINEBERGER:  Your Honor, it is really not fair to

5  compare the deaths and illnesses attributed to synthetic

6  cannabinoids to cocaine and heroin that have been around for

7  hundreds if not thousands of years.

8              These are fairly new substances; but over the past

9  years, they have been growing in popularity.  And while the

10 record number of deaths may not have made it to the news or

11 those responsible for keeping statistics.  Certainly the

12 illnesses, the kidney damage, and the long-term effects are of

13 record and are in this Court's record.

14             With regard to Mr. O'Brien's argument comparing his

15 client to Mr. Elhelw, I would remind the Court that Mr. Elhelw

16 was responsible for half the amount that the defendants,

17 Khalifa and Hossain, are held responsible for.

18             THE COURT:  Is it true he was basically a courier?

19             MS. LINEBERGER:  Your Honor, he had different roles.

20 He did have a supervisory role over folks opening up PakMail

21 boxes.  So he is not the lowest.  He certainly is not the

22 highest.  He is somewhere below like an Alexander Blanding who

23 would be one of the ones that opened the boxes.  He is at the

24 level that coordinated those opening up of the boxes, when

25 Hossain told him where the packages would be going.  So okay,
```

Tuesday, January 5, 2016.

1  the packages are going to these ten places, now you coordinate

2  the ones that are going to pick them up, basically.

3          And yes, he had boxes in his name, but he is not

4  merely a courier.  He is a little above a courier, supervisor

5  of a courier, Your Honor.

6          So we would certainly object to the comparison that

7  Mr. Khalifa made with regard to Mr. Elhelw because Mr. Elhelw

8  was not responsible for as much.  He wasn't in the conspiracy

9  for as long.

10          Your Honor, these are new drugs, they are taking hold

11  of more people every day.  There have been reports in the news

12  that someone in Pasco County had to be tased multiple times

13  before they would go down because they were under the influence

14  of this synthetic cannabinoid.

15          THE COURT:  Aren't those the flakka cases though?  Is

16  there any of that in this XLR-11?

17          MS. LINEBERGER:  Flakka and XLR are different.

18  Flakka is actually one to 380 ratio.

19          THE COURT:  But I asked you a question based on

20  the -- the cases where people are ripping off their clothes and

21  acting terribly crazy are generally flakka, weren't they?

22          MS. LINEBERGER:  Well, the one in Miami where the guy

23  ate the face off was flakka.  The one I'm talking about was a

24  synthetic cannabinoid.  Flakka is a synthetic cathinone, which

25  is bath salt, Your Honor.  And they are all new, they are all

Tuesday, January 5, 2016.

1   new.

2           But, Your Honor, based on the danger to the

3   community, it is highly unlikely that we are going to have

4   3582s filed in the case of synthetic cannabinoids because it is

5   so dangerous.  It is not a natural product.  It is not

6   naturally occurring.  It is not marijuana.  It is not anywhere

7   near marijuana.  Your Honor, it is dangerous.  And, Your Honor,

8   it has the effect almost like PCP, and the guidelines have a

9   one to one kilogram ratio for marijuana for PCP.

10          On the other hand, codeine, which does have medical

11  uses but it is abused, is a one- to 80-gram ratio.

12          And, certainly, the dangers that have been placed in

13  evidence of the synthetic cannabinoid is way worse than the

14  dangers of codeine, I would submit to the Court.

15          Cocaine is one to 200 ratio in the guidelines, when

16  compared to marijuana.

17          So, again, Your Honor, this isn't a mom-and-pop

18  organization.  They had an opportunity to stop.  Mr. Elhelw

19  did, but the other two did not.  That goes into recidivism and

20  the level of deterrence here.

21          Really?  Is Hossain really going to be deterred?

22  Well, he wasn't deterred when they came to his dad's store and

23  told him to stop.  He wasn't deterred when he got stopped

24  outside of a storage facility and blamed it on Ali, when it was

25  really his.  He wasn't deterred when Mr. Elhelw got arrested

Tuesday, January 5, 2016.

1    and let go and then ran back to them.  He wasn't deterred then.
2    He changed his modus operandi every single time continuing to
3    grow.  So certainly, there is no specific deterrence going on
4    with Mr. Hossain.  The only thing that's going to stop him is
5    to incapacitate him.

6           Frankly, Mr. Elhelw ran to Mr. Khalifa, told him he
7    had been intercepted, and law enforcement was involved.
8    Plaintiff Khalifa didn't stop either.  Because that Seffner
9    property was in the name of Mr. Khalifa.  He and Mr. Hossain
10   had moved out into the country.  So where is the deterrence
11   there?

12          The indictment was almost a year old that was found
13   in Mr. Hossain's house, when we hit it with the search warrant,
14   listing all of the Ali defendants and all of the Ali
15   substances; and they continued to sell, they continued to
16   package.  They just pushed it off even further onto other
17   people, recruiting others, Your Honor, so there is no
18   deterrence there.  There is no deterrence there.

19          And if the Court treats this closer to marijuana,
20   people are going to think it is closer to marijuana, and it is
21   not.  And if the Court treats it as a sentence closer to
22   marijuana as opposed to the THC level that it is -- and
23   remember, Jordan Trecki testified that as far as the trials
24   were concerned, it was equal to if not worse than marijuana
25   because it took less of it, less of it when compared to those

1   other substances.

2          So, Your Honor, folks are going to watch this

3   sentencing, and people that are in the courtroom are watching

4   this sentencing.  We don't know everybody that is in here, we

5   don't know everybody that signed that petition, but they are

6   in here watching.  Some may be deterred and get out of the

7   business; and others are going to say, Oh, it is no problem, we

8   are going to get hit just like marijuana,"because they are

9   hearing and they are listening, Your Honor.

10          It is not just the defendant's deterrence, it is the

11  protection of the public, and it is to deter, Your Honor.  And

12  certainly, yes, they're first-time offenders; but for years,

13  for at least three, they went undetected and hundreds and

14  hundreds of kilograms were coming in.  Not the green kilograms,

15  we are talking the pure product that gets mixed and spread and

16  cut with the leafy substance to make many, many, many packets

17  that were packaged for sale, Your Honor.

18          So taking into account all of the 3553 factors and I

19  would ask to incorporate all of the harms that Your Honor heard

20  about these substances, I would ask that you follow the

21  guidelines.

22          THE COURT:  All right, thank you.

23          MS. LINEBERGER:  Thank you.

24          MR. LUBIN:  Your Honor --

25          THE COURT:  Yes.

Tuesday, January 5, 2016.

56

1            MR. LUBIN:  -- just to indulge the Court for a

2    second, I feel like in light of what Mr. O'Brien said on behalf

3    of Mr. Khalifa, that 60 seconds of rebuttal to what he said

4    about our client and the sentence would be appropriate.  That's

5    all I want is 60 seconds on that, and then my client does have

6    a statement he would like to read to the Court.

7            THE COURT:  I'll hear from you; then, we have been at

8    it an hour and a half, the court reporter needs a break, I need

9    to digest some of these guideline calculations too.  But take

10   your 60 seconds, then let's take a break.

11           MR. LUBIN:  Your Honor, you heard Mr. O'Brien right

12   after Mr. Scheller, and Mr. O'Brien asked for a ten-year

13   sentence for his client, and we had asked for three, but I want

14   the Court to understand the context of that, that there is an

15   attempt to get a Rule 35 going on there and not upset the

16   Government.  And I don't think it reflects that he really

17   believes that his client should serve ten years in prison for

18   this.  I think it is, I'm not going to do anything to rock the

19   boat.  You heard him say, there is ongoing investigations and

20   so forth, so on.  So I just wanted to say that.

21           He also said that if a sentence of ten years is

22   imposed, that will be a deterrent to other people, and I want

23   to say this about deterrence.  The science doesn't support

24   that.  There is no science that supports the argument that a

25   ten-year sentence to someone in West Palm Beach is going to

57

1   deter someone more than a three-year sentence to someone in

2   West Palm Beach is going to deter people in the rest of the

3   country.

4           You said at the beginning that a marijuana

5   sentence --

6           THE COURT:  That's basically, though, a pillar of

7   sentencing, isn't it?  In terms of the seriousness of the

8   crime, a stricter sentence does provide more general

9   deterrence; otherwise, we would give everybody probation

10  unless we think people are going to, you know, continue their

11  activity.  I mean, it seems like our system is built on that.

12          You may -- you may be right in terms of scientific

13  evidence --

14          MR. LUBIN:  Right.

15          THE COURT:  -- but it is more serious the crime, the

16  more serious the sentence.

17          MR. LUBIN:  Well, our whole structure was also built

18  on rehabilitation, which we know doesn't occur either.

19          THE COURT:  We are off on a general thing.

20          MR. LUBIN:  We are back in the early '70s, right.  I

21  just want to say this --

22          THE COURT:  I will tell you, I don't think

23  Mr. Scheller's recommendation -- I look at it a little bit the

24  way I do the 324-month sentence that the guidelines produced.

25  It doesn't seem reasonable to me.

                    Tuesday, January 5, 2016.

1        MR. LUBIN:  I hear you.  I just want to say this.

2   You said at the beginning that a sentence -- that a marijuana

3   sentence would be 39 months --

4        THE COURT:  The average marijuana sentence, and I

5   don't know how much the average federal court marijuana

6   trafficker trafficked, so that's -- may be useful, but it is

7   hard for me to see.

8        MR. LUBIN:  But here is the point I want to make.

9   These kids thought they were dealing with synthetic marijuana.

10  They thought, they didn't know what Dr. Trecki is saying.  They

11  didn't know what Counsel is saying.  They didn't know that

12  somewhere in Arizona somebody had an adverse reaction to

13  XLR-11.  They thought they were selling pot, it was just that

14  it was synthetic pot.  And that is true, that's what the

15  evidence in this case shows, and they didn't think they were

16  selling some evil drug out there that was going to hurt anyone.

17  They thought they were selling drugs to people so they could

18  smoke it and get high like you do with pot.  And I hope that

19  you at least consider that in fashioning your sentence.

20        THE COURT:  All right, thank you.

21        Let's take a 15-minute break and return at 11:45.

22        COURTROOM SECURITY OFFICER:  All rise.

23   (Recess was had at 11:33 a.m.; and the proceedings

24    resumed at 11:44 a.m.)

25        THE COURT:  Go ahead and keep your seats; thank you.

Tuesday, January 5, 2016.

59

```
 1              MR. LUBIN:  Waiting for the defendants.

 2              MR. SCHELLER:  Yeah.

 3              THE COURT:  Okay, is everybody back?

 4              COURTROOM SECURITY OFFICER:  Yes, Your Honor.

 5              MR. SCHELLER:  Yes, sir.

 6              THE COURT:  All right.  Let's start with Mr. Hossain.

 7              Mr. Lubin, you said your client wishes to make a

 8    statement.  Is that what we have left?

 9              MR. LUBIN:  Yes.

10              THE COURT:  Okay.  Mr. Hossain, you are not required

11    to speak, but I want to make sure you know you have the

12    opportunity.

13              And just pull the microphone over for him, so he

14    doesn't have to strain to reach it.

15              MR. LUBIN:  He says he is shaking, could he go last.

16    He doesn't know if anyone else is going to make a statement.

17    He is a little bit nervous.

18              THE COURT:  All right.

19              Mr. Khalifa, likewise, you are not required to speak,

20    but if you want to, I want to make sure you know you have the

21    opportunity.

22              THE DEFENDANT:  Yes, sir.  Thank you.

23              Your Honor, first, I apologize to the Court, the

24    prosecutor, the agents, my family and my adopted country,

25    America.
```

Tuesday, January 5, 2016.

1          I'm here today because of my own free will.  I was

2    shortsighted.  I saw an opportunity to make quick money and I

3    took it.  It was selfish, wrong, and I regret it every second

4    of my life.

5          I'm scared.  I don't want to go to prison for 30

6    years, 40 years.  I know I did wrong, I know I must be

7    punished.  I had no idea it was this serious.  I do now,

8    though.  I blame only myself.  My actions led me to you, no one

9    else.

10          I'm a grown man with free will.  I made terrible

11    decisions.  I haven't always made -- but I haven't always made

12    terrible decisions.  I've been successful in life.  I am not

13    going to do it again.

14          I pray I will receive the chance.  And I will be

15    deported to Egypt, I'm scared.  ISIS has taken over parts of

16    my country of birth, poverty is bad.  Life will not be easy

17    over there for me.

18          In closing again, I again reaffirm that this is all

19    on me.  I screwed up, I know.  I have done my best to right my

20    wrongs.  Please have mercy on me.

21          Thank you.

22          THE COURT:  Thank you, sir.

23          Mr. Elhelw, would you like to speak?  You are not

24    required to, but I want to make sure you know you have the

25    opportunity.

Tuesday, January 5, 2016.

1              THE DEFENDANT:  Yes, please, Your Honor.

2              Thank you for allowing me to speak.

3              Your Honor, I would like to start by apologizing to

4    the Government, all those involved, as well as express my

5    remorse over the mistakes I have committed.

6              I admit I'm guilty, Your Honor, but please allow me

7    to explain my involvement in all of this.  I started in 2012

8    filling up bags, once or twice a week, making the sum of $5200.

9    At that time, it was sold all over the convenient stores.  It

10   was legal, at that time.

11             Due to my back injury playing soccer, I couldn't

12   stand on the floor for a long time filling the bags.  I had to

13   take pain pills to make the pain go away.  Without realizing, I

14   started to get -- without realizing, I started getting addicted

15   to pain pills.  I started spending all of my money towards

16   that.

17             I had to move back home to get treatment.  When I

18   came back, I was recruited by my codefendants to open up

19   mailboxes in August 2014.  I was told that it was legal to do

20   so, that's why I agreed.

21             I learned that I was wrong.  When I got confronted by

22   the agents, I immediately stopped my involvement in all of

23   this.  And I told my codefendants about what happened so I can

24   let them know that I'm out, I don't want to deal with it

25   anymore.  I wasn't trying to interfere with the investigation.

Tuesday, January 5, 2016.

1          As of today, the Government had me involved for

2   108 kilograms; 56 kilograms got intercepted by the Customs.  I

3   take responsibility with it whether I picked them up or not.  I

4   ruined my life for the sum of $4,000 maximum.

5          I stand before you today, Your Honor, as defendant,

6   but there is more that defines me than my charges.  I'm a son

7   to loving parents, a brother to a wonderful sister, a college

8   graduate, and a proud United States citizen for six years.

9          I have always been a dedicated student.  I graduated

10  from high school a year early to pursue my higher education.  I

11  obtained an associate degree; and I was enrolled in University

12  of South Florida, achieved a bachelor in biomedical science.

13  When I'm confronted by the agents, I stopped all of the

14  activity and focused on my school.

15         I maintained an A plus in all of my classes last

16  semester, and I was even invited by my school and professor to

17  participate in a research program.  This arrest did not only

18  effect me, it effected my family as well.  I couldn't pay my

19  last respects to my grandmother after she passed away during

20  my incarceration, and I was unable to assist my family during

21  that time.

22         Your Honor, this very blessing taught me to never

23  again break the law.  Although this was never my intentions,

24  I'm glad that it had occurred early on.

25         I ask for mercy and leniency toward me so I can

Tuesday, January 5, 2016.

63

1    continue my education, become a dentist, help my family and be

2    of service to the community.

3            Thank you, and God bless.

4            THE COURT:  Thank you, sir.

5            MR. SCHELLER:  Your Honor, may I have one moment

6    please?

7        (Pause in the proceedings.)

8            MR. SCHELLER:  Thank you, Your Honor.

9            THE DEFENDANT:  I cannot speak right now, I'm

10   shaking.

11           MR. SCHELLER:  Your Honor, can I -- he has a

12   statement written out.  Can I read it for him?  He is shaking.

13           THE COURT:  Certainly.

14           MR. SCHELLER:  Your Honor, Mr. Hossain wanted to say

15   to the Court that he -- although he did not agree with

16   everything that was said here today about him, he does accept

17   responsibility for his conduct.

18           He says -- he also says, "I am so truly sorry.  I

19   must say I'm sorry to the Court, the Government, and my family.

20           "When I began my crimes, I did not know how serious

21   my conduct was, I did not understand the consequences.  I

22   wanted to become successful in business, like my father.  I

23   wanted to make my parents proud.  I wanted my daughter to look

24   up to me as I had did with my father.  Instead, I let everyone

25   down.

Tuesday, January 5, 2016.

64

1          "I know I cannot change the past, I only ask for a

2    chance to take care of my wife and child, and I ask you for

3    your mercy."

4          THE COURT:  All right.  Thank you, sir.

5          All right.  Let me -- I'll take these sentences one

6    by one.

7          I do plan to file a sentencing memorandum which

8    explains in greater detail my analysis because this is a

9    relatively new drug without much guidance from the sentencing

10   guidelines.

11         Based on the expert testimony I heard, I don't think

12   that the appropriate guideline is marijuana.  The closest is

13   THC, the active ingredient in marijuana and so that's the

14   guideline I'm looking at.  However, as I stated earlier, I see

15   no basis for the 1 to 167 ratio that the sentencing guidelines

16   contain.  None of the scientists who testified could explain

17   it, and the Sentencing Commission can provide no guidance in

18   our attempts to learn something from them.

19         If it was simply -- if we looked at it as we -- the

20   active ingredient of THC in terms of its -- it would be a one

21   to seven or one to 10 or somewhere around that ratio, but I

22   don't think really that guideline, the marijuana or THC

23   guideline gives much help in terms of analyzing the case other

24   than to say it is pretty clear that this XLR-11 is more

25   dangerous and can cause more harm than generally marijuana is

Tuesday, January 5, 2016.

1  thought to cause, despite the fact there hasn't been a lot of

2  research done on XLR-11.

3           But in terms of both the data that we do have, the

4  number of medical emergencies that are caused, DEA and the rule

5  making suggested at least one death, that number is probably

6  low given the fact that it is hard to exactly tell what

7  substance has impacted people, but it is clear that the impact

8  is greater than marijuana.

9           And so as I then looked at the 3553 factors, I do

10 think in terms of seriousness of the crime, it is more serious

11 than marijuana, and that the sentence needs to express that.

12          The average trafficking sentence in this country for

13 marijuana trafficking is 39 months, according to the Justice

14 Department.  I looked at other sentences, particularly cocaine

15 and heroin, which we know a lot more about, we have had more

16 experience with it, the deaths are far higher.  So far, at

17 least, the violence associated with cocaine and heroin does not

18 seem to be present with the synthetic substances, but the

19 individual harm remains great.

20          If I looked at Mr. Hossain's sentence as simply a

21 marijuana sentence, a guideline marijuana sentence, it would be

22 70 to 87 months.

23          If I -- in terms of the guideline -- the THC

24 guideline, if we use that, which I think -- which I think it

25 would be a level 39 with reduction in role from four levels to

Tuesday, January 5, 2016.

1 | two, the advisory guideline is 262 to 327 months.  But I don't
2 | think that that guideline sentence produces a reasonable
3 | sentence in light of the 3553 factors.
4 |    First, as I said, I see no basis to use the one to
5 | 167 ratio, and so I'm going to vary downward.
6 |    Looking at other 3553 factors, he is a first-time
7 | offender.  He -- and I do think there is something to the
8 | argument that, at least initially, these defendants may not
9 | have been aware of how serious the conduct was.
10 |    I think the -- largely, people did view this as a
11 | marijuana-like substance, and, of course, the views of
12 | marijuana are changing in this country.
13 |    So I appreciate they may not have recognized the
14 | seriousness of the crime.  On the other hand, they clearly knew
15 | it was illegal, when they took actions to avoid the fact
16 | that -- that they might be detected.
17 |    And so I tried to consider all of those in the
18 | factors, but I don't -- and considering a sentence no greater
19 | than necessary to meet the ends of the justice system, I don't
20 | think a guideline sentence is required or would be reasonable.
21 |    So considering all of those factors, it's the -- it
22 | is also the finding of the Court that the defendant is not able
23 | to pay a fine.  It is therefore the judgment of the Court, the
24 | defendant, Saiful Hossain, is committed to the Bureau of
25 | Prisons for 120 months.  This term consists of 120 months as to

Tuesday, January 5, 2016.

1  Count 1 -- well, basically, it doesn't make any difference,

2  does it?  Before you had this written, it's 120 months as to

3  each count, right, served concurrently?

4           PROBATION OFFICER:  Correct, now, Your Honor.

5           THE COURT:  Okay.  Count 1 and Count 2, the sentence

6  is 120 months, total.

7           Upon release from imprisonment, the defendant shall

8  be placed on supervised release for a term of three years.

9  This term consists of three years as to Counts 1 and 2 to run

10 concurrently.

11          Within 72 hours of release, the defendant shall

12 report in person to the probation office in the district to

13 which he is released.

14          While on supervised release, the defendant shall not

15 commit any crime, shall be prohibited from possessing a firearm

16 or other dangerous device, and shall not possess a controlled

17 substance.

18          In addition, he shall cooperate in the collection of

19 DNA and comply with standard conditions of supervised release,

20 including the following special conditions:  Substance abuse

21 treatment, permissible search requirement, and financial

22 disclosure as noted in Part G of the presentence report.

23          It is further ordered the defendant shall pay to the

24 United States a special assessment of $100 as to each of

25 Counts 1 and 2, a total of $200.

Tuesday, January 5, 2016.

1        The total sentence is 120 months imprisonment, three

2    years supervised release, and a 200-dollar special assessment.

3        The plea agreement contains some forfeiture language.

4    Does forfeiture need to be part of this judgment?

5        MS. BARNES:  Yes, it does, Your Honor.  Preliminary

6    order has been entered, Docket Entry 152, on August 20th, and

7    we ask that the Court include that as part of his sentence, and

8    incorporate it in part of the judgment.

9        THE COURT:  All right.  The defendant's right, title

10   and interest to the property identified in the preliminary

11   order of forfeiture, Docket Number 152, is incorporated by

12   reference in this judgment and those items are hereby

13   forfeited.

14       Now that sentence has been imposed, does the

15   defendant or his counsel object to the Court's findings of fact

16   or the manner which sentence was pronounced?

17       MR. LUBIN:  No, Your Honor.  I have a couple of extra

18   requests, but I do not object.

19       THE COURT:  All right.

20       Before you get to the requests, Mr. Hossain, your

21   plea agreement contained a waiver of your right to appeal.

22   Under the normal rules, however, you would have such a right;

23   but any notice of appeal must be filed within 14 days.  Failure

24   to file a notice within that period would constitute a waiver

25   of your right to appeal.

Tuesday, January 5, 2016.

```
 1              What request did you have?
 2              MR. LUBIN:  Your Honor, from paragraph 73 in the PSI,
 3    there is a history of alcohol and drug abuse, and I would
 4    request that you recommend the RDAP program for him, and to
 5    send him to a camp as close to home as possible, and home is
 6    Tampa.  So that -- that would be our two requests.
 7              He does qualify for a camp with a 120-month sentence.
 8    If it had been longer, he would not have.
 9              THE COURT:  I will recommend the RDAP program with
10    the Bureau of Prisons because I note the PSI also recommended
11    substance abuse treatment on supervised release.
12              I don't get into the type of facilities.  I will
13    recommend a facility near Tampa and leave it to the Bureau of
14    Prisons to determine.  I don't understand their criteria well
15    enough, and so I will make a location request, but not a type
16    of facility.  But I'll recommend that he be incarcerated near
17    Tampa.
18              MR. LUBIN:  Thank you.
19              THE COURT:  Good luck to you, sir.
20              Okay.  With respect to Mr. Khalifa's case, I'm not
21    going to repeat everything I said before and I -- in the
22    sentencing memorandum, while it is -- we are filing it under
23    Mr. -- specifically with respect to Mr. Hossain, the reasons
24    with respect to the drug are identical.  And so I incorporate
25    the aspect of the sentencing memorandum as to the drug amounts.
```

Tuesday, January 5, 2016.

1            With respect -- in my sentence of Mr. Khalifa, I

2    don't think the guideline sentence, which in his case was

3    likewise 39, criminal history category one, the advisory

4    guideline is 262 to 327 months.  For the reasons stated, I

5    don't find that guideline particularly helpful because I don't

6    think the 167 to one ratio can be explained and is based on

7    any type of science or any rationale that I've been able to

8    identify, although it is clear to me, as I stated, that this

9    drug is far more serious than marijuana.

10           And I've also, though, considered the arguments of

11   Counsel, both for Mr. Khalifa and the Government, with respect

12   to role and culpability, and I will accept their arguments with

13   respect to the difference.  While I assess them similarly in

14   terms of the guideline calculation, I do think the sentence

15   needs to reflect that difference.

16           It's the finding of the Court, the defendant is not

17   able to pay a fine.

18           It's the judgment of the Court that the defendant,

19   Ahmed Khalifa, is committed to the Bureau of Prisons for

20   96 months.  This term consists of 96 months as to Count 1 and 2

21   to be served concurrently.

22           Upon release from imprisonment, the defendant shall

23   be placed on supervised release for a term of three years.

24   This term consists of three years as to Count 1 and 2, all such

25   terms to run concurrently.

Tuesday, January 5, 2016.

1              Within 72 hours of release, the defendant shall

2    report in person to the probation office in the district to

3    which he is released.

4              While on supervised release, the defendant shall not

5    commit any crime, shall be prohibited from possessing a firearm

6    or other dangerous device, and shall not possess a controlled

7    substance.  In addition, he shall cooperate in the collection

8    of DNA, and comply with standard conditions of supervised

9    release, including the following special condition:  Surrender

10   to immigration for removal after imprisonment as noted in Part

11   G of the presentence report.

12             It is further ordered the defendant shall pay to the

13   United States a special assessment of $100 as to each of

14   Counts 1 and 2, a total of $200.

15             The total sentence is 96 months imprisonment, three

16   years supervised release, and a 200-dollar special assessment.

17             Now that sentence has been --

18             Is there a forfeiture here as well?

19             MS. BARNES:  Yes, there is, Your Honor.

20             On August 17th, 2015, the Court entered a preliminary

21   order of forfeiture, Docket Entry 141.  We would ask that the

22   forfeiture be made part of the sentence and incorporated into

23   the judgment.

24             THE COURT:  All right.  The defendant's right, title,

25   and interest to the property identified in the preliminary

Tuesday, January 5, 2016.

1    order of forfeiture, Docket Number 141, is incorporated by

2    reference and those items are hereby forfeited.

3           Now that sentence has been imposed, does the

4    defendant or his counsel object to the Court's findings of fact

5    or the manner in which sentence was pronounced?

6           MR. O'BRIEN:  No, sir.

7           THE COURT:  Mr. Khalifa, I think your plea agreement

8    also contained a waiver; but under the normal rules, you have

9    a right to appeal the sentence.  Any notice of appeal must be

10   filed within 14 days.  Failure to file a notice within that

11   period will constitute a waiver of your right to appeal.

12          Any recommendation you want me to make?

13          MR. O'BRIEN:  As close to Tampa as possible, Judge.

14   I realize it is going to largely determine who gets to Coleman

15   first; but if Coleman is unavailable, any facility as close to

16   Tampa as possible.

17          THE COURT:  I'll recommend a facility as close to

18   Tampa as possible.

19          Good luck to you, sir.

20          THE DEFENDANT:  Thank you.

21          THE COURT:  All right.  With respect to Mr. Elhelw,

22   likewise, his guidelines were different, let me make sure I

23   recite those for the record, as soon as I find them.

24          His offense level was 31, criminal history category

25   one, the advisory guideline is 108 to 135 months, the

1   Government has filed a 5K1.1 motion, and I grant that motion.

2           The reasons for my variance are with respect to the

3   amount of the drugs, they are similar to the other two

4   defendants, and I adopt the sentencing memorandum in that

5   respect.

6           Additionally, I've looked at role.  He didn't receive

7   an enhancement for role.  His -- it sounds like he was a -- his

8   role in this was akin to a courier, although he did do some

9   other things as well but did not profit greatly from this

10  endeavor and was involved in it far less, and so the sentence

11  needs to reflect that as well as the cooperation that he

12  provided to the Government in the case.  So the sentence in

13  this case reflects those things in addition to the issue as to

14  the drug amount.

15          It is further the finding the defendant is not able

16  to pay a fine.

17          It is the judgment of the Court, the defendant, Ahmed

18  Maher Elhelw, is committed to the Bureau of Prisons for

19  36 months as to each of Counts 1 and 2 to run concurrently.

20          Upon release from imprisonment, the defendant shall

21  be placed on supervised release for a term of three years.

22          While on supervised release, the defendant shall not

23  commit any crimes, shall be prohibited from possessing a

24  firearm or other dangerous device, and shall not possess a

25  controlled substance.

Tuesday, January 5, 2016.

Case 2:15-cr-14034-DMM   Document 252   Entered on FLSD Docket 01/14/2016   Page 74 of 90

```
1            In addition, he shall cooperate in the collection of
2  DNA and comply with standard conditions of supervised release,
3  including the following special conditions:  Substance abuse
4  treatment and the permissible search requirements noted in Part
5  G of the presentence report.
6            It is further ordered the defendant shall pay to the
7  United States a special assessment of $100 as to each of
8  Counts 1 and 2, a total of $200.
9            The total sentence after the 5K has been imposed as
10 well as the variance is 36 months imprisonment, three years
11 supervised release, a 200-dollar special assessment.
12           Is there likewise any forfeiture here?
13           MS. LINEBERGER:  Yes, there is, Your Honor.
14           On August 17, 2015, the Court entered a preliminary
15 order of forfeiture, Docket Entry 140.  We would ask that that
16 be incorporated as part of the sentence and incorporated into
17 the judgment.
18           THE COURT:  All right.  Docket Entry 140, the
19 preliminary order of forfeiture, is incorporated in this
20 judgment, and those items are hereby forfeited.
21           Now that sentence has been imposed, does the
22 defendant or his counsel object to the Court's findings of fact
23 or the manner in which sentence was pronounced?
24           MR. SHINER:  No, Your Honor.
25           THE COURT:  All right.  Mr. Elhelw, your plea
```

Tuesday, January 5, 2016.

1    agreement contained a waiver of your right to appeal.  Under

2    the normal rules, you would have such a right.  Any notice of

3    appeal would have to be filed within 14 days.  Failure to file

4    a notice within that period would constitute a waiver of your

5    right to appeal.

6              Do you want me to make any recommendation in this

7    case?

8              MR. SHINER:  Your Honor, we would ask the Court to

9    consider recommending the drug treatment program for my client,

10   and also, likewise, have him possibly sentenced close to Tampa

11   as possible.  Just a recommendation, Your Honor.

12             THE COURT:  Okay.  I'll make both of those

13   recommendations, drug treatment as well as a facility as close

14   to Tampa.

15             You all need to understand the Bureau of Prisons

16   makes its decision.  They will consider my recommendation;

17   they don't always follow it.

18             I want to express appreciation to the lawyers in the

19   case.  When you are dealing with an area where there is not a

20   sentencing guideline, it is difficult.  Most of the law, as

21   Holmes said, is about the process of drawing lines and

22   distinctions which isn't always easy, but I appreciate your

23   help in this case.

24             Have a good day.

25             MS. LINEBERGER:  Your Honor --

Tuesday, January 5, 2016.

1           THE COURT:  Yes.

2           MS. LINEBERGER:  -- if I may, the Government would

3    preserve its objection to the Court's calculation of role and

4    also object for the record to the variance on all three cases,

5    Your Honor.

6           THE COURT:  Okay.

7           MS. LINEBERGER:  Thank you.

8           THE COURT:  Thank you.

9           And as I say, a sentencing memorandum will be filed

10   probably this afternoon; it might be tomorrow.

11          MS. LINEBERGER:  Thank you.

12       (PROCEEDINGS ADJOURNED AT 12:13 p.m.)

13              **C-E-R-T-I-F-I-C-A-T-E**

14          I hereby certify that the foregoing is

15       an accurate transcription and proceedings in the

16       above-entitled matter.

17

18   *1/13/2016*                    */s/DIANE MILLER*
     DATE                    DIANE MILLER, RMR, CRR
                             Official Court Reporter
19                           United States District Court
                             701 Clematis Street, Room 259
20                           West Palm Beach, FL  33401
                             561-514-3728
21

22

23

24

25

Tuesday, January 5, 2016.

**$**

**$100 [3]**  67/24 71/13 74/7
**$200 [3]**  67/25 71/14 74/8
**$34,000 [1]**  48/19
**$4,000 [1]**  62/4
**$5200 [1]**  61/8

**'**

**'70s [1]**  57/20
**'80s [1]**  46/19

**.**

**.gov [1]**  46/15

**/**

**/s/DIANE [1]**  76/17

**1**

**1/13/2016 [1]**  76/17
**10 [2]**  46/6 64/21
**10,574 [1]**  46/10
**100 [2]**  7/16 40/14
**101 [1]**  1/16
**103 [1]**  1/22
**108 [7]**  22/24 30/12 42/12
 45/10 48/12 49/16 72/25
**108 kilograms [1]**  62/2
**11 [18]**  15/19 26/1 26/12
 28/1 28/12 28/15 34/14 36/7
 36/15 36/22 37/6 37/10
 37/23 48/8 52/16 58/13
 64/24 65/2
**11 percent [1]**  37/5
**11:33 [1]**  58/23
**11:44 [1]**  58/24
**11:45 [1]**  58/21
**120 [9]**  42/18 42/21 43/3
 47/18 66/25 66/25 67/2 67/6
 68/1
**120-month [2]**  45/13 69/7
**1211 [1]**  1/22
**1217 [1]**  1/19
**12:13 [1]**  76/12
**13 [1]**  6/24
**135 [4]**  22/24 42/12 45/10
 72/25
**14 [3]**  68/23 72/10 75/3
**140 [2]**  74/15 74/18
**14034 [1]**  3/5
**141 [2]**  71/21 72/1
**15 [2]**  46/1 46/6
**15-14034 [1]**  3/5
**15-14034-CR-MIDDLEBROOKS [1]**
 1/2
**15-minute [1]**  58/21
**150-kilos [1]**  27/12
**152 [2]**  68/6 68/11
**167 [9]**  4/1 4/5 4/7 21/25
 40/6 49/16 64/15 66/5 70/6
**17 [1]**  74/14
**17th [1]**  71/20

**2**

**20,000 [1]**  46/6
**200 [1]**  53/15
**200-dollar [3]**  68/2 71/16
 74/11

**2012 [4]**  24/8 25/22 36/15
 61/7
**2013 [4]**  32/24 35/4 36/7
 36/21
**2014 [4]**  26/19 46/10 49/25
 61/19
**2015 [4]**  26/11 33/19 71/20
 74/14
**2016 [2]**  1/5 76/17
**20th [1]**  68/6
**216 [3]**  5/12 5/14 6/2
**24 [4]**  30/13 47/23 49/23
 50/18
**25 [1]**  49/22
**259 [1]**  76/19
**262 [6]**  22/4 30/4 41/10
 41/24 66/1 70/4
**27 [3]**  38/2 38/18 40/10
**27-year [3]**  35/6 36/4 38/22
**28 [1]**  38/18
**28-year [1]**  38/6
**2nd [1]**  1/20

**3**

**30 [1]**  60/5
**31 [4]**  22/23 42/12 45/10
 72/24
**3100 [1]**  1/17
**324-month [1]**  57/24
**327 [5]**  22/5 29/12 41/13
 66/1 70/4
**32789 [1]**  1/23
**329 [2]**  32/4 32/17
**33 [1]**  50/18
**330 [1]**  2/3
**33401 [4]**  1/20 2/8 2/17
 76/20
**33606 [1]**  2/3
**34950 [1]**  1/17
**35 [1]**  56/15
**3553 [16]**  6/5 7/13 10/5
 18/20 19/3 19/13 19/25 23/2
 32/18 35/3 35/7 35/23 55/18
 65/9 66/3 66/6
**3582s [1]**  53/4
**36 [2]**  42/10 74/10
**36 months [1]**  73/19
**36-month [1]**  42/6
**3728 [2]**  2/18 76/20
**380 [1]**  52/18
**39 [7]**  22/4 39/2 45/2 58/3
 65/13 65/25 70/3
**3B1.1 [2]**  13/3 22/16

**4**

**40 [1]**  60/6
**41 [2]**  17/10 45/9
**42 [6]**  15/11 17/10 18/10
 18/10 18/11 19/12
**43 [1]**  17/10
**44 [2]**  15/9 17/11
**49 [1]**  5/14
**4G [1]**  46/14

**5**

**5-kilos [1]**  27/14
**50 [1]**  21/12
**511 [1]**  2/2

**515 [1]**  2/7
**5400 [1]**  46/9
**56 [1]**  62/2
**561-514-3728 [2]**  2/18 76/20
**57 [1]**  49/22
**57 months [1]**  50/18
**5K [4]**  29/3 30/8 42/13 74/9
**5K1.1 [1]**  73/1

**6**

**60 [3]**  56/3 56/5 56/10

**7**

**70 [1]**  65/22
**700 [1]**  37/23
**701 [3]**  2/7 2/17 76/19
**71 [1]**  49/23
**72 [2]**  67/11 71/1
**73 [1]**  69/2
**756 kilograms [1]**  49/17

**8**

**80-gram [1]**  53/11
**87 [1]**  65/22

**9**

**90 [1]**  1/9
**96 [2]**  70/20 71/15
**96 months [1]**  70/20

**A**

**a.m [2]**  58/23 58/24
**above-entitled [1]**  76/16
**absolutely [1]**  19/10
**absurd [2]**  45/16 46/2
**Abus [1]**  31/13
**abuse [4]**  67/20 69/3 69/11
 74/3
**abused [1]**  53/11
**accept [2]**  63/16 70/12
**accepted [2]**  29/13 48/12
**accepts [1]**  33/25
**access [1]**  50/5
**account [2]**  10/4 55/18
**accurate [1]**  76/15
**accurately [1]**  47/14
**achieved [1]**  62/12
**acknowledged [2]**  23/22 46/5
**act [1]**  40/10
**acted [3]**  9/5 13/8 14/8
**acting [1]**  52/21
**actions [2]**  60/8 66/15
**active [2]**  64/13 64/20
**activities [1]**  10/1
**activity [10]**  10/10 10/13
 17/12 32/22 33/4 33/6 34/4
 50/11 57/11 62/14
**acts [1]**  34/24
**add [1]**  10/15
**added [1]**  25/21
**addicted [1]**  61/14
**addition [5]**  21/12 31/18
 31/20 67/18 71/7 73/13 74/1
**additional [2]**  28/12 30/25
**Additionally [1]**  73/6
**ADJOURNED [1]**  76/12
**admit [1]**  61/6
**adopt [1]**  73/4

**A**

adopted [1]   59/24
adverse [1]   58/12
advised [1]   24/19
advisory [3]   66/1 70/3 72/25
affect [2]   4/21 39/18
afternoon [1]   76/10
agent [5]   3/8 36/7 36/21
36/21 46/5
agents [5]   48/19 50/1 59/24
61/22 62/13
ago [3]   18/22 42/21 46/25
agree [7]   15/22 41/11 42/4
43/13 45/24 46/23 63/15
agreed [5]   6/2 19/12 22/2
50/3 61/20
agreement [5]   3/20 68/3
68/21 72/7 75/1
ahead [1]   58/25
AHMED [10]   1/7 1/7 3/4 3/5
3/14 3/16 18/12 41/25 70/19
73/17
akin [1]   73/8
alcohol [1]   69/3
Alex [1]   20/14
Alexander [1]   51/22
Ali [15]   16/3 24/17 24/18
24/21 24/21 26/1 34/23 41/2
41/4 41/8 43/22 45/14 53/24
54/14 54/14
Ali's [1]   26/1
Alkati [3]   41/4 41/8 43/22
Alkati's [1]   45/14
allow [1]   61/6
allowing [1]   61/2
altogether [1]   9/11
amazing [3]   35/14 35/14
38/18
AMERICA [2]   1/4 59/25
amount [16]   3/21 3/21 4/19
5/1 5/8 5/9 5/10 6/24 9/21
19/5 22/2 42/22 48/16 51/16
73/3 73/14
amounts [1]   69/25
ample [2]   29/15 29/15
analogue [1]   33/23
analogues [3]   26/12 33/22
36/25
analysis [1]   64/8
analyzing [1]   64/23
Anastasia [1]   31/13
answer [1]   37/20
Anthony [2]   12/6 31/13
Antonia [1]   3/7
Antonio [1]   31/15
anybody [2]   12/7 20/11
anymore [2]   27/6 61/25
apartment [3]   16/8 25/6
26/14
apologize [1]   59/23
apologizing [1]   61/3
apparently [3]   46/9 48/9
50/13
appeal [9]   68/21 68/23 68/25
72/9 72/9 72/11 75/1 75/3
75/5
APPEARANCES [2]   1/14 2/1

appears [1]   17/11
applicable [1]   5/11
application [1]   4/21
applies [1]   8/19
apply [6]   4/7 4/22 9/20 10/7
17/15 19/19
applying [1]   21/25
appreciate [3]   40/1 66/13
75/22
appreciation [1]   75/18
approach [3]   30/19 32/5
47/21
approached [1]   24/18
appropriate [15]   8/8 38/4
38/7 38/9 38/19 38/24 39/10
43/6 43/8 43/11 45/3 45/14
47/15 56/4 64/12
approximately [2]   48/7 48/8
Ara [1]   31/6
Arabs [1]   15/16
area [2]   32/25 75/19
argue [4]   6/25 7/7 7/20
19/13
argues [1]   23/10
arguing [1]   15/8
argument [10]   7/11 7/13
18/19 19/22 32/18 38/9
43/17 51/14 56/24 56/25
arguments [5]   23/1 37/18
51/3 70/10 70/12
Arizona [1]   58/12
arrest [2]   33/18 62/17
arrested [3]   48/4 50/12
53/25
asked [3]   52/19 56/12 56/13
asking [13]   27/11 29/19
29/20 30/3 41/10 42/21 47/4
47/12 49/1 49/12 49/23
50/17 50/24
aspect [1]   69/25
assess [1]   70/13
assessment [8]   17/10 19/17
67/24 68/2 71/13 71/16 74/7
74/11
assigns [1]   13/20
assist [1]   62/20
assisted [1]   18/11
associate [1]   62/11
associated [2]   37/23 65/17
Association [1]   46/16
assuming [1]   37/3
assumption [1]   15/2
ate [1]   52/23
attached [1]   36/1
attempt [1]   56/15
attempts [1]   64/18
attend [1]   48/3
attendant [1]   4/21
attention [1]   20/5
Attorney [1]   1/16
attributed [2]   6/10 51/5
August [4]   61/19 68/6 71/20
74/14
August 2014 [1]   61/19
August 20th [1]   68/6
AUSA [2]   1/15 3/7
authority [1]   8/13
Avenue [1]   1/22

average [5]   39/1 39/4 58/4
58/5 65/12
avoid [2]   14/24 66/15
aware [7]   15/18 15/20 18/23
31/22 33/14 34/2 66/9

**B**

bachelor [1]   62/12
back [19]   14/23 23/12 24/8
25/13 25/22 30/9 32/10
34/10 37/4 44/16 46/19
48/23 50/9 54/1 57/20 59/3
61/11 61/17 61/18
bad [1]   60/16
bags [3]   48/15 61/8 61/12
balance [1]   19/9
ball [1]   27/7
Bangladesh [2]   15/16 35/19
bank [5]   14/17 14/18 14/21
14/25 15/5
Barnes [2]   3/7 68/5
Bart [1]   28/7
based [11]   3/22 19/19 40/6
40/7 40/8 48/8 49/20 52/19
53/2 64/11 70/6
basically [7]   13/19 17/9
49/2 51/18 52/2 57/6 67/1
basis [7]   4/1 4/4 21/7 40/6
40/14 64/15 66/4
bath [1]   52/25
Bay [1]   2/2
Beach [6]   1/20 2/8 2/17
56/25 57/2 76/20
becoming [1]   47/24
began [1]   63/20
beginning [2]   57/4 58/2
Begum [1]   31/14
behalf [9]   3/7 3/10 3/14
17/22 30/9 32/19 40/17
47/22 56/2
believed [1]   34/18
believes [1]   56/17
benefit [1]   41/17
best [3]   18/19 19/23 60/19
better [3]   16/4 19/3 29/16
big [2]   15/12 47/12
bigger [1]   25/4
biomedical [1]   62/12
birth [1]   60/16
birthday [1]   35/12
bit [3]   44/1 57/23 59/17
blame [1]   60/8
blamed [1]   53/24
Blanding [5]   9/3 12/21 12/22
20/14 51/22
bless [1]   63/3
blessing [1]   62/22
boat [1]   56/19
bode [1]   35/17
book [2]   8/4 8/5
bottom [3]   23/16 35/3 43/19
box [1]   12/5
boxes [9]   9/2 9/16 11/20
12/11 33/11 51/21 51/23
51/24 52/3
branch [2]   11/13 14/4
branched [2]   16/8 24/22
break [4]   56/8 56/10 58/21

**B**

break... **[1]**  62/23
briefly **[4]**  35/8 35/24 37/21 40/24
bring **[3]**  20/5 24/10 26/17
bringing **[6]**  6/21 7/3 27/19 27/20 27/23 28/19
brother **[1]**  62/7
brought **[3]**  11/13 16/11 43/23
Brown **[2]**  31/13 31/13
build **[1]**  16/4
built **[2]**  57/11 57/17
bulk **[2]**  14/11 14/13
Bureau **[6]**  66/24 69/10 69/13 70/19 73/18 75/15
business **[6]**  10/1 18/21 24/23 43/23 55/7 63/22
Butts **[1]**  31/10
buy **[1]**  25/10

**C**

C-E-R-T-I-F-I-C-A-T-E **[1]**  76/13
calculate **[1]**  8/13
calculation **[2]**  70/14 76/3
calculations **[4]**  4/6 21/20 22/1 56/9
call **[3]**  5/1 27/25 29/13
called **[1]**  4/3
camp **[2]**  69/5 69/7
cannabinoid **[4]**  29/10 52/14 52/24 53/13
cannabinoids **[3]**  36/16 51/6 53/4
car **[2]**  30/1 50/7
care **[1]**  64/2
careful **[1]**  44/7
carefully **[1]**  19/14
Carl **[1]**  31/6
Carlos **[1]**  7/15
CARMEN **[2]**  1/15 3/6
cars **[1]**  27/7
case **[41]**  1/2 3/3 3/5 15/13 15/13 15/14 15/19 15/20 15/23 18/23 18/24 18/25 23/12 26/2 30/6 33/24 35/1 36/4 38/25 39/4 39/14 39/16 40/5 43/6 44/10 44/24 48/4 49/25 50/7 50/14 50/15 53/4 58/15 64/23 69/20 70/2 73/12 73/13 75/7 75/19 75/23
cases **[4]**  34/8 52/15 52/20 76/4
category **[3]**  24/3 70/3 72/24
cathinone **[1]**  52/24
caught **[1]**  29/18
cause **[2]**  64/25 65/1
caused **[2]**  24/15 65/4
causing **[1]**  28/2
ceased **[1]**  50/11
CEO **[1]**  27/6
certain **[2]**  35/16 35/21
certainly **[28]**  4/8 5/4 6/18 7/25 9/6 9/15 9/20 9/24 10/6 13/5 14/2 16/18 16/24

17/14 18/20 19/18 20/9 20/15 30/2 32/6 34/3 51/11 51/21 52/6 53/12 54/3 55/12 63/13
certify **[1]**  76/14
cetera **[3]**  23/18 24/17 24/21
challenge **[1]**  37/15
challenging **[1]**  44/12
chance **[2]**  60/14 64/2
change **[1]**  64/1
changed **[4]**  26/18 26/19 26/20 54/2
changing **[1]**  66/12
characteristics **[3]**  35/9 35/16 35/22
charge **[1]**  43/19
charges **[3]**  26/15 31/22 62/6
charitable **[2]**  35/18 35/19
child **[2]**  39/17 64/2
China **[3]**  6/1 27/22 28/5
Chinese **[1]**  9/18
Christopher **[1]**  3/8
chronology **[1]**  24/6
cigarettes **[1]**  24/11
cigars **[1]**  24/10
citizen **[2]**  49/4 62/8
clandestine **[1]**  25/5
classes **[1]**  62/15
clear **[10]**  7/9 15/9 24/3 32/23 37/16 39/21 47/22 64/24 65/7 70/8
clearly **[5]**  33/17 34/1 34/2 34/16 66/14
Clematis **[2]**  2/17 76/19
client **[47]**  4/18 14/19 15/3 15/5 15/8 15/15 15/18 15/18 15/21 19/23 30/24 31/19 32/19 33/3 33/4 33/25 34/1 34/2 34/18 35/9 40/17 41/10 41/18 42/18 43/11 44/10 47/5 47/17 47/23 48/5 48/18 49/3 49/18 49/25 50/1 50/3 50/9 50/11 50/14 50/19 51/15 56/4 56/5 56/13 56/17 59/7 75/9
client's **[5]**  31/14 31/14 31/15 33/1 49/22
close **[9]**  40/8 42/16 44/9 69/5 72/13 72/15 72/17 75/10 75/13
closer **[3]**  54/19 54/20 54/21
closest **[1]**  64/12
closing **[2]**  43/17 60/18
clothes **[1]**  52/20
Coast **[1]**  26/6
cocaine **[10]**  10/16 24/1 28/4 34/19 46/6 46/10 51/6 53/15 65/14 65/17
codefendants **[3]**  50/10 61/18 61/23
codeine **[2]**  53/10 53/14
Coleman **[2]**  72/14 72/15
colleague **[1]**  42/8
collection **[3]**  67/18 71/7 74/1
collective **[1]**  32/1
college **[3]**  47/8 47/24 62/7
Colombia **[1]**  10/17

come **[1]**  45/20
comes **[6]**  13/9 23/9 41/5 44/1 44/14 45/13
coming **[2]**  27/3 55/14
commenting **[1]**  44/11
comments **[1]**  19/24
Commission **[2]**  4/3 64/17
commit **[3]**  67/15 71/5 73/23
committed **[4]**  61/5 66/24 70/19 73/18
committing **[1]**  43/2
commodity **[2]**  16/19 17/2
community **[9]**  27/20 27/21 31/19 31/25 32/4 34/5 35/18 53/3 63/2
compare **[1]**  51/5
compared **[3]**  48/16 53/16 54/25
comparing **[1]**  51/14
comparison **[1]**  52/6
competition **[1]**  44/2
competitive **[1]**  44/1
complicated **[1]**  22/11
comply **[3]**  67/19 71/8 74/2
computations **[1]**  4/6
computer **[2]**  28/20 28/21
concerned **[1]**  54/24
concurrently **[5]**  67/3 67/10 70/21 70/25 73/19
condition **[1]**  71/9
conditions **[5]**  67/19 67/20 71/8 74/2 74/3
conduct **[5]**  33/14 36/3 63/17 63/21 66/9
confessed **[1]**  50/3
confronted **[2]**  61/21 62/13
Congress **[2]**  38/14 38/15
connection **[1]**  48/21
consequences **[1]**  63/21
conservative **[2]**  5/4 9/21
consider **[6]**  32/1 49/1 58/19 66/17 75/9 75/16
consideration **[1]**  49/13
considered **[5]**  12/8 34/5 34/16 35/5 70/10
considering **[2]**  66/18 66/21
consistent **[2]**  35/17 42/19
consists **[4]**  66/25 67/9 70/20 70/24
conspiracy **[1]**  52/8
constantly **[1]**  16/24
constitute **[3]**  68/24 72/11 75/4
consult **[1]**  4/17
consuming **[1]**  24/24
cont'd **[1]**  2/1
contact **[2]**  16/24 26/24
contacted **[1]**  25/1
contain **[1]**  64/16
contained **[3]**  68/21 72/8 75/1
contains **[1]**  68/3
contesting **[1]**  4/14
context **[2]**  15/13 56/14
continuation **[1]**  3/3
continue **[3]**  25/2 57/10 63/1
continued **[13]**  24/25 25/3 25/3 25/22 26/3 26/17 27/1

**C**

continued... **[6]**  27/2 27/4 29/16 29/18 54/15 54/15
continuing **[1]**  54/2
control **[9]**  10/21 14/10 14/11 15/10 16/13 16/13 16/14 16/14 17/2
controlled **[9]**  4/19 5/2 11/19 13/22 15/8 29/25 67/16 71/6 73/25
convenient **[3]**  32/25 45/23 61/9
conversation **[1]**  4/16
conviction **[1]**  39/18
convinced **[2]**  17/12 17/13
cooperate **[3]**  67/18 71/7 74/1
cooperating **[1]**  41/16
cooperation **[2]**  30/8 30/11 73/11
coordinate **[1]**  52/1
coordinated **[1]**  51/24
copy **[1]**  26/1
corner **[2]**  9/18 27/19
corresponding **[1]**  13/19
counsel **[9]**  4/16 5/5 18/3 30/16 58/11 68/15 70/11 72/4 74/22
count **[8]**  11/1 11/2 67/1 67/3 67/5 67/5 70/20 70/24
country **[9]**  6/22 7/3 49/5 54/10 57/3 59/24 60/16 65/12 66/12
Counts **[5]**  67/9 67/25 71/14 73/19 74/8
Counts 1 **[3]**  67/25 71/14 74/8
County **[1]**  52/12
couple **[1]**  68/17
courier **[6]**  48/6 51/18 52/4 52/4 52/5 73/8
course **[2]**  31/25 66/11
Court's **[6]**  40/1 51/13 68/15 72/4 74/22 76/3
courtroom **[2]**  32/20 55/3
covers **[1]**  21/19
CR **[1]**  1/2
crack **[2]**  27/18 40/13
crazy **[1]**  52/21
credit **[4]**  17/7 29/14 46/5 50/16
crime **[6]**  57/8 57/15 65/10 66/14 67/15 71/5
crimes **[2]**  63/20 73/23
criminal **[9]**  10/10 10/12 35/10 36/3 39/22 43/2 46/17 70/3 72/24
criminalize **[1]**  46/21
crisis **[1]**  40/15
criteria **[1]**  69/14
CRR **[2]**  2/16 76/18
culpability **[4]**  23/5 34/3 34/4 70/12
culpable **[5]**  23/8 23/9 23/11 26/17 35/1
currently **[2]**  4/14 49/15
Customs **[1]**  62/2

cut **[1]**  55/16

**D**

dad **[1]**  49/4
dad's **[2]**  25/11 53/22
damage **[1]**  51/12
damn **[1]**  34/11
danger **[1]**  53/2
dangerous **[10]**  37/1 37/3 37/7 37/21 53/5 53/7 64/25 67/16 71/6 73/24
dangers **[2]**  53/12 53/14
Daniel **[1]**  31/16
data **[2]**  46/14 65/3
DATE **[1]**  76/18
dates **[1]**  23/19
dating **[1]**  44/16
daughter **[2]**  35/11 63/23
daughter's **[1]**  35/12
day **[6]**  8/8 9/16 28/18 41/18 52/11 75/24
days **[3]**  68/23 72/10 75/3
DEA **[9]**  23/23 24/15 25/18 28/11 28/15 36/21 37/16 46/5 65/4
deal **[6]**  8/14 17/15 31/19 42/8 44/12 61/24
dealer **[2]**  23/25 24/1
dealing **[2]**  58/9 75/19
deals **[1]**  17/17
death **[5]**  28/15 34/9 34/13 37/4 65/5
deaths **[10]**  28/10 28/12 28/17 28/18 34/9 46/10 46/10 51/5 51/10 65/16
decade **[1]**  46/1
decades **[1]**  18/22
decided **[4]**  6/21 11/13 16/4 16/5
decision **[1]**  75/16
decisions **[4]**  14/10 14/11 60/11 60/12
dedicated **[1]**  62/9
deep **[1]**  44/21
deeper **[1]**  46/4
defendant **[64]**  4/13 4/14 8/24 8/24 8/25 8/25 9/24 10/9 11/11 11/18 11/18 12/6 12/10 13/18 13/18 13/19 13/21 13/23 14/12 14/14 16/1 16/2 16/3 16/4 16/12 16/18 16/25 17/2 17/5 17/5 20/8 21/4 21/6 23/9 23/14 24/7 24/12 24/16 24/18 24/22 25/21 26/19 54/23 62/5 66/22 66/24 67/7 67/11 67/14 67/23 68/15 70/16 70/18 70/22 71/1 71/4 71/12 72/4 73/15 73/17 73/20 73/22 74/6 74/23
defendant's **[5]**  4/20 28/20 55/10 68/9 71/24
defendants **[12]**  1/8 15/14 23/7 30/10 48/17 49/6 50/13 51/16 54/14 59/1 66/8 73/4
defending **[1]**  19/23
Defense **[3]**  4/16 30/16 46/17
defines **[1]**  62/6

DEFT **[3]**  1/19 2/2 2/6
degree **[2]**  45/17 62/11
delivered **[1]**  26/5
demean **[1]**  49/6
Democrats **[1]**  38/14
dentist **[2]**  47/24 63/1
Department **[5]**  35/25 38/15 39/2 39/23 65/14
deported **[2]**  43/4 60/15
described **[2]**  10/13 13/3
deserve **[1]**  6/19
deserves **[1]**  9/24
desire **[1]**  31/25
desk **[1]**  8/4
despite **[2]**  30/9 65/1
detail **[1]**  64/8
detected **[1]**  66/16
deter **[3]**  55/11 57/1 57/2
determine **[2]**  69/14 72/14
determining **[1]**  32/2
deterred **[6]**  53/21 53/22 53/23 53/25 54/1 55/6
deterrence **[20]**  35/24 35/24 36/2 36/6 36/10 37/19 38/1 38/6 43/1 43/4 47/6 47/10 53/20 54/3 54/10 54/18 54/18 55/10 56/23 57/9
deterrent **[1]**  56/22
deterring **[1]**  36/3
device **[3]**  67/16 71/6 73/24
devising **[1]**  18/11
diane **[4]**  2/16 2/18 76/17 76/18
die **[1]**  28/2
difference **[8]**  6/7 6/16 8/16 19/15 40/22 67/1 70/13 70/15
different **[6]**  16/17 30/5 49/10 51/19 52/17 72/22
difficult **[1]**  75/20
digest **[1]**  56/9
directing **[1]**  16/21
dirty **[3]**  27/1 27/6 27/9
disagree **[2]**  41/12 43/8
disclosure **[1]**  67/22
discuss **[1]**  35/8
discussion **[1]**  23/20
dispute **[1]**  23/4
distance **[1]**  26/25
distinctions **[1]**  75/22
distribute **[1]**  27/17
distribution **[1]**  9/19
district **[9]**  1/1 1/1 1/11 26/6 27/3 27/4 67/12 71/2 76/19
DNA **[3]**  67/19 71/8 74/2
Docket **[6]**  68/6 68/11 71/21 72/1 74/15 74/18
dog **[2]**  19/8 45/19
doing **[10]**  16/5 19/3 19/22 24/1 29/16 47/25 50/3 50/13 50/13 50/21
dollar **[3]**  68/2 71/16 74/11
dollars **[1]**  48/13
DONALD **[1]**  1/11
Doo **[1]**  28/7
doubt **[2]**  18/4 43/21
downloaded **[1]**  25/25

**D**

**downward [1]**  66/5
**Dr. [1]**  58/10
**Dr. Trecki [1]**  58/10
**Draconian [1]**  38/11
**drastically [1]**  41/9
**drawing [1]**  75/21
**Drive [2]**  1/19 2/7
**drop [2]**  20/7 33/11
**drug [24]**  3/24 17/14 23/21
  33/6 36/13 37/3 37/7 37/21
  38/3 38/11 38/12 38/16 40/7
  50/22 50/24 58/16 64/9 69/3
  69/24 69/25 70/9 73/14 75/9
  75/13
**drugs [5]**  37/24 41/6 52/10
  58/17 73/3
**due [2]**  14/21 61/11

**E**

**e-mail [2]**  16/24 44/23
**e-mails [4]**  13/17 16/21
  27/11 50/5
**earlier [3]**  3/22 45/4 64/14
**early [3]**  57/20 62/10 62/24
**East [1]**  26/6
**eastern [1]**  26/5
**easy [2]**  60/16 75/22
**education [2]**  62/10 63/1
**effect [3]**  19/25 53/8 62/18
**effected [1]**  62/18
**effects [1]**  51/12
**Egypt [2]**  15/17 60/15
**eight [4]**  6/7 6/16 18/8 44/9
**eight-level [2]**  6/7 6/16
**either [5]**  13/1 32/17 37/1
  54/8 57/18
**electronics [1]**  46/13
**ELHELW [60]**  1/7 2/6 3/5 3/14
  8/24 9/6 9/23 10/22 11/7
  11/8 11/19 13/10 13/11
  13/22 15/8 15/11 16/11
  16/15 16/16 16/19 16/21
  16/25 18/13 19/19 20/9
  20/10 20/13 20/17 20/20
  21/1 21/4 21/18 22/8 23/8
  25/8 26/18 29/3 29/3 29/18
  29/24 30/1 30/2 30/7 41/17
  42/11 42/17 43/8 43/12
  47/22 51/15 51/15 52/7 52/7
  53/18 53/25 54/6 60/23
  72/21 73/18 74/25
**Elhelw's [1]**  22/22
**elucidate [1]**  19/14
**emergencies [1]**  65/4
**emergency [7]**  23/24 25/18
  25/19 25/20 25/23 37/9
  37/23
**empirical [2]**  3/25 40/4
**employee [1]**  50/2
**employer [1]**  26/15
**employment [1]**  39/19
**encountered [2]**  26/18 30/10
**endeavor [1]**  73/10
**ends [1]**  66/19
**enforcement [5]**  24/15 24/19
  25/1 26/24 54/7

**enhancement [9]**  4/21 6/10
  6/15 7/7 7/17 7/25 8/1
  22/16 73/7
**enrolled [1]**  62/11
**ensure [1]**  13/24
**entered [3]**  68/6 71/20 74/14
**enterprise [2]**  21/2 48/25
**entitle [1]**  18/7
**entitled [3]**  17/19 19/11
  76/16
**Entry [4]**  68/6 71/21 74/15
  74/18
**enviable [1]**  35/21
**equal [2]**  29/22 54/24
**equally [1]**  35/1
**equals [1]**  43/18
**equate [2]**  17/14 36/2
**equivalent [1]**  3/24
**ESQ [4]**  1/19 1/21 2/2 2/6
**essentially [3]**  14/7 34/5
  39/15
**esteemed [1]**  42/8
**et [3]**  23/18 24/17 24/21
**Eunice [1]**  31/10
**event [1]**  41/22
**everybody [7]**  16/14 21/14
  26/6 55/4 55/5 57/9 59/3
**evidence [8]**  14/2 16/20 27/2
  28/9 49/20 53/13 57/13
  58/15
**evil [1]**  58/16
**exact [1]**  7/17
**exactly [5]**  30/6 39/6 40/5
  40/12 65/6
**example [1]**  10/22
**excessive [1]**  38/22
**exclusive [1]**  16/17
**excuse [1]**  34/3
**expect [1]**  13/21
**experience [2]**  40/4 65/16
**expert [1]**  64/11
**experts [2]**  4/1 49/14
**explain [5]**  18/1 19/14 41/24
  61/7 64/16
**explained [1]**  70/6
**explains [1]**  64/8
**express [3]**  61/4 65/11 75/18
**extensive [3]**  8/19 10/11
  17/13
**extra [1]**  68/17
**extremely [1]**  34/7

**F**

**facade [1]**  40/10
**face [2]**  42/11 52/23
**faced [2]**  40/5 40/15
**facilities [4]**  16/9 26/4
  26/20 69/12
**facility [6]**  53/24 69/13
  69/16 72/15 72/17 75/13
**facing [3]**  35/5 38/2 41/13
**fact [15]**  7/2 7/21 9/22
  10/15 30/9 35/18 43/1 44/18
  45/1 65/1 65/6 66/15 68/15
  72/4 74/22
**factor [1]**  15/12
**factors [12]**  19/13 35/3 35/7
  35/9 39/13 49/2 55/18 65/9

  66/3 66/6 66/18 66/21
**facts [4]**  43/14 44/3 44/22
  44/25
**fails [1]**  46/22
**Failure [3]**  68/23 72/10 75/3
**fair [6]**  19/1 19/4 39/7
  49/20 50/19 51/4
**fairly [1]**  51/8
**faith [2]**  7/19 48/21
**fall [1]**  24/3
**family [8]**  31/25 35/13 39/23
  59/24 62/18 62/20 63/1
  63/19
**far [12]**  14/16 21/8 22/8
  24/8 37/17 45/21 47/1 54/23
  65/16 65/16 70/9 73/10
**fashion [1]**  25/5
**fashioning [1]**  58/19
**father [10]**  24/9 24/11 24/15
  25/14 31/14 35/10 48/18
  48/23 63/22 63/24
**father's [5]**  23/20 24/9
  25/13 33/1 48/20
**federal [2]**  41/17 58/5
**feeder [1]**  43/19
**feel [4]**  6/16 8/7 29/7 56/2
**felony [1]**  39/18
**figure [2]**  3/21 37/17
**file [9]**  30/9 32/7 32/9
  32/12 32/14 64/7 68/24
  72/10 75/3
**filed [9]**  9/25 29/3 42/20
  53/4 68/23 72/10 73/1 75/3
  76/9
**filing [1]**  69/22
**filling [5]**  16/10 16/12
  48/15 61/8 61/12
**final [1]**  4/7
**finally [3]**  36/6 40/1 41/8
**financial [2]**  14/10 67/21
**find [7]**  14/16 15/7 34/7
  41/18 44/22 70/5 72/23
**finding [5]**  4/24 41/17 66/22
  70/16 73/15
**findings [3]**  68/15 72/4
  74/22
**fine [3]**  66/23 70/17 73/16
**finish [1]**  14/22
**firearm [3]**  67/15 71/5 73/24
**first [12]**  8/10 9/5 13/7
  34/10 38/12 38/16 47/9
  55/12 59/23 66/4 66/6 72/15
**first-time [4]**  38/12 38/16
  55/12 66/6
**fit [3]**  20/23 20/25 50/23
**five [19]**  6/11 7/9 8/2 8/17
  9/7 9/20 10/6 10/10 10/20
  10/23 12/7 13/2 17/13 42/14
  42/17 43/10 48/24 49/9
  49/15
**FL [1]**  76/20
**Flagler [2]**  1/19 2/7
**flakka [6]**  52/15 52/17 52/18
  52/21 52/23 52/24
**floor [2]**  1/20 61/12
**FLORIDA [9]**  1/1 1/17 1/20
  1/23 2/3 2/8 2/17 32/25

## F

FLORIDA... [1]  62/12
flsd.uscourts.gov [1]  2/18
focus [1]  10/19
focused [1]  62/14
folks [3]  27/25 51/20 55/2
follow [2]  55/20 75/17
following [4]  33/12 67/20
 71/9 74/3
forced [1]  41/24
foregoing [1]  76/14
forfeited [3]  68/13 72/2
 74/20
forfeiture [10]  68/3 68/4
 68/11 71/18 71/21 71/22
 72/1 74/12 74/15 74/19
formally [1]  32/12
former [1]  26/15
forms [1]  28/6
Fort [1]  1/17
forth [2]  14/23 56/20
Fortunately [1]  35/2
forward [1]  4/11
found [4]  22/17 33/18 35/25
 54/12
four [12]  6/12 6/13 7/6 8/3
 8/17 10/8 10/11 10/14 10/23
 19/6 45/7 65/25
frame [1]  34/15
frankly [2]  42/4 54/6
free [2]  60/1 60/10
friend [3]  11/11 18/12 25/7
friends [2]  16/7 43/25
frightening [1]  46/18
FRITZ [2]  1/21 3/11
fruits [1]  21/2
full [1]  12/6
further [6]  19/24 54/16
 67/23 71/12 73/15 74/6
future [2]  35/17 41/18

## G

gained [1]  39/16
game [1]  41/20
gathered [1]  12/16
general [6]  34/4 35/24 36/6
 38/1 57/8 57/19
generally [2]  52/21 64/25
Genny [1]  8/4
gentlemen [3]  19/25 45/21
 48/15
George [1]  31/12
getting [1]  61/14
gift [1]  42/22
gigantic [1]  45/11
give [5]  17/7 27/16 30/8
 32/8 57/9
given [7]  17/9 19/12 22/2
 34/23 34/25 39/15 65/6
gives [3]  13/20 18/17 64/23
glad [1]  62/24
Gloria [1]  31/3
God [1]  63/3
goes [8]  23/12 27/13 33/7
 34/17 36/7 45/9 46/19 53/19
good [14]  3/2 3/6 3/9 3/10
 3/12 3/13 3/17 7/19 43/22

47/3 48/21 69/19 72/19
75/24
gotten [2]  29/14 29/23
GOVERNMENT [38]  1/15 3/7
 4/25 5/3 5/19 14/19 15/7
 15/20 18/2 19/10 20/6 23/10
 29/12 30/8 30/12 34/8 36/5
 37/11 41/10 43/13 44/8 48/9
 48/10 48/21 48/22 49/9
 49/18 49/23 50/5 50/15
 56/16 61/4 62/1 63/19 70/11
 73/1 73/12 76/2
Government's [1]  23/6
graduate [1]  62/8
graduated [2]  47/23 62/9
gram [1]  53/11
Granados [3]  9/3 12/9 12/18
grandmother [1]  62/19
grant [1]  73/1
grants [1]  47/4
grease [1]  27/7
great [4]  31/19 42/8 44/11
 65/19
greater [3]  64/8 65/8 66/18
greatly [1]  73/9
greed [1]  26/16
green [3]  5/20 21/13 55/14
Gregory [1]  31/12
grew [1]  25/6
grocery [1]  23/20
grow [2]  25/4 54/3
growing [3]  10/17 34/9 51/9
grown [1]  60/10
guess [6]  6/10 11/1 21/16
 23/22 37/15 42/15
guidance [2]  64/9 64/17
guideline [29]  4/6 8/5 20/2
 21/19 22/1 22/4 22/23 29/6
 38/20 40/5 40/10 42/5 56/9
 64/12 64/14 64/22 64/23
 65/21 65/23 65/24 66/1 66/2
 66/20 70/2 70/4 70/5 70/14
 72/25 75/20
guidelines [21]  4/24 6/15
 7/18 7/25 8/11 8/13 19/2
 22/19 29/19 29/20 30/4 40/3
 45/14 47/13 53/8 53/15
 55/21 57/24 64/10 64/15
 72/22
guilty [1]  61/6
Gun [1]  31/15
guy [6]  25/11 34/23 47/7
 47/7 49/7 52/22
guys [2]  19/15 27/16

## H

habit [1]  50/22
half [2]  51/16 56/8
hand [2]  53/10 66/14
hands [3]  14/12 27/6 27/8
happen [1]  42/25
happened [1]  61/23
hard [4]  7/10 24/5 58/7
 65/6
harder [1]  30/11
harm [2]  64/25 65/19
harmful [1]  37/17
harms [1]  55/19

head [1]  9/25
hear [7]  3/18 14/5 23/1
 30/16 47/6 56/7 58/1
heard [7]  17/22 28/9 41/2
 55/19 56/11 56/19 64/11
hearing [4]  1/10 3/22 30/23
 55/9
heavy [1]  34/20
held [1]  51/17
Helena [1]  11/21
help [5]  23/19 25/7 63/1
 64/23 75/23
helped [1]  50/15
helpful [1]  70/5
helps [1]  3/23
heroin [8]  23/25 28/4 34/19
 46/6 46/11 51/6 65/15 65/17
hierarchy [3]  44/14 44/19
 47/17
high [11]  28/8 29/19 36/15
 36/22 43/25 44/16 47/8
 49/16 49/21 58/18 62/10
higher [5]  29/11 33/23 49/24
 62/10 65/16
highest [1]  51/22
highly [1]  53/3
Highway [1]  1/16
Hill [5]  31/7 31/12 31/12
 31/16 31/16
hint [1]  3/19
hired [1]  16/9
history [7]  15/23 35/9 35/10
 39/22 69/3 70/3 72/24
hit [2]  54/13 55/8
hold [1]  52/10
Holmes [1]  75/21
home [7]  16/5 26/2 26/2
 48/20 61/17 69/5 69/5
homeland [1]  35/19
honest [1]  7/14
Honor [112]
Honor's [2]  29/7 45/19
HONORABLE [1]  1/11
hope [2]  32/1 58/18
hopefully [1]  41/18
HOSSAIN [79]
Hossain's [7]  14/4 31/6 32/4
 45/15 49/8 54/13 65/20
hour [2]  19/3 56/8
hours [3]  44/10 67/11 71/1
house [2]  33/18 54/13
HSI [1]  3/8
huge [1]  45/10
hundred [2]  42/24 47/11
hundreds [5]  27/2 37/5 51/7
 55/13 55/14
hurt [1]  58/16
husband [1]  35/11

## I

I'll [9]  19/21 32/3 32/11
 41/11 56/7 64/5 69/16 72/17
 75/12
I'm [60]  3/23 4/5 4/6 4/8
 5/6 7/5 8/11 8/14 12/13
 17/12 17/13 17/15 18/23
 18/24 19/3 19/7 19/19 19/22
 20/21 21/17 23/25 28/20

**I**

**I'm... [38]**  29/19 29/20 30/3
30/25 33/13 33/15 33/25
34/2 37/3 37/18 40/20 40/21
41/24 42/9 42/15 43/18 47/4
47/12 47/15 47/18 49/13
50/17 52/23 56/18 60/1 60/5
60/10 60/15 61/6 61/24 62/6
62/13 62/24 63/9 63/19
64/14 66/5 69/20
**I've [4]**  60/12 70/7 70/10
73/6
**idea [6]**  14/4 34/20 38/11
39/24 40/7 60/7
**identical [1]**  69/24
**identified [2]**  68/10 71/25
**identify [1]**  70/8
**illegal [20]**  12/19 23/21
23/23 24/14 24/19 25/3
25/14 25/19 26/9 26/11
32/22 32/23 33/14 35/4
44/19 48/22 48/25 50/4
50/11 66/15
**illnesses [2]**  51/5 51/12
**immediately [1]**  61/22
**immigration [1]**  71/10
**impact [2]**  21/2 65/7
**impacted [1]**  65/7
**implicate [1]**  50/6
**important [2]**  6/6 25/17
**importation [2]**  6/15 9/19
**importer [4]**  9/9 27/14 27/15
27/24
**importing [1]**  11/19
**imposed [5]**  56/22 68/14 72/3
74/9 74/21
**impossible [1]**  37/21
**imprison [1]**  47/1
**imprisonment [9]**  22/4 22/23
67/7 68/1 70/22 71/10 71/15
73/20 74/10
**in the [1]**  40/20
**incapacitate [1]**  54/5
**incarcerated [2]**  49/9 69/16
**incarceration [1]**  62/20
**include [2]**  9/3 68/7
**included [1]**  48/2
**including [7]**  16/15 16/15
32/25 33/1 67/20 71/9 74/3
**income [1]**  33/6
**inconsistent [1]**  35/7
**incorporate [3]**  55/19 68/8
69/24
**incorporated [6]**  68/11 71/22
72/1 74/16 74/16 74/19
**incorrect [1]**  18/3
**increase [6]**  10/11 10/13
17/16 22/15 22/16 22/18
**increasing [1]**  36/13
**independent [1]**  45/19
**indicated [1]**  21/11
**indicted [3]**  8/23 11/23
11/24
**indicting [1]**  26/1
**indictment [6]**  15/15 26/1
26/14 33/18 40/21 54/12
**individual [7]**  9/5 9/10

23/15 24/9 35/20 39/15
65/19
**individuals [9]**  8/23 9/1
12/4 12/18 15/16 31/19 32/4
40/13 47/3
**indulge [1]**  56/1
**infancy [1]**  46/1
**influence [1]**  52/13
**ingredient [3]**  5/24 64/13
64/20
**initial [1]**  11/18
**initially [4]**  11/19 14/4
24/4 66/8
**injury [2]**  37/15 61/11
**insignificant [1]**  48/16
**intent [1]**  33/23
**intentions [1]**  62/23
**intercepted [3]**  50/10 54/7
62/2
**interest [2]**  68/10 71/25
**interesting [2]**  25/15 41/8
**interfere [1]**  61/25
**interpretation [2]**  7/24 8/7
**interviewed [1]**  24/19
**interviews [2]**  17/6 17/6
**introduce [1]**  31/2
**introduced [1]**  15/17
**investigation [2]**  45/9 61/25
**investigations [2]**  44/8
56/19
**invited [3]**  21/16 48/2 62/16
**involved [17]**  10/10 10/16
11/9 11/10 16/15 18/24 19/8
20/16 25/22 25/23 26/22
29/23 33/6 54/7 61/4 62/1
73/10
**involvement [2]**  61/7 61/22
**involving [2]**  15/14 40/9
**iPad [1]**  46/13
**Ironically [1]**  35/12
**ISIS [1]**  60/15
**issue [9]**  4/18 5/17 5/18
20/4 22/14 35/23 36/6 37/4
73/13
**issues [5]**  3/20 4/10 4/14
4/16 20/22
**items [3]**  68/12 72/2 74/20

**J**

**JANUARY [1]**  1/5
**jar [1]**  21/14
**jars [5]**  9/17 16/10 16/12
21/14 23/18
**jeopardize [1]**  44/7
**Joan [1]**  31/7
**joints [1]**  27/7
**JON [1]**  2/2
**Jones [2]**  31/12 31/16
**Jordan [1]**  54/23
**Juanita [1]**  31/12
**JUDGE [22]**  1/11 17/22 18/16
19/16 19/21 26/16 26/22
37/13 40/20 41/2 41/16
41/22 42/7 42/19 42/23 44/6
45/11 45/14 46/12 49/21
50/17 72/13
**judgment [9]**  66/23 68/4 68/8
68/12 70/18 71/23 73/17

74/17 74/20
**judicial [1]**  45/19
**June [1]**  26/11
**justice [6]**  33/25 38/15 39/2
39/23 65/13 66/19
**juvenile [2]**  12/23 21/17

**K**

**Kabip [1]**  31/15
**Kaiser [1]**  41/3
**keep [2]**  32/13 58/25
**keeping [2]**  16/18 51/11
**kept [8]**  16/13 16/13 16/13
16/14 16/18 26/23 26/24
50/13
**key [4]**  28/20 28/21 33/2
46/21
**KHALIFA [75]**  1/7 2/2 3/4
3/16 8/25 9/23 10/21 11/11
11/11 11/14 13/6 14/2 14/5
14/7 14/15 15/4 15/10 15/11
15/17 15/21 16/1 16/10
16/20 16/23 16/24 17/11
17/16 17/23 18/4 18/5 18/6
18/11 19/5 20/8 20/15 20/18
20/25 21/6 21/18 22/7 23/5
23/9 25/7 26/21 29/2 29/21
23/9 29/25 34/20 34/23
41/25 43/9 43/15 43/16
43/19 43/24 44/3 44/16
44/20 45/1 45/8 45/8 49/7
50/7 51/17 52/7 54/6 54/8
54/9 56/3 59/19 70/1 70/11
70/19 72/7
**Khalifa's [2]**  45/15 69/20
**kidney [2]**  37/14 51/12
**kids [1]**  58/9
**kilogram [1]**  53/9
**kilograms [10]**  5/13 5/14
27/3 48/12 49/16 49/17
55/14 55/14 62/2 62/2
**kilos [4]**  13/20 27/12 27/14
28/22
**Kimbreell [1]**  31/16
**kind [3]**  10/15 33/11 49/3
**knew [4]**  25/3 29/16 50/3
66/14
**knowing [4]**  24/23 29/17
34/14 48/15
**known [2]**  28/15 43/25

**L**

**L-L-E-R-N-A [1]**  11/22
**language [1]**  68/3
**largely [4]**  17/10 18/24
66/10 72/14
**larger [1]**  17/14
**law [10]**  24/2 24/15 24/18
25/1 26/24 33/12 43/5 54/7
62/23 75/20
**lawyers [2]**  46/17 75/18
**leader [6]**  4/20 6/19 10/9
10/12 13/1 20/23
**leadership [3]**  6/25 16/16
20/17
**leaf [1]**  28/1
**leafy [1]**  55/16
**learn [1]**  64/18

**L**

learned [3]   41/7 43/21 61/21
learning [1]   24/4
leave [1]   69/13
leaves [1]   23/17
led [1]   60/8
Lee [1]   31/12
left [3]   3/16 6/5 59/8
legal [4]   24/13 44/19 61/10
61/19
legitimacy [1]   40/11
Lehder [1]   7/16
leniency [1]   62/25
lesser [1]   49/8
letter [1]   48/1
letters [1]   48/1
level [22]   6/7 6/15 6/16 8/7
9/23 17/16 20/8 20/18 22/4
22/15 22/16 22/18 22/23
29/11 45/2 49/22 49/22
51/24 53/20 54/22 65/25
72/24
levels [21]   6/11 6/12 6/13
6/14 7/6 8/17 9/20 9/24
10/6 10/11 10/14 10/14
10/14 10/24 18/6 18/7 19/5
19/6 21/17 49/18 65/25
Liasa [1]   31/16
lied [1]   17/7
lies [3]   17/7 34/11 34/12
life [4]   60/4 60/12 60/16
62/4
lifelong [1]   43/24
light [2]   56/2 66/3
lightly [1]   28/3
likewise [6]   4/3 59/19 70/3
72/22 74/12 75/10
line [2]   35/3 41/5
LINEBERGER [10]   1/15 3/6
4/12 8/16 12/9 12/16 23/3
37/15 44/15 51/2
lines [1]   75/21
listed [3]   12/22 12/25 20/9
listening [1]   55/9
listing [3]   26/15 29/10
54/14
literally [1]   45/8
little [6]   9/18 10/19 22/11
52/4 57/23 59/17
Llerna [6]   11/17 11/22 13/14
13/18 13/19 13/20
location [2]   13/24 69/15
locations [2]   13/20 14/1
locked [1]   46/2
long [5]   36/1 47/2 51/12
52/9 61/12
long-term [1]   51/12
longer [2]   36/2 69/8
look [10]   10/23 18/10 33/2
35/2 35/23 39/14 44/21 46/9
57/23 63/23
looked [7]   36/14 40/3 64/19
65/9 65/14 65/20 73/6
looking [4]   23/7 49/22 64/14
66/6
Lorena [3]   9/4 9/5 11/18
loses [1]   6/14

loss [2]   31/24 31/24
lot [8]   14/25 27/13 37/8
37/9 42/24 46/3 65/1 65/15
loving [1]   62/7
low [4]   29/20 30/4 49/7
65/6
lower [1]   9/23
lowest [2]   20/8 51/21
lube [1]   27/7
LUBIN [6]   1/19 3/10 12/25
13/12 45/25 59/7
luck [2]   69/19 72/19
luxury [1]   46/13

**M**

ma'am [2]   31/8 31/11
MAHER [3]   1/7 18/12 73/18
mail [2]   16/24 44/23
mailbox [1]   13/25
mailboxes [5]   12/17 13/21
13/22 49/10 61/19
mails [4]   13/17 16/21 27/11
50/5
main [1]   34/23
maintained [1]   62/15
majority [1]   26/10
making [5]   6/22 20/18 37/16
61/8 65/5
Maldinado [6]   9/3 12/2 12/3
12/4 12/6 12/10
man [4]   24/17 41/7 43/2
60/10
management [1]   20/17
management-leadership [1]
20/17
manager [3]   10/12 19/18
20/22
managers [1]   17/12
manner [3]   68/16 72/5 74/23
manufacturer [1]   9/9
MARC [2]   2/6 3/14
Marchese [2]   9/3 12/9
marijuana [39]   3/24 27/24
27/25 34/6 34/17 35/5 37/17
38/3 39/1 39/4 42/6 49/15
49/17 53/6 53/7 53/9 53/16
54/19 54/20 54/22 54/24
55/8 57/4 58/2 58/4 58/5
58/9 64/12 64/13 64/22
64/25 65/8 65/11 65/13
65/21 65/21 66/11 66/12
70/9
marijuana-like [1]   66/11
MARK [3]   2/2 3/16 34/11
married [1]   39/23
master [1]   43/21
masters [1]   43/22
material [2]   5/17 23/16
matter [2]   29/14 76/16
maximum [1]   62/4
McBride [1]   3/8
McCray [1]   31/3
mean [17]   6/9 7/2 7/8 7/8
8/7 9/15 10/1 10/16 10/19
13/13 15/6 28/14 33/5 36/14
37/11 49/5 57/11
meaningless [2]   34/13 37/25
meant [1]   5/23

medical [2]   53/10 65/4
meet [1]   66/19
memo [1]   36/9
memorandum [12]   18/9 36/1
42/20 42/25 45/6 46/25 49/2
64/7 69/22 69/25 73/4 76/9
men [3]   41/23 45/22 46/2
menial [2]   16/10 16/12
mentioned [2]   10/20 26/7
mercy [6]   31/23 40/16 40/16
60/20 62/25 64/3
mere [1]   23/16
merely [3]   16/1 27/25 52/4
Miami [1]   52/22
microphone [1]   59/13
middle [4]   23/9 26/6 27/3
47/18
MIDDLEBROOKS [2]   1/2 1/11
miller [4]   2/16 2/18 76/17
76/18
mind [1]   33/7
minor [4]   20/14 22/14 22/17
22/18
minus [1]   50/18
minute [1]   58/21
Miss Lineberger [4]   4/12
8/16 44/15 51/2
missing [1]   15/13
mistake [1]   35/21
mistakes [1]   61/5
mitigates [1]   34/3
mitigating [1]   39/13
mix [1]   25/9
mixed [1]   55/15
mixers [1]   27/15
mixing [1]   6/22
MO [2]   26/18 26/20
modus [1]   54/2
Mohammed [1]   31/13
mom [7]   7/22 7/23 9/12 9/12
9/15 9/15 53/17
mom-and-pop [1]   53/17
moment [4]   22/8 22/20 41/12
63/5
money [11]   12/17 14/11 14/13
15/6 16/13 26/17 48/14
48/21 48/22 60/2 61/15
monitor [2]   27/2 27/4
month [7]   27/12 42/6 42/21
45/13 46/25 57/24 69/7
months [39]   22/24 29/12 30/4
30/13 39/2 41/10 41/13
41/24 42/10 42/12 42/12
42/19 42/21 42/24 43/3
45/10 47/11 47/18 48/7
49/23 49/23 50/18 50/18
58/3 65/13 65/22 66/1 66/25
66/25 67/2 67/6 68/1 70/4
70/20 70/20 71/15 72/25
73/19 74/10
morally [1]   24/2
morning [7]   3/2 3/6 3/9 3/10
3/12 3/13 3/17
mother [1]   31/14
motion [2]   73/1 73/1
mounting [1]   28/17
mousetrap [1]   16/5
move [2]   4/11 61/17

## M

moved [2]  26/21 54/10
moving [1]  36/23
MR [10]  3/14 9/23 13/12
15/15 20/20 45/15 47/21
69/23 74/24 75/8
Mr. [137]
Mr. Ali [1]  43/22
Mr. Elhelw [32]  9/6 9/23
13/22 15/8 15/11 16/11 20/9
20/10 20/17 22/8 23/8 26/18
29/18 30/1 30/2 30/7 41/17
42/11 42/17 43/8 43/12
47/22 51/15 51/15 52/7 52/7
53/18 53/25 54/6 60/23
72/21 74/25
Mr. Elhelw's [1]  22/22
Mr. Hossain [39]  3/11 11/11
11/12 13/6 14/3 14/3 18/3
18/5 19/4 22/3 23/8 23/10
27/9 27/23 29/6 29/13 29/19
29/23 30/2 30/6 30/24 41/13
43/15 43/17 43/21 43/24
44/2 44/15 44/20 45/2 45/7
47/16 54/4 54/9 59/6 59/10
63/14 68/20 69/23
Mr. Hossain's [7]  14/4 31/6
32/4 45/15 49/8 54/13 65/20
Mr. Khalifa [40]  11/14 14/2
14/5 15/4 15/10 15/11 15/17
16/1 16/10 16/20 16/23
16/24 17/23 18/4 18/5 18/6
19/5 22/7 26/21 29/21 29/23
29/25 43/9 43/15 43/16
43/19 43/24 44/3 44/16
44/20 45/1 45/8 52/7 54/6
54/9 56/3 59/19 70/1 70/11
72/7
Mr. Khalifa's [1]  69/20
Mr. Lubin [3]  12/25 45/25
59/7
Mr. O'Brien [3]  56/2 56/11
56/12
Mr. O'Brien's [1]  51/14
Mr. Scheller [8]  14/21 41/11
42/7 43/16 45/17 45/25
46/24 56/12
Mr. Scheller's [1]  57/23
MS [3]  12/9 12/16 68/5
multiple [3]  15/14 15/19
52/12
mutually [1]  16/17

## N

name [8]  3/15 12/6 26/4
26/7 41/2 41/3 52/3 54/9
named [2]  16/3 24/17
names [3]  26/7 32/14 32/17
Napp [1]  31/7
narcotics [1]  46/7
narrowed [1]  3/20
national [2]  40/4 46/16
natural [2]  34/19 53/5
naturally [2]  28/4 53/6
nature [3]  18/6 35/2 44/18
near [4]  49/6 53/7 69/13
69/16

nearly [1]  42/20
necessarily [2]  15/6 18/22
necessary [4]  38/12 47/2
47/11 66/19
need [10]  14/5 20/5 27/12
32/10 37/17 38/5 39/20 56/8
68/4 75/15
needed [4]  25/6 25/7 25/7
25/8
needs [6]  37/11 45/20 56/8
65/11 70/15 73/11
negate [1]  44/18
negotiating [2]  16/14 27/11
nervous [1]  59/17
network [1]  46/14
never [3]  49/10 62/22 62/23
new [9]  24/23 24/23 28/3
46/18 51/8 52/10 52/25 53/1
64/9
news [2]  51/10 52/11
night [1]  9/16
nine [2]  44/10 48/7
no-dog-in-the-fight [1]
45/19
nonviolent [5]  38/11 38/16
41/24 43/3 45/23
normal [3]  68/22 72/8 75/2
normally [1]  20/21
North [1]  2/7
note [1]  69/10
noted [5]  10/2 15/10 67/22
71/10 74/4
notice [12]  24/20 24/25
25/15 26/9 33/9 33/17 68/23
68/24 72/9 72/10 75/2 75/4
November [2]  26/19 49/25
number [12]  3/5 5/4 5/5 6/2
7/2 13/4 13/20 16/1 30/23
32/24 34/14 34/23 34/25
35/14 35/15 37/22 37/24
51/10 65/4 65/5 68/11 72/1
numerous [1]  17/6

## O

O'BRIEN [5]  2/2 3/16 56/2
56/11 56/12
O'Brien's [1]  51/14
object [10]  5/8 6/8 7/19
7/21 52/6 68/15 68/18 72/4
74/22 76/4
objection [4]  5/6 6/9 7/6
76/3
objections [1]  10/3
objects [1]  20/6
obscene [3]  35/7 36/5 38/22
obtained [3]  15/5 15/6 62/11
obvious [1]  44/13
obviously [3]  33/7 33/15
35/21
occur [2]  28/19 57/18
occurred [3]  32/20 33/20
62/24
occurring [2]  28/4 53/6
offender [2]  38/12 38/12
offenders [3]  38/12 38/12
55/12
offense [6]  22/3 22/23 35/3
41/24 43/3 72/24

office [3]  1/16 67/12 71/2
officer [4]  3/19 21/23 22/22
39/9
Official [2]  2/16 76/18
Oh [1]  55/7
old [2]  47/23 54/12
older [1]  28/17
oldest [1]  26/13
Oleg [2]  13/18 13/18
once [4]  15/8 34/11 46/4
61/8
ones [7]  6/21 26/13 27/16
27/19 27/20 51/23 52/2
ongoing [3]  15/19 44/8 56/19
open [1]  61/18
opened [4]  12/5 12/11 49/10
51/23
opening [3]  12/17 51/20
51/24
operandi [1]  54/2
operation [2]  7/22 7/23
opium [1]  50/20
opportunity [5]  53/18 59/12
59/21 60/2 60/25
opposed [2]  5/24 54/22
Orange [1]  1/22
order [8]  9/16 48/5 68/6
68/11 71/21 72/1 74/15
74/19
ordered [4]  13/24 67/23
71/12 74/6
organic [1]  5/16
organization [11]  6/19 9/20
9/25 13/7 14/9 23/15 34/24
43/9 44/14 45/18 53/18
organizations [2]  17/15
44/19
organizer [5]  10/9 10/12
13/1 19/18 20/23
organizers [1]  17/11
organizing [1]  18/12
originally [1]  8/23
Orlando [1]  42/8
ought [1]  4/11
outlines [1]  49/2
outrageous [1]  45/22
outside [1]  53/24
overall [1]  19/9
overdose [1]  46/6
overstates [1]  6/17
overstating [1]  13/4

## P

P-R-O-C-E-E-D-I-N-G-S [1]  3/1
p.m [1]  76/12
package [5]  21/7 21/12 25/8
50/1 54/16
packaged [3]  12/5 21/15
55/17
packager [3]  16/2 21/13
23/16
packages [14]  9/2 12/20
13/23 14/1 16/19 16/25
18/13 21/5 23/17 48/8 48/10
48/14 51/25 52/1
packaging [8]  5/16 5/21 5/23
9/14 16/8 16/10 24/17 29/25
packets [3]  9/17 28/7 55/16

**P**

packing [1]  43/20
page [2]  18/8 45/5
PAGES [1]  1/9
paid [6]  12/17 21/1 21/5
 21/12 21/14 27/1
pain [3]  61/13 61/13 61/15
pains [1]  43/14
PakMail [7]  9/2 11/19 12/5
 12/11 50/2 50/2 51/20
PakMails [1]  48/11
Palm [6]  1/20 2/8 2/17
 56/25 57/2 76/20
panic [1]  46/20
paragraph [5]  5/14 15/9
 15/11 18/11 69/2
parents [2]  62/7 63/23
parity [2]  9/22 20/20
Park [1]  1/23
part [11]  26/5 31/20 38/10
 67/22 68/4 68/7 68/8 71/10
 71/22 74/4 74/16
parters [1]  29/22
participants [6]  7/10 7/10
 8/18 8/20 10/10 13/2
participate [1]  62/17
particular [2]  19/24 44/2
particularly [2]  65/14 70/5
parties [1]  5/11
partners [3]  10/21 14/7
 29/21
parts [1]  60/15
party [1]  45/19
Pasco [1]  52/12
passed [1]  62/19
path [1]  33/16
Pause [1]  63/7
pay [8]  48/23 62/18 66/23
 67/23 70/17 71/12 73/16
 74/6
paying [2]  33/4 33/6
payment [1]  21/5
PCP [2]  53/8 53/9
peddled [1]  28/6
people [44]  7/8 7/16 7/21
 9/14 10/20 12/25 13/5 17/13
 20/10 20/16 24/4 24/24 25/7
 25/8 25/8 25/9 25/9 26/3
 26/4 26/25 27/8 27/18 28/2
 28/7 28/19 34/17 35/14 37/8
 37/9 43/23 47/1 47/6 49/10
 52/11 52/20 54/17 54/20
 55/3 56/22 57/2 57/10 58/17
 65/7 66/10
per-package [1]  21/7
percent [2]  36/15 37/5
period [3]  68/24 72/11 75/4
Perlet [1]  2/6
permissible [2]  67/21 74/4
person [10]  9/7 9/11 10/16
 11/2 14/4 35/10 39/21 49/3
 67/12 71/2
personally [1]  31/21
petition [3]  31/20 32/3 55/5
phone [2]  16/1 34/25
phonetic [1]  41/4
pick [5]  13/22 17/1 18/13

 48/6 52/2
picked [3]  6/20 48/8 62/3
picking [6]  9/2 16/20 21/5
 48/14 50/1 50/4
picture [1]  47/12
Pierce [1]  1/17
pillar [1]  57/6
pills [2]  61/13 61/15
Piya [6]  8/25 9/13 10/25
 11/3 13/13 31/15
place [1]  13/7
placed [5]  42/20 53/12 67/8
 70/23 73/21
places [3]  9/14 31/3 52/1
Plaintiff [2]  1/5 54/8
plan [1]  64/7
plans [1]  46/14
plant [1]  23/17
play [3]  10/2 45/13 45/20
playing [1]  61/11
plays [1]  9/22
plea [4]  68/3 68/21 72/7
 74/25
please [9]  3/2 3/15 14/22
 30/22 31/4 60/20 61/1 61/6
 63/6
plus [1]  62/15
podium [1]  30/19
point [14]  4/4 4/18 9/7 16/9
 23/21 24/25 25/15 32/15
 33/13 33/21 42/21 43/1
 44/11 58/8
pointed [2]  42/25 46/15
pointing [1]  45/5
pole [1]  49/7
police [4]  25/13 48/7 48/19
 50/10
poor [1]  27/18
pop [7]  7/22 7/23 9/12 9/12
 9/15 9/15 53/17
pops [1]  36/24
popularity [1]  51/9
pose [1]  39/22
posing [1]  50/2
position [2]  19/22 23/7
possess [3]  67/16 71/6 73/24
possessing [3]  67/15 71/5
 73/23
possible [5]  69/5 72/13
 72/16 72/18 75/11
possibly [1]  75/10
pot [3]  58/13 58/14 58/18
poverty [1]  60/16
powder [3]  5/15 13/25 27/13
powers [1]  25/19
pray [1]  60/14
preceded [1]  23/23
predicting [1]  41/14
prefer [1]  40/20
preliminary [6]  68/5 68/10
 71/20 71/25 74/14 74/19
prepared [2]  4/25 6/25
presence [1]  31/24
present [4]  14/6 31/1 32/3
 65/18
presentation [2]  18/20 19/4
presentence [7]  4/15 5/4
 33/2 45/9 67/22 71/11 74/5

preserve [1]  76/3
president [5]  14/8 14/9
 44/15 44/17 44/18
prestigious [1]  48/2
pretty [4]  33/10 37/16 42/15
 64/24
prices [1]  27/11
primarily [2]  27/23 40/9
prior [2]  41/23 47/7
prison [7]  36/1 36/2 38/2
 47/5 50/24 56/17 60/5
Prisons [6]  66/25 69/10
 69/14 70/19 73/18 75/15
probably [12]  3/25 7/13
 42/14 42/15 44/9 45/15 46/3
 48/13 48/24 49/8 65/5 76/10
probation [6]  3/19 21/23
 39/5 57/9 67/12 71/2
PROBATIONS [1]  22/22
problem [7]  8/2 15/12 36/12
 37/2 46/8 50/20 55/7
problematic [4]  15/7 33/8
 34/7 34/21
problems [1]  37/9
proceeded [1]  23/24
proceedings [4]  58/23 63/7
 76/12 76/15
proceeds [7]  12/12 12/14
 15/3 30/1 30/3 39/16 40/25
process [1]  75/21
produced [1]  57/24
produces [1]  66/2
product [10]  16/19 24/9
 24/10 24/16 24/17 24/23
 25/2 40/4 53/5 55/15
products [1]  48/6
professor [2]  48/2 62/16
proffers [4]  15/20 18/23
 44/10 44/24
profit [1]  73/9
profits [1]  25/6
program [6]  48/3 50/24 62/17
 69/4 69/9 75/9
prohibited [3]  67/15 71/5
 73/23
pronounced [3]  68/16 72/5
 74/23
property [3]  54/9 68/10
 71/25
prosecuted [1]  49/11
prosecuting [1]  18/21
prosecution [1]  30/12
prosecutor [5]  32/21 33/3
 34/22 35/6 59/24
prospects [1]  39/19
protection [1]  55/11
proud [2]  62/8 63/23
prove [4]  5/4 5/19 5/25 6/1
provide [3]  22/19 57/8 64/17
provided [1]  73/12
provision [1]  22/19
provisions [1]  19/18
PSI [5]  13/8 17/10 19/18
 69/2 69/10
PSR [1]  15/9
public [1]  55/11
pull [1]  59/13
pulled [1]  46/13

**P**

punish [1]  46/21
punished [2]  39/14 60/7
punishment [2]  23/12 43/6
pure [4]  5/20 5/25 27/13
55/15
purpose [2]  28/6 47/2
pursue [2]  30/11 62/10
pushed [1]  54/16
put [7]  9/16 18/8 24/20
26/7 46/24 50/8 50/15
putting [5]  9/10 21/13 21/13
23/16 26/4

**Q**

qualify [3]  22/15 22/17 69/7
question [10]  8/19 10/14
13/2 15/3 32/21 37/6 37/14
38/23 41/4 52/19
quick [1]  60/2

**R**

raised [1]  7/1
ramifications [1]  24/5
Ramisa [1]  31/15
ran [2]  54/1 54/6
randomly [1]  34/25
range [4]  22/4 22/23 29/6
42/15
rapidly [1]  34/9
Rashida [1]  31/14
ratio [12]  4/5 21/25 40/6
40/14 52/18 53/9 53/11
53/15 64/15 64/21 66/5 70/6
rationale [1]  70/7
ratios [1]  49/14
rats [1]  40/9
RDAP [2]  69/4 69/9
reach [1]  59/14
reached [1]  3/20
reaction [1]  58/12
read [4]  32/14 32/17 56/6
63/12
reading [3]  19/2 19/17 48/8
reads [1]  31/20
reaffirm [1]  60/18
reality [1]  48/13
realize [4]  10/4 21/24 29/7
72/14
realizing [2]  61/13 61/14
really [14]  7/19 7/21 7/22
8/8 8/19 15/3 37/7 50/15
51/4 53/21 53/21 53/25
56/16 64/22
reason [2]  23/10 50/21
reasonable [5]  42/2 47/14
57/25 66/2 66/20
reasons [3]  69/23 70/4 73/2
rebuttal [1]  56/3
recall [1]  30/23
receive [13]  15/3 19/5 22/16
22/18 23/11 30/1 30/3 41/9
42/13 42/18 43/3 60/14 73/6
received [5]  12/17 21/4
35/15 47/8 50/20
receives [1]  42/17
receiving [1]  43/9

Recess [1]  58/23
recidivism [6]  36/10 39/20
39/21 39/22 39/25 53/19
recitation [1]  15/23
recite [1]  72/23
recognized [1]  66/13
recommend [6]  29/2 69/4 69/9
69/13 69/16 72/17
recommendation [5]  57/23
72/12 75/6 75/11 75/16
recommendations [3]  23/1
30/17 75/13
recommended [1]  69/10
recommending [1]  75/9
record [10]  15/23 20/7 41/23
43/2 47/7 51/10 51/13 51/13
72/23 76/4
records [5]  14/17 14/18
14/21 14/25 15/5
recruit [3]  7/8 20/11 20/13
recruited [13]  10/22 11/8
11/11 11/13 13/6 13/4 15/11
15/21 18/12 20/10 20/15
29/24 61/18
recruiter [1]  34/20
recruiting [1]  54/17
recruitment [1]  19/19
redeeming [2]  35/16 35/22
reduce [4]  18/5 20/19 20/19
45/8
reduced [2]  18/7 45/7
reduction [2]  30/13 65/25
reference [4]  34/15 34/22
68/12 72/2
referred [2]  33/4 37/15
reflect [2]  70/15 73/11
reflects [2]  56/16 73/13
refrained [1]  44/11
regard [3]  5/1 51/14 52/7
regarded [1]  24/13
regret [1]  60/3
rehabilitation [1]  57/18
rejected [4]  38/13 38/13
38/14 38/15
relationship [1]  44/16
relative [1]  23/4
relatively [1]  64/9
release [18]  67/7 67/8 67/11
67/14 67/19 68/2 69/11
70/22 70/23 71/1 71/4 71/9
71/16 73/20 73/21 73/22
74/2 74/11
released [2]  67/13 71/3
relieved [1]  32/16
relinquished [2]  48/18 48/20
relying [2]  8/20 17/9
remain [1]  31/8
remained [1]  50/12
remaining [1]  4/19
remains [1]  65/19
remember [1]  54/23
remind [1]  51/15
remorse [1]  61/5
removal [1]  71/10
remove [1]  21/17
rental [1]  30/1
rented [2]  16/23 50/7
repeat [1]  69/21

report [11]  4/15 28/15 28/17
29/18 33/3 45/9 67/12 67/22
71/2 71/11 74/5
reported [3]  2/16 46/9 46/10
reporter [3]  2/16 56/8 76/18
reports [2]  48/9 52/11
Republicans [1]  38/14
repugnant [1]  24/2
request [5]  30/12 38/10 69/1
69/4 69/15
requested [2]  35/6 36/4
requesting [2]  29/12 49/19
requests [3]  68/18 68/20
69/6
required [5]  8/11 59/10
59/19 60/24 66/20
requirement [1]  67/21
requirements [1]  74/4
requires [1]  33/23
research [4]  40/4 48/3 62/17
65/2
respect [15]  4/6 10/23 14/21
29/7 42/9 43/5 69/20 69/23
69/24 70/1 70/11 70/13
72/21 73/2 73/5
respectfully [2]  28/16 29/8
respects [1]  62/19
respond [1]  51/2
response [2]  10/2 32/21
responsibility [4]  29/14
34/1 62/3 63/17
responsible [7]  27/22 29/1
48/12 51/11 51/16 51/17
52/8
rest [2]  4/15 57/2
restaurant [1]  9/18
result [2]  36/3 47/14
resumed [1]  58/24
retailer [1]  9/8
return [2]  32/11 58/21
RICHARD [2]  1/19 3/10
ripping [1]  52/20
rise [1]  58/22
risk [2]  39/22 39/25
rivalry [1]  44/1
RMR [2]  2/16 76/18
rock [1]  56/18
role [36]  4/20 6/5 6/6 6/8
6/13 7/4 7/5 7/11 7/17 7/25
8/1 8/17 9/6 10/2 11/18
12/10 16/10 16/12 16/18
17/10 19/17 20/17 22/1
22/15 45/6 45/8 45/12 49/5
49/8 51/20 65/25 70/12 73/6
73/7 73/8 76/3
roles [4]  16/17 30/5 43/7
51/19
room [2]  37/23 76/19
rooms [1]  37/9
route [1]  25/12
ruined [1]  62/4
rule [6]  25/18 25/20 25/23
37/16 56/15 65/4
rule-making [1]  37/16
ruled [1]  19/7
rules [4]  23/24 68/22 72/8
75/2
ruling [2]  20/6 20/7

**R**

**rulings [1]**   22/1
**run [4]**   30/9 67/9 70/25
73/19
**running [1]**   34/24
**rush [1]**   46/20

**S**

**safety [8]**   4/22 6/14 6/19
17/17 17/19 18/7 22/12
45/12
**SAIFUL [5]**   1/7 3/4 31/21
32/2 66/24
**sake [1]**   20/20
**sale [2]**   25/9 55/17
**salt [1]**   52/25
**sat [4]**   18/23 44/4 44/9
46/14
**save [2]**   19/21 19/24
**saved [1]**   18/19
**saw [1]**   60/2
**Sayed [1]**   31/13
**saying [12]**   27/12 33/14
33/15 33/25 34/2 37/2 38/5
39/5 43/16 43/18 58/10
58/11
**says [5]**   7/6 34/8 59/15
63/18 63/18
**scared [2]**   60/5 60/15
**schedule [1]**   25/21
**scheduled [5]**   26/11 29/9
33/22 36/20 36/24
**scheduling [1]**   25/24
**SCHELLER [10]**   1/21 3/11
14/21 41/11 42/7 43/16
45/17 45/25 46/24 56/12
**Scheller's [1]**   57/23
**scheme [1]**   18/12
**school [8]**   36/15 43/25 44/16
47/8 47/25 62/10 62/14
62/16
**science [6]**   45/25 46/3 56/23
56/24 62/12 70/7
**scientific [4]**   3/25 40/8
40/14 57/12
**scientists [1]**   64/16
**Scooby [1]**   28/7
**Scooby-Doo [1]**   28/7
**scored [1]**   47/14
**screwed [1]**   60/19
**search [5]**   33/19 48/20 54/13
67/21 74/4
**seated [5]**   3/2 3/16 31/8
31/9 31/17
**seats [1]**   58/25
**second [3]**   24/20 56/2 60/3
**seconds [3]**   56/3 56/5 56/10
**section [1]**   19/25
**see [10]**   3/25 4/18 31/18
33/3 45/24 47/13 50/23 58/7
64/14 66/4
**seeing [1]**   46/23
**Seffner [1]**   54/8
**seize [1]**   28/23
**seized [6]**   26/2 26/10 26/11
26/14 48/10 48/19
**selfish [1]**   60/3

**sell [4]**   6/21 25/2 26/3
54/15
**sellers [1]**   27/18
**selling [6]**   24/16 25/14
25/22 58/13 58/16 58/17
**semester [1]**   62/16
**send [1]**   69/5
**seniors [1]**   36/15
**sense [4]**   4/9 32/14 46/4
46/22
**sentence [82]**
**sentenced [4]**   40/13 41/9
41/15 75/10
**sentences [10]**   36/1 36/19
38/11 42/5 45/22 46/3 49/13
49/13 64/5 65/14
**sentencing [24]**   1/10 3/3
3/23 4/3 7/20 18/9 36/1
42/20 42/25 45/5 46/24 49/2
55/3 55/4 57/7 64/7 64/9
64/15 64/17 69/22 69/25
73/4 75/20 76/9
**sentencings [1]**   47/17
**separated [1]**   39/17
**series [1]**   39/13
**serious [13]**   28/9 28/9 34/19
36/12 38/3 40/7 57/15 57/16
60/7 63/20 65/10 66/9 70/9
**seriousness [4]**   6/17 57/7
65/10 66/14
**serve [2]**   47/2 56/17
**served [2]**   67/3 70/21
**service [1]**   63/2
**setting [1]**   9/1
**seven [6]**   43/10 49/4 49/15
49/16 49/21 64/21
**severe [1]**   37/9
**shakes [1]**   19/9
**shaking [3]**   59/15 63/10
63/12
**sham [1]**   10/1
**share [2]**   12/12 12/14
**SHINER [7]**   2/6 2/6 3/14 3/14
47/21 74/24 75/8
**ships [1]**   10/18
**short [1]**   27/9
**shortsighted [1]**   60/2
**show [3]**   31/22 43/14 48/22
**showing [1]**   37/8
**shows [5]**   17/2 35/16 43/5
43/12 58/15
**sick [1]**   28/2
**signatures [1]**   35/15
**signed [2]**   32/4 55/5
**significant [4]**   35/13 38/21
42/22 47/10
**significantly [1]**   39/17
**similar [2]**   4/24 73/3
**similarly [1]**   70/13
**simply [4]**   43/14 44/17 64/19
65/20
**Simpson [1]**   28/7
**single [1]**   54/2
**sister [2]**   31/6 62/7
**sit [1]**   9/16
**situation [5]**   33/5 40/13
45/20 46/20 47/1
**situations [1]**   40/3

**six [5]**   40/9 42/15 42/17
49/18 62/8
**six-year [1]**   42/15
**sixty [1]**   47/11
**sixty-two [1]**   47/11
**sketchiest [1]**   40/8
**smoke [1]**   58/18
**smoked [1]**   24/24
**So that [1]**   9/14
**soccer [1]**   61/11
**social [1]**   35/13
**sold [7]**   24/9 24/11 24/12
25/11 28/6 32/24 61/9
**somebody [9]**   7/3 10/17 10/17
10/18 10/22 25/10 25/11
33/5 58/12
**son [3]**   48/23 48/24 62/6
**soon [2]**   36/24 72/23
**sorry [4]**   12/13 49/13 63/18
63/19
**sound [1]**   41/20
**sounds [3]**   10/22 23/4 73/7
**South [2]**   1/16 62/12
**SOUTHERN [2]**   1/1 27/3
**Soze [1]**   41/3
**speak [8]**   35/24 45/21 47/15
59/11 59/19 60/23 61/2 63/9
**special [11]**   3/8 29/10 67/20
67/24 68/2 71/9 71/13 71/16
74/3 74/7 74/11
**specific [2]**   39/21 54/3
**specifically [1]**   69/23
**spend [1]**   42/1
**spending [1]**   61/15
**sprayed [2]**   23/17 28/1
**spread [1]**   55/15
**stand [6]**   3/18 4/23 31/1
31/4 61/12 62/5
**standard [3]**   67/19 71/8 74/2
**start [8]**   4/12 16/2 16/5
16/10 23/12 49/18 59/6 61/3
**started [20]**   4/15 10/1 11/12
16/8 23/14 23/15 23/16 24/4
24/8 24/16 24/22 25/5 32/22
33/15 34/4 43/16 61/7 61/14
61/14 61/15
**starting [1]**   24/14
**state [1]**   33/7
**stated [4]**   43/17 64/14 70/4
70/8
**statement [5]**   37/16 56/6
59/8 59/16 63/12
**statements [2]**   24/21 32/20
**STATES [12]**   1/1 1/4 1/11 3/4
27/24 34/15 37/25 62/8
67/24 71/13 74/7 76/19
**statistic [1]**   37/25
**statistics [4]**   34/10 34/12
39/24 51/11
**step [2]**   8/10 40/24
**stiff [1]**   36/19
**stop [12]**   24/16 26/16 26/19
26/21 29/15 36/18 37/12
37/18 53/18 53/23 54/4 54/8
**stopped [4]**   25/14 53/23
61/22 62/13
**storage [3]**   16/9 26/4 53/24
**store [6]**   24/9 24/15 25/11

**S**

store... [3]  25/13 33/1 53/22
stores [3]  32/25 45/23 61/9
straight [2]  5/25 42/10
strain [1]  59/14
street [6]  2/2 2/17 6/21 27/13 27/17 76/19
strict [3]  7/24 8/6 19/2
stricter [1]  57/8
strokes [2]  28/20 28/21
strong [1]  39/23
strongly [1]  39/24
Strozier [1]  31/7
structure [1]  57/17
student [3]  47/8 50/12 62/9
studies [3]  36/14 36/21 40/9
stuff [4]  5/20 21/15 24/23 28/22
submit [3]  25/25 40/12 53/14
submitted [1]  48/1
subpoenaed [1]  14/20
substance [20]  4/19 4/24 4/25 5/2 5/15 5/20 21/14 26/9 28/14 32/24 35/4 55/16 65/7 66/11 67/17 67/20 69/11 71/7 73/25 74/3
substances [12]  12/20 24/24 26/10 28/13 29/8 33/22 50/4 51/8 54/15 55/1 55/20 65/18
success [1]  35/17
successful [2]  60/12 63/22
sudden [1]  46/19
suggest [1]  20/18
suggested [1]  65/5
suggesting [1]  47/18
suggests [1]  13/8
Suite [4]  1/17 1/22 2/3 2/7
sum [2]  61/8 62/4
Sumi [1]  31/6
supervise [2]  10/21 20/25
supervised [13]  67/8 67/14 67/19 68/2 69/11 70/23 71/4 71/8 71/16 73/21 73/22 74/2 74/11
supervisor [3]  10/12 20/22 52/4
supervisory [1]  51/20
supply [1]  29/25
support [8]  30/24 31/19 32/1 35/13 35/15 39/23 50/22 56/23
supported [4]  19/7 44/23 44/23 44/24
supports [2]  39/24 56/24
supposed [2]  28/24 40/10
Supreme [2]  33/24 40/2
sure [10]  3/23 21/25 22/10 22/21 30/20 41/1 59/11 59/20 60/24 72/22
Surrender [1]  71/9
surreptitious [1]  33/10
surrounds [1]  5/24
swing [2]  45/11 45/11
synthetic [16]  27/25 29/9 34/5 34/16 35/5 36/16 41/5 51/5 52/14 52/24 52/24 53/4

53/13 58/9 58/14 65/18
synthetics [1]  28/2
system [3]  41/17 57/11 66/19

**T**

table [1]  20/1
take [16]  5/5 10/4 23/3 45/6 47/12 47/12 49/12 49/16 50/17 56/9 56/10 58/21 61/13 62/3 64/2 64/5
taken [4]  24/19 26/2 28/3 60/15
talk [6]  4/11 5/23 27/18 33/21 39/20 39/21
talked [4]  5/16 7/2 36/9 45/3
talking [5]  10/6 28/21 38/18 52/23 55/15
Tampa [21]  2/3 15/14 15/15 15/18 16/3 18/24 23/13 23/15 26/5 27/4 31/3 32/25 34/24 69/6 69/13 69/17 72/13 72/16 72/18 75/10 75/14
tangent [1]  10/5
Tanjina [1]  31/15
Tanya [1]  31/12
tased [1]  52/12
taught [1]  62/22
taxes [3]  9/25 33/4 33/6
tell [16]  3/22 4/2 4/10 21/8 21/24 25/18 28/13 29/1 30/10 30/17 37/10 44/9 47/16 50/9 57/22 65/6
telling [2]  16/25 32/19
ten [10]  42/24 42/25 43/11 47/5 47/8 52/1 56/12 56/17 56/21 56/25
ten-year [2]  56/12 56/25
tenet [1]  38/13
tenfold [1]  48/24
tens [1]  37/5
term [8]  51/12 66/25 67/8 67/9 70/20 70/23 70/24 73/21
terms [24]  8/17 8/20 19/6 19/9 19/17 21/1 21/2 36/10 37/14 37/19 38/1 43/7 45/11 47/16 47/17 57/7 57/12 64/20 64/23 65/3 65/10 65/23 70/14 70/25
terrible [3]  35/21 60/10 60/12
terribly [1]  52/21
terrifies [1]  47/4
testified [5]  36/7 36/21 49/14 54/23 64/16
testimony [1]  64/11
thank [31]  6/4 12/24 30/14 30/15 30/21 31/5 31/11 31/17 32/2 40/18 47/19 47/20 50/25 51/1 55/22 55/23 58/20 58/25 59/22 60/21 60/22 61/2 63/3 63/4 63/8 64/4 69/18 72/20 76/7 76/8 76/11
THC [11]  3/25 4/5 4/25 29/11 40/8 49/14 54/22

64/13 64/20 64/22 65/23
Thelma [1]  31/7
thing [6]  13/15 25/15 33/2 33/12 54/4 57/19
things [6]  7/2 21/13 24/3 34/7 73/9 73/13
thinking [3]  20/21 28/7 42/22
third [1]  45/19
third-party [1]  45/19
thought [6]  18/8 58/9 58/10 58/13 58/17 65/1
thousand [1]  48/13
thousands [3]  37/5 37/6 51/7
three [24]  11/16 13/15 20/9 20/18 20/19 20/22 23/3 23/7 27/14 38/24 39/10 41/22 55/13 56/13 57/1 67/8 67/9 68/1 70/23 70/24 71/15 73/21 74/10 76/4
three-year [2]  38/24 57/1
throw [1]  46/21
time [29]  7/10 7/20 11/24 24/5 24/20 24/23 24/25 25/1 27/10 27/14 29/15 29/15 30/4 36/13 38/12 38/16 40/2 42/1 42/23 47/9 47/23 50/4 54/2 55/12 61/9 61/10 61/12 62/21 66/6
times [3]  6/24 16/12 52/12
title [2]  68/9 71/24
tobacco [1]  24/10
today [15]  4/11 32/20 35/11 35/12 35/14 40/2 60/1 62/1 62/5 63/16
told [12]  13/25 25/14 46/17 48/7 48/9 49/9 50/6 51/25 53/23 54/6 61/19 61/23
tomorrow [1]  76/10
top [2]  29/6 41/5
top-of-the-line [1]  41/5
total [15]  4/19 5/1 22/3 22/22 34/14 37/22 37/24 46/9 67/6 67/25 68/1 71/14 71/15 74/8 74/9
totem [1]  49/7
track [2]  16/18 26/24
tracked [2]  13/23 28/24
trade [1]  43/21
traffic [1]  44/23
trafficked [1]  58/6
trafficker [1]  58/6
trafficking [2]  65/12 65/13
TRANSCRIPT [1]  1/10
transcription [1]  76/15
traveled [1]  31/2
treated [2]  30/6 42/5
treating [1]  7/15
treatment [7]  50/21 61/17 67/21 69/11 74/4 75/9 75/13
treats [2]  54/19 54/21
Trecki [2]  54/23 58/10
trials [1]  54/23
tried [1]  66/17
trite [1]  41/20
true [8]  18/15 18/15 18/16 19/13 28/13 43/20 51/18 58/14

**T**

**truly [2]**  31/24 63/18
**trying [8]**  7/5 7/6 8/14
23/25 24/5 37/11 37/18
61/25
**turn [1]**  47/15
**turned [1]**  14/19
**turns [1]**  6/16
**Twain [1]**  34/11
**twenty [1]**  42/24
**twice [1]**  61/8
**two [35]**  4/16 6/14 6/15 8/7
8/17 9/24 10/14 10/14 10/24
17/16 17/24 18/6 18/17
18/22 19/5 19/12 19/20 20/8
20/20 21/17 21/18 22/15
22/16 22/18 45/7 47/11
47/11 47/23 48/16 49/6
50/12 53/19 66/1 69/6 73/3
**two-level [6]**  6/15 8/7 17/16
22/15 22/16 22/18
**type [5]**  9/8 45/18 69/12
69/15 70/7
**types [2]**  41/5 46/7

**U**

**U.S [2]**  1/16 1/16
**ultimate [2]**  14/10 14/10
**unable [2]**  48/3 62/20
**unavailable [1]**  72/15
**under the [1]**  7/24
**undergraduate [1]**  48/3
**underneath [2]**  13/5 13/15
**undersigned [1]**  31/21
**understand [14]**  7/5 19/21
20/6 23/25 24/6 28/25 37/13
37/18 38/5 42/11 56/14
63/21 69/14 75/15
**understanding [2]**  7/11 42/13
**undetected [1]**  55/13
**undisputed [1]**  44/3
**Unfortunately [1]**  41/19
**unique [1]**  33/5
**UNITED [12]**  1/1 1/4 1/11 3/4
27/23 34/15 37/25 62/8
67/24 71/13 74/7 76/19
**University [1]**  62/11
**unreasonable [1]**  41/25
**upset [1]**  56/15
**upwards [1]**  27/12
**use [7]**  4/5 22/14 22/17
36/22 41/19 65/24 66/4
**useful [1]**  58/6
**users [5]**  34/14 37/5 37/6
37/22 37/24
**uses [1]**  53/11
**usually [1]**  33/11

**V**

**valve [8]**  4/22 6/14 6/19
17/17 17/19 18/7 22/12
45/12
**variance [6]**  8/14 38/21 45/3
73/2 74/10 76/4
**various [2]**  9/2 9/14
**vary [2]**  4/8 66/5
**vastly [1]**  6/17

**vehicle [1]**  16/23
**vendor [1]**  24/11
**venture [1]**  30/3
**versus [1]**  3/4
**vice [3]**  14/9 44/17 44/18
**vice-president [3]**  14/9
44/17 44/18
**view [1]**  66/10
**views [1]**  66/11
**violence [1]**  65/17
**visited [1]**  24/15
**visits [1]**  37/23
**voluntarily [2]**  14/19 48/18

**W**

**Waiting [1]**  59/1
**waiver [6]**  68/21 68/24 72/8
72/11 75/1 75/4
**want [34]**  3/18 4/10 10/5
17/24 18/21 19/22 27/25
28/8 30/25 31/1 32/18 35/8
35/24 41/19 41/20 44/6 44/7
47/22 51/2 56/5 56/13 56/22
57/21 58/1 58/8 59/11 59/20
59/20 60/5 60/24 61/24
72/12 75/6 75/18
**wanted [6]**  26/25 56/20 63/14
63/22 63/23 63/23
**warehouse [1]**  26/20
**warrant [3]**  33/19 48/20
54/13
**watch [1]**  55/2
**watching [2]**  55/3 55/6
**watermark [1]**  36/22
**way [9]**  9/6 16/3 25/13
25/22 44/22 47/24 48/5
53/13 57/24
**website [1]**  46/15
**week [1]**  61/8
**went [6]**  25/6 46/12 46/14
46/17 47/8 55/13
**West [7]**  1/20 2/2 2/8 2/17
56/25 57/2 76/20
**whack [1]**  38/20
**wholesaler [1]**  9/9
**wholesalers [1]**  27/16
**widely [1]**  23/22
**wife [14]**  8/25 10/20 11/4
13/5 13/12 13/13 16/6 16/7
16/15 31/15 35/11 39/17
49/8 64/2
**willing [1]**  48/23
**Winter [1]**  1/23
**wisdom [1]**  45/20
**wishes [1]**  59/7
**witness [1]**  5/1
**witnesses [2]**  30/24 30/25
**woman [1]**  13/10
**wonderful [1]**  62/7
**word [1]**  41/19
**work [2]**  16/3 27/1
**worked [4]**  14/5 23/20 24/8
49/4
**workers [1]**  29/17
**working [6]**  11/12 16/3 23/14
24/16 24/18 45/23
**works [2]**  41/21 44/22
**world [1]**  41/3

**worse [2]**  53/13 54/24
**wow [1]**  47/7
**written [2]**  63/12 67/2
**wrong [8]**  15/21 15/24 15/25
18/10 34/1 60/3 60/6 61/21
**wrongs [1]**  60/20
**wrote [1]**  46/25

**X**

**XLR [18]**  15/19 26/1 26/12
28/1 28/12 28/15 34/14 36/7
36/22 37/6 37/10 37/23
49/17 52/16 52/17 58/13
64/24 65/2
**XLR-11 [16]**  15/19 26/1 26/12
28/1 28/12 28/15 34/14 36/7
36/22 37/6 37/10 37/23
52/16 58/13 64/24 65/2

**Y**

**Yeah [4]**  8/6 17/24 22/21
59/2
**year [11]**  35/6 36/4 38/6
38/22 38/24 42/15 54/12
56/12 56/25 57/1 62/10
**years [33]**  28/5 38/2 38/19
39/10 40/10 40/13 42/18
42/24 43/1 43/10 43/11 46/1
47/5 47/9 47/23 47/24 49/4
51/7 51/9 55/12 56/17 56/21
60/6 60/6 62/8 67/8 67/9
68/2 70/23 70/24 71/16
73/21 74/10
**YEHIA [1]**  1/7
**young [8]**  35/11 35/12 37/9
41/7 41/23 43/2 45/22 46/2

**Z**

**zero [2]**  18/7 21/18